**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.        :        Criminal Action No.: 06-077 (RMU)

John E. Brownell,        :

Defendant(s).        :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 30th day of March 2006,

ORDERED that the parties file all:

Pretrial Motions\Notices    on or before   May 1, 2006    ;

Oppositions    on or before   June 5, 2006    ; and

Replies    on or before _____ ; and it is

FURTHER ORDERED that this case be set for:

An interim status conference on Thurs, Aug. 10, 2006, at 11:45 ; and

A motions hearing    on Thurs, Aug 24 2006, at 1:45 ;

and it is Jury Selection February 9, 2007 at 10 am

ORDERED that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.