U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

[redacted]

Case No. [redacted]

[redacted]

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _March 31, 2006_ by [redacted] to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to [redacted] _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of [redacted] for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) [redacted]

COURT

DOJ USA-46-1-80