NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

FILED
MAR 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 06 077
)
)
John E. Brownell )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Amy Berman Jackson   # 288654 DC Bar
(Attorney & Bar ID Number)

Trout Cacheris
(Firm Name)

1350 Conn. Ave NW Suite 300
(Street Address)

Wash     DC     20036
(City)   (State)   (Zip)

202 464 3300
(Telephone Number)