UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **UNITED STATES,** | ) | |
|  | ) | |
| v. | ) | Crim. No. 06-CR-0077 (RMU) |
|  | ) | |
| **JOHN E. BROWNELL,** | ) | |
|  | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of Defendant John E. Brownell's Motion To Consolidate this case with Counts Six through Eight of <u>United States v. Jemal</u>, Criminal Number 05-359 (RMU) and Douglas Jemal's Motion to Sever Counts for Consolidation With Related Case, as well as the Government's Opposition and Defendant's Reply thereto, it is this ___ day of _____, 2006 hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that this case shall be consolidated with Counts Six through Eight of <u>United States v. Jemal</u>, Criminal No. 05-359 (RMU), which have, by separate Order, been severed from the other counts in that case.

**SO ORDERED.**

                                                                      Ricardo M. Urbina
                                                                      UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20001

Barry Coburn
Amy Berman Jackson
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Stan Brand
Brand & Frulla
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004