**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| v. | ) | Crim. No. 06-CR-0077 (RMU) |
| **JOHN E. BROWNELL,** | ) | |
| Defendant. | ) | |

## PRAECIPE

Will the Clerk of the Court please note that defendant John E. Brownell is represented by Barry Coburn and Amy Berman Jackson of the firm of Trout Cacheris, PLLC. Please direct all future ECF notifications and other communications regarding the captioned case to:

> Barry Coburn
> bcoburn@troutcacheris.com
> Amy Berman Jackson
> ajackson@troutcacheris.com
> TROUT CACHERIS, PLLC
> 1350 Connecticut Avenue, N.W.
> Suite 300
> Washington, D.C. 20036
> Phone: (202) 464-3300
> Fax: (202) 464-3319.

> Respectfully submitted,
> JOHN E. BROWNELL
> By Counsel:
>
> /s/   Barry Coburn
> _____
> Barry Coburn (D.C. Bar #358020)
> Amy Jackson (D.C. Bar #288654)
> TROUT CACHERIS, PLLC
> 1350 Connecticut Avenue, N.W., Suite 300
> Washington, D.C. 20036-1795
> Phone: (202) 464-3300
> Fax: (2020 464-3319

- 2 -

## Certificate of Service

    I hereby certify that on this 2nd day of May, 2006, I served a copy of the foregoing Praecipe on the attorneys and parties who have supplied their EMail address to the Court and by first class mail, postage prepaid together with a copy of the Notice of Electronic Filing on those attorneys and parties who are not set up for electronic notification.

        /s/   Barry Coburn
        _____
        Barry Coburn