UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Crim. No. 06-77 (RMU) |
| | : | |
| **JOHN E. BROWNELL** | : | |

## NOTICE OF ASSIGNMENT OF CO-COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mark H. Dubester, telephone number 514-7896, and Assistant United States Attorney Timothy G. Lynch, telephone number (202) 353-4862, and that this serves as a notice of the appearance of Timothy G. Lynch in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Timothy G. Lynch
Assistant United States Attorney
D.C. Bar No. 456506
555 4th Street, N.W., Room 5233
Washington, D.C. 20530
(202) 353-4862

CERTIFICATE OF SERVICE

      I hereby certify that, this 5th day of June, 2006, I caused to be served by electronic filing a copy of the foregoing, to:

>Barry Coburn, Esquire
>Amy B. Jackson, Esquire
>Trout Cacheris, PLLC
>1350 Connecticut Avenue, NW
>Suite 300
>Washington, D.C. 20036-1728

>_____
>Timothy G. Lynch
>Assistant United States Attorney
>D.C. Bar No. 456506
>555 Fourth Street, NW
>Room 5233
>Washington, D.C. 20530
>(202) 353-4862