UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-77 (RMU) |
| | : | |
| **JOHN E. BROWNELL** | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT BROWNELL'S MOTION TO CONSOLIDATE COUNTS WITH TAX COUNTS IN RELATED CASE**

　　The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Brownell's Motion to Consolidate Counts with Tax Counts in Related Case.

　　For the reasons set forth in the Government's Opposition to Defendant Douglas Jemal's Motion to Sever Counts for Consolidation with Related Case, in <u>United States</u> v. <u>Douglas Jemal</u>, Cr. No. 05-359, which is attached hereto, the government opposes Brownell's motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　Mark H. Dubester
　　　　　　　　　　　　　　Timothy G. Lynch
　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　Room 5233
　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　(202) 353-4862

CERTIFICATE OF SERVICE

      I hereby certify that, this 5th day of June, 2006, I caused to be served by electronic filing a copy of the foregoing, to:

        Barry Coburn, Esquire
        Amy B. Jackson, Esquire
        Trout Cacheris, PLLC
        1350 Connecticut Avenue, NW
        Suite 300
        Washington, D.C. 20036-1728


        _____
        Timothy G. Lynch
        Assistant United States Attorney
        D.C. Bar No. 456506
        555 Fourth Street, NW
        Room 5233
        Washington, D.C. 20530
        (202) 353-4862