UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            :

                    v.              :        Criminal Action No.: 06-0077 (RMU)

JOHN E. BROWNELL,                   :

            Defendant.              :

## CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is

this *10th* day of *August* 2006,

**ORDERED** that the parties file all:

Pretrial Motions\Notices     on or before _NOVember 0_ ;

Oppositions                  on or before _Dec. 4_ ; and

Replies                      on or before _Dec. 18_ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____, at _____; and

A motions hearing            on _Thurs, Jan 4_, at _10 am_ ;

and it is *Pretrial Stament Due Jan 8, 2007*
*Pretrial conference Thursday, January 18, 2007 at 11:00 am*
**ORDERED** that counsel comply with all directives set forth in this court's Standing

Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.