**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**UNITED STATES**                   )
                                    )
      **v.**                        )      **Crim. No. 06-CR-0077 (RMU)**
                                    )
**JOHN E. BROWNELL,**               )
                                    )
           **Defendant.**           )
_____)


## ORDER

THIS MATTER came before the Court on the Motion of Defendant John E. Brownell _In Limine_ To Preclude Expert Testimony On Ultimate Issue Of Status Of Payments As Loans. Upon consideration of the motion, the Government's opposition, Defendant's reply and the arguments of counsel, it is, this ___ day of _____, 2007, hereby

ORDERED, that Defendant's Motion be and it hereby is GRANTED; and it is further

ORDERED, that the government may not introduce expert opinion testimony at trial in this case on the issue of Brownell's intent to repay any payments he received or on the issue of whether those payments were loans.


                              _____
                              Ricardo M. Urbina
                              UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
   District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Gloria B. Solomon
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036