UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**UNITED STATES**                  )
                                   )
    v.                             )    Crim. No. 06-CR-0077 (RMU)
                                   )
**JOHN E. BROWNELL,**              )
                                   )
    **Defendant.**                  )
_____)

## ORDER

THIS MATTER came before the Court on the Motion of Defendant John E. Brownell to Strike Surplusage. Upon consideration of the Motion, the Government's Opposition, Defendant's Reply and the arguments of counsel, it is, this ___ day of _____, 2007, hereby

ORDERED, that Defendant's Motion be and hereby is GRANTED; and it is further

ORDERED, that the following terms will be and hereby are stricken from the Indictment as surplusage:

1.   "and others known and unknown to the grand jury" (Page 3, Manners and Means);

2.   "among others" (Page 3, Manners and Means);

3.   "included" (Page 3 (¶ 8)); and

4.   "among others" (Page 5, Overt Acts).

                                        _____
                                        Ricardo M. Urbina
                                        UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
   District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Gloria B. Solomon
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036

2