# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of

6151 Tuckerman Lane
Rockville, Maryland

**SEARCH WARRANT**

CASE NUMBER: 05-697 CBD

TO: Special Agent Andrew Sekela and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Andrew Sekela, who has reason to believe that ☒ on the person or ☒ on the premises known as

See Attachment "A"

in the District of Maryland, there is now concealed a certain person or property, namely

See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _February 27, 2005_
                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Charles B. Day U.S. Magistrate Judge, as required by law.

_February 18, 2005_ at Greenbelt, Maryland
Date and Time Issued

Charles B. Day
United States Magistrate Judge
Signature of Judicial Officer

**ATTACHMENT A"**
Location to be Searched

6151 Tuckerman Lane, Rockville, MD, a detached house on Tuckerman Lane, with a mailbox on a post near the street in front of the house which bears the numbers "6151," with red siding, a white storm door, and a charcoal shingle roof.

## ATTACHMENT B
## ITEMS TO BE SEIZED

1) All records and documents relating to all financial affairs of John "Jack" E. Brownell, including all financial statements, canceled checks, receipts for purchases of goods and services, copies of money orders and money order stubs, correspondence with banks and financial institutions, credit card and other purchase records, loan applications, notes, memoranda and correspondence relating to financial matters, ledgers and check registers, personal financial statements, retained copies of tax returns, accounting work papers, correspondence to and from the Internal Revenue Service, contracts, and all other documents related to the receipts and expenditures of monies, the accumulation and disposition of assets, and the disposition of other assets by John Brownell from 1996 to the present.

2) All records and documents related to Douglas Jemal, Norman Jemal, and Douglas Development and its agents and officers.

In addition, the searching agents may photograph the premises and record serial numbers and identifying information off of any items, such as large screen televisions and other consumer goods.

If the above said documents and records are found in a file/folder with other documents, the entire folder may be seized.

### Seizure of Documents/records Stored Electronically

To effectuate the search and to the extent necessary to retrieve documents identified in the affidavit which may be stored electronically/digitally, the following items may be seized:

A. Computer hardware consisting of computers, and all equipment connected or networked with the computer or computers located at 6151 Tuckerman Lane, Rockville, MD, which can collect, analyze, create, display, convert, store, conceal or transmit electronic, magnetic, optical, or similar computer impulses or data.

B. Computer software consisting of digital information which can be interpreted by a computer and any of its related components to direct the way they work, in whatever form it may be found, to include electronic, magnetic, optical or other digital form, in addition to printed source code.

C. Computer-related documentation consisting of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use the computer hardware, software, or other related items.

-14-