# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

702 H Street, N.W.
The Offices of Douglas Development Corp.
Suite 400 and other storage areas
Washington, D.C.
[as further described in "Attachment A"]

UNSEALED

SEARCH WARRANT

CASE NUMBER:
05-0089M-01

TO: __Andrew Sekela__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Sekela__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

702 H Street, N.W., The Offices of Douglas Development Copr., Suite 400 and other storage areas, Washington, D.C.
(as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

documents and other evidence, as further described in "Attachment B"

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __25 FEB 2005__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 22 2005    11:15AM    at Washington, D.C.
Date and Time Issued

Alan Kay
U.S. Magistrate Judge
Name and Title of Judicial Officer                                          Signature of Judicial Officer

## ATTACHMENT A

## LOCATION TO BE SEARCHED

The offices and space of Douglas Development Corp., 702 H Street, N.W., to include Suite 400, and any other areas in 702 H Street used as a location to store or locate property and documents of Douglas Development Corp., such as files, supplies and computer equipment. Said building is located at the south side of H Street in the 700 block. The number 702 is visible above the exterior door. Above the number is a large green sign stating "Douglas Development Corp" in gold letters.

## ATTACHMENT B

### ITEMS TO BE SEIZED

Douglas Development Corporation

1. All documents related Michael Lorusso and high-level officials in the DC Government;

2. All documents and records related to all financial affairs of Blake C. Esherick, including but not limited to all records related to his financial relationship with Douglas Development;

3. All documents and records related to all financial affairs of John E. Brownell, including but not limited to all records related to his financial relationship with Douglas Development;

4. All documents and records related to all financial affairs of Paul Millstein, including but not limited to all records related to his financial relationship with Douglas Development;

4. All documents and records related to MTD Real Estate Services;

5. All documents and records related to 4800 Addison Road;

6. All documents and records related to 77 P Street;

7. All documents and records related to all items of value provided by Douglas Development to persons and entities, not including routine payments for services or materials rendered in the normal course of business;

8. All documents and records related to the following:
   Rolex watches
   Trips to Las Vegas in 2001 and 2002
   Cash withdrawals or third party checks cashed
   Limousine records;

9. All documents and records in the nature of day planners, calendars, phone directories, address books, receipts, travel related documents and such records which account for the activities of Douglas Jemal, Norman Jemal, and Blake Esherick, including entertainment and travel, from January 1, 2001 to the present;

10. Any collections of photographs which include Lorusso and/or other DC Government public officials.

If the above said documents and records are found in a file/folder with other documents and records, the entire folder may be seized.

The searching agents may photograph the premises and record serial numbers and identifying information off of any items, such as large screen televisions, computer equipment and other consumer goods.

### Seizure of Documents and records/records Stored Electronically

To effectuate the search and to the extent necessary to retrieve documents and records identified in the affidavit which may be stored electronically/digitally, the following items may be seized:

A.  Computer hardware consisting of computers, and all equipment connected or networked with the computer or computers located at the site of the search, which can collect, analyze, create, display, convert, store, conceal or transmit electronic, magnetic, optical, or similar computer impulses or data.

B.  Computer software consisting of digital information which can be interpreted by a computer and any of its related components to direct the way they work, in whatever form it may be found, to include electronic, magnetic, optical or other digital form, in addition to printed source code.

C.  Computer-related documentation consisting of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use the computer hardware, software, or other related items.

E.  Passwords and Data Security Devices that are designed to restrict access to or hide computer software, documentation or data.

## Search Procedures for Computers

The agents executing the search may attempt to copy and/or "image" the computer hardware at the site of the search.

A. The copied/"imaged" material, or such computer equipment that has not been copied/"imaged" on site, shall be moved to the safekeeping of the Federal Bureau of Investigation and/or other law enforcement entities to permit examination of the contents of the hard-drive files and other storage media (such as disks) to search for and separate out the magnetically stored documents and records and information described in paragraphs 1 through 10.

B. Individual records will be examined by investigating agents charged with the duty to determine whether the particular record is within the scope of the warrant. If the record is not seizable, no further examination of the record will occur. Only records or files which are described in paragraphs 1 through 10 will be printed out.