UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES                  )
                               )
    v.                         )    Crim. No. 06-CR-0077 (RMU)
                               )
JOHN E. BROWNELL,              )
                               )
        Defendant.             )
_____)
```

**ORDER**

THIS MATTER came before the Court on the Motion of Defendant John E. Brownell to Suppress Evidence Obtained by Illegal Searches of Residence and Office. Upon consideration of the motion, the Government's opposition, Defendant's reply and the arguments of counsel, it is, this ___ day of _____, 2007, hereby

ORDERED, that Defendant's Motion be and it hereby is GRANTED; and it is further

ORDERED, that all evidence obtained pursuant to the search warrant dated February 18, 2005 for the search of 6151 Tuckerman Lane, Rockville, MD, is hereby SUPPRESSED; and it is further

ORDERED, that all evidence obtained pursuant to the search warrant dated February 22, 2005 for the search of the offices of Douglas Development Corporation is hereby SUPPRESSED.

                                       _____
                                       Ricardo M. Urbina
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
   District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Gloria B. Solomon
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036