NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

FILED
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                    Criminal Number  06-CR-0077 (RMU)

John E. Brownell
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jeffrey C. Coffman (D.C. Bar #493826)
(Attorney & Bar ID Number)

Trout Cacheris, PLLC
(Firm Name)

1350 Connecticut Ave., N.W., Suite 300
(Street Address)

Washington     D.C.     20036
(City)         (State)  (Zip)

(202)464-3300
(Telephone Number)

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2006, a copy of the foregoing Notice of Appearance of Jeffrey C. Coffman was served, via first-class mail, postage prepaid on:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
   District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

                          Jeffrey C. Coffman (D.C. #493826)
                          TROUT CACHERIS, PLLC
                          1350 Connecticut Avenue, N.W.
                          Suite 300
                          Washington, D.C.  20036
                          Phone: (202)464-3300
                          Fax: (202) 464-3319