NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

**FILED**

**NOV 1 7 2006**

UNITED STATES OF AMERICA

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

vs.                                                           Criminal Number   06-CR-0077 (RMU)

**John E. Brownell**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Gloria B. Solomon (D.C. Bar #358880)**
(Attorney & Bar ID Number)

Trout Cacheris, PLLC
(Firm Name)

**1350 Connecticut Ave., N.W., Suite 300**
(Street Address)

**Washington D.C. 20036**
(City)           (State)           (Zip)

**(202)464-3300**
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, a copy of the foregoing Notice of Appearance of Gloria B. Solomon was served, via first-class mail, postage prepaid on:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

_____
Gloria B. Solomon (D.C. #358880)
TROUT CACHERIS, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036
Phone: (202)464-3300
Fax: (202) 464-3319