UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 06-0077 (RMU)** |
| | : | |
| **JOHN E. BROWNELL** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

_____Upon consideration of the Defendant's motion to suppress, the Government's opposition thereto, and the entire record, it is this ____ day of _____, 200__ hereby

    **ORDERED** that the Defendant's motion is **DENIED**.

    **SO ORDERED.**


                                                   _____
                                                      Ricardo M. Urbina
                                               United States District Judge