UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-0077 (RMU)** |
| | : | |
| **JOHN E. BROWNELL** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

_____Upon consideration of the Defendant's motion to strike surplusage, the Government's opposition thereto, and the entire record, it is this ____ day of _____, 200__ hereby

**ORDERED** that the Defendant's Motion is **DENIED**.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge