UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES                  )
                               )
     v.                        )    Crim. No. 06-CR-0077 (RMU)
                               )
JOHN E. BROWNELL,              )
                               )
          Defendant.           )
_____)
```

**REPLY MEMORANDUM IN SUPPORT OF
DEFENDANT BROWNELL'S MOTION TO STRIKE SURPLUSAGE**

Defendant John E. Brownell, through counsel, respectfully submits this reply memorandum in support of his Motion to Strike Surplusage.

With respect to the term "included," on page 3, ¶8[1] of the Indictment, Mr. Brownell appreciates the government's willingness to substitute the phrase "consisted of" in its place and agrees that this substitution would eliminate the prejudice to the Defendant associated with that paragraph of the Indictment.

---

[1] The government offers to substitute the phrase "consisted of" in place of "included" on page 4 of its opposition. However, the government's opposition indicates that this term appears on page 5, ¶8 of the Indictment. As the term "included" does not appear on page 5 of the Indictment, but instead appears on page 3, Mr. Brownell assumes this was merely a typographical error and that the government's offer relates to Mr. Brownell's objection to the word "included" on page 3, ¶8.

With respect to Mr. Brownell's three remaining surplusage objections, Mr. Brownell will stand on the memorandum filed in support of his motion.

> Respectfully submitted,
>
> JOHN E. BROWNELL
>
> By Counsel:
>
> __/s/ Barry Coburn_____
> Barry Coburn (D.C. Bar #358020)
> Gloria B. Solomon (D.C. Bar #358880)
> Jeffrey C. Coffman (D.C. Bar #493826)
> TROUT CACHERIS, PLLC
> 1350 Connecticut Avenue, N.W.
> Suite 300
> Washington, D.C.  20036
> Phone: (202)464-3300
> Fax: (202) 464-3319

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2006, I served a copy of the foregoing Reply Memorandum by ECF.

> __/s/ Barry Coburn_____