**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES** | ) |
|  | ) |
| v. | )   Crim. No. 06-CR-0077 (RMU) |
|  | ) |
| **JOHN E. BROWNELL,** | ) |
|  | ) |
| **Defendant.** | ) |

**PRAECIPE OF APPEARANCE**

Please re-enter the appearance of Barry Coburn as counsel for the Defendant. Mr. Coburn's appearance appears to have been automatically deleted when his co-counsel entered their appearances in this case.

Respectfully submitted,

JOHN E. BROWNELL

By Counsel:


__/s/ Barry Coburn_____
Barry Coburn (D.C. Bar #358020)
Gloria B. Solomon (D.C. Bar #358880)
Jeffrey C. Coffman (D.C. Bar #493826)
TROUT CACHERIS, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036
Phone: (202)464-3300
Fax: (202) 464-3319

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of December, 2006, I served a copy of the foregoing Praecipe of Appearance by ECF.


                    __/s/ Barry Coburn_____