**Court Case Number:** Sub # 389792
**Court or Issuer:**    Mark H. Dubester
Assistant U.S. Attorney
**Court Case Name/Style:** USAO: 2003R1819: In the Matter of John E. Brownell

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared
**Marcus (Tony) Trapp.**
Who, being duly sworn by me, deposed as follows:

1.) **Authority.**  I am a duly authorized bank officer and/or custodian of the records of Bank of America, N.A. with authority to certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.**    The records produced herewith by Bank of America, N. A. are original documents or are true copies of records of a regularly conducted banking activity that:
  a.) Were made at or near the time of the occurrence of the matters set forth, by a person with knowledge of those matters;
  b.) Were made and kept in the course of the regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
  c.) Were made and kept by Bank of America, N.A. as a regular practice, at or about the time of the act, condition, or event recorded.

**Additional Comments:**

- Copy of debits, and credits with offsets for account number 002001842996 in the name of John E. Brownell.

3.) **Production.**    *(Select One)*
  _x_    The records produced herewith (together with any banking records produced by Bank of America, N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request, order, or subpoena (or a complete production under the terms of the subject request, order, or subpoena as subsequently limited by the issuer).
  **OR**
  _____    A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Date: **August 18, 2005**   Signature: *Marcus Tony Trapp*

The above-named Bank of America, N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed to the within document and acknowledged to me that he/she executed the same for the purposes stated therein.

  _x_    Signer is personally known to me.
  _____    Signer has produced the following identification: _____

In witness thereof I have set my hand and official seal this __18__ day of AUGUST, 2005 _____

Signature of Notary Public in and for
State of **FLORIDA**
City of **FT LAUDERDALE**
County of (if applicable) **BROWARD**

JULIE E. JENKINS
Notary Public State of Florida
My comm. expires Jan. 28, 2009
No. DD 384563

**GOVERNMENT EXHIBIT**
**No. 20(a)**
**U.S. v. Brownell**

LTSTcmp

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Betty J Serrano_ of **Adams National Bank,**
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the _Records Custodian_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are from the inception of the account through January 1, 2001 for the account of:**

|  |  |
|---|---|
| *Name:* | *John E. Brownell* |
| *Address:* | *6155 Tuckerman Lane* |
|  | *Bethesda, MD* |
| *SSN:* | *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* |
| *DOB* | *10/08/1961* |

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3/2/05_
(Date)

_Betty J Serrano_
(Signature of Declarant)

BETTY J SERRANO
(Name of Declarant)

Adams National Bank
(name of business)

1130 Connecticut Ave NW
(business address)
Suite 200
Washington, DC 20036

**GOVERNMENT EXHIBIT**

**No. 22(a)**

U.S. v. Brownell

[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___Linda M Lace___ of **Eagle Bank,**
       (name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the___VP - Deposit Operations___ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

### Are for the records of:

### John E. Brownell
### SSN: 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
### DOB: 10/08/1961

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/15/05___ .
          (Date)

_____
(Signature of Declarant)
___Linda M Lace___
(Name of Declarant)

___EagleBank___
(name of business)

___11910 Tech Rd___
(business address)

___Silver Spring MD
        20904___

**GOVERNMENT EXHIBIT**
**No. 23(a)**
U.S. v. Brownell

---
[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Patty Williams_ of **BB&T Bank**,
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the _Branch Operations Specialist_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through the closing of the account of:**

|  |  |
|---|---|
| *Name:* | *John E. Brownell* |
| *Address:* | *6155 Tuckerman Lane* |
|  | *Bethesda, MD* |
| *SSN:* | *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* |
| *DOB* | *10/08/1961* |

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 31, 2005_.
(Date)

_Patty Williams_
(Signature of Declarant)
PATTY WILLIAMS
(Name of Declarant)
BB&T
(name of business)
4320 KAHN DRIVE
(business address)
Lumberton, NC 28558

---

**GOVERNMENT EXHIBIT**

**No. 24(a)**

U.S. v. Brownell

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Phyllis Martin_ of _Farmers + Mechanics Bank._
(Name of Declarant)                    (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the _Custodian of Records_ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from _8-13-98_ to _6-14-99_ , and are the records for
    date        date

_Douglas Development Corp_____ including the account
           Name

number(s): _2504987_____.

