MERCANTILE POTOMAC BANK

May 18, 2005

United States Attorney's Office
555 Fourth Street, NW, Rm 5917
Washington, DC 20530

Attention: Mark H. Dubester

Dear Mr. Dubester:

As requested, enclosed please find copies of Mr. John E. Brownell's checking account statements.

If you need additional information you may contact Bernice Bryan 410-347-7827 or the undersigned at 301-963-7626.

Sincerely,

Mary Pat Fleming
Senior Vice President
Mercantile Potomac Bank

```
GOVERNMENT EXHIBIT
No. 21(a)
U.S. v. Brownell
```

 **MERCANTILE POTOMAC BANK**

June 17, 2005

United States Attorney Office
Mark H Dubester
555 Fourth St, NW Rm. 5917
Washington DC 20530

Re: Records Deposition and Subpoena Duces Tecum
Case: John Brownell

To Whom It May Concern:

Enclosed you will find the requested Bank Statements for the months of 07/04/01 to 09/05/01. These are the statements missing from the first mailing. We are working on the remainder of the request and will get it to you upon completion.

Should you have any questions, please feel free to contact me at the number listed below.

Sincerely,

Bernice Bryan
Acct Services
(410) 347-7827

Enclosure(s)

702 Russell Avenue ▪ Gaithersburg ▪ Maryland 20877 ▪ 301.963.7600 ▪ www.mercantilepotomacbank.com
Affiliate Mercantile Bankshares Corporation ▪ Member FDIC ▪ Equal Housing Lender

 **MERCANTILE POTOMAC BANK**

June 29, 2005

STATE ATTORNEY OFFICE
MARK DUBESTER
555 FOURTH STREET NW RM 5917
WASHINGTON DC  20530

Mr. Dubester:

Enclosed are the records you requested.  Please let me know if any other records are
needed.

Sincerely,

Bernice Bryan
Account Services
410-347-7827



Bank of America
Legal Order Processing
FL6-001-02-11
P.O. Box 407090
Ft.Lauderdale, FL 33340-7090

August 30, 2005

Mark H. Dubester
Assitant U.S. Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5917
Washington, D.C. 20530

RE:    Grand Jury/Columbia/Douglas Jemal
       Bank of America File # 0804050620PHM

Dear Mr. Dubester:

Enclosed are the documents requested in the Summons/Subpoena issued in the above case.

These records include:

- Statements for account number 2001843119 in the name of Douglas Jemal from July 4, 1998 through December 5, 2000.
- Statements for account number 3916878721 in the name of Douglas Jemal from July 9, 1998 through December 8, 2000.
- Statements for account number 3919269191 in the name of Douglas Jemal from July 23, 1998 through December 22, 2000.
- Statements and cancelled checks (from check number 2100 through check number 2500) for account number 2580009934 in the name of Douglas Development Corp. from August 1, 1998 through December 31, 2000.

Please be advised we will mail the remaining documents upon receipt, you may contact me if I can be of further assistance in this matter.

Sincerely,

Patricia Moreno

Hilda Patricia Moreno
Legal Order Processing
954-473-7710

Enclosure


2000-2004
US Olympic Teams

GOVERNMENT EXHIBIT

No. 28(a)

U.S. v. Brownell

Recycled Paper        LTSTemp

LAW OFFICES

# GEBHARDT & SMITH LLP

NINTH FLOOR

THE WORLD TRADE CENTER

BALTIMORE, MARYLAND 21202-3064

BALTIMORE:    (410) 752-5830

WASHINGTON:   (301) 470-7468

WRITER'S DIRECT DIAL NUMBER:
(410) 385-5160
SPOSNER@gebsmith.com

FACSIMILE
(410) 385-5119

SHANNON J. POSNER
Member of the Bars of Maryland
and the District of Columbia

January 7, 2005

**VIA FEDERAL EXPRESS**

Mark H. Dubester, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

> Re:    Grand Jury Subpoena Relating to John E. Brownell
> No. 365509
> USAO No. 2003R01819
> <u>G&S File No.: 21191</u>

