UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 06-077 (RMU) |
| JOHN E. BROWNELL, | : |
| Defendant. | : |

## ORDER

The Court, having reviewed the government's notice of its intent to introduce self-authenticating documents pursuant to rule 902(11) and any objections thereto, this ___ day of _____, 2007, hereby

**FINDS** that the specified documents satisfy the requirements of Fed. R. Evid. 902(11) and are thus authentic business records within the meaning of the Federal Rules of Evidence.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge