December 30, 1993

To: Douglas

From: Jack

Attached per our discussion of Sunday, December 5 is a quarterly bonus check of $2,500. Please note the following:

1) Payment in this manner is 100% non-traceable as compensation, thereby eliminating tax burdens on both sides.

2) Although I am very happy here and feel well taken care of, after almost 3.5 years I believe a base pay increase is both reasonable and merited. As you know, accounting is very expensive and I save you a fortune in fees and also a lot in taxes through aggressive or creative accounting.

3) A pay increase will allow me to purchase items myself rather than coming to you with my hand out every time I need something.

4) It is my intention to save some money to someday invest in the business.

I hope you feel, as I do, that you are getting a bargain.

Thanks.


**File: DJCOMP**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\DJCOMP
Cre: 2/23/2005 1:58:20 PM
Mod: 12/30/1993 3:59:04 PM
Item #: 252024
Exported as: DJCOMP[252024]