UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Action No.: 06-077 (RMU) |
| | : | |
| **JOHN E. BROWNELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

_____The Court, having reviewed the government's motion to admit certain evidence, and any oppositions and replies thereto, it is this ___ day of _____ , 2007, hereby

**ORDERED** that the government's motion is granted and the following documents shall be admitted, pending resolution of objections other than as to relevance:

Government Exhibits: 56, 102, 30B, 50F, 14, 57, 52, 55, 44, 45, 115, 121, and the presently unmarked December 30, 1993 Brownell-Jemal memorandum.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge