UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES                  )
                               )
    v.                         )    Crim. No. 06-CR-0077 (RMU)
                               )
JOHN E. BROWNELL,              )
                               )
        Defendant.             )
_____)
```

### ORDER

THIS MATTER came before the Court on the Government's Motion to Admit Certain Evidence. Upon consideration of the motion, Defendant's opposition, the government's reply, if any, and the arguments of counsel, it is, this ___ day of _____, 2007, hereby

ORDERED, that the Motion be and it hereby is DENIED IN PART and GRANTED IN PART; and it is further

ORDERED, that the government may not introduce at trial in this case: (1) the 1993 memorandum; or (2) the alleged statements by Mr. Brownell, proffered by the government in its motion, about his income prior to the time period covered by the Indictment (1998 through 2003); and it is further

ORDERED, that the government may introduce, subject to objections other than as to relevance: (1) the government's proffered evidence of Mr. Brownell's 2005 tax filings, salary

and loan repayment; (2) alleged statements by Mr. Brownell about his income during the time period covered by the Indictment (1998 through 2003); and (3) evidence showing that Mr. Brownell did not file his tax returns from 1994 onward.

										_____
										Ricardo M. Urbina
										UNITED STATES DISTRICT JUDGE


Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
   District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Gloria B. Solomon
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036