UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 06-CR-0077 (RMU) |
| ) | |
| JOHN E. BROWNELL, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant John E. Brownell, through counsel, respectfully submits the following list of exhibits that Mr. Brownell intends to introduce in his case-in-chief.

| Exhibit No. | Description |
|---|---|
| 1A | 7/9/98 $10,416.39 DDC check #93013 to PVB |
| 1B--- | Reports and backup (including internal DDC documents and accounting documents) |
| 2A | 9/22/98 $3,897.90 DDC check #03991 to PVB |
| 2B--- | Reports and backup |
| 3A | 12/29/98 $10,397.18 DDC check #95754 to PVB |
| 3B--- | Reports and backup |
| 4A | 3/7/99 $10,391.04 DDC check #98391 to PVB |
| 4B--- | Reports and backup |
| 5A | 6/10/99 $3,846.67 DDC check #98946 to PVB |
| 5B--- | Reports and backup |

| Exhibit No. | Description |
|---|---|
| 6A | 9/7/99 $3,794.50 DDC check #2995 to PVB |
| 6B--- | Reports and backup |
| 7A | 11/5/99 $3,590.05 DDC check #30325 to PVB |
| 7B--- | Reports and backup |
| 8A | 7/11/00 $2,471.04 DDC check #85125 to PVB |
| 8B--- | Reports and backup |
| 9A | 10/16/00 $2,434.13 DDC check #87046 to PVB |
| 9B--- | Reports and backup |
| 10A | 3/7/01 $10,000 DDC check #89990 to PVB |
| 10B--- | Reports and backup |
| 11A | 5/31/01 $6,938.94 DDC check #92024 to PVB |
| 11B--- | Reports and backup |
| 12A | 8/1/01 $6,788.38 DDC check #93501 to PVB |
| 12B--- | Reports and backup |
| 13A | 10/18/01 $8,500 DDC check #95225 to PVB |
| 13B--- | Reports and backup |
| 14A | 12/19/01 $6,961.05 DDC check #96486 to PVB |
| 14B--- | Reports and backup |
| 15A | 1/24/02 $7,861.06 DDC check #97171 to PVB |
| 15B--- | Reports and backup |
| 16A | 2/22/02 $4,848.69 DDC check #97766 to PVB |
| 16B--- | Reports and backup |

| Exhibit No. | Description |
|---|---|
| 17A | 6/7/02 $6,981.25 DDC check #100201 to PVB |
| 17B--- | Reports and backup |
| 18A | 9/13/02 $4,933.50 DDC check #102309 to PVB |
| 18B--- | Reports and backup |
| 19A | 2/28/03 $3,698.77 DDC check #105980 to PVB |
| 19B--- | Reports and backup |
| 20A | 7/3/03 $6,250 DDC check #109634 to PVB |
| 20B--- | Reports and backup |
| 21A | 12/15/03 $6,338.76 DDC check #113461 to PVB |
| 21B--- | Reports and backup |
| 22A | 5/7/04 $4,470.62 DDC check #117429 to PVB |
| 22B--- | Reports and backup |
| 23A | 6/30/04 $4,895.61 DDC check #179525 to PVB |
| 23B--- | Reports and backup |
| 24A | 8/2/99 $3,800 DDC check #2241 to Brownell |
| 24B--- | Reports and backup |
| 25A | 9/24/99 $1,000 DDC check #2247 to Brownell |
| 25B--- | Reports and backup |
| 26A | 12/30/99 $20,000 DDC check #40709 to Brownell |
| 26B--- | Reports and backup |
| 27A | 2/16/00 $500 DDC check #82554 to Brownell |
| 27B--- | Reports and backup |

