UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-077 (RMU) |
| | : | |
| JOHN E. BROWNELL | : | |

**GOVERNMENT'S SUBMISSION OF EXHIBIT LIST**

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following list of exhibits that the government may introduce in its case in chief.

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 1 | IRS  Certified Transcript - 1993 |
| 2 | IRS  Certified Transcript - 1994 |
| 3 | IRS  Certified Transcript - 1995 |
| 3A | Social Security Records re: wages - 1993, 1994 and 1995 |
| 4 | IRS  Certified Transcript - 1996 |
| 5 | IRS  Certified Transcript" - 1997 |
| 6 | IRS Certified Return - 1998 |
| 7 | IRS Certified Return 1999 |
| 7A | IRS IRP Printout for 1999 |
| 8 | IRS Certified Return 2000 |
| 8A | IRS IRP Printout 2000 |
| 9 | IRS Certified Return for 2001 |
| 9a | IRS 2001 IRP |
| 10 | IRS Return 2002 |
| 10A | IRS IRP documents - 2002 |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 11 | IRS Return - 2003 |
| 11A | IRS IRP - 2003 |
| 12 | IRS Return - 2004 |
| 12A | 2004 IRP [not yet marked as of 1/10] |
| 13 | IRS Return - 2005 |
| 14 | 1996 W-2 from Brownell's computer |
| 15 | 10/28/94-8/16/96 Payroll Data from Computer |
| 16 | 8/23/96-1/24/97 Payroll Data from Computer |
| 17 | 1/31/07-7/10/97 Payroll Data from Computer |
| 18 | 5/97-1/5/01 Payroll Data from Computer |
| 19 | 1/05/01-1/04/02 Payroll Data from Computer |
| 20 | Bank of America Checking Account # xxxx96 April 1998 - August 2000 |
| 20a | Bank of America Checking Account #xxxx96 Affidavit |
| 21 | Potomac Valley Bank Checking Account # xxxx31 Feb 98 - Feb 05 |
| 21a | Potomac Valley Bank Checking Account # xxxx31 Affidavit |
| 21b | Potomac Valley Bank Overdraft Acct Statements. 8/98-9/01 Acct xxxx45 |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 22 | Adams Bank Checking Account xxxx06<br>10/00 - 10/03 |
| 22a | Adams Bank Affidavit<br># xxxx06 |
| 23 | Eagle Bank Checking Account<br># xxxx44<br>May 99 - Oct 03 |
| 24 | Franklin/BB&T Checking Account #<br>xxxx50<br>Dec 98 - |
| 24a | Franklin/BB&T Affidavit |
| 25 | F&M Bank checks from DDC relating to Brownell. |
| 26 | Eagle Bank Checks from DDC to Brownell's PVB LOC |
| 27 | $20,000 Check to Brownell from DDC. |
| 28 | Nation's/BOA Bank Misc checks to Brownell from DDC Operations Acct and Payroll Acct. |
| 28a | Nations/BOA Affidavit |
| 29 | **NOT YET MARKED** |
| 30 | Fleet/BOA Credit Card Statements<br>10/98-4/05<br>Acct. xxxx-xx57 |
| 30a | Fleet/BOA Custodian of Records<br>Acct. xxxx-xx57 |
| 30b | Fleet/BOA Credit Card Application<br>from 1996 |
| 31 | National City Credit Card<br>5/98-5/05<br>Acct xxxx-xx15 |

