UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-077 (RMU) |
| : | |
| JOHN E. BROWNELL, : | |
| : | |
| Defendant. : | |

ORDER

The Court, having reviewed the government's motions for miscellaneous relief and any objections thereto, it is this ___ day of _____, 2007, hereby

**ORDERED** that: 1) the defendant shall comply with Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure and provide the government a detailed summary of the testimony of his proposed experts, including the substance of the testimony and basis for the conclusions; the defendant shall not mention any expert testimony in his opening statement, or mention the substance of any such expert testimony prior to any ruling by the Court as to the admission of such testimony; 2) the defendant shall obtain advance approval of the substance of arguments based on the dealings between the IRS and the defendant subsequent to the investigation; and 3) the defendant shall not make arguments suggesting or implying that the facts in this case would typically not be prosecuted as a criminal case; and 4) the scope of cross examination shall be limited to the scope of direct, with the following exception: for any out of town witnesses, the defendant may exceed the scope of direct through direct questioning, and the government may

thereafter fully cross-examination the witness as to any new areas of testimony elicited by the defendant.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge