# Barry Coburn

| | |
|---|---|
| **From:** | Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov] |
| **Sent:** | Monday, December 18, 2006 12:25 PM |
| **To:** | Barry Coburn |
| **Subject:** | Emailing: joint pretrial submission.(BROWNELL) government draft.wpd |



joint pretrial submission.(BRO...

```
            <<joint pretrial submission.(BROWNELL) government draft.wpd>>
Barry --

    This does not have failure to file as a lesser included at this time.  Please inform
me whether you want that to be considered.

        Mark



The message is ready to be sent with the following file or link
attachments:

joint pretrial submission.(BROWNELL) government draft.wpd


Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.
```

1

### D. LIST OF EXPERT WITNESSES

I. Government Witnesses

Susy Hwang - Ms. Hwang will testify as a forensic computer technician, as to the processes of retrieving electronically stored data from Douglas Development's computers.

Jennifer Abbott - Ms. Abbott, an IRS Revenue Agent, will testify as an expert in tax calculation;

Robert Jodoin - Mr. Jodoin, a Certified Public Accountant will testify as a summary witness as to the review of Mr. Brownell's financial records.

II. Defense Witnesses