## Barry Coburn

**From:** Barry Coburn
**Sent:** Thursday, December 21, 2006 10:55 AM
**To:** 'Dubester, Mark (USADC)'
**Cc:** Jeffrey Coffman
**Subject:** exhibits

Mark, on the exhibit lists, we're happy to use your exhibit numbers for the items you've already provided, and we'll designate them as such on our list. When do you think the new CD you're compiling now will be available?

What is your thinking about the timing of Jencks disclosures?

We are considering designating Bruce Dubinsky, or perhaps a Grossberg employee, as an expert witness regarding criteria for distinguishing loans versus income, though I doubt we would ask such a witness to opine specifically about the facts in our case.

I think we are inclined to pass on the lesser-included offense instruction, though we are continuing to discuss it.

Best,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
Firm Tel:  202-464-3300
Direct Dial:  202-464-3305
Fax:  202-464-3319