# Barry Coburn

**From:** Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov]
**Sent:** Friday, December 22, 2006 10:21 AM
**To:** Barry Coburn
**Subject:** Outstanding issues

Barry --

I am trying to get a handle on outstanding issues. I will be working next week.

1) You have a pending request for Jencks material.

2) I will have a disc for you today of Government Exhibits. It is fairly complete as of this date. We located some additional documents yesterday on the search of the computers. I will either fax these new documents or email them to you later this morning. They are not yet marked.

3) You have made, in essence, a 404 Motion as part of your reply on the issue of experts. As I indicated, I would like to tee this up for some more formal litigation. I would like to tell the Court in advance of the Motions hearing that the Govt. will address this further in advance of the pre-trial conference. Please note, we are likely to file a motion, similar to what we did in Jemal, seeking pre-trial rulings on admissibility of numerous financial records for which we have filed 902(11) certificates.

4) I will be filing a 902(11) notice for the bulk of the financial records. I am asking for stipulations as to some bank records for which we do not have the affidavits (these will be identified in the 902(11) Notice), and a stipulation as to the authenticity of the DDC records provided by GJ subpoena.

5) I have not formally made a reverse discovery motion. Consider it made to encompass the defense obligations under Rule 16. You have provided a potential defense expert.

6) I am operating under the assumption that you have access to the computer evidence that was copied and produced to the defense in the Jemal case and the DDC documents produced pursuant to GJ subpoenas.

7) If you wish to review the Brownell search documents (or any other search documents), please let me know.

8) We are in the process of preparing spread sheets of the various Brownell bank accounts. We will provide those to you as a courtesy to help you with the review of his financial records.

9) Plesae let me know if you intend on seeking use of the full-sclae electronic courtroom (as in the Jemal case), or simply the Elmo.

10) We are likely to seek a lesser included instruction.

11) Please inform me when you will get back a draft of the Pre-Trial Submission. I would like to agree on as much as possible. Perhaps we can sit down together and talk through disputed issues. I will have an exhibit list to include at that time, and, as noted, will likely include a request for a lesser included instruction.

Mark

1/16/2007