## Barry Coburn

**From:** Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov]
**Sent:** Thursday, January 11, 2007 9:49 AM
**To:** Barry Coburn
**Subject:** Formal specific request

Barry –

Please provide a written summary of the proposed expert testimony. Please provide it so that I may file a motion in limine by next Tuesday. See Fed. R. Crim. P. 16(b)(1)(C) (requiring disclosure of a "written summary" that "describe[s] the witness's opinions, the bases and reasons for the those opinions, and the witnesses qualifications).

I also intend on filing a motion related to any events associated Brownell"s interactions with the civil components of the IRS. It is essential I review the documents in your possession so that I may file such a motion promptly.

Finally, it is essential we review your marked exhibits so that we determine whether we will file any other motions.

All the best,

Mark