## Barry Coburn

**From:** Barry Coburn
**Sent:** Thursday, January 11, 2007 9:54 AM
**To:** 'Dubester, Mark (USADC)'
**Subject:** RE:

Mark -- Happy to provide more information about the expert testimony we envision. Essentially, the plan is to elicit testimony, as we said in the Joint Pretrial, about the:

rules, procedures, documents and criteria utilized by the Internal Revenue Service and other government agencies to distinguish between taxable income and non-taxable items such as loans and gifts, and to treat late-filed income tax returns and funds provided with them.

As you can see from our exhibit list, we've marked a number of IRS and other government documents relating to these issues. Our plan is to have the expert witness explain what the IRS does and how it distinguishes between income and non-income items, how the IRS deals with late-filed returns and accompanying funds, identify the items we've marked and explain how they play into this process. We do not, however, anticipate asking our expert to comment in any way on the particular facts of this case.

Let know if you need more information about this. We're happy to provide it informally. Our intention is to approach this in an openhanded fashion.

Best,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Firm Tel: 202-464-3300
Direct Dial: 202-464-3305
Fax: 202-464-3319

> -----Original Message-----
> **From:** Dubester, Mark (USADC) [mailto:Mark.Dubester@usdoj.gov]
> **Sent:** Thursday, January 11, 2007 9:38 AM
> **To:** Barry Coburn
> **Subject:** RE:
>
> Barry --
>
> I assume you have: Medding, Quinn, Hotek, Peterson, Potkin, Jacobs. I do not recall whether we provided (so we will provide) the Brownell-related GJ testimony for Tim Roberts and Charles Jones. We will also provide Leslie Trimble.
>
> Please let us know when, today or tomorrow, we can come by to review your trial exhibits.
>
> Mark