## Barry Coburn

**From:** Jeffrey Coffman
**Sent:** Tuesday, January 16, 2007 12:15 PM
**To:** Barry Coburn
**Subject:** FW: Formal specific request

---

**From:** Barry Coburn
**Sent:** Thursday, January 11, 2007 10:11 AM
**To:** 'Dubester, Mark (USADC)'
**Subject:** RE: Formal specific request

Mark, thanks for your note. We're trying to keep this all as informal as we can, but in light of your below note I need to respond as follows:

1. You and I had an express agreement, previously memorialized in email I believe, that we would not have to produce our exhibits to each other at the time the pretrial was filed, but rather sometime thereafter. This was, I believe, your proposal, to which I agreed and on which we relied. Now, per your voicemail messages to me yesterday afternoon and this morning, you are seeking to modify this arrangement. As I indicated by phone and in my prior correspondence, we acknowledge our Rule 16(b) obligations, though we believe they are considerably more attenuated than your Rule 16(a) obligations. We are happy to work hard to accommodate this change of plan and are in the process of doing so right now. I think you should plan to come over here tomorrow afternoon and we'll be happy to show you everything on our exhibit list that we have available. To the extent any items are out for copying or are otherwise not available at the moment you are here, we're happy to describe them for you and make them available asap.

2. With respect to expert testimony, I have summarized it for you orally, summarized it in the joint pretrial statement, and summarized it again in the note I sent you a few moments ago. I'm not even certain that this testimony is "expert" within the meaning of the Federal Rules, since we really are not seeking opinion testimony, but rather descriptive testimony based on our witness' specialized knowledge. If you need to know more than I've provided, please let me know what that is and I'll be happy to try to oblige you.

3. With respect to Brownell's interactions with the civil component of the IRS, this information plainly is as available to the government as it is to us, as are any associated documents. Nonetheless, we'll make what we have marked available as indicated above.

Best regards,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Firm Tel: 202-464-3300
Direct Dial: 202-464-3305
Fax: 202-464-3319

-----Original Message-----
**From:** Dubester, Mark (USADC) [mailto:Mark.Dubester@usdoj.gov]
**Sent:** Thursday, January 11, 2007 9:49 AM
**To:** Barry Coburn