**Barry Coburn**

**From:** Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov]
**Sent:** Thursday, January 11, 2007 10:14 AM
**To:** Barry Coburn
**Subject:** RE:

Barry --

You have provided the **topics**, but you have not provided a summary of the substance of the testimony in any meaningful way. What will Dubinsky actually testify to as to how the IRS distinguishes between income and non-income items and as to how the IRS deals with late filed returns? Which items that you marked will he identify (even approximately)? How is it that he will comment on the items you have marked -- from this case -- without in substance commenting on the facts of this case?

Is Dubinsky going to define what a loan is in any other terms other than the precise definition in the jury instruction? Is he going to suggest, imply or insinuate that that IRS uses any criteria to distinguish income from a loan other than that provided in the jury instructions? Is he going to reference particular IRS materials and legal materials (cases, etc) and the law?

Can you please provide me his resume in advance of our review of your documents.

Mark

---

**From:** Barry Coburn [mailto:bcoburn@troutcacheris.com]
**Sent:** Thursday, January 11, 2007 9:54 AM
**To:** Dubester, Mark (USADC)
**Subject:** RE:

Mark – Happy to provide more information about the expert testimony we envision. Essentially, the plan is to elicit testimony, as we said in the Joint Pretrial, about the:

rules, procedures, documents and criteria utilized by the Internal Revenue Service and other government agencies to distinguish between taxable income and non-taxable items such as loans and gifts, and to treat late-filed income tax returns and funds provided with them.

As you can see from our exhibit list, we've marked a number of IRS and other government documents relating to these issues. Our plan is to have the expert witness explain what the IRS does and how it distinguishes between income and non-income items, how the IRS deals with late-filed returns and accompanying funds, identify the items we've marked and explain how they play into this process. We do not, however, anticipate asking our expert to comment in any way on the particular facts of this case.

Let know if you need more information about this. We're happy to provide it informally. Our intention is to approach this in an openhanded fashion.

Best,