## Barry Coburn

**From:**    Barry Coburn
**Sent:**    Thursday, January 11, 2007 10:30 AM
**To:**      'Dubester, Mark (USADC)'
**Subject:** RE:

Mark – Thanks for the clarification. While I respectfully disagree that responding to these specific, detailed questions is within the scope of our discovery obligations, or that responses to them would be necessary to the motion in limine you are planning to file, I'll nonetheless try to get you some more detailed information and will provide it to you as soon as possible.

Best,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Firm Tel: 202-464-3300
Direct Dial: 202-464-3305
Fax: 202-464-3319

>        -----Original Message-----
>        **From:** Dubester, Mark (USADC) [mailto:Mark.Dubester@usdoj.gov]
>        **Sent:** Thursday, January 11, 2007 10:14 AM
>        **To:** Barry Coburn
>        **Subject:** RE:
>
>        Barry --
>
>        You have provided the **topics**, but you have not provided a summary of the substance of the testimony in any meaningful way. What will Dubinsky actually testify to as to how the IRS distinguishes between income and non-income items and as to how the IRS deals with late filed returns? Which items that you marked will he identify (even approximately)? How is it that he will comment on the items you have marked -- from this case -- without in substance commenting on the facts of this case?
>
>        Is Dubinsky going to define what a loan is in any other terms other than the precise definition in the jury instruction? Is he going to suggest, imply or insinuate that that IRS uses any criteria to distinguish income from a loan other than that provided in the jury instructions? Is he going to reference particular IRS materials and legal materials (cases, etc) and the law?
>
>        Can you please provide me his resume in advance of our review of your documents.
>
>        Mark

1/16/2007