UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-0077 (RMU)
:
John Brownell :
Defendant. :

FILED
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 19th day of January 2006, 7

**ORDERED** that a _____ hearing in the above-captioned case shall take place on

Thurs, Feb. 8, 2007 at 11:45 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge