UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-077 (RMU) |
| | : | |
| JOHN E. BROWNELL | : | |

### ORDER

Upon consideration of the Government's Motion to Delete Specific Allegations from Count One of the Indictment, it is this ___ day of _____ 2007, hereby

**ORDERED** that the Government's Motion is hereby granted, the language specified by the Government in its Motion is hereby deleted from the Indictment, and the Government shall re-type the Indictment to conform with this Order.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge