Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Crim. No. 06-CR-0077 (RMU) |
| | ) | |
| **JOHN E. BROWNELL,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER came before the Court on the Government's Motion to Dismiss Specific Allegations from Count One of the Indictment. Upon consideration of the motion, Defendant's opposition, the government's reply, if any, and the arguments of counsel, it is, this ___ day of _____, 2007, hereby

ORDERED, that the Motion be and it hereby is DENIED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE