## Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is __Phyllis Martin__.
(name of declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoenas, signed by Assistant United States Attorney Mark H. Dubester, requesting specified records related to John E. Brownell. The following records are responsive to the subpoenas:

| GX No. 21 | BR_21-0001-0191 | Signature card, statements and transaction items, account 1390031, John E. Brownell, 2/3/98 through 2/2/05; no statements and items available prior to 2/2/98 |
| GX No. 50 | BR_50-0001-0067 | Statements and transaction items, account 840530, John E. Brownell, 2/3/98 through 2/1/05; no statements and items available prior to 2/3/98 |
| GX No. 50(b) | BR_50B-0001-0028 | Credit Line History statement, account 840530, transactions from 1/7/97 through 12/28/04 |
| GX No. 50(c) | BR_50C-0001-0008 | Change of Loan Terms, account 840530, 11/27/2000 |
| GX No. 50(d) | BR_50D-0001-001 | Change of Loan Terms, account 840530, 3/2/2002 |
| GX No. 50(e) | BR_50E-0001-0006 | Change of Loan Terms, account 840530, 4/23/2004 |
| GX No. 50(f) | BR_50F-0001-0024 | Loan File, including loan application documents,. account 840530 |
| GX No. 52 | BR_50-0001-0026 | Loan File, including loan application documents, for account 005469209001 (6155 Tuckerman Lane - John E. Brownell) |
| GX No. 52(a) | BR_52A-0001-00065 | Loan File for account 005469209001 (6155 Tuckerman Lane - John E. Brownell) |

Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the above-described records:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-17-07__ .
              (date)

__Phyllis Martin__
(signature of declarant)

__Phyllis Martin -VP__
(name and title of declarant)

__Mercantile Potomac Bank__
(name of business)

__702 Russel Ave__
(business address)

__Gaithersburg MD 20877__

Definitions of terms used above:
As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

<u>Declaration of Custodian of Records</u>

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is __Phyllis Martin__.
(name of declarant)

    I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Mark H. Dubester, requesting specified records related to John E. Brownell. The following records are responsive to the subpoena:

| | | |
|---|---|---|
| GX No. 21(b) | BR_21B-0001-0097 | Statements and transaction items, account 6761445, John E. Brownell, 8/98 through 9/01; no statements and items available prior to 8/98 |

Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the above-described records:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-17-07__.
(date)

__Phyllis Martin__
(signature of declarant)

__Phyllis Martin - VP__
(name and title of declarant)

__Mercantile Potomac Bank__
(name of business)

__702 Russel Ave__
(business address)

__Gaithersburg MD 20877__

<u>Definitions of terms used above</u>:
As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.