UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Action No.:  06-077 (RMU)** |
| | : | |
| **JOHN E. BROWNELL** | : | |

### ORDER

_____The Court, having reviewed the government's motion for a pretrial rulings on (1) the admissibility of certain exhibits and (2) the authenticity of certain Douglas Development Corporation documents produced to the government by DDC counsel, records custodians, or both, and any oppositions and replies thereto, it is this \_\_\_ day of _____ 2007, hereby

**ORDERED** that the government's motion is hereby granted as to the admissibility of the records specified in its pleading; and it is further

**ORDERED** that the government may formally move the admission of said exhibits following opening statements; and it is further

**ORDERED** that government exhibits identified in the government's motion as records obtained from Douglas Development Corporation by grand jury subpoena are hereby found to be authentic.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge