

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 18, 2007

Barry Coburn, Esq.
Trout Cacheris
1350 Connecticut Avenue, NW
Washington D.C.

Dear Barry,

    Please find a list of the Douglas Development (DDC) documents which have been marked by the government as trial exhibits. Please inform me whether you will stipulate 1) as to their authenticity and 2) that they are business records of DDC.

| Govt. Exh. No. | Description | DDC Bates Numbers |
|---|---|---|
| 60-68 | DDC records of payments to Brownell's Credit Line at Potomac Valley Bank | Numerous |
| 69 | DDC Payment to Brownell's Mortgage Loan at Potomac Valley Bank | DDC 047066-067 |
| 70 | DDC records of $20,000 Brownell payment to DDC | DDC 048674-75[1] (SQ) |
| 71 | DDC Records of payment to contractor for work done at Brownell's house | DDC 047189-91 (SQ) |
| 74 | DDC records of Brownell's $50,000 check payable to DDC | DDC 047208-09 (SQ) |
| 76 | DDC Records of Check to contractor for Brownell's house | DDC 047212 (SQ) |

---

    [1] Those marked with the initials "SQ" are identified in an affidavit provided by Sabra Quinn. The Affidavit was provided as GX 89.



DEFENDANT'S EXHIBIT A

| Govt. Exh. No. | Description | DDC Bates Numbers |
|---|---|---|
| 77 | DDC accounting data containing check described in GX 76 | DDC 047213 (SQ) |
| 78 | DDC accounting data containing loan account showing payments to Brownell | DDC 047214 |
| 79 | DDC check payable to Brownell for $20,000, 10/30/99 | DDC 047215 (SQ) |
| 80 | DDC Check payable to Brownell for $20,000, 10/30/000 | 047216 (SQ) |
| 81 | miscellaneous records produced by DDC responsive to subpoena related to Brownell | 047426-39 (JK)[2] |
| 85 | Copies of DDC Operating account (Eagle Bank) checks, payable to Potomac Valley Bank. | Numerous |
| 86 | Copy of DDC Operating account (Eagle Bank) check, payable to Tex-Mex contractor | 022589 |
| 87 | Copy of DDC Operating account (Eagle Bank) check, payable to Construction by Design | 047439 |
| 88 | Copy of DDC Operating account (Eagle Bank) check, payable to Potomac Valley Bank | 026070 |
| 124 | June 2005 pay stub - reflecting $400,000 (gross), $230,000 (net) check to Brownell | 048300 (JF)[3] |
| 125 | January 2005 pay increase document (to $300,000) | 048617 (JF) |
| 126 | DDC 1994 General Ledger | 048107-181 (JF) |
| 127 | DDC 1995 General Ledger | 048182-299 (JF) |
| 128 | DDC 1996 General Ledger | 047440-567 |
| 129 | DDC 1997 General Ledger | 047568-712 |
| 130 | DDC 1998 General Ledger | 047722-811 |

[2] This set of documents was produced to the government by way of a cover letter signed by one of DDC's Akin Gump attorneys. That cover letter was provided to the defense as GX 81(a)

[3] The documents indicated "JF" were provided pursuant to affidavits signed by Jolie Figueroa. Those affidavits are marked as GX 124(a) and 125(a)

| Govt. Exh. No. | Description | DDC Bates Numbers |
|---|---|---|
| 131 | DDC 1999 General Ledger | 042036-042198 |
| 132 | DDC 2000 General Ledger | 041825-042035 |
| 133 | DDC 2001 General Ledger | 026332-565 |
| 134 | DDC 2002 General Ledger | 026566-822 |
| 135 | DDC 2003 General Ledger | 026823-027371 |
| 136 | DDC 2004 General Ledger | 048305-476 |
| 137 | DDC 2005 General Ledger | 048479-615 |
| 146 | Copy of Brownell check to DDC for $232,846.97 | 048619 (JF) |

I have also attached copies of letters from Akin Gump that relate to some of the documents, though I have not tried to line up any of the other DDC documents with specific production letters.

As far as some of the items are concerned, you have indicated that you intent to use them as well. Please inform me of your intentions as soon as possible.

Sincerely,

Mark