

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

January 18, 2007

Barry Coburn, Esq.
Trout Cacheris
1350 Connecticut Avenue, NW
Washington D.C.

Dear Barry,

The Government presently intends on moving the following exhibits – financial and business records – into evidence immediately after opening statements. For nearly all, we have provided the 902(11) certificates. We still are in the process of obtaining the declarations for some of the missing exhibits.

Please inform me whether you have any objections.

| Exh. No. | UNITED STATES v. BROWNELL Description | Bates Nos. |
|---|---|---|
| 20 | Brownell's Bank of America Personal Checking Account, 4/98 - 8/00 | BR_20-0001 - 562 |
| 21 | Brownell's Potomac Valley Bank Personal Checking Acct; 2/98 - 2/05 | BR_21-0001 - 191 |
| 21B | Potomac Valley Bank Personal Overdraft, 8/98-9/01 | BR_21B-0001 - 98 |
| 22 | Brownell's Adams Bank Personal Checking, 6/00 - 10/03 | BR_22-0001 - 643 |
| 23 | Brownell's Eagle Bank Personal Checking, 5/99 - 10/03 | BR_23-0001 - 296 |
| 24 | Brownell's Franklin/BB&T Personal Checking, 12/98 - 3/00 | BR_24-0001 - 254 |
| 25 | F&M Bank checks from DDC relating to Brownell. | BR_25-0001 -10 |
| 26 | Eagle Bank Checks from DDC to Brownell's PVB LOC | BR_26-0001 - 16 |



| Exh. No. | Description | Bates Nos. |
|---|---|---|
| | UNITED STATES v. BROWNELL | |
| 27 | Eagle Bank Check from DDC – $20,000 to Brownell | BR_27-0001 |
| 30 | Brownell's Fleet/BOA Credit Card Statements, 0/98 - 4/05 | BR_30-0001 - 101 |
| 31 | Brownell's National City Credit Card, 5/98 - 5/05 | BR-31-0001 - 88 |
| 32 | Brownell's MBNA Credit Card, 2/00 - 8/05 | BR_32-0001 - 140 |
| 33 | Brownell's First USA Visa Credit Card, 4/98 - 2/05 | BR_33-0001 - 89 |
| 34 | Brownell's Hechts Credit Card, 3/97 - 12/03 | BR_34-0001 - 61 |
| 35 | Brownell's Houshold Credit Services Credit, 3/01-5/02 | BR_35-0001 - 15 |
| 36 | Brownell's Lord & Taylor Credit Card Statements, 7/99 - 1/00 | BR_36-0001 - 7 |
| 38 | Brownell's Citistreet DDC Retirement Statements, 1/01 - 6/05 | BR_38-0001 - 43 |
| 50 | Brownell's Potomac Valley Bank Line of Credit Acct 840530-1, 2/98 - 2/05 | BR_50-0001 - 167 |
| 50B | Brownell's Potomac Valley Bank Line of Credit History Printout | BR_50B-0001 - 28 |
| 50C | Potomac Valley Bank Line of Credit, Change of Terms for Increase from $60,000 to $80,000, 11/27/00 | BR_50C-0001 - 8 |
| 50D | Potomac Valley Bank Line of Credit, Credit Change of Terms for Increase from $80,000 to $107,800, 3/2/02 | BR_50D-0001 - 6 |
| 50E | Potomac Valley Bank Line of Credit, Change of Terms for Increase from $107,800 to $126,700, 4/23/04 | BR_50E-0001 - 6 |
| 50H | Check # 84297 from Eagle bank to PVB LOC | BR_50H-0001 |
| 51 | Brownell's BB&T Line of Credit Account Agreement. | BR_51-0001 - 4 |
| 52A | PVB Loan Processing/Construction Folder for 6155 Tuckerman Ln | BR_52A-0001 - 65 |
| 53 | Brownell's Adams Bank Checking Acct. Overdraft Application Dated 6/15/00 | BR_53-0001 - 12 |
| 53A | Adams Bank Affidavit | BR_53A-0001 |

| UNITED STATES v. BROWNELL |
|---|---|---|
| Exh. No. | Description | Bates Nos. |
| 54 | Brownell's Eagle Bank Loan Application, 2/15/2002 | BR_54-0001 - 5 |
| 55 | Brownell's Eagle Bank Loan History | BR_55-0001 - 27 |
| 57A | Sun Trust/Crestar Checking Acct, Overdraft History, 6/15/98 - 10/26/99 | BR_57A-0001 |
| 57B | Brownell's Sun Trust/Crestar Checking Acct Overdraft Statements, 8/12/98-4/15/03 | BR_57B-0001 - 69 |
| 57C | Sun Trust/Crestar Checking Acct Overdraft Application Affidavit | BR_57C-0001 |
| 100 | 2001 Prime Pay W-2s for DDC Employees | BR_100-0001 - 34 |
| 100a | 1999 Prime Pay Wages & Earnings Statements & W-2s | BR_100A-0001 - 3 |
| 100b | 2000 Prime Pay Wages & Earnings Statements & W-2s (as related to Brownell only) | BR_100B-0001 - 3 |
| 100c | 2001 Prime Pay Wages & Earnings, Statements & W-2s Payment History (as related to Brownell only) | BR_100C-0001 - 3 |

Sincerely,

Mark