**Barry Coburn**

| | |
|---|---|
| From: | Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov] |
| Sent: | Monday, February 05, 2007 10:31 AM |
| To: | Barry Coburn |
| Cc: | Jeffrey Coffman |
| Subject: | RE: Other images from Brownell's computer |

Barry --

I am going to have Bob Jodoin call Jeff to find out the exact "Part 2" exhibits you are talking about. I think they were originally "Part 2" simply because we were creating PDF documents that were too big, so we needed to break the documents up. They are now reassembled as consecutively Bates numbered pages.

MD

---

**From:** Barry Coburn [mailto:bcoburn@troutcacheris.com]
**Sent:** Saturday, February 03, 2007 6:13 PM
**To:** Dubester, Mark (USADC)
**Cc:** Jeffrey Coffman
**Subject:** RE: Other images from Brownell's computer

Mark, a couple of items:

First, we're very likely to oppose any attempt to utilize these documents, for at least the following reasons:

(a) they appear to be 404(b) material and were not previously designated;

(b) the deadline for designating exhibits has long since passed; and

(c) they are not admissible in any event.

Also, I just wanted to mention that as we review the latest version of the government's exhibits, on the disks we received when we were in your office a couple of days ago, we note that not only have additional exhibits (above GX 148) been added, but a number of government exhibits seem to have been deleted, such as all of the "Part 2" exhibits previously designated. It was and is our intention to use a number of those previously designated exhibits. Would you please advise whether they've been renumbered or if the government is now seeking to delete them from its list?

Finally, would you kindly forward a version of your exhibit list corresponding to the newest exhibit disk?

Regards,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Direct dial: 202-464-3305

2/6/2007



DEFENDANT'S EXHIBIT C