## Barry Coburn

**From:** Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov]
**Sent:** Saturday, February 03, 2007 11:55 AM
**To:** Barry Coburn
**Cc:** Jeffrey Coffman
**Subject:** File screen shots

Barry --

<<pr97-pr96-pprapr95.pdf>> <<1996-pcx.pdf>> <<JEB-JEB-JEB.pdf>> <<lvt.pdf>>

These are snapshots of the server screens containing a list of the files where various of the computer-documents were found. In some instances, there are excerpts of the file list, and there are skips in the alphabetical order, in that the list of files would take more than one page. Ms. Hwang may use these to describe where some of the documents were found on the server.

MD

2/6/2007



DEFENDANT'S EXHIBIT

**Full Path: H:\LOGICUBE_DD-FAT32\Folders\Accounting\PERSONAL\JEB\**

1. **1996.PCX**

| Folders | Name | Date Modified |
|---|---|---|
| LOGICUBE_DD (H:) | 1996 | 1/7/1998 7:01 PM |
|   Folders | 8825 | 10/31/1996 11:12 AM |
|     Accounting | 88252 | 10/31/1996 11:43 AM |
|       AMSI | 1365395 | 11/18/1996 7:09 PM |
|       msdownld.tmp | 1365396 | 11/18/1996 7:18 PM |
|       PERSONAL | 1365995 | 11/19/1996 11:24 AM |
|         AKJ | 1365996 | 11/19/1996 10:50 AM |
|         Amina | ALEXBR1 | 12/1/1999 10:04 AM |
|         amina backup | AMSICNF.W4 | 2/22/2005 5:35 PM |
|         BHein | AMSIINI.W4 | 2/22/2005 5:35 PM |
|         BLAKE | AMSIRUN | 2/22/2005 5:49 PM |
|         carla | APS120.W4 | 9/17/1998 11:45 AM |
|         Colette | APSPERIO.W4 | 2/15/2005 2:06 PM |
|         CSS | APSSELBK.W4 | 4/30/2002 8:48 AM |
|         DAVE | APSSELEB.W4 | 9/17/1998 11:45 AM |
|         DB | APSSELEC.W4 | 2/15/2005 2:06 PM |
|         DDJ | APSSWO2.W4 | 12/11/2000 2:36 PM |
|         Ellen | BLANKING | 11/30/1999 1:36 PM |
|         eric | CMSELECT.W4 | 1/5/2005 3:53 PM |
|         FZU | CMSSWO.W4 | 3/19/2001 10:18 AM |
|         GALEN | CMSTEMP.W4 | 10/31/2001 4:36 PM |
|         Heysi | ERRORS | 2/22/2005 6:34 PM |
|         JAN | FEEDINST | 12/1/1999 11:59 AM |
|         **JEB** | FOLDER.THM | 6/26/1998 12:15 PM |
|         JGR | GLCURSEL.W4 | 3/4/2003 3:20 PM |
|         JMS | GLSDSELE.W4 | 2/22/2005 5:49 PM |
|         LOBBY | GLSPERIO.W4 | 2/22/2005 5:49 PM |
|         LVT | GLSSELCS.W4 | 3/4/1998 8:48 AM |
|         LYJ | GLSSELEB.W4 | 3/4/2003 3:25 PM |
|         MDB | GLSSELEC.W4 | 2/22/2005 5:49 PM |
|         NDJ | GLSSWO2.W4 | 10/12/2004 1:59 PM |
|         patrick | | |

**Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\My Docs\Jack's_Data\JEB\**

| Folders | Name | Date Modified |
|---|---|---|
| LOGICUBE_DD (H:) | 615502 | 6/26/2002 8:45 AM |
|   Folders | 623625HST | 1/27/2005 6:04 PM |
|     Accounting | 623625HST | 1/27/2005 6:04 PM |
|     Labels | 709711d | 1/29/2003 7:02 PM |
|     Lease files | 872811amt | 1/28/2000 2:52 PM |
|     Marketing | PR96 | 1/29/1997 4:49 PM |
|     Personal | PR97 | 7/10/1997 10:46 AM |
|       Abosede | PR97LST | 2/13/1998 9:06 AM |
|       Abstracts | PR97RET | 2/12/1997 5:18 PM |
|       Accounts Payable | PR97RET2 | 2/12/1997 5:52 PM |
|       Admin | PR98 | 1/21/1999 10:50 AM |
|       Amina | PR415 | 4/22/1994 8:34 AM |
|       Asset Management | PR797 | 4/5/2000 10:21 AM |
|       BILL | Pr2000 | 8/1/2000 12:41 PM |
|       BLAKE | PR71098 | 7/23/1998 10:59 AM |
|       Bob | PRAMIGO | 6/6/1996 9:25 AM |
|       Brandon | PRCASH96 | 10/21/1996 4:16 PM |
|       Budgets | PREMIUM1 | 3/10/2003 5:58 PM |
|       Bunny | PRFEB95 | 3/13/1995 7:41 AM |
|       Canon | PRHAND | 2/6/1998 1:41 PM |
|       Carl | PRJAN95 | 2/9/1995 4:14 PM |
|       Carla | PRJUNE | 6/24/1994 2:06 PM |
|       Cathy | PRLIST | 6/22/1998 8:07 AM |
|       Charles Smith | PRMAR95 | 3/28/1995 12:07 PM |
|       Chris | PRMAY1 | 5/3/1994 12:00 PM |
|       Chuck | PRMAY6 | 5/6/1994 8:12 AM |
|       Colette | PRMAY10 | 5/11/1994 9:59 AM |
|       costar95 | PRMAY17 | 6/7/1994 6:37 PM |
|       Cyrus | PRNOV | 12/28/1994 9:05 AM |
|       Dave | PROF1 | 8/3/1994 10:29 AM |
|       Devon | PROPLIST | 1/22/2004 10:19 AM |
|       Douglas | PROPLIST | 1/22/2004 3:28 PM |
|       Ellen | PROPLIST | 1/22/2004 10:19 AM |
|       ESTSNDA | propup503 | 5/13/2003 5:55 PM |
|       Fred | propup503 | 5/13/2003 5:38 PM |
|       Front Desk | propup51303 | 5/15/2003 5:49 PM |
|       Galen | propup51303 | 5/14/2003 5:54 PM |
|       GENET | PRRAPR95 | 1/3/1996 7:42 AM |
|       George | PRSEPT | 9/7/1995 7:26 PM |
|       Gina | PSTCOMM | 6/20/2001 5:59 PM |
|       Greta | | |
|       Ildar | | |
|       Import TB02 | | |
|       Jan | | |
|       Jean | | |
|       JEB | | |
|         BACKUP OF OLD SYSTEM | | |
|         JEB | | |
|         My Docs | | |
|           Jack's_Data | | |
|             JEB | | |

**Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\MDB\LVT\EXCELL**

| Folders | Name | Date Modified |
|---|---|---|
| ⊟ LOGICUBE_DD (H:) | OPCHOICE | 1/4/2001 4:26 PM |
| ⊟ Folders | pay extract | 10/17/2001 4:59 PM |
| ⊞ Accounting | PAYROL99 | 7/31/2003 9:26 AM |
| ⊞ Labels | PAYROLL | 8/21/2003 9:11 AM |
| ⊞ Lease files | PAYROLL00 | 7/31/2003 9:35 AM |
| ⊞ Marketing | PAYROLL01 | 5/23/2003 10:49 AM |
| ⊟ Personal | PAYROLLSUB01 | 5/23/2003 10:49 AM |
|   Abosede | PAYROLLSUB02 | 12/31/2001 5:06 PM |
|   Abstracts | PEOPLAB | 1/11/1999 10:42 AM |
| ⊞ Accounts Payable | PEOPLES | 2/18/2000 10:59 AM |
| ⊞ Admin | PEREZPAY | 11/12/1998 11:56 AM |
|   Amina | PORTNO98 | 5/25/2000 10:43 AM |
| ⊞ Asset Management | Pr2000 | 8/13/2003 2:04 PM |
|   BILL | PR2001 | 5/23/2003 10:50 AM |
| ⊞ BLAKE | PR LOANS | 7/21/2004 8:16 AM |
|   Bob | PROCONST | 2/3/1999 10:42 AM |
|   Brandon | PROJCTD | 6/28/1999 11:40 AM |
| ⊞ Budgets | PROLST | 12/12/2000 9:12 AM |
|   Bunny | PROPINC | 3/6/2001 3:17 PM |
|   Canon | PROPS | 2/25/1999 4:00 PM |
| ⊞ Carl | PRTERM | 8/7/2000 1:30 PM |
| ⊞ Carla | RR509 | 4/29/1999 11:09 AM |
| ⊞ Cathy | RR801 | 4/29/1999 12:08 PM |
| ⊞ Charles Smith | RR1023 | 4/29/1999 11:20 AM |
| ⊞ Chris | RR1630 | 4/29/1999 1:52 PM |
| ⊞ Chuck | RR1726 | 4/29/1999 11:39 AM |
|   Colette | RR2000 | 4/29/1999 11:30 AM |
| ⊞ costar95 | RRBRANDY | 4/29/1999 11:10 AM |
|   Cyrus | RRCARBRN | 4/29/1999 1:32 PM |
| ⊞ Dave | RRCHINA | 4/29/1999 12:20 PM |
| ⊞ Lily | RR-EXCEL | 4/29/1999 10:38 AM |
| ⊞ Lisa | RRMANHAT | 4/29/1999 2:45 PM |
| ⊞ Lydia | RRWP | 4/27/1999 11:47 AM |
| ⊞ Marketing Informatio | SEPTTXS | 9/25/2000 1:37 PM |
| ⊞ Matthew | SHOPFEB | 3/25/1999 2:47 PM |
| ⊟ MDB | | |
| ⊟ LVT | | |
| ⊞ Adp | | |
| ⊟ **EXCELL** | | |

**Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB**

| Folders | Name | Date Modified |
|---|---|---|
| ⊟ LOGICUBE_DD (H:) | 6010LSE | 11/18/1996 12:35 PM |
| ⊟ Folders | 6010MEM | 11/16/1998 4:18 PM |
| ⊞ Accounting | 6151 | 10/17/1997 12:14 PM |
| ⊞ Labels | 6151REN | 4/4/1996 3:04 PM |
| ⊞ Lease files | 6151TOM | 2/2/1998 2:57 PM |
| ⊞ Marketing | 7804 | 12/9/1993 10:12 AM |
| ⊟ Personal | 7804 | 7/28/1995 9:20 AM |
|   Abosede | 7804ADAM | 7/7/1992 5:57 PM |
|   Abstracts | 7912REFI | 12/19/1996 5:38 PM |
|   ⊞ Accounts Payable | 7979APPR | 2/3/1999 9:29 AM |
|   ⊞ Admin | 7979DEP | 2/9/1996 1:00 PM |
|   Amina | 7979EASE | 1/6/1997 6:46 PM |
|   ⊞ Asset Management | 7979EST | 1/7/1995 11:48 AM |
|   BILL | ARREL | 12/11/1995 6:25 PM |
|   ⊞ BLAKE | arrel100 | 10/30/2000 12:22 PM |
|   Bob | arrel302 | 3/7/2002 5:30 PM |
|   Brandon | arrel1002 | 10/30/2000 12:41 PM |
|   ⊞ Budgets | Arrelcred | 11/3/2000 11:28 AM |
|   Bunny | ARRELMM | 1/26/1999 11:10 AM |
|   Canon | Arrelpaul | 10/30/2000 1:08 PM |
|   ⊞ Carl | arrelren | 11/14/2000 12:37 PM |
|   ⊞ Carla | arrelsal | 11/3/2000 11:28 AM |
|   ⊞ Cathy | ARREST | 6/1/1996 1:43 PM |
|   ⊞ Charles Smith | ARRKEN | 2/5/1998 9:45 PM |
|   ⊞ Chris | ARRLJB | 4/16/1996 4:17 PM |
|   ⊞ Chuck | arrow60fla | 3/20/2000 6:02 PM |
|   Colette | ARROW99 | 1/18/1999 1:04 PM |
|   ⊞ costar95 | ARROWMM | 2/4/1999 2:05 PM |
|   Cyrus | ARRWSMTH | 5/7/1998 8:34 AM |
|   ⊞ Dave | ASALON | 8/5/1999 10:23 AM |
|   Devon | ASBILL1 | 10/17/2001 10:16 AM |
|   ⊞ Douglas | ASBILL103 | 1/2/2003 2:07 PM |
|   ⊞ Ellen | DJCOMP | 12/30/1993 3:59 PM |
|   ⊞ ESTSNDA | PVBPAUL | 3/14/2001 2:33 PM |
|   ⊞ Fred | | |
|   ⊞ Front Desk | | |
|   ⊞ Galen | | |
|   GENET | | |
|   ⊞ George | | |
|   ⊞ Gina | | |
|   ⊞ Greta | | |
|   ⊞ Ildar | | |
|   Import TB02 | | |
|   ⊞ Jan | | |
|   ⊞ Jean | | |
|   ⊟ JEB | | |
|     ⊞ BACKUP OF OLD SYSTEM | | |
|     ⊟ JEB | | |
|       JEB | | |