**Barry Coburn**

| | |
|---|---|
| **From:** | Dubester, Mark (USADC) [Mark.Dubester@usdoj.gov] |
| **Sent:** | Saturday, February 03, 2007 12:28 PM |
| **To:** | Barry Coburn |
| **Cc:** | Jeffrey Coffman |
| **Subject:** | Other images from Brownell's computer |

Barry --

<<JEB PCX DOCS.pdf>>

   I asked Ms. Hwang of the FBI to print out the other "imaged" documents that were stored in the computer file of your client where the 1996 W-2 was found. They are listed in the screen shot that I also sent you.

All the best,

MD

2/6/2007



DEFENDANT'S EXHIBIT E

# Form 8825 — Rental Real Estate Income and Expenses of Partnership or an S Corporation (1995)

**Name:** JEMAL BELMONT LIMITED PARTNERSHIP
**Employer identification number:** 52-1778263

**Property A:** RENTAL REAL ESTATE 1901-7 BELMONT ROAD NW DC

| Line | Item | A | B | C | D |
|---|---|---|---|---|---|
| 2 | Gross rents | 203,762. | | | |
| 3 | Advertising | 301. | | | |
| 4 | Auto and travel | | | | |
| 5 | Cleaning and maintenance | 1,575. | | | |
| 6 | Commissions | | | | |
| 7 | Insurance | 4,954. | | | |
| 8 | Legal and other professional fees | 5,227. | | | |
| 9 | Interest | 157,212. | | | |
| 10 | Repairs | 11,017. | | | |
| 11 | Taxes | 695. | | | |
| 12 | Utilities | 5,223. | | | |
| 13 | Wages and salaries | | | | |
| 14 | Depreciation | 52,370. | | | |
| 15 | Other (STMT 6) | 14,161. | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 253,133. | | | |

| Line | Item | Amount |
|---|---|---|
| 17 | Total gross rents. Add gross rents from line 2, columns A through H | 203,762. |
| 18 | Total expenses. Add total expenses from line 16, columns A through H | 253,133. |
| 19 | Net gain (loss) from Form 4797, Part II, line 19, from the disposition of property from rental real estate activities | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts of which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | |
| 21 | Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter result here and on Schedule K, line 2 | <49,371.> |

15430904   43250   060   JEMAL BELMONT LIMITED PARTNERS   43250__1

88252.PCX

```
FEB-02-2007                FROM:FFC-CRT                                    +1 202 324 9812    P.03
```

MARION BARRY, JR.
Mayor
GOVERNMENT OF THE DISTRICT OF COLUMBIA                  222

REAL PROPERTY TAX BILL
DEPARTMENT OF FINANCE AND REVENUE
P.O. BOX 510
WASHINGTON, D.C. 20044

| SQUARE | SUFFIX | LOT | PROPERTY ADDRESS | ACCOUNT NO | AT MARKET VALUE | TAX RATE | TOTAL TAX FOR YEAR |
|---|---|---|---|---|---|---|---|
| 1243 | | 0817 | 1365 WISCONSIN AV NW | | 1045000 | 2.31 | 24,139.50 |

DLJ LIMITED PARTNERSHIP
SUITE 200
11611 OLD GEORGETN RD
ROCKVILLE        MD    20852

PAYMENT DUE BY: DO NOT PAY    AMOUNT DUE: 6,286.27CR

1243    0817  951038565

PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

---

MARION BARRY, JR.
Mayor
GOVERNMENT OF THE DISTRICT OF COLUMBIA

REAL PROPERTY TAX BILL
DEPARTMENT OF FINANCE AND REVENUE
P.O. BOX 510
WASHINGTON, D.C. 20044

| SQUARE | SUFFIX | LOT | PROPERTY ADDRESS | | AT MARKET VALUE | TAX RATE | TOTAL TAX FOR YEAR |
|---|---|---|---|---|---|---|---|
| 1243 | | 0817 | 1365 WISCONSIN AV NW | | 1045000 | 2.31 | 24,139.50 |

| DESCRIPTION | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| TAX YEAR 1995 IS OCTOBER 1, 1994 THRU SEPTEMBER 30, 1995 CLASS 4 | | | | |
| CREDIT FROM PRIOR YEAR | | | | 18,356.02- |
| 1995 FIRST HALF TAX | 12,069.75 | | | 12,069.75 |

THIS BILL REFLECTS YOUR 1995 FIRST HALF REAL PROPERTY TAX AND ANY DELINQUENT TAX,
PENALTY, AND INTEREST.  IT REFLECTS PAYMENTS RECEIVED THROUGH JANUARY 31, 1995.

YOU MAY PAY YOUR TAX BILL AT ANY FIRST UNION NATIONAL BANK OF WASHINGTON IN
WASHINGTON, D. C. THROUGH MARCH 31, 1995.

