Synchronizing the world of commerce



DEFENDANT'S
EXHIBIT
F

CITIBANK
U. S. 60TH STREET
SIOUX FALLS SD 57104

**Extremely Urgent**

SHIP TO:
JOHN E BROWNELL
6151 TUCKERMAN ON
ROCKVILLE    MD 20852

ise with the following services:\ **UPS Next Day Air**
**UPS Worldwide Express**
**UPS 2nd Day Air**

Call **1-800-PICK-UPS®** (1-800

Apply shipping documents on this side.

Do not use this envelope for:

· For UPS Next Day Air services, there is no envelopes containing correspondence, ur... and electronic media. When a UPS Next is selected, UPS Express Envelopes conta than those listed above are subject to the rates for the applicable weight.

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select℠**
**UPS Worldwide Expedited℠**

· For UPS Worldwide Express, the UPS Expe be used only for documents of no comme is no limit on the weight or number of pa



MD 207 9-76

· Do not use UPS 2nd Day Air services to s over 13 ounces in this envelope. For UPS UPS Express Envelopes weighing one pou to the corresponding rates for the applica

**UPS NEXT DAY AIR**    **1**

TRACKING #: 1Z 51E 902 01 6797 6219

· Do not send cash or cash equivalent.



738
303
mc 175
ank (South Dakota), N.A.
E. 60th Street, North
Box 6034
x Falls, SD
7-6034

**citi**

GENERAL COUNSEL

BILLING: P/P

RP  000380000079803
REF 2: 1251/EDW

John E. Brownell
6151 Tuckerman Lane
Rockerville, MD 20852

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

100% Recycled fiber 60% Post-Consumer



Citibank (South Dakota), N.A.
Office of the General Counsel

701 East 60th Street, North
P.O. Box 6034
Sioux Falls, SD 57117-6034

Tel: 605-331-1567
Fax: 605-330-6745

February 2, 2007

John E. Brownell
6151 Tuckerman Lane
Rockerville, MD 20852

Dear Sir/Madam:

We recently received the enclosed subpoena requiring the production of records and/or information from your credit card account issued by Citibank. We are providing you with this information in accordance with the terms and conditions of the Card Agreement and our Privacy Promise with the thought that you may wish to consult an attorney for the protection of any interest that you may have.

If you have questions regarding the subpoena, you will need to contact either your own attorney or the individual who issued the subpoena.

Sincerely,

Gina Steineke
Subpoena Compliance Unit
(605) 331-7459

Enclosure

A member of citigroup™

# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

v.

John E. Brownell,

Defendant.

## SUBPOENA IN A CRIMINAL CASE

*CASE NUMBER: 06-077 (RMU)*

TO:  CITIBANK (SOUTH DAKOTA) N.A.
Attn: Cathy Hoben/Gina Steineke
Legal Department
701 East 60th Street, North
P.O. Box 6034
Sioux Falls, SD 57117

☒  YOU ARE HEREBY COMMANDED to appear and testify before the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM | 30 |
|-------|-----------|----|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA United States Courthouse Third & Constitution Avenue, N.W. Washington, D.C. 20530 | | Sixth Floor - ANNEX |
| | DATE AND TIME | MONDAY February 12, 2007 @ 10:00 A.M. |

*Duces Tecum (Please bring with you/please furnish):*  **SEE ATTACHMENT.**

## PLEASE NOTE TRIAL DATE.
## THANKS FOR YOUR PROMPT ATTENTION

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT NANCY MAYER-WHITTINGTON | DATE | February 2, 2007 |
|---|---|---|
| (By) Deputy Clerk | | USAO # 2006R00523 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Mark Dubester, Assistant U.S. Attorney (202) 514-7986
United States Attorney's Office
Fraud and Public Corruption Section
555 Fourth Street, N.W., 5th Floor
Washington, D.C. 20530

to Subpoena in a Criminal Case

Subpoena to: Citibank, NA

Subpoena Prepared by:   ldr

ATTACHMENT TO  ISSUED TO: CITIBANK, NA

ALL OPEN AND CLOSED ACCOUNTS

For the years: Opening of the account to the present.

Application documents and all statements for all accounts of John Brownell, SSN: ███████████, to include, but not be limited to, Acct # ████████████████.

**IN ADDITION TO PROVIDING HARD COPIES OF THE RECORDS, PLEASE FAX FAX RECORDS TO:  AUSA MARK H. DUBESTER, 202-307-2304.**

2