## Dubester, Mark (USADC)

**From:** Jeffrey Coffman [jcoffman@troutcacheris.com]
**Sent:** Thursday, January 18, 2007 1:54 PM
**To:** Dubester, Mark (USADC)
**Cc:** Barry Coburn
**Subject:** Exhibits

Hi Mark:

We're planning on using the General Journals for DDC, Jemal's Gateway, Jemal's Featherstone, Jemal's Calvert Kenilworth, Jemal's Takoma Park, Jemal's Best, and Jemal's Wheel. We're also We're scanning these in now, but I wanted to alert you to them because they are not on our exhibit list and so we intend to supplement it.

Jeffrey C. Coffman
TROUT CACHERIS PLLC
Suite 300
1350 Connecticut Avenue, N.W.
Washington, D.C. 20036
202.464.3300 (main)
202.464.3307 (direct)
202.464.3319 (fax)

jcoffman@troutcacheris.com
www.troutcacheris.com

2/6/2007