**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FEB 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA　　　　　:

　　　　　　　　v.　　　　　　　　　　　:　　Criminal Action No.: 06-0077 (RMU)

JOHN E. BROWNELL,　　　　　　　　:

　　　　　　Defendant.　　　　　　　:

### SENTENCING SCHEDULING ORDER[1]

It is this 8th day of February 2007,

ORDERED that the sentencing in this matter be set for _June 7th 2007_

at _10 Am_ ; and it is _June 11, 2007  1:45 (back-up)_

FURTHER ORDERED that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

ORDERED that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

SO ORDERED.

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).