UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-77(RMU)
:
John Brownell ,
:
Defendant. :

**ORDER**

FILED
FEB 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 8th day of February 2007,

ORDERED that a Pre-Sentencing hearing in the above-captioned case shall take place on Tuesday, February 13, 2007 at 1:45.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge