UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Action No.: 06-077 (RMU)** |
| : | |
| **JOHN E. BROWNELL** : | |

**ORDER**

_____The Court, having considered the plea colloquy, the testimony and evidence associated with the hearing of February 13 and 14, 2007, the pleadings and submissions of the parties, and the entire record in this case, it is this _____ day of _____ , 2007, hereby

**ORDERED** that the "relevant conduct" establishes a tax loss in this case is over $80,000;

**ORDERED** that the defendant abused his accounting skill;

**ORDERED** that the scheme used sophisticated means; and

**ORDERED** that the defendant has not at this time accepted responsibility.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge