UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-077 (RMU) |
| | : | |
| **JOHN E. BROWNELL** | : | |

**GOVERNMENT'S NOTICE OF FILING EXHIBITS
IN CONNECTION WITH
GOVERNMENT'S MEMORANDUM
<u>IN SUPPORT OF GUIDELINES CALCULATION</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached Exhibits One through Five that are associated with the Government Memorandum in Support of Guidelines Calculation, filed March 14, 2007.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY

By: _____/s/_____
      Mark H. Dubester,
      D.C. Bar No. 339655
      Assistant United States Attorney
      555 4th Street, NW
      Room 5917
      Washington, D.C. 20530
      (202) 514-7986