# EXHIBIT 1





10/6/95 check drawn on DDC Payroll Account
**$15,000** gross, **$9992.17** net



10/10/95 check drawn on DDC Payroll Account
**$32,000** gross, **$23,000.62** net ("BONUS PAY")

**TOTAL:  $47,000 Gross, $32,992.89 Net**

# DDC Checks to Potomac Valley Bank
## (Brownell's Line of Credit)
## 1996









| Month | Amount |
|-------|--------:|
| June | $1,289.11 |
| July | $870.03 |
| August | $913.95 |
| September | $1,244.71 |
| October | $1,377.42 |
| November | $1,433.22 |
| December | $1,388.73 |
| **TOTAL** | **$8,527.17** |

# DDC Checks to Potomac Valley Bank
## (Brownell's Line of Credit)
## 1997



| Month | Amount |
|-------|--------|
| January | $917.29 |
| February | $1,630.36 |
| March | $1,576.25 |
| April | $1,391.83 |
| May | $1,802.90 |
| June | $2,344.70 |
| July | $2,834.94 |
| August | $3,402.47 |
| September | $1,956.50 |
| October | $1,903.11 |
| November | $2,917.17 |
| December | $2,958.69 |
| **TOTAL** | **$25,636.30** |

# DDC Checks to Potomac Valley Bank
## (Brownell's Line of Credit)
## 1998



### DDC Checks

| Month | Amount |
|---|---|
| January | $2,886.25 |
| February | $2,967.12 |
| February | $2,598.18 |
| March | $3,189.02 |
| May | $2,916.49 |
| June | $2,485.15 |
| July | $3,200.77 |
| July | $10,416.39 |
| August | $1,933.67 |
| September | $3,897.90 |
| October | $2,916.69 |
| November | $2,943.22 |
| December | $10,392.18 |
| **TOTAL** | **$52,743.03** |

## Other Checks - 1998
### December 1998
### Joseph Cayne to Brownell  - $10,000  check



# DDC Checks to Potomac Valley Bank
## (Brownell's Line of Credit)
## 1999





## DDC Checks

| Month | Amount |
|---|---|
| January | $441.69 |
| March | $1,703.30 |
| April | $1,385.22 |
| May | $10,391.04 |
| June | $3,846.67 |
| July | $1,578.90 |
| August | $1,406.73 |
| September | $3,794.50 |
| October | $2,818.59 |
| November | $3,590.05 |
| December | $408.96 |
| **TOTAL** | **$31,360.65** |

## Other Checks - 1999

**May 1999**
**Brownell - $20,000 check to DDC**



**November 1999**
**Leibner & Potkin -**
**$10,000 check to Brownell**



**December 1999**
**DDC - $20,000 check to Brownell**



# DDC Checks to Potomac Valley Bank
# (Brownell's Line of Credit)
# 2000





## DDC Checks

| Month | Amount |
|---|---|
| January | $446.66 |
| February | $902.32 |
| March | $901.96 |
| April | $953.08 |
| May | $891.29 |
| June | $942.68 |
| July | $2,471.04 |
| August | $931.67 |
| September | $1,928.43 |
| October | $2,434.13 |
| November | $963.58 |
| TOTAL | $13,766.83 |

## Other Checks - 2000

**October 2000**
**DDC -**
**$20,000  check to Brownell**



EX.1, P.06

# DDC Checks to Potomac Valley Bank
# (Brownell's Line of Credit)
# 2001



## DDC Checks

| Month | Amount |
|-------|--------|
| January | $1,113.46 |
| March | $10,000.00 |
| June | $6,938.94 |
| July | $3,102.64 |
| August | $6,788.18 |
| August | $5,862.86 |
| October | $8,500.40 |
| December | $6,961.05 |
| TOTAL | $49,267.73 |

## Other Checks – 2001

**June 2001**
**DDC –**
**$2,984.83  check to Potomac Valley Bank**
**(Brownell's Mortgage)**



EX.1, P.07

# DDC Checks to Potomac Valley Bank
# (Brownell's Line of Credit)
# 2002



### DDC Checks

| Month | Amount |
|---|---|
| January | $7,861.06 |
| February | $4,848.69 |
| March | $3,791.02 |
| April | $4,351.21 |
| June | $6,981.25 |
| August | $2,785.66 |
| September | $4,933.50 |
| October | $3,461.21 |
| December | $2,961.11 |
| **TOTAL** | **$41,974.71** |

