# EXHIBIT 2

| UNITED STATES v. BROWNELL ||| 
|---|---|---|
| BROWNELL'S WAGES AS ORIGINALLY REPORTED BY DDC ||| 
| YEAR | REPORTED WAGES | TIMELY TAX RETURN FILED |
| 1994 | $45,673.00 | NO |
| 1995 | $47,499.92 | NO |
| 1996 | $54,315.92 | NO |
| 1997 | $54,315.92 | NO |
| 1998 | $55,229.38 | NO |
| 1999 | $54,315.92 | NO |
| 2000 | $152,363.99 | NO |
| 2001 | $124,875.76 | NO |
| 2002 | $124,875.76 | NO |
| 2003 | $124,875.76 | NO |
| LATE 2004 - TAX INVESTIGATION COMMENCES (SUBPOENAS TO DDC RE: BROWNELL) FEBRUARY 23, 2005 - BROWNELL'S HOUSE SEARCHED ||| 
| 2004 | $125,284.98 [ORIGINAL W-2] | YES (April 2005) |
| 2005 | $759,844.64 | YES |



# SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902, I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this _12th_ day of _December_, 2006

_Kathryn E. Fox_
Kathryn E. Fox
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form SSA-473 (3-96)
Destroy Prior Edition

GOVERNMENT EXHIBIT
No. 3A
U.S. v. Brownell- Cr. No. 06-077 (RMU)

EX. 2, P.01

BR_003A-0001

```
A-1826                ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *      ▓▓▓▓▓▓▓▓▓▓▓▓▓         * * *
```

FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL OPERATIONS
       300 N. GREENE STREET
       BALTIMORE, MARYLAND  21290-0300

IRS SPECIAL AGENT CHARLES JONES            NUMBER HOLDER NAME:
                                              JOHN E BROWNELL
500 NORTH CAPITOL ST
NW ROOM 3605

WASHINGTON           DC    20221

PERIOD REQUESTED    JANUARY 1993   THRU   DECEMBER 1995

YEAR   JAN - MARCH   APRIL - JUNE   JULY - SEPT   OCT - DEC       TOTAL

EMPLOYER NUMBER:
WIZ DISTRIBUTORS LTD
1300 FEDERAL BLVD
CARTERET   NJ 07008-1004

1993         -             -             -             -       $   39,279.21

EMPLOYER NUMBER:
DOUGLAS DEVELOPMENT CORPORATION
702 H ST NW STE 400
WASHINGTON   DC 20001-3875

1993         -             -             -             -       $    7,612.17
1994         -             -             -             -       $   45,673.00
1995         -             -             -             -       $   47,499.92

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2004 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                                PAGE 001 END

EX. 2, P.02

BR_003A-0002

## W-2 Wage and Tax Statement 1996 — Federal Filing Copy

| Box | Field | Value |
|---|---|---|
| a | Control Number | 2860 966 |
| c | Employer's name, address, and ZIP code | DOUGLAS DEVELOPMENT CORPORATION, #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852 |
| e | Employee's name and address | JOHN E BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852 |
| 1 | Wages, tips, other compensation | 54315.92 |
| 2 | Federal income tax | 3406.41 |
| 3 | Social security wages | 54315.92 |
| 4 | Social security tax | 3367.59 |
| 5 | Medicare wages and tips | 54315.92 |
| 6 | Medicare tax withheld | 787.57 |
| 16 | State & Employer's state ID | MD |
| 17 | State wages, tips, etc. | 54315.92 |
| 18 | State income tax | 1892.84 |

## W-2 1996 — State Filing Copy (duplicate of above)

Same data: Control 2860 966; DOUGLAS DEVELOPMENT CORPORATION, #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852; JOHN E BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852; Wages 54315.92; Fed tax 3406.41; SS wages 54315.92; SS tax 3367.59; Medicare wages 54315.92; Medicare tax 787.57; MD State wages 54315.92; State income tax 1892.84.

## W-2 1996 — City or Local Filing Copy (duplicate)

Same data as above.

## W-2 1996 — Employee Reference Copy (duplicate)

Same data as above.

