# EXHIBIT 5

**JOSEPH CAYRE**
16 East 40th Street
New York, NY 10016

8031

1-482/210
BRANCH 31

DATE *Dec 23, 1998*

PAY TO THE
ORDER OF *JACK Bromwell*                    $ *10,000 ⁰⁰/₀₀*

*Ten Thousand No/00*                                    DOLLARS

REPUBLIC NATIONAL BANK OF NEW YORK
452 FIFTH AVENUE
NEW YORK, NY 10018-2706
BRANCH 31

FOR _____

8031

ABA:21004823 - $10,000.00 - Seq# 119670 - 12/29/1998

ABA:21004823 - $10,000.00 - Seq# 119670 - 12/29/1998

EX. 5, P.01

**IBNER & POTKIN, P. C.**
**ESCROW ACCT. 9/98**
8 WISCONSIN AVE N.W., #402
WASHINGTON, DC 20016
PH 202-244-0600

FIRST UNION NATIONAL BANK
MC LEAN, VA 22102
15-122/540

5078

5078
REFINSET

sand and 00/100 ——— Dollars

DATE 11-18-99

AMOUNT $*****10,000.00

Brownell

AUTHORIZED SIGNATURE

⑈005078⑈ ⑆000100000⑆

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

EX. 5, P.02

BR_123-0187

**EagleBank**

7815 Woodmont Avenue
Bethesda MD 20814
(301) 986-1800

GOVERNMENT EXHIBIT
No. 27
U.S. v. Brownell



```
12/31/99    40709    20,000.00
```



Back side

EX. 5, P.03

BR_027-0001



DDC 047216

GOVERNMENT EXHIBIT

No. 80

U.S. v. Brownell

EX. 5, P.04

**DOUGLAS DEVELOPMENT**       **Vendor # PVBANK**     **CHECK: 92664**

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 2500- | - | 06/26/01 | 01-001 | MORTGAGE | 396.97 |
| 6360- | - | 06/26/01 | 01-001 | INTEREST | 2,587.86 |
| | | | | TOTAL | 2,984.83 |

GOVERNMENT EXHIBIT

# No. 69

U.S. v. Brownell

**DOUGLAS DEVELOPMENT CORP.**
702 H ST, NW  SUITE 400
WASHINGTON,DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO: 92664

| DATE |
|---|
| 06/26/01 |

| VOID AFTER 180 DAYS |
|---|
| ********$2,984.83 |

P
O
W
E
R

C
H
E
C
K

**PAY**   TWO THOUSAND NINE HUNDRED EIGHTY-FOUR AND 83/100 DOLLARS

TO THE
ORDER
OF   **POTOMAC VALLEY BANK**
**702 RUSSELL AVENUE**
**GAITHERSBURG, MD 20877**

COPY
VOID

DDC 047066

EX. 5, P.05



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606

Page 1 of 1

*Bank*                015
*Account Number*
*Date*                05/20/01



JOHN E BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD 20852-3543

(Bank Use Only)

Mail Code

# BUSINESS LOAN
## Billing Notice

DDC 047067

Dear Customer,
Our records indicate a payment is due on the loan described below.  Thank you.

| Loan Information | | Payment Information | |
|---|---:|---|---:|
| Loan Balance | 355,000.00 | Payment Date | 05/30/01 |
| Escrow Balance | 0.00 | Principal Due | 396.97 |
| Int Rate/APR | 8.75000 | Interest Due | 2,587.86 * |
| Loan Date | 11/30/00 | Escrow Due | 0.00 |
| Maturity Date | 03/28/06 | Insurance Due | 0.00 |
| | | -Subz Amt | 0.00 |
| | | Payment Due | 2,984.83 |
| | | Late Fees Due | 149.24 |
| | | Previous Due | 2,984.83 |
| | | - Partial Paid | 0.00 |
| | | Total Due | 6,118.90 |

* THE CURRENT INTEREST PORTION OF THIS BILL PRESUMES ALL PRINCIPAL PAYMENTS DUE HAVE BEEN RECEIVED.

EX. 5, P.06

DOUGLAS DEVELOPMENT                        Vendor # CBDESI      CHECK:  97989

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 1400- | 0202-2ND DRAW | 02/05/02 | 01-001 | LOANS RECEIVABL | 9,000.00 |
| | | | | TOTAL | 9,000.00 |

```
GOVERNMENT EXHIBIT
No. 81
U.S. v. Brownell
```

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW  SUITE 400
WASHINGTON,DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO:  97989

