UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 06-0077 (RMU) |
| : | |
| JOHN E. BROWNELL, : | |
| : | |
| Defendant. : | |

**FILED**

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 16th day or March, 2007 hereby

**ORDERED** that the February 8, 2007 sentencing scheduling order is amended to extend the deadline by which the probation officer assigned must disclose the draft pre-sentence report to the parties, and it is

**FURTHER ORDERED** that the probation officer must disclose the draft pre-sentence report on or before April 30, 2007.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge