UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES                  )
                               )
    v.                         )    Crim. No. 06-CR-0077 (RMU)
                               )
JOHN E. BROWNELL,              )
                               )
        Defendant.             )
_____)
```

**DEFENDANT BROWNELL'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO SUBMIT
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to Federal Rule of Criminal Procedure 45, Defendant John E. Brownell, through counsel, respectfully requests a one-week extension of time, from March 28, 2007 until April 4, 2007, in which to submit proposed findings of fact and conclusions of law with respect to the matters addressed at the hearing on February 13-14, 2007.  The government does not oppose this request.  The grounds for this motion are as follows:

(1) At the conclusion of Mr. Brownell's sentencing facts hearing on February 14, 2007, the Court instructed the Government to submit Proposed Findings of Fact and Conclusions of Law by March 14, 2007, Mr. Brownell to submit Proposed Findings of Fact and Conclusions of Law by March 28, 2007, and the Government to submit its Reply by April 10, 2007.

(2) On March 14, 2007, Mr. Brownell received the Government's Memorandum in Support of Guideline Calculation.

(3) On March 19, 2007, undersigned counsel began a civil trial in the U.S. District Court for the District of Columbia, *Miller v. Holzmann*, Case Number 95-cv-1231 (RCL). The trial is expected to last between four and six weeks. Undersigned counsel's responsibilities at this trial have expanded significantly beyond what they were expected to be at the time of the sentencing facts hearing in this case.

(4) In light of the above-referenced time commitment and responsibilities in other pending cases, Defendant respectfully requests a one-week extension of time in which to submit his proposed findings of fact and conclusions of law.

(5) Defendant recognizes that, if this extension is granted, the Government should also receive a one-week extension of time for its Reply, from April 10, 2007 to April 17, 2007.

(6) This short extension of time should not result in any delay in Defendant's sentencing, which is scheduled for June 11, 2007.

(7) Assistant United States Attorney Mark H. Dubester has authorized undersigned counsel to represent to the Court that the Government does not oppose this request.

**WHEREFORE** the defendant, John E. Brownell, through undersigned counsel, respectfully requests a one-week extension of time, from March 28, 2007 until April 4, 2007, in which to submit proposed findings of fact and conclusions of law relating to the sentencing facts hearing.  A proposed Order is attached for the Court's consideration.

Respectfully submitted,

JOHN E. BROWNELL

By Counsel:

__/s/ Barry Coburn_____
Barry Coburn (D.C. Bar #358020)
Jeffrey C. Coffman (D.C. Bar #493826)
TROUT CACHERIS, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036
Phone: (202)464-3300
Fax: (202) 464-3319

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of March, 2007, I served a copy of the foregoing motion, together with the proposed order, by ECF.


                                      __/s/ Barry Coburn_____