UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| v. | ) | Crim. No. 06-CR-0077 (RMU) |
| **JOHN E. BROWNELL,** | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER came before the Court on the Defendant's Unopposed Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law. Upon consideration of the motion, it is, this ___ day of _____, 2007, hereby

ORDERED, that the Defendant's motion is GRANTED; and

ORDERED, that the Defendant shall submit Proposed Findings of Fact and Conclusions of Law by April 4, 2007; and

ORDERED, that the Government shall file its Reply by April 17, 2007.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036