**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES ) | Crim. No. 06-CR-0077 (RMU) |
| v. ) | |
| JOHN E. BROWNELL, ) | **FILED** |
| Defendant. ) | MAR 2 0 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THIS MATTER came before the Court on the Defendant's Unopposed Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law.  Upon consideration of the motion, it is, this 20th day of _March_, 2007, hereby

ORDERED, that the Defendant's motion is GRANTED; and

ORDERED, that the Defendant shall submit Proposed Findings of Fact and Conclusions of Law by April 4, 2007; and

ORDERED, that the Government shall file its Reply by April 17, 2007.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036