EXHIBIT   A

**DEPOSIT TICKET**

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

A HOLD FOR UNCOLLECTED FUNDS MAY BE PLACED ON FUNDS DEPOSITED BY CHECK OR SIMILAR INSTRUMENTS. THIS COULD DELAY YOUR ABILITY TO WITHDRAW SUCH FUNDS. THE DELAY, IF ANY, WOULD NOT EXCEED THE PERIOD OF TIME PERMITTED BY LAW.

DATE 5/9/90

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | 50,000 | 00 |
| ... | | |
| TOTAL | 50,000 | 00 |

**NationsBank**
NationsBank, N.A.
Maryland

**DOUGLAS DEVELOPMENT CORP.**
11611 OLD GEORGETOWN ROAD
ROCKVILLE, MD  20852

TOTAL ITEMS: 1
TOTAL DEPOSIT: 50,000.00

⑆501010052⑆ 20095139 20⑈

---

John E. Brunell

No. _____

5-9, 19 __    65-138/550

PAY TO THE ORDER OF: Douglas Development Corp    $ 50,000.00

Fifty Thousand + xx/100 — DOLLARS

**POTOMAC VALLEY BANK**
MERCANTILE
702 Russell Avenue
Gaithersburg, Maryland 20877

MEMO: Loan

⑆055001384⑆ ⑈000840530⑈ 86

DDC 047209

BR_074_0003