Case 1:06-cr-00077-RMU     Document 56-3     Filed 04/04/2007     Page 1 of 2

EXHIBIT   B

January 24, 1996


To:     Douglas

From:   Jack

I would like to request a loan of $2,500 from you to help me pay the amigo's labor for the work on my house. I have already paid for all the materials and they will probably be done tomorrow. The work they have done has made a tremendous difference to my house and increased the value considerably. It is night and day compared to what it was like when I bought it.

The only major item I have left is re-doing my hardwood floors, which the house has throughout, it was just covered over by carpet & tile. Hopefully this won't be too expensive.

When complete I can easily get an appraisal over $300,000. The guy who did it when I bought it said his closest comp was $330,000 and mine should have been more. If I really want to maximize the number, Sapperstein does residential.

Jeff at NationsBank across the street will lend up to 90% of appraised value. I owe $210,000 on the house. If my house appraises at $350,000 (which it should), this would mean I would get a $105,000 credit line which would be available for your use whenever you need it.

I will pay you back the $2,500 - $50 to $100 per week (like I normally do) with the balance payable when I get the financing on the house. Let me know if this is a problem, I went ahead and wrote the check assuming it is not.