EXHIBIT   C

```
QCGL320                              GENERAL LEDGER                                    PAGE    90
01                          DOUGLAS DEVELOPMENT CORPORATION                    SYSTEM DATE: 04/14/2005
001                         DOUGLAS DEVELOPMENT CORPORATION                    SELECT DATE: 04/14/2005
                                       As of                                              15:34:48
Cur. Period: 12/96                 DECEMBER 31, 1996                           PROJECT SQ FT           0
Sel. Period: 01/96 Thru 12/96                                                 PROJECT UNITS           0
```

| ACCOUNT | DESCRIPTION | ENTRY# SC | DATE | BEG BALANCE | DEBIT | CREDIT | END BAL | REFERENCE | REV |
|---|---|---|---|---|---|---|---|---|---|
| 2500- - | MORTGAGE PAYABLE | | (continued) | | | | | | |
| | NORWES-NORWEST MORTGAGE, INC. | 24669 CD | 05/01/96 | | 1,481.90 | | | MORTGAGE PAYABL | |
| | NBPRIV-NATIONSBANK | 24771 CD | 05/15/96 | | 510.61 | | | PRIVATE LINE | |
| | NBPRIV-NATIONSBANK | 24771 CD | 05/15/96 | | | 510.61 | | PRIVATE LINE | |
| | NBPRIV-NATIONSBANK | 24863 CD | 05/21/96 | | 510.61 | | | PRIVATE LINE | |
| | End of month totals for May | | | 430,987.69- | 2,503.12 | 510.61 | 428,995.18- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 25021 CD | 06/01/96 | | 1,491.94 | | | MORTGAGE PAYABL | |
| | PVBANK-POTOMAC VALLEY BANK | 25116 CD | 06/11/96 | | 1,000.00 | | | MORTGAGE | |
| | NBPRIV-NATIONSBANK | 25184 CD | 06/11/96 | | 461.60 | | | PRIVATE LINE | |
| | End of month totals for June | | | 428,995.18- | 2,953.54 | 0.00 | 426,041.64- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 25392 CD | 07/01/96 | | 1,502.04 | | | MORTGAGE PAYABL | |
| | PVBANK-POTOMAC VALLEY BANK | 25538 CD | 07/16/96 | | 500.00 | | | MORTGAGE | |
| | NBANKS-NATIONSBANK | 25615 CD | 07/23/96 | | 514.30 | | | MORTGAGE | |
| | End of month totals for July | | | 426,041.64- | 2,516.34 | 0.00 | 423,525.30- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 25740 CD | 08/01/96 | | 1,512.21 | | | MORTGAGE PAYABL | |
| | NBPRIV-NATIONSBANK | 25816 CD | 08/06/96 | | 487.93 | | | PRIVATE LINE | |
| | PVBANK-POTOMAC VALLEY BANK | 25819 CD | 08/06/96 | | 500.00 | | | MORTGAGE | |
| | End of month totals for August | | | 423,525.30- | 2,500.14 | 0.00 | 421,025.16- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 26090 CD | 09/03/96 | | 1,522.45 | | | MORTGAGE PAYABL | |
| | NBANKS-NATIONSBANK | 26177 CD | 09/10/96 | | 453.69 | | | MORTGAGE | |
| | PVBANK-POTOMAC VALLEY BANK | 26180 CD | 09/10/96 | | 800.00 | | | MORTGAGE | |
| | End of month totals for September | | | 421,025.16- | 2,776.14 | 0.00 | 418,249.02- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 26433 CD | 10/01/96 | | 1,532.76 | | | MORTGAGE PAYABL | |
| | PVBANK-POTOMAC VALLEY BANK | 26558 CD | 10/08/96 | | 1,000.00 | | | MORTGAGE | |
| | NBPRIV-NATIONSBANK | 26574 CD | 10/08/96 | | 504.53 | | | PRIVATE LINE | |
| | End of month totals for October | | | 418,249.02- | 3,037.29 | 0.00 | 415,211.73- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 26769 CD | 11/01/96 | | 1,543.13 | | | MORTGAGE PAYABL | |
| | NORWES-NORWEST MORTGAGE, INC. | 26769 CD | 11/01/96 | | | 1,543.13 | | MORTGAGE PAYABL | |
| | NORWES-NORWEST MORTGAGE, INC. | 26887 CD | 11/05/96 | | 1,586.34 | | | MORTGAGE PAYABL | |
| | PVBANK-POTOMAC VALLEY BANK | 26927 CD | 11/08/96 | | 1,000.00 | | | MORTGAGE | |
| | NBPRIV-NATIONSBANK | 26997 CD | 11/14/96 | | 428.69 | | | PRIVATE LINE | |
