Case 1:06-cr-00077-RMU    Document 56-5    Filed 04/04/2007    Page 1 of 3

EXHIBIT  D

# DOUGLAS DEVELOPMENT CORP
## LOANS PAYABLE - OTHER
### 12/31/96

| | | |
|---|---|---|
| NATIONSBANK 7804 SECOND TRUST | R2c | 77,548.82 |
| FLORA MILLSTEIN | R2A | 125,000.00 |
| J. BROWNELL | R2b | 44,200.00 |
| NATIONSBANK CREDIT LINE | R2# | 170,000.00 |
| | | 416,748.82 |





| | DOLLARS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENCY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHECKS 1 | | | 50,000 00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | Jock Loan | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DATE 5/9/96

**NationsBank** Maryland

DOUGLAS DEVELOPMENT CORP.
11611 OLD GEORGETOWN ROAD
ROCKVILLE, MD 20852

TOTAL ITEMS: 1
TOTAL DEPOSIT: 50,000 00

⑆5010 10052⑆ 2009513920⑈

---

John E. Brunell     No.

5-9 19 96    65-138/550

PAY TO THE ORDER OF  Douglas Development Corp    $ 50,000.00

Fifty Thousand + xx/100 _____ DOLLARS

**POTOMAC VALLEY BANK**
702 Russell Avenue
Gaithersburg, Maryland 20877

MEMO Loan

⑆055001384⑆ ⑈000840530⑈ 1⑈ 86

Loss: Repy
Bal 12/31/96

$50,000.00
<5800>
44,200  R2

R2P