EXHIBIT  E

| DOUGLAS DEVELOPMENT | | | | Vendor # PVBANK | CHECK: 93013 |
|---|---|---|---|---|---|
| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
| 2600- | 840530-1 | 07/01/98 | 01-001 | MORTGAGE | 10,000.00 |
| 6360- | 840530-1 | 07/01/98 | 01-001 | INTEREST | 416.39 |
| | | | | TOTAL | 10,416.39 |

GOVERNMENT EXHIBIT
No. 62(g)
U.S. v. Brownell

DOUGLAS DEVELOPMENT CORP.
11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MD 20852
(301) 984-8400

FARMERS AND MECHANICS NATIONAL BANK
FREDERICK, MD 21701

65-26/550

NO: 93013

POWER CHECK

DATE 07/09/98   SIX MONTHS ******$10,416.39

PAY TEN THOUSAND FOUR HUNDRED SIXTEEN AND 39/100 DOLLARS

TO THE ORDER OF
POTOMAC VALLEY BANK
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

CHECK COPY
VOID

DDC 047311

⑈093013⑈ ⑆055000262⑆ 250498 7⑈

DEFENDANT'S EXHIBIT
1A

*PLEASE DIRECT INQUIRIES TO -*                                    Page   1 of   2


**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
301-963-7600

Account Number    840530-1

Statement Date    07/01/98

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

*Sue pay*
*$10,000 principal*

## HOME EQUITY LINE

*6360   4/6.31*
*01-04   2600  10,000.--*

### Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT | 06/01/98 | ANNUAL PERCENTAGE RATE | 8.5000 |
| | | FINANCE CHARGE | $416.39 |
| PREVIOUS BALANCE | 59,979.38 | | |
| + PRINCIPAL INCR | 2,000.00 | | |
| - PRINCIPAL DECR | 2,084.38 | PAYMENT INFORMATION | |
| CURRENT BALANCE | 59,895.00 | | |
| | | CURRENT PAYMENT | 416.39 |
| + INTEREST DUE | 416.39 | + PAST DUE AMOUNT | .00 |
| + INSURANCE DUE | .00 | MINIMUM PAYMENT | 416.39 |
| + LATE FEES DUE | .00 | | |
| + LOAN FEES DUE | .00 | PAYMENT DUE DATE | 07/16/98 |
| TOTAL | 60,311.39 | | |
| | | FINANCE CHRG ADJ | .00 |
| CREDIT LIMIT | 60,000.00 | DAYS IN PERIOD | 30 |
| AVAILABLE CREDIT | 105.00 | | |
| | | DAILY PERIODIC RATE | .02328 |

### Interest Rate(s) Information

| Effective Date | For Balances From | Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 05/02/97 | .01 | 59,895.00 | .0232876 | 8.5000 |

### Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 06/04/98 | 06/04/98 | SCHEDULED PAYMENT - AUTO SPLIT | 2,485.15 | 57,895.00 |
| 06/08/98 | 06/08/98 | ADVANCE CHECK - SERIAL # 0106 | 1,000.00 | 58,895.00 |
| 06/09/98 | 06/09/98 | ADVANCE CHECK - SERIAL # 0105 | 1,000.00 | 59,895.00 |

DDC 047312

*PAID*
*7/9/98*
*w/check # 93013*

**DEFENDANT'S EXHIBIT 1B**

*PLEASE DIRECT INQUIRIES TO -*

Page 2 of 2



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
301-963-7600

*Account Number* 840530-1

*Statement Date* 07/01/98



JOHN E BROWNELL

DDC 047313

**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
  - Your name and account number.
  - The dollar amount of the suspected error.
  - Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)