EXHIBIT   F

**Douglas Development Corp**                                                          Potomac Valley Bank

| CHECK DATE | | | | |
|---|---|---|---|---|
| 5-01-03 | 840530-1-3 | Interest - J. Brownell | 001-90-70380 | 347.95 |
| 5-01-03 | 840530-1-3 | Loan - 6151 Tuckerman Ln | 001-00-24204 | 4000.00 |

| CHECK DATE | 5-01-03 | CHECK NUMBER | 107837 | TOTAL > | 4347.95 |
|---|---|---|---|---|---|

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

---

**Douglas Development Corp**

702 H Street, NW
Suite 400
Washington, DC 20001
202-638-6300

Eagle Bank
7815 Woodmont Avenue
Bethesda, MD 20814

65-329 / 550

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| May 1, 2003 | 107837 | $******4,347.95 |

Pay: *************Four thousand three hundred forty-seven dollars and 95 cents

Accounting Copy

PAY TO THE ORDER OF    Potomac Valley Bank
702 Russell Ave
Gaithersburg, MD  20877-2635

** VOID * VOID * VOID **

**** NOT NEGOTIABLE ****

Authorized Signature

PLEASE DIRECT INQUIRIES TO: Page 1 of 2



POTOMAC VALLEY BANK
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
888-345-1500

Account Number 840530-1
Statement Date 03/03/03

(BANK USE ONLY)
CY

JOHN E BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD 20852-3543

# HOME EQUITY LINE

## Account Summary

| PREVIOUS STATEMENT | 02/03/03 | ANNUAL PERCENTAGE RATE | 4.2500 |
|---|---|---|---|
| | | FINANCE CHARGE | $347.95 |
| PREVIOUS BALANCE | 104,342.98 | | |
| + PRINCIPAL INCR | 2,500.00 | | |
| - PRINCIPAL DECR | 3,300.00 | PAYMENT INFORMATION | |
| CURRENT BALANCE | 103,542.98 | | |
| | | CURRENT PAYMENT | 347.95 |
| + INTEREST DUE | 347.95 | + PAST DUE AMOUNT | .00 |
| + INSURANCE DUE | .00 | MINIMUM PAYMENT | 347.95 |
| + LATE FEES DUE | .00 | | |
| + LOAN FEES DUE | .00 | PAYMENT DUE DATE | 03/16/03 |
| TOTAL | 103,890.93 | | |
| | | FINANCE CHRG ADJ | .00 |
| CREDIT LIMIT | 107,500.00 | DAYS IN PERIOD | 28 |
| AVAILABLE CREDIT | 3,957.02 | | |
| | | DAILY PERIODIC RATE | .01164 |



## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 02/04/03 | 02/05/03 | ADVANCE CHECK - SERIAL # 0153 | 2,500.00 | 106,842.98 |
| 03/03/03 | 03/03/03 | SCHEDULED PAYMENT - AUTO SPLIT | 3,698.77 | 103,542.98 |

## Interest Rate(s) Information

| Balance | Periodic Rate | Corresponding Annual Rate | Days in Period | Finance Charge |
|---|---|---|---|---|
| 106,842.98 | .00011643836 | 4.25000 | 27 | 335.8967 |
| 103,542.98 | .00011643836 | 4.25000 | 1 | 12.0563 |
| | | | TOTAL: | 347.95 |

PLEASE DIRECT INQUIRIES TO:

Page 2 of 2

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
888-345-1500

Account Number 640530-1
Statement Date 03/03/03

(BANK USE ONLY)
CY

JOHN E BROWNELL

**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)