Case 1:06-cr-00077-RMU   Document 56-8   Filed 04/04/2007   Page 1 of 5

EXHIBIT G

**Douglas Development Corp**

| DATE | INVOICE NO | DESCRIPTION | | INVOICE AMOUNT |
|------|------------|-------------|---|----------------|
| 2-03-03 | 840530-1-0 | 6151 Tuckerman Lane | 001-00-24204 | 3... |
| 2-03-03 | 840530-1-0 | 6151 Tuckerman Ln - INT | 001-90-65350 | ... |

Potomac Valley

**GOVERNMENT EXHIBIT**
**No. 67(b)**
U.S. v. Brownell

| CHECK DATE | 2-28-03 | CHECK NUMBER | 105980 | TOTAL > | 3698.77 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

**Douglas Development Corp**
702 H Street, NW
Suite 400
Washington, DC 20001
202-638-6300

Eagle Bank
7815 Woodmont Avenue
Bethesda, MD 20814

DATE: February 28, 2003
CHECK NO. 105980
AMOUNT: $******3,698.77

Pay: ************Three thousand six hundred ninety-eight dollars and 77 cents

Accounting Copy

PAY TO THE ORDER OF:
Potomac Valley Bank
702 Russell Ave
Gaithersburg, MD 20877-2635

** VOID * VOID * VOID **

**** NOT NEGOTIABLE ****
Authorized Signature

DDC 047384

BR_067B_0001

*PLEASE DIRECT INQUIRIES TO -*     Page  1 of  2



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
888-345-1500

*Account Number*    840530-1
*Statement Date*    02/03/03

[BANK USE ONLY]
CY

JOHN E BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD 20852-3543



# HOME EQUITY LINE

## Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT | 01/02/03 | ANNUAL PERCENTAGE RATE | 4.2500 |
| | | FINANCE CHARGE | $398.77 |
| PREVIOUS BALANCE | 107,108.04 | | |
| + PRINCIPAL INCR | .00 | | |
| - PRINCIPAL DECR | 2,765.06 | PAYMENT INFORMATION | |
| CURRENT BALANCE | 104,342.98 | | |
| + INTEREST DUE | 398.77 | CURRENT PAYMENT | 398.77 |
| + INSURANCE DUE | .00 | + PAST DUE AMOUNT | .00 |
| + LATE FEES DUE | .00 | MINIMUM PAYMENT | 398.77 |
| + LOAN FEES DUE | .00 | PAYMENT DUE DATE | 02/16/03 |
| TOTAL | 104,741.75 | | |
| CREDIT LIMIT | 107,500.00 | FINANCE CHRG ADJ | .00 |
| AVAILABLE CREDIT | 3,157.02 | DAYS IN PERIOD | 32 |
| | | DAILY PERIODIC RATE | .01164 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 01/31/03 | 01/31/03 | LATE FEE ASSESSED INCREASE | 22.03 | 107,108.04 |
| 02/03/03 | 02/03/03 | SCHEDULED PAYMENT - AUTO SPLIT | 3,227.78 | 104,342.98 |

## Interest Rate(s) Information

| Balance | Periodic Rate | Corresponding Annual Rate | Days In Period | Finance Charge |
|---|---|---|---|---|
| 107,108.04 | .00011643836 | 4.25000 | 31 | 386.6160 |
| 104,342.98 | .00011643836 | 4.25000 | 1 | 12.1495 |
| | | | TOTAL: | 398.77 |

DDC 047385

BB 067B 0002



*PLEASE DIRECT INQUIRIES TO:*

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
888-345-1500

Page 2 of 2

Account Number: 840530-1

Statement Date: 02/03/03

(BANK USE ONLY)
CY

JOHN E BROWNELL

### How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

### How to Compute the Finance Charge for Credit Card Accounts
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

### Variable Rate
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

### In Case of Errors or Questions About Your Bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special Rule for Credit Card Purchases
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

*(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)*

DDC 047386

# Check Request Form

Requested by: _JACK_

Date required: _2/1/03_

Payee Address: _[illegible] Bank_     Project: _[illegible]_
Account: ___
Coding Approval: ___

Amount $: _36,987.77_      _24204_      _330..._
                           _interest_   _39,77_
                           _65750_

Special Instructions: ___

Approval: _CK #105486_
Controller: _2/28/03_ _____ Date: ___

DOUGLAS DEVELOPMENT
PROF OR JOB # _[illegible]_
G/L _____
INV _$36,987.77_
       AMT    INIT.
APPROVED
DE    DVP  _2/27_ _36,987.77_
E

DDC 047387

BB_067B_0004