EXHIBIT   H



DOUGLAS DEVELOPMENT

| | | | | | Vendor # PVBANK | CHECK: | 91005 |
|---|---|---|---|---|---|---|---|

| GL Account # | | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|---|
| 2500- | - | 840530-1 | 02/04/98 | 01-001 | MORTGAGE | 2,500.00 |
| 6360- | - | 840530-1 | 02/04/98 | 01-001 | MORTGAGE | 467.12 |
| | | | | | TOTAL | 2,967.12 |

**GOVERNMENT EXHIBIT**

# No. 62(a)

U.S. v. Brownell

---

DOUGLAS DEVELOPMENT CORP.
11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MD  20852
(301) 984-8400

FARMERS AND MECHANICS NATIONAL BANK
FREDERICK, MD 21701

65-26
550

NO: 91005

P
O
W
E
R

C
H
E
C
K

| DATE |
|---|
| 02/04/98 |

| SIX MONTHS |
|---|
| *******$2,967.12 |

**PAY**  TWO THOUSAND NINE HUNDRED SIXTY-SEVEN AND 12/100 DOLLARS

TO THE
ORDER
OF
**POTOMAC VALLEY BANK**
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

CHECK COPY
V O I D

DDC 047293

⑆091005⑆ ⑈055000262⑈ 250498⑇



*PLEASE DIRECT INQUIRIES TO ·*

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
301-963-7600

Page  1 of  2

*Account Number*     840530-1

*Statement Date*     01/04/98

(B A N K  U S E  O N L Y)
CY

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

# HOME EQUITY LINE

*THE DRAW PERIOD ON THIS ACCOUNT HAS BEEN EXTENDED
TO DECEMBER 31, 1998, UNLESS OTHERWISE NOTIFIED.*

## Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT | 12/01/97 | **ANNUAL PERCENTAGE RATE** | 8.5000 |
| | | **FINANCE CHARGE** | **$467.12** |
| PREVIOUS BALANCE | 59,273.74 | | |
| + PRINCIPAL INCR | 2,700.00 | **PAYMENT INFORMATION** | |
| - PRINCIPAL DECR | 2,572.44 | | |
| CURRENT BALANCE | 59,401.30 | | |
| | | CURRENT PAYMENT | 467.12 |
| + INTEREST DUE | 467.12 | + PAST DUE AMOUNT | .00 |
| + INSURANCE DUE | .00 | MINIMUM PAYMENT | 467.12 |
| + LATE FEES DUE | .00 | | |
| + LOAN FEES DUE | .00 | PAYMENT DUE DATE | 01/16/98 |
| TOTAL | 59,868.42 | | |
| | | FINANCE CHRG ADJ | .00 |
| CREDIT LIMIT | 60,000.00 | DAYS IN PERIOD | 34 |
| AVAILABLE CREDIT | 598.70 | | |
| | | **DAILY PERIODIC RATE** | .02328 |

### Interest Rate(s) Information

| Effective Date | From | For Balances Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 05/02/97 | .01 | 59,401.30 | .0232876 | 8.5000 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 12/04/97 | 12/04/97 | SCHEDULED PAYMENT - AUTO SPLIT | 2,938.62 | 56,701.30 |
| 12/09/97 | 12/09/97 | ADVANCE CHECK - SERIAL # 0143 | | 59,401.30 |



DDC 047294



*PLEASE DIRECT INQUIRIES TO -*

Page 2 of 2

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
301-963-7600

Account Number      840530-1

Statement Date      01/04/98

( B A N K   U S E   O N L Y )
CY



JOHN E  BROWNELL

**How to Pay Off Your Account**
If you wish to pay your account balance in full, please contact your bank. The "Total" amount shown on this statement is not the pay-off amount.

**How to Compute the Finance Charge**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**Variable Rate**
The periodic rate on this account may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.