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8-18-05_ .
      (Date)

_Phyllis Martin_
(Signature of Declarant)
_Phyllis Martin_
(Name of Declarant)

_Farmers + Mechanics Bank_
(name of business)
_Operation Center_
(business address)
_PO Box 23933_
_Baltimore MD 21203_

GOVERNMENT EXHIBIT

## No. 25(a)

U.S. v. Brownell

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Tammika Callier_ of **Fleet/Bank of America.**

     I am a United States citizen, and I am over 18 years of age. I am the _Custodian of Records_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

     I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through December 31, 2004 for the account of:**

|  |  |
|---|---|
| *Name:* | *John E. Brownell* |
| *SSN:* | *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* |
| *DOB* | *10/08/1961* |

*including but not limited to account number (s) 5447-1700-2302-5357.*

     (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

     (2) were kept in the course of the regularly conducted business activity; and

     (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/20/05_ .
(Date)

_____
(Signature of Declarant)

_Tammika Callier_
(Name of Declarant)

_Bank of America_
(name of business)

_225 E Buckeye Rd_
(business address)

_Phoenix AZ 85034_

_(602) 597-5635_

**GOVERNMENT EXHIBIT**

**No. 30(a)**

**U.S. v. Brownell**

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Judy Nelson_ of **National City Bank.**

I am a United States citizen, and I am over 18 years of age. I am the _Subpoena processor_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through December 31, 2004 for the account of:**

| | |
|---|---|
| *Name:* | *John E. Brownell* |
| *SSN:* | *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* |
| *DOB* | *10/08/1961* |

*including but not limited to account number (s) 4262-4090-5001-6615.*

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4-29-05_ .
          (Date)

_Judy Nelson_
(Signature of Declarant)

_Judy Nelson_
(Name of Declarant)

_National City Bank_
(name of business)

_National City Bank_
(business address)

---

GOVERNMENT EXHIBIT

## No. 31(a)

U.S. v. Brownell

---

[1]    As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Charlotte Marine_ of **MBNA America Bnk Card Services.**

I am a United States citizen, and I am over 18 years of age. I am the _First Vice President_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through December 31, 2004 for the account of:**

|  |  |
|---|---|
| *Name:* | *John E. Brownell* |
| *SSN:* | *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* |
| *DOB* | *10/08/1961* |

*including but not limited to account number (s) 4340-0907-0125-1672 and/or 4313-0209-1901-3146.*

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4-13-05_ .
        (Date)

_CaMarine_
(Signature of Declarant)

_Charlotte Marine_
(Name of Declarant)

_MBNA America_
(name of business)

_1100 King St._
(business address)

_Wilmington DE 19884-1911_

```
GOVERNMENT EXHIBIT
    No. 32(a)
   U.S. v. Brownell
```

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Sherry Scots_ of **Bank One.**

I am a United States citizen, and I am over 18 years of age. I am the _Johnson_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through December 31, 2004 for the account of:**

|  |  |
|---|---|
| *Name:* | ***John E. Brownell*** |
| *SSN:* | *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* |
| *DOB* | *10/08/1961* |

*including but not limited to account number (s) 4417-1229-3554-2234.*

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4-1-05_
(Date)

_D Drot_
(Signature of Declarant)

_Sherry Scots_
(Name of Declarant)

_Bank one / JP Morson Chase_
(name of business)

_300 Brals Edge Blvd_
(business address)

_Col Ohio 43081_

**GOVERNMENT EXHIBIT**
**No. 33(a)**
U.S. v. Brownell

[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**Bank One Card Services**
Legal Processing  OH1-0503
800 Brooksedge Blvd
Westerville OH  43081



FR20050401031770

April 01, 2005

Mark H. Dubester, AUSA
United States Attorney's Office
555 Fourth Street, N.W., Room 5917
Washington, District of Columbia   20530

RE:  Bank Card Grand Jury
     John E Brownell
     2003r01578

Dear Mark H. Dubester, AUSA:

In response to your request, enclosed please find copies of account records regarding the above referenced.  See attached Inventory Listing for details.

I certify that these records are true and exact copies of the originals as held in the ordinary course of business.