Dear Mr. Duester:

As you know, this firm represents Mercantile Potomac Bank ("Mercantile") in connection with the above-referenced Grand Jury Subpoena served on Mercantile by the United States Attorney's Office. In response to your January 4, 2005 electronic mail that you sent to me, enclosed herewith are the additional documents that you requested relating to John E. Brownell. Accordingly, the enclosed documents completely satisfy the above-referenced Grand Jury Subpoena.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me.

Very truly yours,

Shannon J. Posner

SJP/kav
Enclosures
cc: Stephanie O. Ransom, Vice President
    (via first-class mail)
    Arrel Godfrey, Senior Vice Presdident
    (via first-class mail)

GOVERNMENT EXHIBIT
**No. 50(a)**
U.S. v. Brownell

LAW OFFICES

# GEBHARDT & SMITH LLP

NINTH FLOOR

THE WORLD TRADE CENTER

BALTIMORE, MARYLAND 21202-3064

BALTIMORE:    (410) 752-5830
WASHINGTON:   (301) 470-7468

FACSIMILE
(410) 385-5119

WRITER'S DIRECT DIAL NUMBER:

(410) 385-5039
jslei@gebsmith.com

March 2, 2005

**VIA FEDERAL EXPRESS**

Mark H. Dubester, Esquire
Assistant United States Attorney
U.S. Department of Justice
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

Re:  Grand Jury Subpoena Relating to John E. Brownell
No. 377906
USAO No. 2003R01819
G&S File No.: 21191

Dear Mr. Dubester:

As you know, this firm represents Mercantile Potomac Bank ("Mercantile") in connection with the above-referenced Grand Jury Subpoena served on Mercantile by the United States Attorney's Office. In order to comply with the Grand Jury Subpoena, enclosed herewith are the documents contained in Mercantile's records relating to the home equity line of credit of John E. Brownell, Account No. 840350. The enclosed documents, along with those documents produced on February 23, 2005, satisfy the above-referenced Grand Jury Subpoena.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me.

Very truly yours,

Jonathan A. Steinberg

JAS/kav
Enclosures
cc: Stephanie O. Ransom, Vice President
     (via facsimile (301) 963-7615 w/o enclosures)



Branch Banking & Trust Co.

Deposit Compliance

P.O. Box 1489
Lumberton, NC 28359

March 16, 2005

Mark H Dubester
AUSA
555 Fourth Street, NW
Room 5917
Washington, DC 20530

RE: John E Brownell

Dear Mr. Dubester:

BB&T has received a Grand Jury Subpoena requesting information on the above referenced item(s) and responds as follows:

Enclosed are the records regarding account 5650031093, which was a line of credit. Mr. Brownell had no additional accounts with BB&T.

Should you have any questions, please contact me at the phone number listed below.

Sincerely,

Patty Williams
Branch Operations Specialist
(910) 272-4229

GOVERNMENT EXHIBIT
No. 51
U.S. v. Brownell

# MERCANTILE POTOMAC BANK

August 22, 2005

ASSISTANT US ATTORNEY
MARK H DUBESTER
555 FOURTH ST, NW  RM 5917
WASHINGTON DC  20530

Dear Sir or Madam:

Enclosed are the records you requested.  If you have any questions, please feel free to give me a call.

Sincerely,

Bernice Bryan
Account Services
410-347-7827

```
GOVERNMENT EXHIBIT
No. 52(b)
U.S. v. Brownell
```

702 Russell Avenue ▪ Gaithersburg ▪ Maryland 20877 ▪ 301.963.7600 ▪ www.mercantilepotomacbank.com
Affiliate Mercantile Bankshares Corporation ▪ Member FDIC ▪ Equal Housing Lender