| Exhibit No. | Description |
|---|---|
| 28A | 10/30/00 $20,000 DDC check #1016 to Brownell |
| 28B--- | Reports and backup |
| 29A | 6/5/01 $800 DDC check #92134 to Brownell |
| 29B--- | Reports and backup |
| 30A | 8/20/02 $2,000 DDC check #101768 to Brownell |
| 30B--- | Reports and backup |
| 31A | 3/1/02 $9,000 DDC check #97977 to Construction by Design |
| 31B--- | Reports and backup |
| 32A | 6/1/02 $8,700 DDC check #100535 to Tex-Mex Construction |
| 32B--- | Reports and backup |
| 33A | 2/22/99 $1,500 Douglas Jemal check #5036 to Brownell |
| 33B--- | Reports and backup |
| 34A | 4/22/99 $1,000 Douglas Jemal check #5169 to Brownell |
| 34B--- | Reports and backup |
| 35A | 5/17/99 $1,900 Douglas Jemal check #5205 to Brownell |
| 35B--- | Reports and backup |
| 36A | 1/3/00 $2,000 Douglas Jemal check #5531 to Brownell |
| 36B--- | Reports and backup |
| 37A | $10,000 Liebner & Potkin check to Brownell |
| 37B--- | Reports and backup |
| 38A | $2,948.83 DDC check to Brownell |
| 38B--- | Reports and backup |

| Exhibit No. | Description |
|---|---|
| 39 | DDC Project Chart of Accounts as of 1/5/07 |
| 40 | DDC Chart of Accounts as of 1/5/07 |
| 41 | DDC Chart of Accounts as of December 2002 |
| 42 | DDC Project Master List as of 1/5/07 |
| 43 | DDC Check Register, Checks to Cash as of 6/30/02 |
| 44 | 5/18/99 letter from Brownell to Flora Millstein |
| 45 | Flora Millstein Loan Activity Spreadsheet |
| 46 | 12/26/06 IRS Letter to Brownell re new refund check |
| 47 | Documents re: relationship between DDC and Other entities |
| 48 | Documents reflecting payments received from Brownell by W&W Electric |
| 49 | 4/21/96 letter from Brownell to Arrel Godfrey |
| 50 | 5/9/96 $50,000 Check from Brownell to DDC and Deposit Slip |
| 51 | 1998 DDC payroll account check for $1,000 to Brownell, "loan for party" |
| 52 | 5/21/98 $1,000 Brownell check to cash |
| 53 | 5/27/98 handwritten note, "reimburse Jack for cash" |
| 54 | 5/28/98 Brownell NationsBank deposit slip for $1,500 |
| 55 | 1/14/99 handwritten note requesting reimbursement, attaching 1/14/99 Douglas Jemal check to Brownell for $1,600 |
| 56 | 2/12/99 $500 Brownell check to cash |

| Exhibit No. | Description |
|---|---|
| 57 | 2/18/99 $500 Brownell check to cash |
| 58 | 2/22/99 $1500 Douglas Jemal check to Brownell, attaching note regarding payment |
| 59 | 4/16/99 $1,000 Brownell check to cash |
| 60 | 4/22/99 Douglas Jemal check to Brownell for $1,000, attaching handwritten note and Brownell check |
| 61 | DDC Check Register for Brownell for 1/00 as of June 30, 2002 |
| 62 | 12/31/99 Eagle Bank cash out ticket for $3,000 |
| 63 | 5/10/99 $400 Brownell check to cash |
| 64 | 5/14/99 $300 Brownell check to cash |
| 65 | 5/17/99 $1,900 Douglas Jemal check to Brownell, attaching handwritten note |
| 66 | 8/2/99 $3,800 DDC check to Brownell, "loan repay" |
| 67 | 9/21/99 Party Invitation List |
| 68 | 9/24/99 $1,000 DDC check to Brownell, "loan" |
| 69 | 9/27/99 $150 Brownell check to DDC |
| 70 | 10/20/99 $20 Douglas Jemal check to Brownell |
| 71 | 1/3/00 checks to Joyce Jemal and Brownell, with post-it in corner |
| 72 | 10/30/00 memo from Brownell to Arrel Godfrey |
| 73 | 2/14/01 $6,387.46 Brownell check to Liebner & Potkin |
| 74 | 1/28/02 Brownell letter to Arrel Godfrey |
| 75 | 3/11/02 $542.31 check from Blake Esherick to Brownell |
| 76 | 6/6/03 letter from Arrel Godfrey to Brownell |