| **UNITED STATES v. BROWNELL** |
|---|---|
| Exh. No. | Description |
| 31a | National City Affidavit<br>Acct xxxx-xx15 |
| 32 | MBNA Credit Card<br>2/00-1/05<br>Acct xxxx-xx46 |
| 32a | MBNA Affidavit<br>Acct xxxx-xx46 |
| 33 | Bank One Credit Card<br>4/98-2/05<br>Acct xxxx-xx34 |
| 33a | Bank One Affidavit<br>Acct xxxx-xx34 |
| 34 | Hechts Credit Card<br>1997-2003<br>Acct xxxx-85 |
| 34a | Hecht's Affidavit<br>Acct xxxx-85 |
| 35 | Houshold Credit Services Credit Card<br>Acct xxxx-xx48<br>3/01-5/02 |
| 35a | Household Credit Services Affidavit<br>Acct xxxx-xx48 |
| 36 | Lord & Taylor Credit Card Statements<br>7/99-1/00<br>Acct xxxx-52 |
| 36a | Lord & Taylor Affidavit<br>Acct xxxxx-52 |
| 37 | **NOT YET MARKED** |
| 38 | Citistreet DDC Retirement Statements |
| 38a | Citistreet Affidavit |
| 39 | **NOT YET MARKED** |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 40 | Document for 6151 Tuckerman Renovations (from Computer) |
| 41 | 4/21/96 Memo to Arrel Godfrey at PVB from Brownell inquiring about a LOC Loan. |
| 42 | 10/17/96 Memo from Brownell to Wayne Lewis regarding renovations on 6151 Tuckerman Lane |
| 43 | 2/2/98 Memo to Tom Gannon (Construction by Design) regarding renovations for 6151 Tuckerman Lane. |
| 44 | 10/30/00 memo to Arrel Godfrey at PVB regarding 6155 Tuckerman Lane. |
| 45 | 10/30/00 memo to Arrel Godfrey at PVB regarding 6155 Tuckerman Lane-Version II |
| 46 | 11/3/00 memo from Jemal Douglas to Arrel Godfrey at PVB confirming Brownell's salary. |
| 47 | 11/3/00 memo from Brownell to Arrel Godfrey at PVB regarding renovations at 6155 Tuckerman. |
| 48 | 1/28/02 memo from Brownell to Arrel Godfrey at PVB regarding a request to increase his Line of Credit from $80,000 to $120,000. |
| 49 | Brownell's construction budget for 6155 Tuckerman Lane. |
| 50 | Potomac Valley Bank Line of Credit Statements. 3/98-2/05 Acct 840530-1 |
| 50a | Potomac Valley Bank Line of Credit Affidavit [to be obtained if no stipulation] |

|  | |
|---|---|
| **UNITED STATES v. BROWNELL** ||
| Exh. No. | Description |
| 50b | Potomac Valley Bank Line of Credit History |
| 50c | Potomac Valley Bank Line of Credit Line of Credit Change of Terms for Increase from $60,000 to $80,000 November 2000 |
| 50d | Potomac Valley Bank Line of Credit Line of Credit Change of Terms for Increase from $80,000 to $107,800 March 2002 |
| 50e | Potomac Valley Bank Line of Credit Line of Credit Change of Terms for Increase from $107,800 to $126,700 April 2004 |
| 50f | Potomac Valley Bank Line of Credit Original Line of Credit Application |
| 50g | Affidavit for loan application records [to be obtained if no stipulation] |
| 50h | Single DDC check for payment on line of credit |
| 50i | Affidavit that goes with 50h |
| 51 | BB&T Line of Credit Account Agreement. |
| 51A | Declaration of BBT Records Custodian |
| 52 | Potomac Valley Bank Mortgage Application for 6155 Tuckerman Ln. |
| 52A | Loan materials |
| 52B | Affidavit for 52, 52A (to be obtained if no stipulation] |
| 53 | Adams Bank Checking Acct. Overdraft Application |
| 54 | Eagle Bank Loan Application May 2002 |
| 55 | Eagle Bank Loan History |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 56 | Washington Mutual Loan Application for 6151 Tuckerman Lane. 10/26/1995 |
| 56a | Washington Mutual Loan Application Affidavit |
| 57 | Sun Trust/Crestar Checking Acct Overdraft Application |
| 57a | Sun Trust/Crestar Checking Acct Overdraft History |
| 57b | Sun Trust/Crestar Checking Acct Overdraft Statements 8/12/98-4/15/03 |
| 57c | Sun Trust/Crestar Checking Acct Overdraft Application Affidavit |
| 58 | Wells Fargo Loan Settlement & loan Application for 7989 Pleasant Ct. Dated 7/23/93 |
| 58a | Wells Fargo Loan Settlement & loan Application for 7989 Pleasant Ct. Affidavit. |
| 58b | Wells Fargo Loan History for 7989 Pleasant Ct. |
| 59 | **NOT MARKED** |
| 60a | PVB LOC 6/3/96 Invoice and DDC Check Copy dated 6/11/96. |
| 60b | PVB LOC 7/1/96 Invoice & DDC Check Copy dated 7/16/96. |
| 60c | PVB LOC 8/1/96 Invoice & DDC Check Copy dated 8/6/96 |
| 60d | PVB LOC 9/3/96 Invoice & DDC Check Copy dated 9/10/96 |
| 60e | PVB LOC 10/01/96 Invoice & DDC Check Copy dated 10/08/96 |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 60f | PVB LOC 11/1/96 Invoice & DDC Check Copy dated 11/08/96 |
| 60g | PVB LOC 12/02/96 Invoice & DDC Check Copy dated 12/5/96 |
| 61a | PVB LOC 1/2/97 Invoice & DDC Check Copy dated 1/9/97 |
| 61b | PVB LOC 2/3/97 Invoice & DDC Check Copy dated 2/11/97 |
| 61c | PVB LOC 3/3/97 Invoice & DDC Check Copy dated 3/11/97 |
| 61d | PVB LOC 4/1/97 Invoice & DDC Check Copy dated 4/11/97 |
| 61e | PVB LOC 5/1/97 Invoice & DDC Check Copy dated 5/6/97 |
| 61f | PVB LOC 6/2/97 Invoice & DDC Check Copy dated 6/5/97 |
| 61g | PVB LOC 6/19/97 Invoice & DDC Check Copy dated 7/2/97 |
| 61h | PVB LOC 7/1/97 Invoice & DDC Check Copy dated 8/7/97 |
| 61i | PVB LOC 8/3/97 Invoice & DDC Check Copy dated 9/3/97 |
| 61j | PVB LOC 9/2/97 Invoice & DDC Check Copy dated 11/5/97 |
| 61k | PVB LOC 10/01/97 Invoice & DDC Check Copy dated 10/13/97 |
| 61l | PVB LOC 11/3/97 Invoice & DDC Check Copy dated 12/02/97 |
| 61m | PVB LOC 12/1/97 Invoice & DDC Check Copy dated 1/5/98 |
| 62a | PVB LOC 1/4/98 Statement & DDC Check Copy dated 2/4/98 |