53.6% OF YOUR TAX YEAR 1995 REAL PROPERTY TAX IS USED TO PAY THE
GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.

TAXPAYER'S RECORD
SEE REVERSE SIDE FOR IMPORTANT INFORMATION
FP-171 (Rev. 1/95)

| PAYMENT RECEIVED | DO NOT PAY | AMOUNT DUE | - | 6,286.27 |
| IF PAID AFTER: | DO NOT PAY | PAYMENT DUE BY: | APR 30 95 | AMOUNT DUE: |
| IF PAID AFTER: | APR 30 95 | PAYMENT DUE BY: | MAY 31 95 | AMOUNT DUE: |

1365395.PCX

FEB-02-2007 11:32        FBI: NURA TSS CART                    +1 202 324 9812   P.04





1365995.PCX

```
                                                                  REAL PROPERTY TAX BILL
         MARION BARRY, JR.                                        DEPARTMENT OF FINANCE AND REVENUE
              Mayor                              222              P.O. BOX 310
    GOVERNMENT OF THE DISTRICT OF COLUMBIA                        WASHINGTON, D.C. 20044

    1243    0817  1365 WISCONSIN AV  NW              992600   2.15    21,345.20
```

       DLJ LIMITED PARTNERSHIP                  DO NOT PAY           35,545.32CR
       SUITE 200
       11611 OLD GEORGETN RD
       ROCKVILLE          MD   20852

                                              1243     0817  962042059

```
                                                                  REAL PROPERTY TAX BILL
         MARION BARRY, JR.
              Mayor                                               P.O. BOX 310
    GOVERNMENT OF THE DISTRICT OF COLUMBIA                        WASHINGTON, D.C. 20044

    1243    0817  1365 WISCONSIN AV  NW              992600   2.15    21,345.20
```

TAX YEAR 1996 IS OCTOBER 1, 1995 THRU SEPTEMBER 30, 1996 CLASS 4

1ST HALF CREDIT                                              46,217.92
1996 SECOND HALF              10,672.60                      10,672.60

THIS BILL REFLECTS YOUR 1996 SECOND HALF TAX AND ANY DELINQUENT
TAX, PENALTY AND INTEREST. IT REFLECTS PAYMENTS RECEIVED THROUGH JULY 15, 1996.

IF YOU PAY YOUR BILL IN PERSON, YOU MUST PAY YOUR TAX BILL AT ANY FIRST UNION
NAT L BANK IN WASH. D.C.. D.C. TREASURER CAN NO LONGER ACCEPT WALK-IN PAYMENTS.

56.6% OF YOUR TAX YEAR 1996 REAL PROPERTY TAX IS USED TO PAY THE
GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.

                                  DO NOT PAY    -    35,545.32

TAXPAYER'S RECORD           SEP 15 96    OCT 15 96
                            OCT 15 96    NOV 15 96

1365996.PCX

FEB-02-2007 11:33          FBI: NURA TSS CART                    +1 202 324 9812   P.07

# Form 8825 — Rental Real Estate Income and Expenses of a Partnership or an S Corporation (1995)

OMB No. 1545-1186

Name: JEMAL BELMONT LIMITED PARTNERSHIP
Employer identification number: 52-1778263

1. Show the kind and location of each property:
A. RENTAL REAL ESTATE 1801-7 BELMONT ROAD NW DC
B.
C.
D.

| Properties | A | B | C | D |
|---|---|---|---|---|
| Rental Real Estate Income | | | | |
| 2 Gross rents | 263,762. | | | |
| Rental Real Estate Expenses | | | | |
| 3 Advertising | 301. | | | |
| 4 Auto and travel | | | | |
| 5 Cleaning and maintenance | 1,973. | | | |
| 6 Commissions | | | | |
| 7 Insurance | 4,554. | | | |
| 8 Legal and other professional fees | 5,227. | | | |
| 9 Interest | 157,212. | | | |
| 10 Repairs | 11,017. | | | |
| 11 Taxes | 20,695. | | | |
| 12 Utilities | 5,223. | | | |
| 13 Wages and salaries | | | | |
| 14 Depreciation (see instructions) | 32,370. | | | |
| 15 Other (list) ▶ STMT 6 | 14,161. | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 273,133. | | | |

17 Total gross rents. Add gross rents from line 2, columns A through H ........... 17  263,762.
18 Total expenses. Add total expenses from line 16, columns A through H ......... 18  273,133.
19 Net gain (loss) from Form 4797, Part II, line 20, from the disposition of property from rental real estate activities ........ 19
20a Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) ....
b Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

(1) Name                                (2) Employer Identification number
_____         _____
_____         _____

21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter result here and in Schedule K, line 2 .....    21   <9,371.>

For Paperwork Reduction Act Notice, see page 4 of form.                              Form 8825 (1995)

25430904        43250        060  JEMAL BELMONT LIMITED PARTNERS  43250__1

8825. PCX

TOTAL P.07