## Other Checks - 2002

**March 2002**
**DDC - $8,700 check to Tex-Mex**



**June 2002**
**DDC -**
**$9,000 check to Construction By Design**



EX.1, P.08

# DDC Checks to Potomac Valley Bank
## (Brownell's Line of Credit)
## 2003








### DDC Checks

| Month | Amount |
|---|---|
| January | $3,227.78 |
| February | $3,698.77 |
| May | $4,347.06 |
| July | $6,250.00 |
| August | $2,907.21 |
| December | $6,338.76 |
| **TOTAL** | **$26,770.47** |

EX.1, P.09

# DDC Checks to Potomac Valley Bank
# (Brownell's Line of Credit)
# 2004





## DDC Checks

| Month | Amount |
|---|---|
| May | $4,470.62 |
| June | $4,895.61 |
| July | $2,800.00 |
| August | $3,640.21 |
| October | $4,638.85 |
| November | $4,494.45 |
| December | $3,630.25 |
| TOTAL | $28,569.99 |

# 1998 Brownell

## DDC Payments to PVB          Draws on PVB Account



| DDC Payments to PVB | Draws on PVB Account | |
|---|---|---|
| 1/5/98 $2,886 | Missing Check — 1/13/98 | $2,500 |
| 2/4/98 $2,967 | Missing Check — 2/5/98 | $2,800 |
| 2/24/98 $2,598 | 2/25/98 | $2,400 (NB) |
|  | 3/13/98 | $300 (NB) |
| 3/25/98 $3,189 | 3/25/98 | $2,500 (NB) |
| 5/4/98 $2,916 | TRANSFER — 5/13/98 | $2,500 (PVB) |
| 6/2/98 $2,485 | 6/1/98 | $1,000 (NB) |
| 7/1/98 $3,200 | 7/1/98 | $2,000 (FNB) |
| 7/9/98 $10,416 | 7/9/98 | $6,000 (FNB) |
|  | 7/21/98 | $3,500 (FNB) |
| 8/13/98 $1,934 | 8/14/98 | $3,000 (FNB) |
| 9/22/98 $3,898 | 9/22/98 | $300 (NB) |
|  | 9/23/98 | $3,400 (FNB) |
| 10/29/98 $2,917 | 10/30/98 | $2,500 (FNB) |
| 11/30/98 $2,943 | 12/2/98 | $1,900 (FNB) |
| 12/29/98 $10,392 | 1/5/99 | $10,000 (FNB) |

EX.1, P.11

# 1999 Brownell

## DDC Payments to PVB

## Draws on PVB Account



| DDC Payments to PVB | Draws on PVB Account |
|---|---|
| 1/24/99 **$442** | |
| 3/4/99 **$1,703** | |
| 4/6/99 **$1,385** | |
| 5/7/99 **$10,391** → | 5/12/99 **$12,500** (BBT) |
| 6/10/99 **$3,847** → | 6/11/99 **$3,500** (BBT) |
| 7/8/99 **$1,579** → | 7/16/99 **$1,300** (BBT) |
| 8/6/99 **$1,407** → | 8/6/99 **$500** (BBT) |
| | 8/6/99 **$500** (NB) |
| 9/7/99 **$3,795** → | 9/7/99 **$2,000** (NB) |
| 10/6/99 **$2,819** → | 9/14/99 **$1,400** (NB) |
| | 10/6/99 **$2,000** (NB) |
| 11/5/99 **$3,590** → | 11/5/99 **$3,400** (NB) |
| 12/13/99 **$404** | |

# 2000 Brownell

## DDC Payments to PVB          Draws on PVB Account



1/13/00 **$447**

2/22/00 **$902**

3/15/00 **$902**

4/11/00 **$953**

5/18/00 **$891**

6/6/00 **$1,000** (ANB)
(cleared 7/10/00)

6/22/00 **$943**          6/28/00 **$1,000** (ANB)

7/11/00 **$2,471**          7/10/00 **$800** (ANB)

7/12/00 **$300** (PVB)
(debit memo)

7/xx/00 **$1,500** (ENB)
(cleared 7/13/00)

8/8/00 **$932**          8/8/00 **$600** (ENB)