---

GOVERNMENT EXHIBIT No. 111 — U.S. v. Brownell

EX. 2, P.03



EX. 2, P.04

BR_111-0002

GOVERNMENT EXHIBIT
No. 112
U.S. v. Brownell

**W-2 Wage and Tax Statement 1998 — Federal Filing Copy**

| Field | Value |
|---|---|
| a Control Number | 2860  966 |
| c Employer's name, address, and ZIP code | DOUGLAS DEVELOPMENT CORPORATION #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852 |
| 1 Wages, tips, other compensation | 55229.38 |
| 2 Federal income tax | 2873.45 |
| 3 Social security wages | 55229.38 |
| 4 Social security tax | 3424.22 |
| 5 Medicare wages and tips | 55229.38 |
| 6 Medicare tax withheld | 800.82 |
| e Employee's name and address | JOHN E BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852 |
| 17 State wages, tips, etc. | 55229.38 |
| 18 State income tax | 1692.76 |

**W-2 Wage and Tax Statement 1998 — State Filing Copy**

Control Number: 2860  966
Employer: DOUGLAS DEVELOPMENT CORPORATION, #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852
1 Wages, tips, other compensation: 55229.38
2 Federal income tax: 2873.45
3 Social security wages: 55229.38
4 Social security tax: 3424.22
5 Medicare wages and tips: 55229.38
6 Medicare tax withheld: 800.82
Employee: JOHN E BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852
17 State wages, tips, etc.: 55229.38
18 State income tax: 1692.76

**W-2 Wage and Tax Statement 1998 — City or Local Filing Copy**

Control Number: 2860  966
Employer: DOUGLAS DEVELOPMENT CORPORATION, #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852
1 Wages, tips, other compensation: 55229.38
2 Federal income tax: 2873.45
3 Social security wages: 55229.38
4 Social security tax: 3424.22
5 Medicare wages and tips: 55229.38
6 Medicare tax withheld: 800.82
Employee: JOHN E BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852
17 State wages, tips, etc.: 55229.38
18 State income tax: 1692.76

**W-2 Wage and Tax Statement 1998 — Employee Reference Copy**

Control Number: 2860  966
Employer: DOUGLAS DEVELOPMENT CORPORATION, #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852
1 Wages, tips, other compensation: 55229.38
2 Federal income tax: 2873.45
3 Social security wages: 55229.38
4 Social security tax: 3424.22
5 Medicare wages and tips: 55229.38
6 Medicare tax withheld: 800.82
Employee: JOHN E BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852
17 State wages, tips, etc.: 55229.38
18 State income tax: 1692.76

**GOVERNMENT EXHIBIT No. 113**
U.S. v. Brownell

### W-2 Form #1 (Federal Filing Copy) — 1999

| Field | Value |
|---|---|
| a Control Number | 2860-0966 |
| c Employer's name, address, and ZIP code | DOUGLAS DEVELOPMENT CORPORATION #200, 11611 OLD GEORGETOWN RD, ROCKVILLE, MD 20852 |
| e Employee's name and address | JOHN E. BROWNELL, 6151 TUCKERMAN LANE, ROCKVILLE, MD 20852 |
| 1 Wages, tips, other compensation | 54315.92 |
| 2 Federal income tax | 2602.60 |
| 3 Social security wages | 54315.92 |
| 4 Social security tax | 3367.40 |
| 5 Medicare wages and tips | 54315.92 |
| 6 Medicare tax withheld | 787.88 |
| 17 State wages, tips, etc. | 54315.92 |
| 18 State income tax | 1342.56 |

(Copies: Federal Filing Copy, State Filing Copy, City or Local Filing Copy, Employee Reference Copy — identical figures on all four copies.)

PrimeBay

EX. 2, P.06

BR_113-0001



EX. 2, P.07

BR_114-0001

**2001 EMPLOYER COPY**

### Form W-2 Wage and Tax Statement 2001
OMB No. 1545-0008   39-1908647   Dept. of the Treasury -- IRS

| Control no. 2860-0191 | Employer Copy | Employer ID no. | 1 Wages, tips, other comp. 27884.50 | 2 Fed. inc. tax withheld 4434.75 |
|---|---|---|---|---|
| Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW SUITE 400 WASHINGTON, DC 20001 | | Employee's SSN ████ | 3 Social security wages 27884.50 | 4 Soc. sec. tax withheld 1728.75 |
| | | 7 Soc. sec. tips | 5 Medicare wages & tips 27884.50 | 6 Medicare tax withheld 404.25 |
| | | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code [redacted] | | 11 Nonqualified plans | 12a-12d Code See inst. for box 12 | 13 Statutory empl. ☐ Retirement plan ☐ Third-party sick pay ☐ |
| | | 14 | | |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. 27884.50 | 17 State inc. tax 1956.95 | 18 Local wages, tips, etc. | 19 Local inc. tax   20 Locality |

This information is being furnished to the Internal Revenue Service.