DATE
03/01/02

VOID AFTER 180 DAYS
*******$9,000.00

P
O
W
E
R

C
H
E
C
K

PAY  NINE THOUSAND AND NO/100 DOLLARS

COPY
V O I D

TO THE
ORDER
OF

CONSTRUCTION BY DESIGN INC.
3820 LINDA LN
ANNANDALE, VA 22003

DDC 047426

# Check Request Form

Requested By: _____ JACK _____

Date required: _____ 3/1/02 _____

Payee Address: Construction by Design, Inc.   Project: 01 - 001

_____   Account: 1400

Coding Approval: _____

Amount $: $11,200.00

Special Instructions: _____

_____

_____

_____

_____

Approval: _____

Controller: _____   Date: _____

DDC 047436

EX. 5, P.08

**Account 200008118**          **Eagle Bank**



Check 97989 Amount $9,000.00 Date 3/5

DDC 047439

EX. 5, P.09



| DOUGLAS DEVELOPMENT | | | Vendor # TMCONS | CHECK: 100535 |
|---|---|---|---|---|

| GL Account # | Invoice # | Inv.Date | Co-Pro Description | Amount to Pay |
|---|---|---|---|---|
| 2600 - | 720 | 06/05/02 | 01-001 6155 TUCKERMAN | 8,700.00 |
| | | | TOTAL | 8,700.00 |

**GOVERNMENT EXHIBIT**

# No. 71

U.S. v. Brownell

**DOUGLAS DEVELOPMENT CORP.**
702 H ST. NW   SUITE 400
WASHINGTON,DC   20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-529
550

NO: 100535

| DATE |
|---|
| 06/21/02 |

| VOID AFTER 180 DAYS |
|---|
| *******$8,700.00 |

P
O
W
E
R

C
H
E
C
K

**PAY**   EIGHT THOUSAND SEVEN HUNDRED AND NO/100 DOLLARS

COPY
V O I D

TO THE
ORDER
OF
**TEX-MEX CONSTRUCTION, INC.**
**13416 GREENACRE DRIVE**
**WOODBRIDGE, VA 22101**

*DDC 047189*

EX. 5, P.10

# Check Request Form

**Requested by:** _JACK_

**Date required:** _6/31/62_

**Payee Address:** _Tex-trex Construction_     **Project:** _01-024_
_____     **Account:** _3600_
_____     **Coding Approval:** _____

**Amount $:** _8,700.00_

**Special Instructions:** _____
_____
_____
_____

**Approval:** _____

**Controller:** _____     **Date:** _____

DDC 047191

EX. 5, P.11

Account 200008118          Eagle Bank          6/2002      Page 133 of 134





Check 100533 Amount $4,857.00 Date 6/25    Check 100534 Amount $50,000.00 Date 6/26

GOVERNMENT EXHIBIT
No. 86
U.S. v. Brownell, Cr. No. 06-077 (RMU)





Check 100535 Amount $8,700.00 Date 6/28    Check 100540 Amount $14,572.80 Date 6/28





Check 100547 Amount $43,241.19 Date 6/25    Check 100577 Amount $40,000.00 Date 6/28

DDC 022589

EX. 5, P.12

CF21428:20050727000l:1013 scanned on SCANER04 by Operator B72288 on Jul 28, 2005 at 09:51:01 AM - Page 11 of 25.





EX. 5, P.13

BR_024-0239

PAY TO THE ORDER OF _John E. Brunner_

_Douglas Investment Corp_

No.

5-9-76
19

$ 50,000.00

_Fifty Thousand + xx/100_ _____ DOLLARS

POTOMAC VALLEY BANK
702 Russell Avenue
Gaithersburg, Maryland 20877

MEMO _____

05.130.
550

ıı" 85

TOTAL ITEMS

TOTAL DEPOSIT    50,000  00

DATE _____

DDC 047209

EX. 5, P.14



*THE ADAMS NATIONAL BANK*

1627 K Street, N.W. Washington, D.C. 20006 202/466-4090

# CHECKLOAN AGREEMENT AND TRUTH-IN-LENDING DISCLOSURE STATEMENT

Credit Limit $ _5000.00_                                           Account Number _____

The Adams National Bank (hereinafter called Bank), and the undersigned (herein called Customer(s)), hereby agree to the terms and conditions set forth herein of Bank's Line of Credit Program. This program includes the issuance of a 24-hour Banking Card; and, overdraft protection, where Bank agrees from time to time to lend Customer(s) sums of money, the aggregate principal amount of which shall not exceed the credit limit approved by the Bank

1. This Agreement provides the terms and conditions for extension of credit as an adjunct feature of Customer's personal checking account. Customer may borrow sums to cover the overdraft, in an amount not to exceed the approved credit limit, but limited to a $10.00 minimum.

2. When a Customer's check is presented for payment against his/her checking account, or, the Customer withdraws funds from that account by use of the 24-hour Banking Card, either of which can cause the account to overdraw by $1.00 or more, Bank will automatically advance funds into the account from the credit line, or available "cash reserve", for the amount of the overdraft or the amount of the unused portion of cash reserve if that amount equals the overdraft requested.

3. Any cash advance from the available cash reserve, where a checking balance falls below zero (0), shall constitute a request for a direct installment loan under this Agreement. If the Customer(s) exceeds the available cash reserve, thereby resulting in an overdraft, the Bank may request immediate payment of the excess amount.

4. If the Banking Card is used to withdraw cash from a personal checking account, any cash advanced from the cash reserve will constitute a valid charge against Customer's account. Customer's liability with respect to unauthorized transfers will be subject to the terms and conditions of The Adams National Bank 24-hour Banking Card Agreement and the Electronic Funds Transfer (EFT) Disclosure Statement, incorporated herein by reference.