| | End of month totals for November | | | 415,211.73- | 4,558.16 | 1,543.13 | 412,196.70- | | |
| | NORWES-NORWEST MORTGAGE, INC. | 27192 CD | 12/02/96 | | 1,553.58 | | | MORTGAGE PAYABL | |
| | PVBANK-POTOMAC VALLEY BANK | 27331 CD | 12/05/96 | | 1,000.00 | | | MORTGAGE | |
| | NBANKS-NATIONSBANK | 27377 CD | 12/10/96 | | 592.44 | | | MORTGAGE | |
| | FMILLS-FLORA MILLSTEIN | 78 CD | 12/30/96 | | 125,000.00 | | | LOAN PAYABLE | |
| | CORRECT POSTING | 222 JE | 12/31/96 | | 12,867.75 | | | | |
| | RECLASS OTHER LOAN PAYMENTS | 250 JE | 12/31/96 | | | 11,195.21 | | | |
| | RECLASS PAYMENT | 260 JE | 12/31/96 | | | 125,000.00 | | | |
| | End of month totals for December | | | 412,196.70- | 141,013.77 | 136,195.21 | 407,378.14-* | | |
| 2600- - | LOANS PAYABLE - OTHER | | | 438,049.87- | | | | | |
| | ADJUST BEGINNING BALANCES | 001 JE | 01/01/96 | | 385,299.71 | | | | |
| | End of month totals for January | | | 438,049.87- | 385,299.71 | 0.00 | 52,750.16- | | |
| | REC FEB ACTIVITY | 204 JE | 02/28/96 | | | 200,000.00 | | | |
| | End of month totals for February | | | 52,750.16- | 0.00 | 200,000.00 | 252,750.16- | 2/12 F. MILLST | |
| | RECLASS LOAN - F. MILLSTEIN | 196 JE | 04/30/96 | | 150,000.00 | | | | |
| | REC APRIL ACTIVITY | 404 JE | 04/30/96 | | | 150,000.00 | | | |
| | REC F. MILLSTEIN LOAN | 531 JE | 04/30/96 | | 150,000.00 | | | F. MILLSTEIN | |
| | End of month totals for April | | | 252,750.16- | 300,000.00 | 150,000.00 | 102,750.16- | FOR N. CAPITOL | |
| | J BROWNELL | AUTO JE | 05/31/96 | | | 50,000.00 | | | |
| | End of month totals for May | | | 102,750.16- | 0.00 | 50,000.00 | 152,750.16- | | |
| | RECLASS LOAN - F. MILLSTEIN | 195 JE | 07/01/96 | | 160,000.00 | | | #25332 F.MILL | |
| | End of month totals for July | | | 152,750.16- | 160,000.00 | 0.00 | 7,249.84 | | |
| | TAPPLI-THURMONT APPLICATORS | 26111 CD | 09/04/96 | | | 3,000.00 | | CASH | |
| | RECLASS BIG MARK REPAYMENT | 140 JE | 09/30/96 | | 25,000.00 | | | | |

DDC-047529

```
QCGL320                                    GENERAL LEDGER                                    PAGE    91
01                                  DOUGLAS DEVELOPMENT CORPORATION               SYSTEM DATE: 04/14/2005
001                                 DOUGLAS DEVELOPMENT CORPORATION               SELECT DATE: 04/14/2005
                                              As of                                          15:34:48
Cur. Period: 12/96                       DECEMBER 31, 1996                        PROJECT SQ FT         0
Bal. Period: 01/96 Thru 12/96                                                    PROJECT UNITS         0
```

| ACCOUNT | DESCRIPTION | ENTRY# SC | DATE | BEG BALANCE | DEBIT | CREDIT | END BAL | REFERENCE | REV |
|---|---|---|---|---|---|---|---|---|---|
| | End of month totals for September | | | 7,249.84 | 25,000.00 | 3,000.00 | 29,249.84 | | |
| | BONYOR-BANK OF NEW YORK | 26637 CD | 10/15/96 | | 3,800.00 | | | LOANS PAYABLE - | |
| | BONYOR-BANK OF NEW YORK | 26637 CD | 10/15/96 | | | 3,800.00 | | LOANS PAYABLE - | |
| | BONYOR-BANK OF NEW YORK | 26641 CD | 10/16/96 | | 3,000.00 | | | LOANS PAYABLE - | |
| | End of month totals for October | | | 29,249.84 | 6,800.00 | 3,800.00 | 32,249.84 | | |
| | RECLASS OTHER LOAN PAYMENTS | 258 JE | 12/31/96 | | 11,195.21 | | | | |
| | RECLASS PAYMENT | 260 JE | 12/31/96 | | 125,000.00 | | | F. MILLSTEIN | |
| | ADJ LOANS PAYABLE TO CORR BAL | 260 JE | 12/31/96 | | | 447,193.87 | | | |
| | REC ADJ PER BANK REC | 300 JE | 12/31/96 | | 55,000.00 | | | 12/31 DEMEMO | |
| | REC ADJ PER BANK REC | 300 JE | 12/31/96 | | | 170,000.00 | | 12/16 WIRE LOC | |