In your letter, provide us with the following information:

- Your name and account number.
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

DDC 047295

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)

DOUGLAS DEVELOPMENT

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 2500- - | 840530-1 | 04/01/98 | 01-001 | MORTGAGE | 2,500.00 |
| 6360- - | 840530-1 | 04/01/98 | 01-001 | INTEREST | 416.49 |
| | | | | TOTAL | 2,916.49 |

Vendor # PVBANK    CHECK: 92052

GOVERNMENT EXHIBIT

# No. 62(d)

U.S. v. Brownell

DOUGLAS DEVELOPMENT CORP.
11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MD  20852
(301) 984-8400

FARMERS AND MECHANICS NATIONAL BANK
FREDERICK, MD 21701

65-26
550

NO:  92052

P O W E R   C H E C K

| DATE |
|---|
| 05/04/98 |

| SIX MONTHS |
|---|
| *******$2,916.49 |

PAY  TWO THOUSAND NINE HUNDRED SIXTEEN AND 49/100 DOLLARS

TO THE ORDER OF  POTOMAC VALLEY BANK
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

CHECK COPY
V O I D

DDC 047302

⑈092052⑈ ⑆055000262⑆ 250498 7⑈

PLEASE DIRECT INQUIRIES TO -

Page   1 of   2



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
301-963-7600

Account Number        840530-1

Statement Date        04/01/98

(B A N K  U S E  O N L Y)
CY

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

# HOME EQUITY LINE



## Account Summary

| PREVIOUS STATEMENT | 03/02/98 |
|---|---|
| PREVIOUS BALANCE | 59,515.05 |
| + PRINCIPAL INCR | 2,800.00 |
| - PRINCIPAL DECR | 2,800.00 |
| CURRENT BALANCE | 59,515.05 |
| + INTEREST DUE | 416.49 |
| + INSURANCE DUE | .00 |
| + LATE FEES DUE | .00 |
| + LOAN FEES DUE | .00 |
| TOTAL | 59,931.54 |
| CREDIT LIMIT | 60,000.00 |
| AVAILABLE CREDIT | 484.95 |

| ANNUAL PERCENTAGE RATE | 8.5000 |
|---|---|
| FINANCE CHARGE | $416.49 |

**PAYMENT INFORMATION**

| CURRENT PAYMENT | 416.49 |
|---|---|
| + PAST DUE AMOUNT | .00 |
| MINIMUM PAYMENT | 416.49 |
| PAYMENT DUE DATE | 04/16/98 |
| FINANCE CHRG ADJ | .00 |
| DAYS IN PERIOD | 30 |

**DAILY PERIODIC RATE**     .02328

### Interest Rate(s) Information

| Effective Date | From | For Balances Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 05/02/97 | .01 | 59,515.05 | .0232876 | 8.5000 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 03/16/98 | 03/16/98 | ADVANCE CHECK - SERIAL # 0149 | 300.00 | 59,815.05 |
| 03/26/98 | 03/26/98 | SCHEDULED PAYMENT - AUTO SPLIT | 3,189.02 | 57,015.05 |
| 03/26/98 | 03/27/98 | ADVANCE CHECK - SERIAL # 0150 | 2,500.00 | 59,515.05 |

DDC 047303

BB-063B-0003

*PLEASE DIRECT INQUIRIES TO -*



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
301-963-7800

Page  2 of  2

*Account Number*    840530-1

*Statement Date*    04/01/98

( B A N K  U S E  O N L Y )
CY

JOHN E  BROWNELL



DDC 047304

### How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

### How to Compute the Finance Charge for Credit Card Accounts
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

### Variable Rate
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

### In Case of Errors or Questions About Your Bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special Rule for Credit Card Purchases
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)



DOUGLAS DEVELOPMENT | Vendor # PVBANK | CHECK: 92878

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 2500- - | 840530-1 | 06/01/98 | 01-001 | MORTGAGE | 2,800.00 |
| 6360- - | 840530-1 | 06/01/98 | 01-001 | INTEREST | 400.77 |
| | | | | TOTAL | 3,200.77 |

*Sue*

*next time code to 2600*

**GRAND JURY EXHIBIT #2**

**GOVERNMENT EXHIBIT**
**No. 62(f)**
U.S. v. Brownell

DOUGLAS DEVELOPMENT CORP.
11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MD  20852
(301) 984-8400