If you have any questions, please call me at (614)776-7189.

Very truly yours,

Sherry Scales
Subpoena Compliance Specialist

### INVENTORY LISTING

**SYSTEM NUMBER:** FR20050401031770

**Customer:** Brownell, John E.
  <u>**Account:** 4417122935542234</u>
   *Request Type:* Credit Card Statements
   *Date Range:* 1/96-12/31/04
   *Comment:* copy of statements from 3/98-1/05, none found for 1/96-2/98.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Lee Turner_ of Hechts Charge Card,
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the _Custodian of Records_ of the business named below, or I am otherwise qualified as a result of my position/with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through December 31, 2004**

    **Name:        John E. Brownell**
    **SSN:         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**

*including, but not limited to account number 18940285.*

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

✓ (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Apr. 5, 2005_
            (Date)

                                        _Lee Turner_
                                        (Signature of Declarant)
                                        _LEE TURNER_
                                        (Name of Declarant)
                                        _Hecht's Dept Store_
                                        (name of business)
                                        _300 Sheffield Ctr_
                                        (business address)
                                        _Lorain, OH 44055_

GOVERNMENT EXHIBIT
**No. 34(a)**
U.S. v. Brownell

---

[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

# AFFIDAVIT

State of California
(County of Monterey) SS.:

I, Stacy Koontz, being duly sworn, do hereby depose and state: I am acting in the capacity of Custodian of Records for Household Credit Services, Inc., and in that capacity I have the responsibility for maintaining and storing records for Household Bank (SB) N.A., the issuer of the subject credit card account.

I hereby certify that the attached records are true and correct copies of the requested records pertaining to the account of John E Brownell, at Household Credit Services, Inc.

**Account #5445 1669 4490 0548**

The enclosed documents are composed of copies of the billing statements dated March 7, 2001 through July 8, 2001 and November 7, 2001 through May 7, 2002.

Due to missing records, we are unable to supply copies of the billing statements from August 2001 through October 2001.

Please be aware that Household only retains statements for a period of 48 months; therefore, we are unable to supply statements prior to April 2001.

ELSA G. PLASCENCIA
Commission # 1509613
Notary Public - California
Monterey County
My Comm. Expires Aug 24, 2006

_____
Signature

Executive Liaison _____
Title

SUBSCRIBED AND SWORN TO before me this _20_ day of _April_____, 2005.

_____
Notary Public

GOVERNMENT EXHIBIT
## No. 35(a)
U.S. v. Brownell

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___JEFF JARVIS___ of Lord & Taylor Credit Service,
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the ___Custody of Records___ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

**Are for the period of January 1, 1996 through December 31, 2004**
**Name:**      **John E. Brownell**
**SSN:**       **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**

*including, but not limited to account number 468901752.*

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 3, 2005_.
(Date)

_____ Jeffrey W L Jarvis _____
(Signature of Declarant)
JEFFREY JARVIS
(Name of Declarant)

May National Bank of Ohio
(name of business)
300 Sheffield Center
(business address)
Lorain OH 44052

**GOVERNMENT EXHIBIT**
**No. 36(a)**
U.S. v. Brownell

[1]

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

Received Time Apr. 27.  2:00PM

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Stuart M. Jents_ of CitiStreet,
_(name of declarant)_

    I am a United States citizen, and I am over 18 years of age. I am the _Vice President and Counsel_ of the business named below, or I am otherwise qualified as a result of <u>my</u> position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[i], I hereby certify that the records attached hereto:

**Are for the period of opening of account:** _January 1, 2001_ **through the closing of the account** _July 25, 2005_ **for:**
    _date_                      _date_

                          **Name:**    **John E. Brownell**

                          **SSN:**      **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**

*including account*
*number(s)* _Douglas Developement Corp. 401 (k) Plan_

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _8-4-05_ .
            _(Date)_

                                  _Stuart M. Jents_
                                  (Signature of Declarant)
                                  _Stuart M. Jents_
                                  (Name of Declarant)

                                  _CitiStreet LLC_
                                  (name of business)

                                  _400 Atrium Drive_
                                  (business address)

                                  _Somerset, NJ 08873_

```
GOVERNMENT EXHIBIT
No. 38(a)
U.S. v. Brownell
```

---

  i

As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.