6

| Exhibit No. | Description |
|---|---|
| 77 | 7/5/04 IRS Tax Calculation Summary and proposed income tax assessment, tax year 2000 |
| 78 | 1/3/05 IRS letter of deficiency, tax year 2000 |
| 79 | 1/3/05 IRS notice re tax deficiency, tax year 2001 |
| 80 | Accounting and other documents showing relationship between DDC and its LLC's, including lending relationship |
| 81 | 4/1/05 Petition to IRS re tax year 2000 |
| 82 | 5/9/05 Maryland income tax refund check to Brownell |
| 83 | 5/21/05 IRS notice to "call immediately" re tax year 2001 |
| 84 | 5/23/05 IRS notice to Brownell "Overpaid Tax Applied to Other Taxes You Owe," tax year 2002 |
| 85 | 5/23/05 IRS request for payment, tax year 2003 |
| 86 | 5/25/05 Tax Court Answer |
| 87 | 6/6/05 IRS request for payment, tax year 1999 |
| 88 | 7/11/05 IRS notice of amount due for tax year 1999 |
| 89 | 7/14/05 $4,411.48 Brownell check to IRS |
| 90 | 7/29/05 $1042.27 IRS refund check, tax year 2001 |
| 91 | 8/1/05 IRS Notice of overpaid taxes for 2001 |
| 92 | 8/1/05 IRS Notice, "We Changed Your Account" |
| 93 | 8/5/05 $4,416.56 IRS refund check, tax year 1999 |
| 94 | 8/29/05 IRS Unsigned "decisions" |
| 95 | $2965.60 IRS refund check, tax year 2000 |

| Exhibit No. | Description |
|---|---|
| 96 | Photos of DDC properties |
| 97 | Tax years 1998-2003 IRS records for Brownell |
| 98 | 10/13/05 Kundra letter to IRS George Green re decision document |
| 99 | 11/25/05 motion for stay of tax court proceedings and 11/25/05 tax court stay of proceedings |
| 100 | 3/20/06 IRS letter to Brownell, "We Changed Your Account," re: tax year 2000 |
| 101 | 7/27/06 Kundra letter to IRS requesting transcripts |
| 102 | 12/26/06 Kundra FOIA letter to IRS |
| 103 | 12/27/06 Kundra letter to SSA requesting W2 information |
| 104 | 12/27/06 Kundra letter to IRS re form 4506-T follow up |
| 105 | DDC loans receivable, 1994-2002 |
| 106 | 1993-present W-2, W-3 and W-4 forms and associated correspondence and notes |
| 107 | 1994-1995; 1999-2005 Brownell tax returns |
| 108 | 9/11/06 IRS letter to Chaya Kundra |
| 109 | IRS Transcript, tax year 1999 |
| 110 | IRS Transcript, tax year 2000 |
| 111 | IRS Transcript, tax year 2001 |
| 112 | IRS Transcript, tax year 2002 |
| 113 | IRS Transcript, tax year 2003 |
| 114 | IRS Transcript, tax year 2004 |

| Exhibit No. | Description |
|---|---|
| 115 | IRS transcripts run prior to filing returns |
| 116 | Documents showing taxes or refund owed for 1994-95 |
| 117 | Grossberg workpapers for DDC and Brownell |
| 118 | Brownell Grand Jury testimony excerpt |
| 119 | Jack Brownell's PVB 1098's |
| 120 | DDC tax returns, 1993-2003 |
| 121 | IRS Manual Section 20.1.5 and other sections |
| 122 | Bittker, Boris I., Federal Taxation of Income, Estates and Gifts § 4.3 (2007) |
| 123 | Internal Revenue Service, Businesses with Employees-Paying Yourself, (www.irs.gov/businesses/small) |
| 124 | Lerner, Matthew D. and Gideon, Kenneth W., "Looking At Tax Shelters From Both Sides. How Will This Affect Your Clients?" 38th Annual Southern Federal Tax Institute, Outline D, (2003) |
| 125 | Bankman, Joseph. The Economic Substance Doctrine, 74 S. Cal. L. Rev. 5 (2005) |
| 126 | Tax Desk ¶101,006. "Advances," "loans" or "income"? |
| 127 | Internal Revenue Service, Rev. Rul. 68-337, 1968-1 C.B. 417, RIC Sec(s). 3121 |
| 128 | Tax Desk ¶130,518. When advances are includible as compensation. |
| 129 | Tax Desk ¶130,523. Determining whether an employer's advance is a loan or compensation. |
| 130 | Tax Desk ¶130,521. Payments to employees for future services vs. loans. |
| 131 | Internal Revenue Service Publication 535, Business Expenses, Employees Pay, (2005) |