| **UNITED STATES v. BROWNELL** |
|---|---|
| Exh. No. | Description |
| 62b | PVB LOC 2/2/98 Statement & DDC Check Copy dated 2/24/98 |
| 62c | PVB LOC 3/2/98 Statement & DDC Check Copy dated 3/25/98 |
| 62d | PVB LOC 4/1/98 Statement & DDC Check Copy dated 5/4/98 |
| 62e | PVB LOC 5/3/98 Statement & DDC Check Copy dated 6/2/98 |
| 62f | PVB LOC 6/1/98 Statement & DDC Check Copy dated 7/1/98 |
| 62g | PVB LOC 7/1/98 Statement & DDC Check Copy dated 7/9/98 |
| 62h | PVB LOC 8/3/98 Statement & DDC Check Copy dated 8/13/98 |
| 62i | PVB LOC 9/1/98 Statement & DDC Check Copy dated 9/22/98 |
| 62j | PVB LOC 10/01/98 Statement & DDC Check Copy dated 10/29/98 |
| 62k | PVB LOC 11/2/98 Statement & DDC Check Copy dated 11/30/98 |
| 62l | PVB LOC 12/1/98 Statement & DDC Check Copy dated 12/29/98 |
| 63a | PVB LOC 1/4/99 Statement & DDC Check Copy dated 1/26/99 |
| 63b | PVB LOC 3/1/99 Statement & DDC Check Copy dated 3/4/99 |
| 63c | PVB LOC 4/1/99 Statement & DDC Check Copy dated 4/6/99 |
| 63d | PVB LOC 5/3/99 Statement & DDC Check Copy dated 5/7/99 |
| 63e | PVB LOC 6/1/99 Statement & DDC Check Copy dated 6/10/99 |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 63f | PVB LOC 7/1/99 Statement & DDC Check Copy dated 7/8/99 |
| 63g | PVB LOC 8/2/99 Statement & DDC Check Copy dated 8/6/99 |
| 63h | PVB LOC 9/1/99 Statement & DDC Check Copy dated 9/7/99 |
| 63i | PVB LOC 10/3/99 Statement & DDC Check Copy dated 10/06/99 |
| 63j | PVB LOC 11/1/99 Statement & DDC Check Copy dated 11/5/99 |
| 63k | PVB LOC 12/1/99 Statement & DDC Check Copy dated 12/13/99 |
| 64a | PVB LOC 1/3/00 Statement & DDC Check Copy dated 1/13/00 |
| 64b | PVB LOC 2/1/00 Statement & DDC Check Copy dated 2/22/00 |
| 64c | PVB LOC 3/1/00 Statement & DDC Check Copy dated 3/15/00 |
| 64d | PVB LOC 4/3/00 Statement & DDC Check Copy dated 4/11/00 |
| 64e | PVB LOC 5/1/00 Statement & DDC Check Copy dated 5/18/00 |
| 64f | PVB LOC 6/1/00 Statement & DDC Check Copy dated 6/22/00 |
| 64g | PVB LOC 7/4/00 Statement & DDC Check Copy dated 7/11/00 |
| 64h | PVB LOC 8/1/00 Statement & DDC Check Copy dated 8/8/00 |
| 64i | PVB LOC 9/4/00 Statement & DDC Check Copy dated 9/13/00 |
| 64j | PVB LOC 10/2/00 Statement & DDC Check Copy dated 10/16/00 |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 64k | PVB LOC 11/01/00 Statement & DDC Check Copy dated 11/14/00 |
| 65a | PVB LOC 1/02/01 Statement & DDC Check Copy 1/15/01 |
| 65b | PVB LOC 3/1/01 Statement & DDC Check Copy 3/7/01 |
| 65c | PVB LOC 4/2/01 Statement |
| 65d | PVB LOC 5/1/01 Statement & DDC Check Copy dated 5/31/01 |
| 65e | PVB LOC 7/2/01 Statement & DDC Check Copy dated 7/10/01 |
| 65f | DDC Check Copy dated 8/1/01 with Request Form |
| 65g | PVB LOC 8/1/01 Statement & DDC Check Copy dated 8/29/01 |
| 65h | PVB LOC 9/4/01 Statement & DDC Check Copy dated 10/18/01 |
| 65i | PVB LOC 12/03/01 Statement & DDC Check Copy dated 12/19/01 |
| 66a | PVB LOC 1/02/02 Statement & DDC Check Copy dated 1/24/02 |
| 66b | PVB LOC 2/3/02 Statement & DDC Check Copy dated 2/22/02 |
| 66c | PVB LOC 3/3/02 Statement & DDC Check Copy dated 3/27/02 |
| 66d | PVB LOC 4/1/02 Statement & DDC Check Copy dated 4/24/02 |
| 66e | PVB LOC 6/3/02 Statement & DDC Check Copy dated 6/7/02 |
| 66f | PVB LOC 7/31/02 Statement & DDC Check Copy dated 8/7/02 |