9/13/00 **$1,928**          9/15/00 **$1,400** (ENB)

10/16/00 **$2,434**          10/19/00 **$2,000** (ANB)

11/14/00 **$964**

**11/27 - LOC INCREASED $60,000 TO $80,000**          11/30/00 **$20,000** (NB)
(to Leibner & Potkin)

# 2001 Brownell



## DDC Payments to PVB          Draws on PVB Account

| DDC Payments to PVB | Draws on PVB Account | |
|---|---|---|
| 1/15/01 **$1,113** | 1/18/01 **$1,000** | (ENB) |
| 3/17/01 **$10,000** | 3/15/01 **$2,000** | (ANB) |
| | 3/20/01 **$6,000** | (ANB) |
| | 3/22/01 **$1,000** | (ENB) |
| 5/31/01 **$6,929** | 5/31/01 **$5,000** | (ANB) |
| | 6/05/01 **$1,500** | (ENB) |
| 7/10/01 **$3,103** | 7/10/01 **$2,500** | (ENB) |
| 8/1/01 **$6,788** | 7/30/01 **$4,000** | (ANB) |
| | 8/8/01 **$2,200** | (ANB) |
| 8/29/01 **$5,863** | 8/28/01 **$4,000** | (ANB) |
| | 8/31/00 **$1,200** | (ANB) |
| 10/10/01 **$8,500** | 10/18/01 **$7,200** | (ANB) |
| | 10/22/01 **$1,200** | (PVB) |
| 12/19/01 **$6,961** | 12/17/01 **$5,000** | (ANB) |
| | 12/21/01 **$1,000** | (ANB) |

# 2002 Brownell

## (JAN - MAY)



**DDC Payments to PVB**     **Draws on PVB Account**

| | | |
|---|---|---|
| 1/24/02 **$7,861** → | 1/24/02 **$6,000** | (ANB) |
| | TRANSFER 1/30/02 **$1,000** | (PVB) |
| 2/22/02 **$4,849** → | 2/25/01 **$4,500** | (ANB) |
| | 2/27/02 **$500** | (ANB) |
| **3/2 - LOC INCREASED $80,000 TO $107,500** → | 3/7/02 **$2,500** | (ANB) |
| | TRANSFER 3/8/02 **$5,500** | (PVB) |
| | 3/13/02 **$3,000** | (ANB) |
| | 3/14/02 **$2,500** | (CBD) |
| | 3/21/02 **$5,500** | (CBD) |
| | 3/26/02 **$2,000** | (ANB) |
| 3/27/02 **$3,791** → | 3/28/02 **$2,000** | (ANB) |
| | 3/29/02 **$2,000** | (ANB) |
| | 3/28/02 **$3,000** | (CBD) |
| 4/24/02 **$4,351** → | 4/19/02 **$1,600** (clrd 4/23/02) | (CBD) |
| | 4/24/02 **$1,200** | (ANB) |
| | 4/25/02 **$2,700** | (ANB) |

EX.1, P.15

# 2002 Brownell

## (JUNE - DEC)



**DDC Payments to PVB**

**Draws on PVB Account**

6/07/02 **$6,981** → 6/14/02 **$6,500**

8/07/02 **$2,786** → 8/7/02 **$2,300**

9/13/02 **$4,933** → 9/13/02 **$2,000**

9/13/02 **$2,000**

TRANSFER 9/23/02 **$400**

10/25/02 **$3,461** → 10/25/02 **$2,900**

12/23/02 **$2,961** → 12/26/02 **$2,400**

# 2003 Brownell



## DDC Payments to PVB          Draws on PVB Account

1/31/03 **$3,228**      →      1/31/03 **$2,500** (ENB)

2/28/03 **$3,699**      →      2/28/03 **$3,000** (ANB)

5/1/03 **$4,348**      →      4/30/03 **$3,200** (ANB)

From JEB (ANB) (see insert)

6/27/03 **$2,800**      →      6/28/03 **$3,000** (ENB)

7/3/03 **$6,250**      →      7/3/03 **$6,200** (ANB)

8/11/03 **$2,907**      →      8/14/03 **$2,500** (ANB)

12/15/03 **$6,339**      →      12/16/03 **$5,500** (ANB)
(CLRD 12/24)                                (CLRD 12/30/03)