### Form W-2 Wage and Tax Statement 2001
OMB No. 1545-0008   39-1908647   Dept. of the Treasury -- IRS

| Control no. 2860-0966 | Employer Copy | Employer ID no. | 1 Wages, tips, other comp. 124875.76 | 2 Fed. inc. tax withheld 21312.20 |
|---|---|---|---|---|
| Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW SUITE 400 WASHINGTON, DC 20001 | | Employee's SSN ████ | 3 Social security wages 80400.00 | 4 Soc. sec. tax withheld 4984.76 |
| | | 7 Soc. sec. tips | 5 Medicare wages & tips 128715.96 | 6 Medicare tax withheld 1366.36 |
| | | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code JOHN E. BROWNELL 6151 TUCKERMAN LANE ROCKVILLE MD 20852 | | 11 Nonqualified plans | 12a-12d Code D 3840.20 | 13 Statutory empl. ☐ Retirement plan ☒ Third-party sick pay ☐ |
| | | 14 | | |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. 124875.76 | 17 State inc. tax 4568.80 | 18 Local wages, tips, etc. | 19 Local inc. tax   20 Locality |

### Form W-2 Wage and Tax Statement 2001
OMB No. 1545-0008   39-1908647   Dept. of the Treasury -- IRS

| Control no. 2860-0144 | Employer Copy | Employer ID no. | 1 Wages, tips, other comp. 56739.67 | 2 Fed. inc. tax withheld 6128.86 |
|---|---|---|---|---|
| Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW SUITE 400 WASHINGTON, DC 20001 | | Employee's SSN ████ | 3 Social security wages 56739.67 | 4 Soc. sec. tax withheld 3517.81 |
| | | 7 Soc. sec. tips | 5 Medicare wages & tips 56739.67 | 6 Medicare tax withheld 822.53 |
| | | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code [redacted] | | 11 Nonqualified plans | 12a-12d Code | 13 Statutory empl. ☐ Retirement plan ☐ Third-party sick pay ☐ |
| | | 14 | | |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. 56739.67 | 17 State inc. tax 2832.59 | 18 Local wages, tips, etc. | 19 Local inc. tax   20 Locality |

1 P4DOWN   NTF 35595   Copyright 2001 Greatland/Nelco LP

### Form W-2 Wage and Tax Statement 2001
OMB No. 1545-0008   39-1908647   Dept. of the Treasury -- IRS

| Control no. 2860-1600 | Employer Copy | Employer ID no. | 1 Wages, tips, other comp. 48998.44 | 2 Fed. inc. tax withheld 5975.27 |
|---|---|---|---|---|
| Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW SUITE 400 WASHINGTON, DC 20001 | | Employee's SSN ████ | 3 Social security wages 51398.24 | 4 Soc. sec. tax withheld 3186.89 |
| | | 7 Soc. sec. tips | 5 Medicare wages & tips 51398.24 | 6 Medicare tax withheld 745.22 |
| | | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code [redacted] | | 11 Nonqualified plans | 12a-12d Code See inst. for box 12 D 2399.80 | 13 Statutory empl. ☐ Retirement plan ☒ Third-party sick pay ☐ |
| | | 14 | | |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. 48998.44 | 17 State inc. tax 3359.23 | 18 Local wages, tips, etc. | 19 Local inc. tax   20 Locality |

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

093-0004

EX. 2, P.08      093-0004

## 2002 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2002 pay stub plus any adjustments submitted by your employer.