5. If the checking account is a joint account, all signers, jointly and severally, agree to be bound by the terms and conditions of this Agreement

6. A **FINANCE CHARGE** will be imposed on all loans obtained under this Agreement. A checking account will incur a **FINANCE CHARGE** where, at the end of the business day, funds are outstanding from the available cash reserve. A **FINANCE CHARGE** where will not be imposed on any credit extended if that credit is repaid before the end of that same business day, during normal business hours.

7. The **FINANCE CHARGE** is calculated by multiplying the daily periodic rate of 0.038356% for 365 day years by the outstanding loan balance at the end of each day. This daily periodic rate corresponds to an **ANNUAL PERCENTAGE RATE** of 14%. The average daily balance is determined by taking the beginning balance of the account each day, and adding any new loans and/or advances from the cash reserve as incurred, and subtracting payments as received. The cumulative sum of the daily balances for the monthly billing cycle is divided by the number of days in the monthly billing cycle. Loan payments are applied first to any **FINANCE CHARGE** due, and the remainder is applied to reduce the outstanding loan balance. Payments are debited five (5) days after an account's statement cycle, as determined by the account number, and will cycle monthly.

8. The minimum monthly payment is one-twentieth of the outstanding loan balance after the most recent advance from the cash reserve or $25.00, whichever is greater. If the outstanding balance plus accrued **FINANCE CHARGE** at the last day of the monthly billing cycle is less than the minimum monthly payment required as of the previous billing cycle, then the minimum repayment is the amount of the total outstanding balance

9. Where an additional loan is extended while there is an outstanding loan balance, the total amounts shall be refinanced as a new direct installment loan. A new monthly repayment amount will be based on the total amount borrowed during a billing cycle. When a Customer's outstanding balance equals the maximum credit limit in the cash reserve, no further advances will be disbursed.

10. The minimum monthly repayments will be automatically charged to the checking account on the last day of the billing cycle when the Customer's account is overdrawn, in accordance with the terms of this Agreement. Customer agrees to make a monthly deposit into his/her account in a amount at least equal to the minimum monthly payment. Loans may be prepaid in whole or in part without penalty at any time.

11. By signing this Agreement, Customer(s) acknowledges and agrees that Bank shall retain a security interest in all funds on deposit in his/her checking and/or savings account, now or hereafter in Bank's possession or custody, to secure any amounts of credit extended under this plan, upon default in any obligation to repay borrowed funds. The enforcement of the security interest shall be determined by procedures in accordance with applicable laws and regulations of the U.S. and the District of Columbia. Where applicable, collection expenses, including court costs, and reasonable attorney fees will be assessed to the Customer.

12. For purposes of the Agreement, a default in any obligation to the Bank includes: (1) if the Customer dies; (2) if the Customer suffers an adverse change in his/her financial condition the Bank deems material; (3) if Customer becomes incompetent or insecure as to any debts incurred as a result of credit advanced on the checking account; and (4) the nonpayment when due of any amount payable hereunder or the failure to perform in accordance with any obligation imposed herein. Any default, as aforesaid, shall, at Bank's option, cause this Agreement to be terminated, and, shall render the entire outstanding loan balance and all accrued unpaid **FINANCE CHARGES** immediately due and payable, without notice or demand. The waiver or indulgence by the Bank of any default shall not constitute a waiver or indulgence of any other default on a future occasion.

**NOTE: Item numbers 13 thru 17 on reverse hereof are a part of this Agreement. Please read before signing.**

DO NOT SIGN THIS AGREEMENT BEFORE YOU (THE CUSTOMER) READ IT. A COPY OF THE AGREEMENT AND DISCLOSURE STATEMENT WILL BE GIVEN TO YOU FOR YOUR RECORDS. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.

Signature of Applicant _____  Date _10/23/00_

Signature of Co-Applicant _____  Date _____

THE ADAMS NATIONAL BANK

By (signature) _Mah Pah_  Date _10/23/00_

(All parties authorized to sign on the referenced checking account must sign above.)

(ANB 8/93)    NOTICE: **See reverse side for important information regarding your rights to dispute billing errors.**

EX. 5, P.15

BR_053-0005

| MAKE | | | | | | | |
|------|------|------|------|------|------|------|------|
| LIST PRICE | DISCOUNT | COST | TRADE IN | CASH PT | TOTAL DOWN PT | AMOUNT TO FINANCE | NAME OF SELLER |
| INSURANCE COMPANY | | POLICY NUMBER | | AGENT | | ADDRESS | PHONE |