| | REC ADJ PER BANK REC | 300 JE | 12/31/96 | | | 23,000.00 | | 12/27 WIRE LOC | |
| | End of month totals for December | | | 32,249.84 | 191,195.21 | 640,193.87 | 416,748.82-* | | |
| 2650- - STATE WITHHOLDING | | | | 902.67- | | | | | |
| | ADJUST BEGINNING BALANCES | 001 JE | 01/01/96 | | | 1,682.85 | | | |
| | End of month totals for January | | | 902.67- | 0.00 | 1,682.85 | 2,585.52- | | |
| | GROSS UP PAYROLL THRU 9/30/96 | 610 JE | 09/30/96 | | | 7,818.23 | | DC | |
| | GROSS UP PAYROLL THRU 9/30/96 | 610 JE | 09/30/96 | | | 19,198.69 | | MD | |
| | REC HAND CHECKS | 611 JE | 09/30/96 | | 6,935.03 | | | DC | |
| | REC HAND CHECKS | 611 JE | 09/30/96 | | 18,013.18 | | | MD | |
| | End of month totals for September | | | 2,585.52- | 24,948.21 | 27,016.92 | 4,654.23- | | |
| | REC OCT TAX PAYMENTS | 105 JE | 10/31/96 | | 1,787.79 | | | MD | |
| | REC OCT TAX PAYMENTS | 105 JE | 10/31/96 | | 1,762.54 | | | DC | |
| | GROSS UP OCT PAYROLL | 114 JE | 10/31/96 | | | 1,787.79 | | MD | |
| | GROSS UP OCT PAYROLL | 114 JE | 10/31/96 | | | 1,762.54 | | DC | |
| | GROSS UP OCT PAYROLL | 114 JE | 10/31/96 | | 1,787.79 | | | MD | |
| | GROSS UP OCT PAYROLL | 114 JE | 10/31/96 | | 1,762.54 | | | DC | |
| | End of month totals for October | | | 4,654.23- | 7,100.66 | 3,550.33 | 1,103.90- | | |
| | REC NOV TAX PAYMENTS | 106 JE | 11/30/96 | | 2,469.68 | | | MD | |
| | REC NOV TAX PAYMENTS | 106 JE | 11/30/96 | | 1,795.19 | | | DC | |
| | GROSS UP NOV PAYROLL | 115 JE | 11/30/96 | | | 2,469.68 | | MD | |
| | GROSS UP NOV PAYROLL | 115 JE | 11/30/96 | | | 1,795.19 | | DC | |
| | End of month totals for November | | | 1,103.90- | 4,264.87 | 4,264.87 | 1,103.90- | | |
| | REC DEC TAX PAYMENTS | 107 JE | 12/31/96 | | 3,200.08 | | | MD | |
| | REC DEC TAX PAYMENTS | 107 JE | 12/31/96 | | 1,110.76 | | | DC | |
| | GROSS UP DEC PAYROLL | 116 JE | 12/31/96 | | | 3,200.08 | | MD | |
| | GROSS UP DEC PAYROLL | 116 JE | 12/31/96 | | | 1,110.76 | | DC | |
| | ADJ PAYROLL TAXES | 255 JE | 12/31/96 | | | 3,206.94 | | | |
| | End of month totals for December | | | 1,103.90- | 4,310.84 | 7,517.78 | 4,310.84-* | | |
| 2651- - FEDERAL WITHHOLDING | | | | 0.00 | | | | | |
| | ADJUST BEGINNING BALANCES | 001 JE | 01/01/96 | | | 4,443.38 | | | |
| | End of month totals for January | | | 0.00 | 0.00 | 4,443.38 | 4,443.38- | | |
| | GROSS UP PAYROLL THRU 9/30/96 | 610 JE | 09/30/96 | | | 55,900.93 | | | |
| | End of month totals for September | | | 4,443.38- | 0.00 | 55,900.93 | 60,344.31- | | |
| | GROSS UP OCT PAYROLL | 114 JE | 10/31/96 | | | 8,644.28 | | | |
| | End of month totals for October | | | 60,344.31- | 0.00 | 8,644.28 | 68,988.59- | | |
| | GROSS UP NOV PAYROLL | 115 JE | 11/30/96 | | | 12,423.62 | | | |
| | End of month totals for November | | | 68,988.59- | 0.00 | 12,423.62 | 81,412.21- | | |
| | GROSS UP DEC PAYROLL | 116 JE | 12/31/96 | | | 12,420.52 | | | |
| | ADJ PAYROLL TAXES | 255 JE | 12/31/96 | | 81,412.21 | | | | | |
| | End of month totals for December | | | 81,412.21- | 81,412.21 | 12,420.52 | 12,420.52-* | | |
| 2652- - FICA/MED WITHHOLDING | | | | 0.00 | | | | | |
| | ADJUST BEGINNING BALANCES | 001 JE | 01/01/96 | | | 3,012.24 | | | |
| | End of month totals for January | | | 0.00 | 0.00 | 3,012.24 | 3,012.24- | | |
| | GROSS UP PAYROLL THRU 9/30/96 | 610 JE | 09/30/96 | | | 37,426.20 | | | |
| | End of month totals for September | | | 3,012.24- | 0.00 | 37,426.20 | 40,438.44- | | |
| | GROSS UP OCT PAYROLL | 114 JE | 10/31/96 | | | 4,096.07 | | | |

DDC-047530