FARMERS AND MECHANICS NATIONAL BANK
FREDERICK, MD 21701

65-26
550

NO:  92878

P O W E R   C H E C K

| DATE |
|---|
| 07/01/98 |

| SIX MONTHS |
|---|
| ********$3,200.77 |

**PAY**   THREE THOUSAND TWO HUNDRED AND 77/100 DOLLARS

TO THE ORDER OF  **POTOMAC VALLEY BANK**
**702 RUSSELL AVENUE**
**GAITHERSBURG, MD 20877**

CHECK COPY
V O I D

DDC 047308

⑆092878⑆ ⑈055000262⑈ 250498?⑈



*PLEASE DIRECT INQUIRIES TO*

Page  1 of  2

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
301-963-7800

| Account Number | 840530-1 |
|---|---|
| Statement Date | 06/01/98 |

( B A N K  U S E  O N L Y )
CY

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543



# HOME EQUITY LINE

## Account Summary

| | | |
|---|---|---|
| PREVIOUS STATEMENT | 05/03/98 | |
| PREVIOUS BALANCE | 59,515.05 | |
| + PRINCIPAL INCR | 2,500.00 | |
| - PRINCIPAL DECR | 2,035.67 | |
| CURRENT BALANCE | 59,979.38 | |
| + INTEREST DUE | 400.77 | |
| + INSURANCE DUE | .00 | |
| + LATE FEES DUE | .00 | |
| + LOAN FEES DUE | .00 | |
| TOTAL | 60,380.15 | |
| CREDIT LIMIT | 60,000.00 | |
| AVAILABLE CREDIT | 20.62 | |

**ANNUAL PERCENTAGE RATE**   8.5000
**FINANCE CHARGE**   $400.77

**PAYMENT INFORMATION**

| | |
|---|---|
| CURRENT PAYMENT | 400.77 |
| + PAST DUE AMOUNT | .00 |
| MINIMUM PAYMENT | 400.77 |
| PAYMENT DUE DATE | 06/16/98 |
| FINANCE CHRG ADJ | .00 |
| DAYS IN PERIOD | 29 |

**DAILY PERIODIC RATE**   .02328

### Interest Rate(s) Information

| Effective Date | From | For Balances Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 05/02/97 | .01 | 59,979.38 | .0232876 | 8.5000 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 05/06/98 | 05/06/98 | SCHEDULED PAYMENT - AUTO SPLIT | 2,916.49 | 57,479.38 |
| 05/13/98 | 05/13/98 | TELEPHONE TRANSFER DEBIT | 2,500.00 | 59,979.38 |

7/1/98

w/check # 92878

DDC 047309

*PLEASE DIRECT INQUIRIES TO :*



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
301-963-7600

Page   2 of   2

*Account Number*      840530-1

*Statement Date*      08/01/96

( B A N K  U S E  O N L Y )
CY.

JOHN E  BROWNELL

**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

DDC 047310

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
 - Your name and account number.
 - The dollar amount of the suspected error.
 - Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)



DOUGLAS DEVELOPMENT                          Vendor # PVBANK      CHECK:  93013

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 2600- - | 840530-1 | 07/01/98 | 01-001 | MORTGAGE | 10,000.00 |
| 6360- - | 840530-1 | 07/01/98 | 01-001 | INTEREST | 416.39 |
| | | | | TOTAL | 10,416.39 |

GRAND JURY
EXHIBIT
4

GOVERNMENT EXHIBIT
No. 62(g)
U.S. v. Brownell

DOUGLAS DEVELOPMENT CORP.
11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MD  20852
(301) 984-8400

FARMERS AND MECHANICS NATIONAL BANK
FREDERICK, MD 21701

65-26
550

NO:  93013

P
O
W
E
R

C
H
E
C
K

| DATE |
|---|
| 07/09/98 |

| SIX MONTHS |
|---|
| *******$10,416.39 |

PAY  TEN THOUSAND FOUR HUNDRED SIXTEEN AND 39/100 DOLLARS

TO THE
ORDER
OF
POTOMAC VALLEY BANK
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