CitiStreet
P.O. Box 6723
Somerset, NJ 08875-6723

August 4, 2005

**BY COURIER**
Mr. Mark Dubester
Assistant U.S. Attorney
U.S. Attorney's Office
Criminal Division
555 4th Street, N.W.
5th Floor
Washington, D.C. 20520

        Re: John E. Brownell

Dear Mr. Dubester:

Enclosed are copies of the documents in CitiStreet LLC's custody and control that are
responsive to your subpoena. The tabs correspond to the item numbers in your request.

Tab 1
U.S. Attorney's request:
        Retirement Account opening documentation

CitiStreet's response:
        CitiStreet does not have in its custody or control a copy of Mr. Brownell's
enrollment form in the Douglas Development 401(k) Plan.

Tab 2
U.S. Attorney's request:
        Retirement Account monthly/quarterly statements

CitiStreet's response:
        Tab 2 contains a copy of the quarterly statements sent to Mr. Brownell reporting
on his account in the Douglas Development 401(k) Plan.

Tab3
U.S. Attorney's request:
        Retirement Account deposits

CitiStreet's response:
        Tab 3 contains a report from CitiStreet's recordkeeping system showing the
contributions remitted to CitiStreet by Douglas Development for deposit into Mr.
Brownell's account within the 401(k) Plan.

A State Street and Citigroup Company

Tab 4
U.S. Attorney's request:
        Retirement account withdrawals

CitiStreet's response:
        CitiStreet has not received any withdrawal paperwork for Mr. Brownell from the
Plan Administrator of the Douglas Development 401(k) Plan.

Tab 5
U.S. Attorney's request:
        Retirement account loans

CitiStreet's response:
        CitiStreet has not received any loan paperwork for Mr. Brownell from the Plan
Administrator of the Douglas Development 401(k) Plan.

Tab 6
U.S. Attorney's request:
        Retirement account other activity information

CitiStreet's response:
        CitiStreet has no other activity to report with respect to Mr. Brownell's account
within the Douglas Development 401(k) Plan.

The documents furnished are from CitiStreet's business records, which are not the Plan's
records. CitiStreet is a contract service provider; it is neither the Plan Administrator nor a
plan fiduciary and cannot act without either the Plan Administrator's instructions or a
court order.

If you have any questions about these documents, please call me at (732) 514-2022.

                                Very truly yours,
                                CitiStreet LLC

                                Stuart M. Jentis
                                Vice President and Counsel

Enclosures

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Betty J. Serrano_.
(name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/29/04_.
(Date)

_Betty J. Serrano_
(Signature of Declarant)
_BETTY J. SERRANO_
(Name of Declarant)
_Adams Nat'l Bank_
(name of business)
_1130 Ct. Ave NW_
(business address)
_Suite 300_
_Washington, DC 20036_

> **GOVERNMENT EXHIBIT**
> **No.53(a)**
> U.S. v. Brownell

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**Washington Mutual**

## Declaration Accompanying Lending Records

Case Name:      John E Brownell
Case Number:    2003-R01819
Washington Mutual File Number: 0507326

The undersigned declares as follows:

1.  I am an employee of Washington Mutual Bank, FA located at 400 E Main Street,
    Stockton, California. I have the authority to certify the records of Washington
    Mutual.

2.  Washington Mutual received a Grand Jury Subpoena for production of business
    records concerning the above-referenced case. The enclosed copies of records are
    true photocopies of the records that are in Washington Mutual's care, custody and
    control, which could be located based on the description and/or request for records set
    forth in the subpoena.

3.  I am informed and believe on that basis thereon allege that the records were prepared
    by personnel of Washington Mutual in the ordinary course of business at or near the
    time of the act, condition or event.

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

Executed on August 8, 2005, in Stockton, California.

Carrie Paul
Service Delivery Research & Support
(209) 460-2907

```
┌──────────────────────────────┐
│   GOVERNMENT EXHIBIT          │
│                               │
│      No. 56(a)                │
│                               │
│     U.S. v. Brownell          │
└──────────────────────────────┘
```

Research & Support
400 E. Main Street
4th Floor
Stockton, CA 95290



# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Carrie Paul_ of _Washington Mutual Bank_.
(Name of Declarant)         (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the _Subpoena Processing Team Lead_ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from _1995_ to _2005_, and are the records for
date        date
_John E Brownell_ including the account
Name
number(s): _611009160057 / 60916005_.