| Exhibit No. | Description |
|---|---|
| | (www.irs.gov/publication/p535/ch02.html) |
| 132 | Internal Revenue Service Publication 334, Tax Guide for Small Business (For Individuals Who Use Schedule C or C-EZ) |
| 133 | Tax Desk ¶136,508. "Demand loan" and "term loan" defined. |
| 134 | Tax Desk ¶136,507. "Compensation-related loan" defined. |
| 135 | Internal Revenue Service Rev. Rul. 68-337, 1968-1 C.B. 417 |
| 136 | Internal Revenue Service Code § 7872, Treatment of loans with below-market interest rates |
| 137 | Treatment of loans with below-market interest rates, U.S.C.A. § 7872. (2006) |
| 138 | Treasury Decision TD 8045, 26 CFR Part 1 Income Tax; Taxable Years Beginning After December 31, 1953; Below-Market Loans, Code Sec., 08/20/1985 |
| 139 | ¶34-04 Recharacterization of No-Interest and Below-Market Interest Loans. |
| 140 | Internal Revenue Service Publication 535, Business Expenses, Interest (2005) (www.irs.gov/publications/p535/ch05.html) |
| 141 | U.S. Tax Court, T.C. Memo. 2000-248 |
| 142 | Internal Revenue Service, Executive Compensation-Fringe Benefits Audit Techniques Guide (02-2005) (www.irs.gov/businesses/corporations/article) |
| 143 | Internal Revenue Service Market Segment Specialization Program, Shareholder Loans, Training 3147-118 (6-01) TPDS No. 86798J (www.irs.gov/pub/irs-mssp/a8shloan.pdf) |
| 144 | Internal Revenue Code § 7201 Attempt to evade or defeat tax. |

| Exhibit No. | Description |
|---|---|
| 145 | Failure to make returns, 47B C.J.S. Internal Revenue § 850. (2006) |
| 146 | Failure to file tax return or to pay tax, 26 U.S.C.A. § 6651. (1999) |
| 147 | Willful failure to file return, supply information, or pay tax, 26 U.S.C.A. § 7203. (2006) |
| 148 | ¶444,008. Likely source of taxable income. |
| 149 | Formal Requirements of a Return, IRS Prac. & Proc. ¶ 4.03. (2006) |
| 150 | Internal Revenue Service, It's Important to Pay Taxes in Full. (www.irs.gov/businesses/small/article) |
| 151 | Part III–Administrative, Procedural, and Miscellaneous–Common Mistakes on Tax Returns, Notice 2004-13 |
| 152 | Internal Revenue Service Manual 4.12.1 Nonfiled Returns (www.irs.gov/irm/part4/ch12s01.html) |
| 153 | Bittker, McMahon & Zelenak: Federal Income Taxation of Individuals, ¶39.01 |
| 154 | Internal Revenue Code § 446 General rule for methods of accounting. |
| 155 | 26 C.F.R. § 1.446-1, General rule for methods of accounting. |
| 156 | Allocation of income and deductions among taxpayers, 26 U.S.C.A. § 482. (2006) |
| 157 | Internal Revenue Code § 6001 Notice or regulations requiring records, statements, and special returns. |
| 158 | Tax Controversy Flowchart |
| 159 | Internal Revenue Service Income Tax Appeal Procedure, Vol. 9 CCH-Standard Federal Tax Reports |