| **UNITED STATES v. BROWNELL** |
|---|---|
| Exh. No. | Description |
| 66g | PVB LOC 8/1/02 Statement & DDC Check Copy dated 9/13/02 |
| 66h | PVB LOC 9/3/02 Statement & DDC Check Copy dated 10/25/02 |
| 66i | PVB LOC 11/3/02 Statement & DDC Check Copy dated 12/23/02 |
| 67a | PVB LOC 12/02/02 Statement & DDC Check Copy dated 1/31/03 |
| 67b | PVB LOC 2/3/03 Statement & DDC Check Copy dated 2/28/03 |
| 67c | PVB LOC 5/1/03 Statement & DDC Check Copy dated 7/3/03 |
| 67d | PVB LOC 8/3/03 Statement & DDC Check Copy dated 8/11/03 |
| 67e | PVB LOC 10/1/03 Statement & DDC Check Copy dated 12/15/03 |
| 68a | PVB LOC 4/1/04 Statement & DDC Check Copy dated 5/7/04 |
| 68b | PVB LOC 6/1/04 Statement & DDC Check Copy dated 6/30/04 |
| 68c | PVB LOC 6/1/04 Statement & DDC Check Copy dated 7/16/04 |
| 68d | PVB LOC 8/2/04 Statement & DDC Check Copy dated 8/26/04 |
| 68e | PVB LOC 9/1/04 Statement & DDC Check Copy dated 10/1/04 |
| 68f | PVB LOC 10/03/04 Statement & DDC Check Copy dated 11/5/04 |
| 68g | PVB LOC 11/1/04 Statement & DDC Check Copy dated 12/23/04 |
| 69 | DDC Payment to Brownell's PVB Business Acct Loan. |

| **UNITED STATES v. BROWNELL** ||
|---|---|
| Exh. No. | Description |
| 70 | DDC Computer Generated "Posted Transaction Report" & Copy of Bownell's 5/14/99 $20,000 Pmt to DDC |
| 71 | Tex-Mex Construction Invoice & DDC Check Copy dated 6/21/02 |
| 72 | DDC Check Copy payable to George Winkler for $8,000 dated 6/13/01 |
| 73 | DDC Check Copy payable to George Winkler for $2,000 dated 6/13/01 |
| 74 | Brownell's $50,000 check payable to DDC |
| 75 | DDC computer generated Journal Entries for acct 2500 & 2600 for 1997. |
| 76 | DDC Check Copy payable to Construction By Design for $9,000 paid on Brownell's behalf |
| 77 | DDC Computer generated listing of acct 1400 for 2002 which includes the check provided to Construction By Design in Exhibit 76 |
| 78 | DDC generated Listing of Acct 1400 showing payments to Brownell. |
| 79 | DDC Check payable to Brownell for $20,000 dated 10/30/99 |
| 80 | DDC Check payable to Brownell for $20,000 dated 10/30/00 |
| 81 | Construction By Design Invoice dated 2/5/02 & DDC Check Copy payable to Construction By Design for $9,000 dated 3/1/02 |