1. 6/25 - $3000 into ANB          3. $3000 from PVB to ENB





2. $2800 ANB to PVB          4. 6/26 - $2800 from ENB to CBD





EX.1, P.17

# 2004 Brownell

## DDC Payments to PVB          Draws on PVB Account



**4/23 - LOC INCREASED $107,500 TO $126,700**

MISC DEBITS 4/30/04

5/04/04 **$16,000** (L&P)

5/7/04 **$4,471**          5/14/04 **$4,000** (ANB)

5/21/04 **$350** (ANB)

6/30/04 **$4,896**          6/30/[04] **$4,500** (ENB)

7/16/04 **$2,800**          7/22/04 **$2,800** (ENB)

8/26/04 **$3,640**          8/26/04 **$3,000** (ENB)

10/1/04 **$4,639**          10/4/04 **$4,300** (ENB)

11/5/04 **$4,494**          11/5/04 **$3,600** (ENB)

12/23/04 **$3,630**          12/27/04 **$3,200** (ANB)

EX.1, P.18

### Brownell - If all Payments applied to $50,000

| Statement Date | Beginning Loan Balance | Interest Rate | Interest | Payment | Ending Loan Balance |
|---|---|---|---|---|---|
| 06/03/96 | 50,000.00 | 8.25% | 248.63 | 0.00 | 50,248.63 |
| 07/01/96 | 50,248.63 | 8.25% | 318.01 | 1,289.11 | 49,277.53 |
| 8/1/1996 | 49,277.53 | 8.25% | 345.28 | 870.03 | 48,752.78 |
| 9/3/1996 | 48,752.78 | 8.25% | 363.64 | 931.95 | 48,184.47 |
| 10/1/1996 | 48,184.47 | 8.25% | 304.95 | 1,244.71 | 47,244.71 |
| 11/1/1996 | 47,244.71 | 8.25% | 352.39 | 1,377.42 | 46,219.69 |
| 12/2/1996 | 46,219.69 | 8.25% | 302.96 | 1,443.22 | 45,079.43 |
| 1/2/1997 | 45,079.43 | 8.25% | 315.86 | 1,388.73 | 44,006.56 |
| 2/3/1997 | 44,006.56 | 8.25% | 318.29 | 917.29 | 43,407.57 |
| 3/3/1997 | 43,407.57 | 8.25% | 274.72 | 1,630.36 | 42,051.92 |
| 4/1/1997 | 42,051.92 | 8.25% | 275.64 | 1,576.25 | 40,751.31 |
| 5/1/1997 | 40,751.31 | 8.50% | 284.70 | 1,391.83 | 39,644.19 |
| 6/2/1997 | 39,644.19 | 8.50% | 295.43 | 1,802.90 | 38,136.72 |
| 6/19/1997 | 38,136.72 | 8.50% | 150.98 | 2,344.70 | 35,943.00 |
| 7/1/1997 | 35,943.00 | 8.50% | 100.44 | 0.00 | 36,043.44 |
| 8/3/1997 | 36,043.44 | 8.50% | 276.99 | 2,834.94 | 33,485.49 |
| 9/2/1997 | 33,485.49 | 8.50% | 233.94 | 3,402.47 | 30,316.96 |
| 10/1/1997 | 30,316.96 | 8.50% | 204.74 | 1,956.59 | 28,565.11 |
| 11/3/1997 | 28,565.11 | 8.50% | 219.52 | 1,903.11 | 26,881.52 |
| 12/1/1997 | 26,881.52 | 8.50% | 175.28 | 1,917.17 | 25,139.64 |
| 1/4/1998 | 25,139.64 | 8.50% | 199.05 | 2,958.69 | 22,380.00 |
| 2/2/1998 | 22,380.00 | 8.50% | 151.14 | 2,886.25 | 19,644.89 |
| 3/2/1998 | 19,644.89 | 8.50% | 128.10 | 2,967.12 | 16,805.86 |
| 3/2/1998 | 16,805.86 | 8.50% | 109.58 | 2,598.18 | 14,317.27 |
| 4/1/1998 | 14,317.27 | 8.50% | 100.02 | 3,189.02 | 11,228.27 |
| 5/3/1998 | 11,228.27 | 8.50% | 83.67 | 0.00 | 11,311.95 |
| 6/1/1998 | 11,311.95 | 8.50% | 76.39 | 2,916.49 | 8,471.85 |
| 7/1/1998 | 8,471.85 | 8.50% | 59.19 | 2,485.15 | 6,045.89 |
| 8/3/1998 | 6,045.89 | 8.50% | 46.46 | 3,200.77 | 2,891.58 |
| 8/3/1998 | 2,891.58 | 8.50% | 0.00 | 10,416.39 | (7,524.81) |
| | | | 6,316.03 | 63,840.84 | |