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay | 128715.96 | Social Security Tax Withheld Box 4 of W-2 | 5263.80 | MD. State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 7392.76 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 21375.64 | Medicare Tax Withheld Box 6 of W-2 | 1866.38 | | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MD. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 128,715.96 | 128,715.96 | 128,715.96 | 128,715.96 |
| Less 401(k) (D-Box 12) | 3,840.20 | N/A | N/A | 3,840.20 |
| Wages Over Limit | N/A | 43,815.96 | N/A | N/A |
| Reported W-2 Wages | 124,875.76 | 84,900.00 | 128,715.96 | 124,875.76 |

GOVERNMENT EXHIBIT No. 6.3

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 10
STATE: 10

(REPORTING FOR THE YEAR 2002)

© 2004 AUTOMATIC DATA PROCESSING, INC.

---

**W-2 Wage and Tax Statement 2002** — Employee Reference Copy

| Box | | Box | |
|---|---|---|---|
| 1 Wages, tips, other comp. | 124875.76 | 2 Federal income tax withheld | 21375.64 |
| 3 Social security wages | 84900.00 | 4 Social security tax withheld | 5263.80 |
| 5 Medicare wages and tips | 128715.96 | 6 Medicare tax withheld | 1866.38 |

Control Number 000061 05/733  Dept 000100  Corp A  Employer use only 19

Employer's name, address, and ZIP code:
DOUGLAS DEVELOPMENT CORPORATION
702 H ST. NW SUITE 400
WASHINGTON DC 20001

Batch #00596

12a D  3840.20
13 Ret. plan X

Employee's name, address and ZIP code:
JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852

16 State wages, tips, etc. 124875.76
17 State income tax 7392.76

**W-2 Wage and Tax Statement 2002** — Federal Filing Copy

1 Wages, tips, other comp. 124875.76 | 2 Federal income tax withheld 21375.64
3 Social security wages 84900.00 | 4 Social security tax withheld 5263.80
5 Medicare wages and tips 128715.96 | 6 Medicare tax withheld 1866.38
Control Number 000061 05/733  Dept 000100  Corp A  19
DOUGLAS DEVELOPMENT CORPORATION
702 H ST. NW SUITE 400
WASHINGTON DC 20001
12a D 3840.20
13 Ret. plan X
JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852
16 State wages, tips, etc. 124875.76
17 State income tax 7392.76

**W-2 Wage and Tax Statement 2002** — MD. State Reference Copy

1 Wages, tips, other comp. 124875.76 | 2 Federal income tax withheld 21375.64
3 Social security wages 84900.00 | 4 Social security tax withheld 5263.80
5 Medicare wages and tips 128715.96 | 6 Medicare tax withheld 1866.38
Control Number 000061 05/733  Dept 000100  Corp A  19
DOUGLAS DEVELOPMENT CORPORATION
702 H ST. NW SUITE 400
WASHINGTON DC 20001
12a D 3840.20
13 Ret. plan X
JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852
16 State wages, tips, etc. 124875.76
17 State income tax 7392.76

**W-2 Wage and Tax Statement 2002** — MD. State Filing Copy

1 Wages, tips, other comp. 124875.76 | 2 Federal income tax withheld 21375.64
3 Social security wages 84900.00 | 4 Social security tax withheld 5263.80
5 Medicare wages and tips 128715.96 | 6 Medicare tax withheld 1866.38
Control Number 000061 05/733  Dept 000100  Corp A  19
DOUGLAS DEVELOPMENT CORPORATION
702 H ST. NW SUITE 400
WASHINGTON DC 20001
12a D 3840.20
13 Ret. plan X
JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852
16 State wages, tips, etc. 124875.76
17 State income tax 7392.76

## 2003 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 128,715.96 | Social Security Tax Withheld Box 4 of W-2 | 5394.00 | MD. State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 | 7119.17 |
| Fed. Income Tax Withheld Box 2 of W-2 | 19240.99 | Medicare Tax Withheld Box 6 of W-2 | 1866.38 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MD. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 128,715.96 | 128,715.96 | 128,715.96 | 128,715.96 |
| Less 401(k) (D-Box 12) | 3,840.20 | N/A | N/A | 3,840.20 |
| Wages Over Limit | N/A | 41,715.96 | N/A | N/A |
| Reported W-2 Wages | 124,875.76 | 87,000.00 | 128,715.96 | 124,875.76 |

**GOVERNMENT EXHIBIT No. 7.4**

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852

Social Security Number: ███████
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 10
STATE: 10