**APPLICANT**

| LAST NAME Brunell | FIRST John | MIDDLE L | BIRTH DATE 10/8/41 | NO OF DEPENDENTS |
|------|------|------|------|------|
| PRESENT STREET ADDRESS 6151 Tuckerman Lane | CITY Rockville | STATE MD | ZIP 20852 | HOW LONG | HOME PHONE 8317 |
| BUYING ☑ RENTING MONTHLY PYT 1850 | MORTGAGE HOLDER'S/LANDLORD'S NAME Bank One Texas | IF BUYING TITLE IN NAME OF Same | EST VALUE 475,500 ov | MORTGAGE 197,00 |
| | SOCIAL SECURITY NR | STATUS (IF YOU ARE NOT A U.S. CITIZEN) | | |
| PREVIOUS ADDRESS IF AT ABOVE ADDRESS LESS THAN 5 YEARS | | | | HOW LONG |
| CHECKING ACCOUNT NO. | INSTITUTION Adams N.B. | SAVINGS ACCOUNT NO. | INSTITUTION | |
| PRESENT EMPLOYER Douglas Development Corp | | POSITION CEO | | HOW LONG 10 yr |
| EMPLOYER'S ADDRESS 702 H Street Nw (Interim bank Dc Swos) | | OTHER INCOME $ | PER | SOURCE | ANNUAL SALARY | PHONE NO. 202 626 ov |
| Alimony, child support or separate maintenance income need not be revealed if you do not choose to rely on it. ➝ | | | | |
| PREVIOUS EMPLOYER | | PREVIOUS EMPLOYER'S ADDRESS | | HOW LONG |
| NEAREST RELATIVE Eileen Brunell | RELATIONSHIP Sister | ADDRESS - NEAREST RELATIVE | | PHONE NO. 7457193 7 |

**CO-APPLICANT**

| LAST NAME | FIRST | MIDDLE | BIRTH DATE | RELATIONSHIP TO APPLICANT | NO OF DEPENDENTS AGES |
|------|------|------|------|------|------|
| PRESENT STREET ADDRESS | | CITY | STATE | ZIP | HOW LONG | HOME PHONE |
| BUYING RENTING MONTHLY PYT | MORTGAGE HOLDER'S/LANDLORD'S NAME | IF BUYING TITLE IN NAME OF | EST VALUE | MORTGAGE |
| DRIVERS LICENSE NO & STATE | SOCIAL SECURITY NO. | VISA STATUS (IF YOU ARE NOT A U.S. CITIZEN) | |
| CHECKING ACCOUNT NO. | INSTITUTION | SAVINGS ACCOUNT NO. | INSTITUTION | |
| PRESENT EMPLOYER | | POSITION | | HOW LONG |
| EMPLOYER'S ADDRESS | | ANNUAL SALARY | PHONE NO. |
| Alimony, child support or separate maintenance income need not be revealed if you do not choose to rely on it. ➝ | | OTHER INCOME $ | PER | SOURCE | | |
| PREVIOUS EMPLOYER | | PREVIOUS EMPLOYER'S ADDRESS | | HOW LONG |
| NEAREST RELATIVE Eileen Brunell | RELATIONSHIP Sister | ADDRESS - NEAREST RELATIVE | | PHONE NO. 7457193 7 |

**LIABILITIES**

OUTSTANDING DEBTS AND LOANS (include Adams, all Banks, Finance Companies, Credit Unions, credit cards, other lines of credit, and anyone else to whom indebted. If none, so state. Use separate sheet if necessary)

| NAME OF CREDITOR | ACCOUNT NO. | NAME(S) IN WHICH ACCOUNT IS CARRIED | ORIG. AMT OR HIGH CRED | PRESENT BALANCE | MONTHLY PAYMENTS |
|------|------|------|------|------|------|
| Bank One, Texas | | John E. Brunell | 215,00 | 196,00 | 1848 |
| Nations City | | " | 500 | 480v | 120 |
| Potomac Valley Bank | | " | 600 | 580v | 500 |
| MBNA | | " | 500 | 460v | 100 |
| Fleet | | " | 3,300 | 3043 | 51 |
| First Union | | * Paid by Company | 4,400 | 4207 | 50 |
| ARE YOU ENDORSER OR GUARANTOR OF ANY NOTE OR CONTRACT? ☐ NO ☐ YES    TO | FOR | OTHER NAMES IN WHICH YOU HAVE RECEIVED CREDIT | | | |

Options below for automatic charge and disbursement are not applicable to Lines of Credit; these are covered in governing Agreement. You are hereby authorized to: _____ for the monthly payments.     *paid by business*
(1) ☐ Charge my account no. _____
(2) ☐ Disburse proceeds of the loan as follows:

**Statement of Financial Conditions as of ___ 19**

| Assets (Do not include assets of doubtful value) | In Dollars (omit cents) | Liabilities | In dollars (omit cents) |
|------|------|------|------|
| Cash on hand and in this bank | 1,000 | Notes payable to banks | 60,000 |
| Cash in other banks | 2,000 | Notes payable to other institutions | |
| U.S. Gov't & marketable securities | | Due to brokers | |
| Non-marketable securities | | Amounts payable to others – secured | |
| Securities held by broker in margin accounts | | Amounts payable to others – unsecured | 25,00 |
| Restricted, control, or margin account stocks | | Amounts and bills due | |
| Real estate equities Personal Residence | 450,00 | Unpaid income tax | |
| Accounts, loans and notes receivable | | Other unpaid taxes and interest | |
| Automobiles | 60,00 | Real estate mortgages payable | 196,000 |
| Other personal property | 25,00 | Other debts (car payments, credit cards, etc.) - itemize | |
| Cash surrender value – life insurance | | | |
| Other assets – itemize | | | |
| | | Total Liabilities | 29,000 |
| | | Net Worth | 347,00 |
| Total Assets | 588,00 | Total Liabilities and Net Worth | 538,00 |