CHECK COPY
V O I D

DDC 047311

⑆093013⑆ ⑈055000262⑈ 250498⑉



*PLEASE DIRECT INQUIRIES TO ·*

**Page  1 of  2**

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
301-963-7600

*Account Number*      840530-1

*Statement Date*      07/01/98

(BANK USE ONLY)
CY

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

# HOME EQUITY LINE

## Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT | 06/01/98 | ANNUAL PERCENTAGE RATE | 8.5000 |
| | | FINANCE CHARGE | $416.39 |
| PREVIOUS BALANCE | 59,979.38 | | |
| + PRINCIPAL INCR | 2,000.00 | | |
| - PRINCIPAL DECR | 2,084.38 | **PAYMENT INFORMATION** | |
| CURRENT BALANCE | 59,895.00 | | |
| + INTEREST DUE | 416.39 | CURRENT PAYMENT | 416.39 |
| + INSURANCE DUE | .00 | + PAST DUE AMOUNT | .00 |
| + LATE FEES DUE | .00 | MINIMUM PAYMENT | 416.39 |
| + LOAN FEES DUE | .00 | | |
| | | PAYMENT DUE DATE | 07/16/98 |
| TOTAL | 60,311.39 | | |
| | | FINANCE CHRG ADJ | .00 |
| CREDIT LIMIT | 60,000.00 | DAYS IN PERIOD | 30 |
| AVAILABLE CREDIT | 105.00 | | |
| | | **DAILY PERIODIC RATE** | .02328 |

### Interest Rate(s) Information

| Effective Date | From | For Balances Through | Daily Rate(s) | Annual Rate(s) |
|---|---|---|---|---|
| 05/02/97 | .01 | 59,895.00 | .0232876 | 8.5000 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 06/04/98 | 06/04/98 | SCHEDULED PAYMENT - AUTO SPLIT | 2,485.15 | 57,895.00 |
| 06/08/98 | 06/08/98 | ADVANCE CHECK - SERIAL # 0106 | 1,000.00 | 58,895.00 |
| 06/09/98 | 06/09/98 | ADVANCE CHECK - SERIAL # 0105 | 1,000.00 | 59,895.00 |

DDC 047312

*PLEASE DIRECT INQUIRES TO -*

**Page  2 of  2**



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
301-963-7600

*Account Number*        840530-1

*Statement Date*        07/01/98

( B A N K   U S E   O N L Y )
CY

JOHN E  BROWNELL

DDC 047313

**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal
balance. We determine the unpaid principal balance by taking the beginning balance of the account each day,
adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment
Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily
balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle.
Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance,
but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper)
at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on
which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
  In your letter, provide us with the following information:
    - Your name and account number.
    - The dollar amount of the suspected error.
    - Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item
      you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that
are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount
you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to
correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this
protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your
mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases
are covered regardless of amount or location of purchase.)

**(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)**

------------------------------------------------------------------------------

DOUGLAS DEVELOPMENT

Vendor # PVBANK          CHECK:  92024

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
|---|---|---|---|---|---|
| 2500- - | 840530-1 | 05/31/01 | 01-001 | MORTGAGE | 6,400.00 |
| 6360- - | 840530-1 | 05/31/01 | 01-001 | INTEREST | 538.94 |
| | | | | TOTAL | 6,938.94 |

GOVERNMENT EXHIBIT

No. 65(d)

U.S. v. Brownell

GRAND JURY EXHIBIT

---

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW  SUITE 400
WASHINGTON,DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO:  92024

POWER CHECK

DATE
05/31/01

VOID AFTER 180 DAYS
*******$6,938.94

PAY  SIX THOUSAND NINE HUNDRED THIRTY-EIGHT AND 94/100 DOLLARS

TO THE ORDER OF  POTOMAC VALLEY BANK
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

COPY
VOID

DDC 047068

⑈092024⑈ ⑆055003298⑈ 0200008118⑈



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
888-345-1500

MERCANTILE

| | |
|---|---|
| Account Number | 840530-1 |
| Statement Date | 05/01/01 |

BARK USE ONLY
CY·

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

# HOME EQUITY LINE

## Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT | 04/02/01 | **ANNUAL PERCENTAGE RATE** | **8.4826** |
| | | **FINANCE CHARGE** | **$538.94** |
| PREVIOUS BALANCE | 79,514.26 | | |
| + PRINCIPAL INCR | 1,000.00 | | |
| - PRINCIPAL DECR | 161.62 | **PAYMENT INFORMATION** | |
| CURRENT BALANCE | 80,352.64 | | |
| | | CURRENT PAYMENT | 538.94 |
| + INTEREST DUE | 538.94 | + PAST DUE AMOUNT | .00 |
| + INSURANCE DUE | .00 | MINIMUM PAYMENT | 538.94 |
| + LATE FEES DUE | .00 | | |
| + LOAN FEES DUE | .00 | PAYMENT DUE DATE | 05/16/01 |
| TOTAL | 80,891.58 | | |
| | | FINANCE CHRG ADJ | .00 |
| CREDIT LIMIT | 80,600.00 | DAYS IN PERIOD | 29 |
| AVAILABLE CREDIT | 247.36 | | |
| | | **DAILY PERIODIC RATE** | **.02324** |