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 8, 2005_.
(Date)

_____
(Signature of Declarant)
_Carrie Paul_
(Name of Declarant)

_Washington Mutual Bank_
(name of business)
_400 E Main St 4th Floor_
(business address)
_Stockton CA 95202_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _Miriam J. Rosario_ of _Sun Trust Bank_
(Name of Declarant)                    (Name of Business)

    I am a United States citizen, and I am over 18 years of age.   I am the _Custodian of Records_ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from _6/15/98_ to _4/15/03_ , and are the records for
date         date

_John E. Brownell_ including the account
Name

number(s): _0000 890 890056 / 049 00000000 5928_

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/24/05_ .
(Date)

_Miriam J. Rosario_
(Signature of Declarant)

_Miriam J. Rosario_
(Name of Declarant)

_Sun Trust_
(name of business)

_7474 Chancellor Dr._
(business address)
_Orlando, Fl 32809_

GOVERNMENT EXHIBIT

**No. 57(c)**

U.S. v. Brownell

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.



GOVERNMENT EXHIBIT

**No. 58(a)**

U.S. v. Brownell

**Wells Fargo Home Mortgage**
MAC X3901-016
7485 New Horizon Way
Frederick, MD 21703

## **AFFIDAVIT**

I, Anna Rockwell, State:

1. Wells Fargo Home Mortgage presently employs me, in Frederick, Maryland as a Subpoena Processor. I am an authorized custodian of the records for Wells Fargo Home Mortgage and I have authority to certify such records. I am a United States Citizen and I am over 18 years of age.

2. The foregoing documents are true and correct copies from the Wells Fargo Home Mortgage Company loan file for John Brownell for the period of 1993 through 1999 for account number 8614844. These records were made and kept in the regular course of business at or near the time of the acts, conditions and or events recorded, and were made by persons having knowledge of the information set forth.

   I declare under penalty of perjury that the foregoing is true and correct and that this Affidavit is executed this September 23, 2005, at Frederick, Maryland.

   *Anna Rockwell*
   Anna Rockwell

Sworn to and subscribed before me
This 23rd day of September, 2005

*Keiko M. Morales*
NOTARY PUBLIC

**KEIKO M. MORALES**
Notary Public, State of Maryland
County of Frederick
My Commission Expires December 27, 2008

My Commission Expires:

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

AUG-10-2005  11:10                                                              P.06/06

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is _John Diamond_ of _Prime Pay Mid-Atlantic_.
(Name of Declarant)                    (Name of Business)

I am a United States citizen, and I am over 18 years of age. I am the _General Manager_ of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

Are from _1-1-1999_ to _12-31-2001_, and are the records for
          date              date
_Douglas Development Corp and John Brownell_ including the account
                        Name
number(s): _EIN # 52-1192230 and 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_

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/10/05_
             (Date)

                                        _John Diamond_
                                        (Signature of Declarant)
                                        _John Diamond_
                                        (Name of Declarant)

GOVERNMENT EXHIBIT
**No. 100(d)**
U.S. v. Brownell
                                        _Prime Pay Mid-Atlantic_
                                        (name of business)
                                        _14900 Conference Center DR_
                                        (business address) _Suite 250_
                                        _Chantilly VA 20151_

---

[1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, declare:

My name is ___Alice Quinn___.
(name of declarant)

    I am a United.States citizen, and I am over 18 years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark Dubester, requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence[1], I hereby certify that the records attached hereto:

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12-21-04__.
(Date)

                 ___Alice Quinn___
                 (Signature of Declarant)
                 ___Alice Quinn___
                 (Name of Declarant)

                 ___ADP, Inc.___
                 (name of business)
                 ___One ADP Blvd___
                 (business address)
                 ___Roseland, NJ 07068___

---

    [1] As defined in Fed. R. Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business," as used in Fed. R. Evid.803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

GOVERNMENT EXHIBIT
No. 6a