| Exhibit No. | Description |
|---|---|
| 160 | Internal Revenue Service Commissioner Chief of Staff Flowchart |
| 161 | ¶47.01 Examination and Audit of Returns |
| 162 | Internal Revenue Service Manual 25.1.2 Recognizing and Developing Fraud |
| 163 | Internal Revenue Service Manual 9.5.8 Investigative Reports |
| 164 | Internal Revenue Service Manual 4.10.1 Overview and Basic Examiner Responsibilities |
| 165 | Internal Revenue Service Manual 9.9.1 Employee Criminal Investigation Management Information System Responsibilities and Procedures |
| 166 | Bittker, McMahon & Zelenak: Federal Income Taxation of Individuals ¶46.04 Treasury Regulations |
| 167 | Bittker, McMahon & Zelenak: Federal Income Taxation of Individuals ¶46.05 Revenue Rulings, IRS Opinion Letters, Etc. |
| 168 | Irons, John S. and Powers, Michael. Tax Complexity: By The Numbers, October 28, 2005. |
| 169 | "How Long is It?" (The United States tax code), March 12, 2006. (www.trygve.com/diary) |
| 170 | Gifts and Inheritances, 26 U.S.C.A. § 102 |
| 171 | Imposition of Tax, 26 U.S.C.A. § 2501 |
| 172 | Imposition of Tax, 26 U.S.C.A. § 2501 |
| 173 | 26 C.F.R. § 25.2504-1. Taxable gifts for preceding calendar periods. |
| 174 | 26 U.S.C. § 2505. Unified credit against gift tax |
| 175 | Internal Revenue Service Publication 950, Introduction |

| Exhibit No. | Description |
|---|---|
| | to Estate and Gift Taxes (2004) |
| 176 | Internal Revenue Service 2005 Instructions for Form 709 United States Gift (and Generation-Skipping Transfer) Tax Return |
| 177 | Corasaniti v. United States, 212 F.Supp. 229 (Maryland 1962) |
| 178 | Commissioner of Internal Revenue v. Duberstein, et al. v. United States, 363 U.S. 278, 80 S.Ct. 1190 (argued 1960) |
| 179 | Wolder v. Commissioner of Internal Revenue, 493 F.2d 608 (1974) |
| 180 | Allman, Esq., Peter J. Tax Management, Withholding, Social Security and Unemployment Taxes on Compensation |
| 181 | Bruce Dubinsky C.V. |
| 182 | IRS document received by Brownell, "The Examination Process" |
| 183 | Brownell party invitations |
| 184 | 7/13/00 letter from Sabra Butler to Morris Miller |
| 185 | 12/7/01 $997.34 Brownell check to Morris Miller |
| 186 | DDC Morris Miller check register as of June 30, 2002 |
| 187 | Photos of Brownell's home |
| 188 | 12/29/98 $896 Brownell check to W&W Electric |
| 189 | 8/14/98 $300 Brownell check to National City |
| 190 | 10/11/00 $20,000 Brownell check to Re/Max Capital Realtors |
| 191 | 4/19/02 $400 Brownell check to Construction By Design |
| 192 | 3/10/00; 3/22/00 Brownell checks to Dave Willett |

| Exhibit No. | Description |
|---|---|
| 193 | 6/8/01 $1,816.61 Brownell check to Winkler Automotive Inc. |
| 194 | 2/20/02 $6,500 Brownell check to Tom Gannon |
| 195 | 8/23/02 $1,250 Brownell check to Envirobate Global, Inc. |
| 196 | 7/24/02 $1,100 Brownell check to Jose Paz |
| 197 | 5/24/02 $3,000 Brownell check to Envirobate Global, Inc. |
| 198 | 4/25/02 $2,000 Brownell check to Eddie Aaronson Custom Flooring, Inc. |
| 199 | 4/24/02 $6,000 Brownell check to Construction by Design |
| 200 | 3/26/02 $1,250 Brownell check to Tim Thomson Hardwood Floors |
| 201 | Brownell checks: 10/31/03 $600 to cash; 7/9/03 $945 to Construction By Design; 7/11/03 $400 to Cash; 6/3/03 $350 to Jose Paz |
| 202 | Spreadsheet and documents showing sales of DDC properties in 2005 |
| 203 | DDC Payroll spreadsheets |
| 204 | Accounting Software documentation/users manual, old and current software |
| 205 | Loan Receivable Account Entries for Jack |
| 206 | Loan Receivable Account Entries for Paul Millstein |
| 207 | Loan Receivable Account Entries for Blake Esherick |
| 208 | Accounting and other documents reflecting Douglas Jemal's loans to and from company, and payments for expenses for personal items |
| 209 | Accounting and other documents reflecting loans to and |