| **UNITED STATES v. BROWNELL** ||
|---|---|
| Exh. No. | Description |
| 81a | Cover letter addressed to mark Dubester from Akin Gump Strauss Hauer & Feld regarding Subpoena Material. |
| 82 | Portion of DDC Check Register for Payroll Account |
| 83 | Checks from Douglas Jemal to Brownell |
| 84 | Checks from DDC to Brownell in 2000 |
| 85 | Misc DDC Checks - to Pvb (Line of Credit Payments) |
| 86 | DDC Check to Tex Mex |
| 87 | DDC Check to Construction by Design |
| 88 | DDC Check to PVB (Mortgage Payment) |
| 89 | Quinn Affidavit |
| 90 | Construction by Design Records |
| 91 | Construction By Design Records for work performed for Brownell. |
| 92-99 | **NOT MARKED** |
| 100 | Prime Pay Payroll Records |
| 100a | Prime Pay Affidavit |
| 101 | L&P File of Purchase by Brownell of 7989 Pleasant Court. |
| 102 | L&P File of Purchase by Brownell of 6151 Tuckerman Lane Oct 1995 |
| 103 | L&P File of Sale by Brownell of 7989 Pleasant Court March 1999 |
| 104 | L&P File of Purchase by Brownell of 6155 Tuckerman Lane Nov 00 |
| 105 | Douglas Jemal personal checks |

| **UNITED STATES v. BROWNELL** | |
|---|---|
| Exh. No. | Description |
| 105a | Bank of America Affidavit for Douglas Jemal's personal checking Acct. |
| 106-109 | NOT MARKED |
| 110 | IRS Proposed Individual Income Tax Assessment on Brownell |
| 111 | Brownell's W-2s for 1996-97 |
| 112 | Brownell's W-2 for 1998 |
| 113 | Brownell's W-2 for 1999 |
| 114 | Brownell's W-2 for 2000 |
| 115 | Brownell's 2002 Personal Financial Statement for PVB. |
| 116 | PBV Commitment to increase Brownell's LOC from $60,000 to $80,000 dated 11/27/00 |
| 117 | Brownell's IRS Application requesting an extension for 1999 Tax Return. |
| 118 | Letter Regarding the sale of 7989 Pleasant Court from L&P |
| 119 | Settlement Sheet on sale of 7989 Pleasant Court |
| 120 | Listing agreement/contract for rental of 6155 Tuckerman Lane |
| 121 | Misc. Correspondence from Brownell to PVB regarding LOC |
| 122 | Settlement Sheet for loan on 6155 Tuckerman dated 11/20/00 |
| 123 | L&P Settlement documents for a $10,000 payment from L&P Escrow Acct.to Brownell paid from the sale of Finova |
| 124 | Affidavit re: subpoena production |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 124A | Brownell pay stub - June 2005 |
| 125 | Affidavit re subpoena production |
| 125A | note re: salary increase - Jack - $2344.23 to $5769.23 ($300,000) |
| 125B | Eagle Bank Deposit $1,625,309.11 |
| 126 | 1994 DDC GL |
| 127 | 1995 DDC GL |
| 128 | 1996 DDC GL |
| 129 | 1997 GL |
| 130 | 1998 GL |
| 131 | 1999 GL |
| 132 | 2000 GL |
| 133 | 2001 GL |
| 134 | 2002 GL |
| 135 | 2003 GL |
| 136 | 2004 GL |
| 137 | 2005 GL |
| 138 | Spreadsheet A-1 (Jones GJ #1) |
| 139 | Spreadsheet A-3 (Jones GJ #2) |
| 140 | Spreadsheet A-5 (Jones GJ #3) |
| 141 | Spreadsheet A-6 (Jones GJ #4) |
| 142 | Spreadsheet A-7 (Jones GJ #5) |
| 143 | Spreadsheet A-9 (Jones GJ #6) |
| 144 | Spreadsheet A (Jones GJ #7) |
| 145 | Brownell paystub from DDC (Jones #8) |
| 146 | Brownell payment to DDC (Jones #9) |
| 147 | RAR #4549 - (3/21/06 GJ#1) |

| UNITED STATES v. BROWNELL ||
|---|---|
| Exh. No. | Description |
| 148 | Sample PVB-related documents (GJ #2) |

                    RESPECTFULLY SUBMITTED,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

By:      /s/
                    MARK H. DUBESTER
                    ASSISTANT UNITED STATES ATTORNEY
                    DC Bar No. 339655
                    555 Fourth Street, N.W., Room 5917
                    Washington, D.C.  20530
                    Ph. (202) 514-7986