# SELECT BANK TRANSACTIONS – MAY-JUNE 2002
# BROWNELL'S ADAMS AND EAGLE CHECKING ACCOUNTS



**Eagle Statement – May 2002**

## STARTING BALANCES:
### EAGLE, 5/30/02 ($689.57-)
### ADAMS, 5/29/02 ($2,415.65-)

**Adams Statement – May 2002**



**1. 5/29/02** - Brownell deposits $6,000 Check (Temp. Chk.) drawn on EAGLE accnt. into ADAMS accnt.



**2. 5/31/02** - Brownell deposits $7,000 Check (#518) drawn on ADAMS accnt. into EAGLE accnt.



**3. 6/3/02** - Brownell deposits $6,500 Check (Temp. Chk.) drawn on EAGLE accnt. into ADAMS accnt.



**4. 6/5/02** - Brownell deposits $6,500 Check (#639) drawn on ADAMS accnt. into EAGLE accnt.



## 1995

## EXAMPLE OF BONUS RECORDED AS LOAN



10/6/95 check drawn on DDC Payroll Account
**$15,000** gross, **$9992.17** net



10/10/95 check drawn on DDC Payroll Account
**$32,000** gross, **$23,000.62** net ("BONUS PAY")

Brownell reports to lender
$47,000 Bonus for 1995

**$47,000 should be included in W-2 and reported;
withholding of $14,000 should be paid for
federal and state taxes and social security**

10/10/95 check recorded as $23,000.62 **loan**
on DDC's books; **$47,000 income not reported
no income taxes paid on the bonus**

EX.1, P.21

## Total Payments To/For John E. Brownell &
## Calulation of Tax Loss (Per Guidelines)

| Year | DDC Payments to Potomac Valley Bank LOC | Other | Date | Check | From | To |
|------|------|------|------|------|------|------|
| 1995 | $ - | $ 9,992.17 | 10/6/1995 | 1213 | DDC | John Brownell |
| | $ - | $ 23,000.62 | 10/10/1995 | 1228 | DDC | John Brownell |
| 1996 | $ 8,527.17 | $ - | | | DDC | |
| 1997 | $ 25,636.30 | $ - | | | DDC | |
| 1998 | $ 52,743.03 | $ 10,000.00 | 12/23/1998 | 8031 | Joe Cayre | John Brownell |
| 1999 | $ 31,360.65 | $ 20,000.00 | 12/30/1999 | 40709 | DDC | John Brownell |
| | $ | $ 10,000.00 | 11/18/1999 | 5078 | L&P | John Brownell |
| 2000 | $ 13,766.83 | $ 20,000.00 | 10/30/2000 | 1016 | DDC | John Brownell |
| 2001 | $ 49,267.73 | $ 2,984.83 | 6/26/2001 | 92664 | DDC | PVB Business Loan |
| 2002 | $ 41,974.71 | $ 8,700.00 | 6/2/2002 | 100535 | DDC | Tex-Mex Construction |
| | $ | $ 9,000.00 | 3/1/2002 | 97889 | DDC | Construction By Design |
| 2003 | $ 26,770.47 | $ - | | | | |
| 2004 | $ 28,569.99 | $ - | | | | |
| **Totals** | **$278,616.88** | **$ 113,677.62** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total** | **$392,294.50** | | | | | |

**TAX LOSS PER GUIDELINES  $109,842.46**

| Possible Credits: | | | | | | |
|------|------|------|------|------|------|------|
| Pmt to PVB related to $50,000 Check | $ (50,000.00) | | 5/13/1996 | No # | John Brownell | DDC |
| Interest Applicable to $50,000 Check | $ (6,300.00) | | | | | |
| Pmt to DDC | $ (20,000.00) | | 5/14/1999 | 1207 | John Brownell | DDC |
| **Total** | **$315,994.50** | | | | | |

**TAX LOSS PER GUIDELINES  $ 88,478.46**