(REPORTING FOR THE YEAR 2003)

© 2004 AUTOMATIC DATA PROCESSING, INC

---

**W-2 Wage and Tax Statement 2003** (Employee Reference Copy)

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 124875.76 |
| 2 | Federal income tax withheld | 19240.99 |
| 3 | Social security wages | 87000.00 |
| 4 | Social security tax withheld | 5394.00 |
| 5 | Medicare wages and tips | 128715.96 |
| 6 | Medicare tax withheld | 1866.38 |
| a | Control Number | 000061 05/733 |
| | Dept. | 000100 |
| | Corp. | A |
| | Employer use only | 23 |

c. Employer's name, address, and ZIP code:
DOUGLAS DEVELOPMENT CORPORATION
702 H ST. NW SUITE 400
WASHINGTON DC 20001

Batch #00597

e/f. Employee's name, address and ZIP code:
JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852

12a See instructions for box 12: D 3840.20
13 Ret. plan: X
16 State wages, tips, etc.: 124875.76
17 State income tax: 7119.17

---

(Federal Filing Copy, MD State Reference Copy, and MD State Filing Copy — three additional copies of the same W-2 for 2003 with identical figures appear below)

EX. 2, P.10

007-0024
007-0024

| a Tax year/Form corrected 2004 / W-2 C | OMB No. 1545-0008 | Safe, accurate, FAST! Use IRS e-file | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|
| b Employee's correct SSN ■■■■■■■■ | c Corrected name (if checked enter correct name in box e and complete box i) ☐ | d Employer's Federal EIN | |
| e Employee's first name and initial JOHN E | Last name BROWNELL | g Employer's name, address, and ZIP code DOUGLAS DEVELOPMENT CORPORATION 702 H STREET, NW, SUITE 400 WASHINGTON, DC 20001 | |
| 6151 TUCKERMAN LANE ROCKVILLE, MD 20852 | | | |
| f Employee's address and ZIP code | | | |
| Complete boxes h and/or i only if incorrect on last form filed. ▶ | h Employee's incorrect SSN | i Employee's name (as incorrectly shown on previous form) | |

Note: Only complete money fields that are being corrected (except MQGE).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation 125,284.98 | 1 Wages, tips, other compensation 132,385.13 | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips 129,199.03 | 5 Medicare wages and tips 136,299.18 | 6 Medicare tax withheld 1,873.39 | 6 Medicare tax withheld 1,976.34 |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 Advance EIC payment | 9 Advance EIC payment | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b | 12b |
| 14 Other (see instructions) | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State MD | 15 State MD | 15 State | 15 State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc. 125,284.98 | 16 State wages, tips, etc. 132,385.13 | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax | 17 State income tax | 17 State income tax | 17 State income tax |

**Locality Correction Information**

| 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
|---|---|---|---|
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

Copy B — To Be Filed with Employee's FEDERAL Tax Return

Form **W-2c** (Rev. 12-2002) **Corrected Wage and Tax Statement** Department of the Treasury Internal Revenue Service

STF FED9245F.1

EX. 2, P.11

BR_012-0010

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 759844.64 |
| 2 | Federal income tax withheld | 240470.33 |
| 3 | Social security wages | 90000.00 |
| 4 | Social security tax withheld | 5580.00 |
| 5 | Medicare wages and tips | 763684.84 |
| 6 | Medicare tax withheld | 11073.43 |

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000061 05/733 | 000100 | A | 10 |

a. Employer's name, address, and ZIP code
DOUGLAS DEVELOPMENT CORPORATION
702 H ST NW SUITE 400
WASHINGTON DC 20001

b. Employer ID number
d. Employee's SSA number

| Box | Description | Amount |
|---|---|---|
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 — D | 3840.20 |
| 14 | Other | |
| 12b | | |
| 12c | | |
| 12d | | |

13 Stat emp | Ret. plan | 3rd party sick pay
     |  X  |

e/f Employee's name, address and ZIP code
JOHN BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE, MD 20852

| Box | Description | Amount |
|---|---|---|
| 15 | State wages, tips, etc. | 759844.64 |
| 17 | State income tax | 60282.11 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

Federal Filing Copy
**W-2** Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

EX. 2, P.12

BR_013-0009