**Annual Income**
For Year Ended ___ 19 2000

| | | Annual Expenditures | | Contingent Liabilities | | | Estimated Amounts |
|------|------|------|------|------|------|------|------|
| Salary, bonuses & commissions $ 125,00 | | Mortgage/rental payments $ 36,00 | | Do you have any: | Yes | No | $ |
| Dividends & interest | | Paid estate taxes & assessments 2,000 | | Contingent liabilities (as endorser co-maker or guarantor? On leases? On contracts?) | ☐ | ☑ | |
| Real estate income | | Taxes – federal, state & local 16,80 | | | | | |
| Other income (alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.) | | Insurance payments 750 | | Involvement in pending legal actions? | ☐ | ☑ | |
| | | Other contract payments (car payments, charge cards, etc.) 5,500 | | Other special debt or of circumstances? | ☐ | ☑ | |
| | | Alimony, child support maintenance | | Contested income tax liens? | ☐ | ☑ | |
| | | Other expenses | | If "yes" to any question(s) describe | | | |
| | | | | Business other bank debt is paid by Douglas Development | | | |

| Total $ Income 129,000 | Total $ Expenditures 61,050 | Total $ Contingent Liabilities | (other than my own mortgage) |

SIGN ON REVERSE SIDE

EX. 5, P.16

BR_053-0011

# Credit Application

I (We) hereby apply for:
- ☐ A Loan in the amount of $_____ repayable in _____ months.
- ☒ A Checkloan in the amount of $_____ **5,000.00**
- ☐ An Increase in the amount of $_____ in my present _____ Line of credit.

| PURPOSE | |
|---|---|
| ☒ Unsecured loan for the purpose of **Checking account o/o protection** | |
| ☐ Secured /coastline of credit, secured by _____ for the purpose of _____ | |
| ☐ Installment loan to purchase ☐ automobile ☐ boat ☐ _____ to be secured by chattel mortgage or conveyance to be purchased, as described herein. Comprehensive, fire and theft and $50/$100 deductible collision insurance will be maintained for term of the loan. Title or Notice of Security Interest Filing will be delivered to The Adams National Bank. You may call seller for more detailed description of the property | |

| MAKE | MODEL | YEAR | TITLE IN NAME(S) OF | TO BE TITLED IN | SERIAL NUMBER IF KNOWN |
|---|---|---|---|---|---|
| LIST PRICE | DISCOUNT | COST | TRADE IN | CASH P'YT | TOTAL DOWN PYT | AMOUNT TO FINANCE | NAME OF SELLER |
| INSURANCE COMPANY | | POLICY NUMBER | AGENT | | ADDRESS | | PHONE |

## APPLICANT

| LAST NAME **BROWNELL** | FIRST **JOHN** | MIDDLE **E** | BIRTH DATE **10-8-41** | NO. OF DEPENDENTS AGES **0** |
|---|---|---|---|---|
| PRESENT STREET ADDRESS **6151 Tuckerman Lane** | CITY **Rockville** | STATE **MD** | ZIP **20853** | HOW LONG **yrs 12** | HOME PHONE **5317** |

| ☐ BUYING ☒ RENTING | MONTHLY PYT **1850** | MORTGAGE HOLDER'S/LANDLORD'S NAME **Bank One TSM** | IF BUYING TITLE IN NAME OF **same** | EST VALUE **4,500,00** | MORTGAGE **$ 197,00** |
|---|---|---|---|---|---|
| DR. | | SOCIAL SECURITY NO. | | VISA STATUS IF YOU ARE NOT A U.S. CITIZEN | |

| PREVIOUS ADDRESS IF AT ABOVE LESS THAN 5 YEARS | | | | HOW LONG |
|---|---|---|---|---|

| CHECKING ACCOUNT NO. | INSTITUTION **Adams N.B.** | SAVINGS ACCOUNT NO. | INSTITUTION |
|---|---|---|---|

| PRESENT EMPLOYER **Douglas Development Corp** | POSITION **CEO** | HOW LONG **10 yrs** |
|---|---|---|
| EMPLOYER'S ADDRESS **702 H Street, NW, Suite 400 Wash DC 20001** | ANNUAL SALARY | PHONE NO. **202 686 6200** |

| Alimony, child support or separate maintenance income need not be revealed if you do not choose to rely on it. → | OTHER INCOME $ | PER | SOURCE |
|---|---|---|---|