### Interest Rate(s) Information

| Effective Date | For Balances From | Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 05/01/01 | .01 | 80,600.00 | .0232402 | 8.4826 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 04/09/01 | 04/09/01 | CREDIT LINE ADVANCE CHECK | 400.00 | 79,914.26 |
| 04/25/01 | 04/26/01 | CREDIT LINE ADVANCE CHECK | 600.00 | 80,514.26 |
| 04/30/01 | 04/30/01 | SCHEDULED PAYMENT - AUTO SPLIT | 750.00 | 80,352.64 |
| 05/01/01 | | INDEXED RATE CHANGE | | 80,352.64 |

DDC 047069

*PLEASE DIRECT INQUIRIES TO :*


MERCANTILE

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD 20877-2606
888-345-1500

Page    2 of  2

*Account Number*        840530-1

*Statement Date*        05/01/01

[BANK USE ONLY]
CY

JOHN E BROWNELL

DDC 047070

**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)

DOUGLAS DEVELOPMENT

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay | Vendor # PVBANK    CHECK: 93501 |
|---|---|---|---|---|---|---|
| 6560- | - 840530-1-0801 | 08/01/01 | 01-001 | INTEREST | 588.38 | |
| 2600- | - 840530-1-0801 | 08/01/01 | 01-001 | LOANS PAYABLE - | 6,200.00 | |
| | | | | TOTAL | 6,788.38 | |

**GOVERNMENT EXHIBIT**

# No. 65(f)

U.S. v. Brownell

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW   SUITE 400
WASHINGTON, DC   20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO: 93501

| DATE |
|---|
| 08/01/01 |

VOID AFTER 180 DAYS
*******$6,788.38

**PAY**  SIX THOUSAND SEVEN HUNDRED EIGHTY-EIGHT AND 38/100 DOLLARS

P O W E R   C H E C K

TO THE ORDER OF   POTOMAC VALLEY BANK
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

COPY
V O I D

⑈093501⑈ ⑆055003298⑆ 0200008118⑈

DDC 047074

DDC 047077

# Check Request Form

**Requested by:** _____

**Date required:** _____


**Payee Address:** _____    **Project:** _____

_____    **Account:** _____

_____    **Coding Approval:** _____

_____

**Amount $:** _____


**Special Insructions:** _____

_____

_____

_____

_____


**Approval:** _____

**Controller:** _____    **Date:** _____

DOUGLAS DEVELOPMENT

| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | | Vendor # PVBANK | CHECK: | 95225 |
|---|---|---|---|---|---|---|---|---|
| 2600- - | 840530-1-0901 | 09/04/01 | 01-001 | LOANS PAYABLE - | | Amount t: ba: | | 8,0 |
| 6360- - | 840530-1-0901 | 09/04/01 | 01-001 | INTEREST | | | | 50 |
| | | | | TOTAL | | | | 8,5 |

GOVERNMENT EXHIBIT

# No. 65(h)

U.S. v. Brownell

**DOUGLAS DEVELOPMENT CORP.**
702 H ST, NW   SUITE 400
WASHINGTON, DC   20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329
550

NO:   95225

| DATE |
|---|
| 10/18/01 |

VOID AFTER 180 DAYS
********$8,50_._

**PAY**   EIGHT THOUSAND FIVE HUNDRED AND 40/100 DOLLARS

P
O
W
E
R

C
H
E
C
K

TO THE
ORDER
OF   **POTOMAC VALLEY BANK**
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

COPY
V O I D

DDC 047078

⑈"095225"⑈ ⑆:055003298⑆: 0 200008 ‖18"‖

BR 065H 0001



PLEASE DIRECT INQUIRIES TO -

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
888-345-1500

Page  1 of  2

*Account Number*    840530-1

*Statement Date*    09/04/01

{ B A N K   U s E   O N L Y }
CY

JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

DDC 047079

# HOME EQUITY LINE

## Account Summary

| PREVIOUS STATEMENT | 08/01/01 | |
|---|---|---|
| PREVIOUS BALANCE | 80,555.71 | |
| + PRINCIPAL INCR | 10,200.00 | |
| - PRINCIPAL DECR | 12,188.38 | |
| CURRENT BALANCE | 78,567.33 | |
| + INTEREST DUE | 500.40 | |
| + INSURANCE DUE | .00 | |
| + LATE FEES DUE | .00 | |
| + LOAN FEES DUE | .00 | |
| TOTAL | 79,067.73 | |
| CREDIT LIMIT | 80,600.00 | |
| AVAILABLE CREDIT | 2,032.67 | |