| Exhibit No. | Description |
|---|---|
|  | from other employees and Mrs. Millstein |
| 210 | [omitted] |
| 211 | DDC General Ledger for 2600 Loans Payable Account, 1/02 – 12/02 |
| 212 | DDC Balance Sheets, 12/98 through 12/05\ |
| 213 | [omitted] |
| 214 | DDC Check Schedule, Miscellaneous Checks to Jack Brownell |
| 215 | DDC general ledger as of 8/02 for account #6901 |
| 216 | 8/20/02 $2,000 Brownell check to Committee to Reelect Tony Williams |
| 217 | 8/18/02 $2,000 Brownell check to Lazio 2000 |
| 218 | 8/14/00 letter from Michael Haddad to Douglas Jemal |
| 219 | 8/29/00 DDC check stub for check #6026 and handwritten reimbursement request |
| 220 | DDC Check Register for Brownell for 8/00 as of June 30, 2002 |
| 221 | DDC Check Register for Brownell for 2/00 as of June 30, 2002 |
| 222 | 1/15/00 Graceham Contractors, Inc. work ticket |
| 223 | 1/21/00 DDC check stub for check #82224 |
| 224 | [omitted] |
| 225 | DDC Check Register for Tim Roberts for 5/01 |
| 226 | [omitted] |
| 227 | DDC Check Register for Brownell from 1/94 through 12/05 |

| Exhibit No. | Description |
|---|---|
| 228 | DDC Chart of Accounts |
| 229 | 1/27/05 DDC custodian of records subpoena to testify before Grand Jury |
| 230 | DDC 047208-047236 |
| 231 | DDC 047241-047327 |
| 232 | DDC 047380-047425 |
| 233 | DDC 047426-047439 |
| 234 | [omitted] |
| 235 | Accounting and other documents relating to Trimble day care |
| 236 | Photos of DDC office |
| 237 | Accounting and other documents showing Potkin loans to DDC |
| 238 | Photos of Gallery Place DDC buildings |
| 239 | Accounting and other documents showing loans to other DDC employees, including Andy Foster, Fritz Berens, Jose Paz, Jerome Robinson, James Stocks |
| 240 | DDCs 1998-2004 W-3s and W-4s |
| 241 | 26 U.S.C. Section 1341 |
| 242 | 5/27/98 Douglas Jemal check to Brownell |
| 243 | 9/17/99 Brownell check to DDC |
| 244 | DDC check registers by vendor for Tim Roberts, Leslie Trimble, Paul Millstein, Blake Esherick, John Brownell and other employees |
| 245 | Demonstratives and Summary Charts |

      We respectfully seek to reserve the right to introduce or otherwise reference any exhibit that the government has marked and provided to us.  At this time, it is our intention to utilize at least the following government exhibits:

BR-4
BR-6
BR-10, 11, 12, 13
BR-16
20 PART 1
20 PART 2
20 PART 3
23.1 2002 EAGLE
23.1 2004 EAGLE
24 BBT bank statements
24 BBT support
25
41
44
50F Part I
52 Part I
52A Part I
52A Part II
53 Part II
54
58 Part I
58 Part II
60 series
61 series
62 series
63 series
64 series
66 series
67 series
68 series
69-75
77-82
85
90
100-B
107
110
114-116
118
138
142
145-148

Respectfully submitted,

JOHN E. BROWNELL

By Counsel:


__/s/ Barry Coburn_____
Barry Coburn (D.C. Bar #358020)
Gloria B. Solomon (D.C. Bar #358880)
Jeffrey C. Coffman (D.C. Bar #493826)
TROUT CACHERIS, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036
Phone: (202)464-3300
Fax: (202) 464-3319

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of January, 2007, I served a copy of the foregoing Defendant's Exhibit List by ECF.


                                        __/s/ Barry Coburn_____