| PREVIOUS EMPLOYER | | PREVIOUS EMPLOYER'S ADDRESS | HOW LONG |
|---|---|---|---|

| NEAREST RELATIVE | RELATIONSHIP | ADDRESS–NEAREST RELATIVE | PHONE NO. |
|---|---|---|---|

## CO-APPLICANT

| LAST NAME | FIRST | MIDDLE | BIRTH DATE | RELATIONSHIP TO APPLICANT | NO. OF DEPENDENTS AGES |
|---|---|---|---|---|---|
| PRESENT STREET ADDRESS | | CITY | STATE | ZIP | HOW LONG | HOME PHONE |

| ☐ BUYING ☐ RENTING | MONTHLY PYT | MORTGAGE HOLDER'S/LANDLORD'S NAME | IF BUYING TITLE IN NAME OF | EST VALUE | MORTGAGE |
|---|---|---|---|---|---|
| DRIVERS LICENSE NO & STATE | | SOCIAL SECURITY NO. | | VISA STATUS IF YOU ARE NOT A U.S. CITIZEN | |

| CHECKING ACCOUNT NO. | INSTITUTION | SAVINGS ACCOUNT NO. | INSTITUTION |
|---|---|---|---|

| PRESENT EMPLOYER | POSITION | HOW LONG |
|---|---|---|
| EMPLOYER'S ADDRESS | ANNUAL SALARY | PHONE NO. |

| Alimony, child support or separate maintenance income need not be revealed if you do not choose to rely on it. → | OTHER INCOME $ | PER | SOURCE |
|---|---|---|---|

| PREVIOUS EMPLOYER | | PREVIOUS EMPLOYER'S ADDRESS | HOW LONG |
|---|---|---|---|

| NEAREST RELATIVE **Eileen Brownell** | RELATIONSHIP **Sister** | ADDRESS NEAREST RELATIVE | PHONE NO. **845 571 1457** |
|---|---|---|---|

## LIABILITIES

OUTSTANDING DEBTS AND LOANS (Include Adams, other Banks, Finance Companies, Credit Unions, credit cards, other lines of credit, and anyone else to whom indebted. If none, so state. Use separate sheet if necessary)

| NAME OF CREDITOR | ACCOUNT NO. | NAME(S) IN WHICH ACCOUNT IS CARRIED | ORIG. AMT OR HIGH CRED | PRESENT BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|
| Bank One Texas | | John E Brownell | 214,000 | 196,000 | 1848 |
| National City | | | 5000 | 4800 | 120 |
| Potomac Valley Bank | | | 6000 | 5800 | 500 |
| MBNA | | | 5000 | 4600 | 100 |
| Fleet | | | 4120 | 2043 | 51 |
| First Union | | | 4400 | 4707 | 50 |
| ARE YOU ENDORSER OR GUARANTOR OF ANY NOTE OR ... ☐ NO ☐ YES TO | FOR **× paid 12/company** | OTHER NAMES IN WHICH YOU HAVE RECEIVED CREDIT | | | |

Options below for automatic charge and disbursement are not applicable to Lines of Credit; these are covered in governing Agreement. You are hereby authorized to:
(1) ☐ Charge my account no. _____ for the monthly payments. **paid by business**
(2) ☐ Disburse proceeds of the loan as follows: _____

## Statement of Financial Conditions as of ___ 19__

| Assets (Do not include assets of doubtful value) | In Dollars (omit cents) | Liabilities | In dollars (omit cents) |
|---|---|---|---|
| Cash on hand and in this bank | 1000 | Notes payable to banks | 60,000 |
| Cash in other banks | 2000 | Notes payable to other institutions | |
| U.S. Gov't & marketable securities | | Due to brokers | |
| Non-marketable securities | | Amount payable to others – secured | |
| Securities held by broker in margin account | | Amounts payable to others – unsecured | 25,000 |
| Restricted, control, or margin account stocks | | Amounts and bills due | |
| Real estate equities **Personal Residence** | 450,000 | Unpaid income tax | |
| Accounts, loans and notes receivable | | Other unpaid taxes and interest | |
| Automobiles | 60,000 | Real estate mortgages payable | 196,000 |
| Other personal property | 25,000 | Other debts (car payments, credit cards, etc.) – itemize | |
| Cash surrender value – life insurance | | | |
| Other assets – itemize | | | |
| | | Total Liabilities | 291,000 |
| | | Net Worth | 547,000 |
| Total Assets | 538,000 | Total Liabilities and Net Worth | 538,000 |

| Annual Income For Year Ended _____ 19 **2000** | | Annual Expenditures | | Contingent Liabilities | | | Estimated Amounts |
|---|---|---|---|---|---|---|---|
| Salary, bonuses & commissions $ **125,000** | | Mortgage/rental payments $ **86,00** | | Do you have any | Yes | No | |
| Dividends & interest | | Real estate taxes & assessments **2000** | | Contingent liabilities (as endorser, co-maker or guarantee? | ☐ | ☒ | |

EX. 5, P.17

BR_053-0012

# ▣ DOUGLAS DEVELOPMENT CORPORATION

October 6, 1995

To Whom it May Concern:

I am writing to clarify the current salary arrangement for John E. (Jack) Brownell. Mr. Brownell has been employed by Douglas Development Corp since September 1990. Mr. Brownell is paid both a base salary and bonuses. This is our current arrangement, this has been our arrangement for the past several years, and I expect this arrangement to continue in the future.