**ANNUAL PERCENTAGE RATE** 6.7500
**FINANCE CHARGE** $500.40

**PAYMENT INFORMATION**

| CURRENT PAYMENT | 500.40 |
|---|---|
| + PAST DUE AMOUNT | .00 |
| MINIMUM PAYMENT | 500.40 |
| PAYMENT DUE DATE | 09/16/01 |

FINANCE CHRG ADJ    .00
DAYS IN PERIOD    34

**DAILY PERIODIC RATE**    .01849

### Interest Rate(s) Information

| Effective Date | From | For Balances Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 08/01/01 | .01 | 80,600.00 | .0184931 | 6.7500 |

### Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 08/02/01 | 08/02/01 | SCHEDULED PAYMENT - AUTO SPLIT | 6,788.38 | 74,230.19 |
| 08/02/01 | 08/03/01 | CREDIT LINE ADVANCE CHECK | 4,000.00 | 78,230.19 |
| 08/10/01 | 08/10/01 | CREDIT LINE ADVANCE CHECK | 2,200.00 | 80,430.19 |
| 08/30/01 | 08/30/01 | SCHEDULED PAYMENT - AUTO SPLIT | 5,862.86 | 74,567.33 |
| 08/30/01 | 08/31/01 | CREDIT LINE ADVANCE CHECK | 4,000.00 | 78,567.33 |

*PLEASE DIRECT INQUIRIES TO:*

Page   2 of   2



## POTOMAC VALLEY BANK
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
888-345-1500

*Account Number*   840530-1

*Statement Date*   09/04/01

BANK USE ONLY
CY

JOHN E  BROWNELL

DDC 047080



**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
In your letter, provide us with the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

*(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)*

DDC 047081

# Check Request Form

**Requested by:** _____

**Date required:** _____


**Payee Address:** _____    **Project:** _____

_____    **Account:** _____

_____    **Coding Approval:** _____

_____

**Amount $:** _____


**Special Insruction:** _____

_____

_____

_____

_____


**Approval:** _____

**Controller:** _____    **Date:** _____

DOUGLAS DEVELOPMENT

| | | | | | Vendor # PVBANK | | CHECK: 97766 |
|---|---|---|---|---|---|---|---|
| GL Account # | Invoice # | | Inv.Date | Co-Pro | Description | | Amount to Pay |
| 2600- - | 840530-1-0202 | | 02/03/02 | 01-001 | LOANS PAYABLE - | | 348.69 |
| 6360- - | 840530-1-0202 | | 02/03/02 | 01-001 | INTEREST | | 4,500.00 |
| | | | | | | TOTAL | 4,848.69 |

```
GOVERNMENT EXHIBIT
No. 66(b)
U.S. v. Brownell
```

DOUGLAS DEVELOPMENT CORP.
702 H ST, NW  SUITE 400
WASHINGTON,DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

05-329
550

NO:  97766

P
O
W
E
R

C
H
E
C
K

| DATE |
|---|
| 02/22/02 |

| VOID AFTER 180 DAYS |
|---|
| *******$4,848.69 |

**PAY**  FOUR THOUSAND EIGHT HUNDRED FORTY-EIGHT AND 69/100 DOLLARS

TO THE
ORDER
OF

POTOMAC VALLEY BANK
702 RUSSELL AVENUE
GAITHERSBURG, MD 20877

COPY
V O I D

DDC 047181

⑈097766⑈ ⑆055003298⑆ 0200008118⑈

BB 066B 0001



PLEASE DIRECT INQUIRIES TO:

Page   1 of  2

**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD  20877-2606
888-345-1500

Account Number        840530-1

Statement Date         02/03/02

(BANK USE ONLY)
CY



JOHN E  BROWNELL
6151 TUCKERMAN LANE
ROCKVILLE MD  20852-3543

# HOME EQUITY LINE

## Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS STATEMENT | 01/02/02 | | ANNUAL PERCENTAGE RATE | 4.9765 |
| | | | FINANCE CHARGE | $348.69 |
| PREVIOUS BALANCE | 79,511.11 | | | |
| + PRINCIPAL INCR | 8,000.00 | | | |
| - PRINCIPAL DECR | 7,500.00 | | PAYMENT INFORMATION | |
| CURRENT BALANCE | 80,011.11 | | | |
| | | | CURRENT PAYMENT | 348.69 |
| + INTEREST DUE | 348.69 | | + PAST DUE AMOUNT | .00 |
| + INSURANCE DUE | .00 | | MINIMUM PAYMENT | 348.69 |
| + LATE FEES DUE | .00 | | | |
| + LOAN FEES DUE | .00 | | PAYMENT DUE DATE | 02/16/02 |
| TOTAL | 80,359.80 | | | |
| CREDIT LIMIT | 80,600.00 | | FINANCE CHRG ADJ | .00 |
| AVAILABLE CREDIT | 588.89 | | DAYS IN PERIOD | 32 |
| | | | DAILY PERIODIC RATE | .01363 |

### Interest Rate(s) Information

| Effective Date | From | For Balances Through | Daily Rates | Annual Rate(s) |
|---|---|---|---|---|
| 02/01/02 | .01 | 80,600.00 | .0136343 | 4.9765 |

## Transaction Detail

| Effective Date | Posting Date | Description | Amount | Balance |
|---|---|---|---|---|
| 01/11/02 | 01/11/02 | ADVANCE CHECK - SERIAL # 0137 | 700.00 | 80,211.11 |
| 01/14/02 | 01/14/02 | ADVANCE CHECK - SERIAL # 0142 | 300.00 | 80,511.11 |
| 01/25/02 | 01/25/02 | SCHEDULED PAYMENT - AUTO SPLIT | 361.06 | 80,511.11 |
| 01/25/02 | 01/25/02 | UNSCHEDULED PRINCIPAL PAYMENT | 7,500.00 | 73,011.11 |
| 01/25/02 | 01/28/02 | ADVANCE CHECK - SERIAL # 0136 | 6,000.00 | 79,011.11 |
| 01/30/02 | 01/30/02 | TRANSFER TO CK 1390031 | 1,000.00 | 80,011.11 |
| 02/01/02 | | INDEXED RATE CHANGE | | 80,011.11 |

*02/22/02*
*# 97766*

DDC 047182

*PLEASE DIRECT INQUIRIES TO:*



**POTOMAC VALLEY BANK**
702 RUSSELL AVE
GAITHERSBURG, MD. 20877-2606
888-345-1500

Page  2 of  2

*Account Number*      840530-1

*Statement Date*      02/03/02

(BANK USE ONLY)
CY

JOHN E  BROWNELL

DDC 047183

**How to Compute the Finance Charge for Ready Check, Personal Line and Home Equity Line Accounts**
The FINANCE CHARGE is computed by applying the daily periodic rate to each day's outstanding unpaid principal balance. We determine the unpaid principal balance by taking the beginning balance of the account each day, adding any new advances and subtracting any payments or credits.

**How to Compute the Finance Charge for Credit Card Accounts**
To avoid incurring an additional FINANCE CHARGE you must pay the Total shown on the reverse side on or before the Payment Due Date. The FINANCE CHARGES for a billing cycle are computed by applying the daily periodic rate to the average daily balance which is determined by dividing the sum of the daily balances during the billing cycle by the number of days in the cycle. Each daily balance is determined by subtracting any payments received and credited to your account from the Previous Balance, but excluding any unpaid Finance Charges.

**Variable Rate**
The periodic rate on Ready Check, Personal Line and Home Equity Line accounts may vary.

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet of paper) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights.
    In your letter, provide us with the following information:
    - Your name and account number.
    - The dollar amount of the suspected error.
    - Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

(PLEASE DETACH THE PAYMENT COUPON BELOW AND RETURN IT WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.)

# Check Request Form

Requested By: _____

Date required: _____

Payee Address: _____     Project: _____

_____     Account: _____

_____     Coding Approval: _____

Amount $: _____

Special Instructions: _____

_____

_____

_____

_____

Approval: _____

Controller: _____     Date: _____

DDC 047184