Feel free to contact me if you have any questions or need any further information.

Sincerely,

Douglas Jemal
President

## 11611 OLD GEORGETOWN ROAD, SUITE 200
## ROCKVILLE, MD 20852  •  (301) 984-8400

EX. 5, P.18

BR_056-0184

# DOUGLAS DEVELOPMENT CORPORATION

November 3, 2000

Arrel Godfrey
Potomac Valley Bank
702 Russell Avenue
Gaithersburg, MD  20877

Dear Arrel:

I am writing to clarify for you Jack Brownell's salary at Douglas Development Corp.  His weekly gross income is $2,344.23.  He receives and additional check each month in the gross amount of $568.00.  He has been paid $26,000.00 in bonuses thus far this year.  The amount of his year end bonus has not yet been determined, it is dependent on the achievement of certain performance targets.

Please feel free to contact me if you have any questions or need any additional information.

Sincerely,

Douglas Jemal

702 H STREET, NW, SUITE 400
WASHINGTON, DC 20001 • (202) 638-6300 • FAX (202) 638-0303
www.douglasdevelopment.com

EX. 5, P.19

BR_121-0003

| PERSONNEL | HOURS REG O/T | EARNINGS | | GROSS | STATUTORY DEDUCTIONS | | VOLUNTARY DEDUCTIONS | | NET PAY | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| BROWNELL, JOHN | 40.00 | 2,344.23 | | | | | | | | |
| File: 000081 | | | | 2,344.23 | 429.55 FIT  158.06 WD | | 1476.26  W CHECK1  38.09  H MED | | Voucher# | |
| Dept: 000180 | | | | | 142.98 SS | | 73.85  K  401K3 | | 070001 | ☐ |
| Rate: 2344.23 | | | | | 33.44 MED | | | | | .00 |
| | | | | | | | | | | |
| Dept: 000100 | | 568.00 | | | | | | | | |
| Rate: 2344.23 | | | | 568.00 | 24.63 FIT  29.75 WD | | 476.26  W CHECK1 | | Voucher# | |
| | | | | | 35.22 SS | | | | 010002 | ☐ |
| | | | | | 8.24 MED | | | | Pay   2 | |
| | | | | | | | | | | .00 |

---

1/22/05  #2344.23 to <sup>A</sup>5769.23

22
1/4/05

JACK

GOVERNMENT EXHIBIT

No. 125

U.S. v. Brownell

DDC 48617

© 2000 Automatic Data Processing, Inc.

## AFFIDAVIT OF SABRA QUINN

My name is Sabra Quinn.

I have worked for Douglas Development Corporation (Douglas Development) since June of 1998.

I have had various responsibilities at Douglas Development. Some of my duties are similar to those of an office manager. I am generally familiar with the operations of Douglas Development and the location of various documents of Douglas Development.

I have been designated to respond, as "custodian of records," on behalf of Douglas Development, to a grand jury subpoena dated January 27, 2005 for various categories of documents, including documents which may be stored in an electronic form (such as on computer). A copy of the subpoena is attached. I am aware that copies of documents have been produced pursuant to the subpoena and that the purpose of this affidavit is to provide assurances to the Grand Jury that, as to specific requests, to the best of my knowledge, complete production has been made and there are no additional responsive documents.

I am aware that Douglas Development agents and personnel have conducted a diligent search of Douglas Development records and documents and have inquired of persons who work for Douglas Development in an attempt to locate documents of Douglas Development responsive to the subpoena and to ensure compliance with the subpoena. In particular, I am aware that Douglas Development agents and personnel have personally spoken to the following persons:

> Douglas Jemal
> Norman Jemal
> Blake Esherick
> Paul Millstein
> John "Jack" Brownell
> Tim Roberts

I am aware that Douglas Development agents and personnel have made these individuals aware of the representations being made in this affidavit and inquired of them whether they were aware of additional documents responsive to the subpoena. I am aware that the Grand Jury will rely on this affidavit.

Based the foregoing, I hereby represent:

Item 1 requires production of:

1)    All documents and records related to any loans or advances to Brownell or payments made by Douglas Development for the benefit of Brownell

Page 1 of 3

GOVERNMENT EXHIBIT

No. 99

EX. 5, P.21

099-002

099-002

other than and in addition to his salary payments, and/or loans from Brownell to Douglas Development. Said documents and records are to include agreements, repayments schedules, documents related to the terms of said loans/advances/payments, and all other records accounting for the loans/advances/payments.

First part of Item 1.

As far as the first part of this request is concerned, that is, "documents and records related to any loans or advances to Brownell or payments made by Douglas Development for the benefit of Brownell other than and in addition to his salary payments," I am aware that Douglas Development agents and personnel have produced the following documents responsive to the request:

> DDC 047212-216
> DDC 047189-191

Second part of Item 1.

As far as the second portion of this request is concerned, that is, "documents and records related to ... loans from Brownell to Douglas Development," Douglas Development agents and personnel have produced the following documents responsive to the request:

> DDC 047208-047209
> DDC 046874-046875

After a diligent search and inquiry, I am aware that no other such documents were located.

In addition, I am aware that Douglas Development agents and personnel have produced copies of check stubs, check request forms and supporting documents for payments by Douglas Development to Potomac Valley Bank. These are not separately itemized in this affidavit. These are generally responsive both to the Item 1, set forth above, and Item 2 (not set forth) of the subpoena. Finally, I am aware that Douglas Development agents and personnel have produced general ledgers for Douglas Development for calendar years 1999 through 2002 in response to prior subpoenas. These list some of the above Brownell-Douglas transactions.

In response to the request for all "agreements, repayments schedules, documents related to the terms of said loans/advances/payments, and all other records accounting for the loans/advances/payments," after diligent search and inquiry by Douglas Development agents and personnel, I am aware that no documents other than those described in the previous paragraphs were located.

EX. 5, P.22

099-003

099-003

Sabra Quinn

Subscribed before me this 18 day of February, 2005.

Notary Public

Mia G. Engel
Notary Public, District of Columbia
My Commission Expires 8-14-2009

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 18 day of February 2005

Notary Public, D.C.
My commission expires August 09 2009

Page 3 of 3

099-004

EX. 5, P.23

099-004

JAN-27-2005  15:39                                          P.03/14

CO 293 (Rev. 8/91) Subpoena to Testify before Grand Jury

# United States District Court

FOR THE     **DISTRICT OF**     COLUMBIA

TO:   Douglas Jemal
as Custodian of Records
for Douglas Development Corporation
c/o Jeffrey King, Esq.
Akin Gump

## SUBPOENA TO TESTIFY
## BEFORE GRAND JURY

**SUBPOENA FOR: PERSON AND DOCUMENT(S) OR OBJECTS**

IN RE: POSSIBLE VIOLATION OF:
18 U.S.C. § 371

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** United States Courthouse Third & Constitution, N.W. Washington, D.C. 20530 | COURTROOM | 3rd Floor |
| | | | Grand Jury Number |
| | | DATE AND TIME | Monday |
| | | | February 7, 2005 @ 10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):***Personal Identification.***

Duces Tecum (Please bring with you/please furnish): ***SEE ATTACHMENT.***

## PERSONAL APPEARANCE REQUIRED.

☐ *Please see additional information on reverse.*
This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT NANCY M. WHITTINGTON | DATE | January 27, 2005 |
| (By Deputy) | | USAO # 2003R01819 |
| | | SUBPOENA # 374734 |
| | | Preparer  LF |
| This subpoena is issued on application of the United States of America | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY MARK H. DUBESTER, Assistant U.S. Attorney United States Attorney's Office 555 Fourth Street, N.W., Room 5917 Washington, D.C. 20530   (202) 514-7986 |

* If not applicable, enter "none".                    *U.S.GPO:1993-0-350-792/80358

EX. 5, P.24

099-005
099-005

P.04/14

**ATTACHMENT**
**to Grand Jury Subpoena**

Subpoena for: Douglas Jemal                    Subpoena # / Prepared by: 374734/LR

January 27, 2005

### Definitions/Terms

A.    As used in this subpoena, the term "documents and records" includes, all documents and records whatsoever, to include, but not be limited to, accounting records, agreements, writings, notes, correspondence, memoranda, financial records, check stubs, invoices and receipts.

b.    The materials requested above shall be provided to the Grand Jury whether created, stored, or maintained electronically, on disk, or in paper form. If, for example, a document is maintained in two forms, such as on a computer disk and in paper form, then both forms shall be provided to the Grand Jury.

C.    This subpoena requires production of all original, draft, and non-duplicate copies or versions of the requested materials. By way of example, any document containing writings or markings in the margin of the document is a non-duplicate copy of the original version of that document.

D.    If the requested materials are stored or maintained in any files or folders which include descriptive labeling or titles, then those files or folders shall be provided with the requested materials.

### To Be Produced

1)    All documents and records related to: a) any loans or advances by Douglas Development Corporation ("Douglas Development") to John "Jack" Brownell ("Brownell") and/or payments made by Douglas Development for the benefit of Brownell other than and in addition to his salary payments; and, b) any loans from Brownell to Douglas Development. Said documents and records are to include agreements, repayments schedules, documents related to the terms of said loans/advances/payments, and all other records accounting for the loans/advances/payments.

2)    The original checks stubs with all supporting documents, such as check request forms and invoices or other monthly statements, for the indicated checks listed in the Douglas Development General Ledger accounts 2500 and 2600 for calendar years 1999, 2000, 2001 and 2002. (See attached general ledger pages with requested items indicated by check mark.)

3)    All documents setting forth the detail for the indicated journal entries on the attached general ledger pages.

EX. 5, P.25