EXHIBIT I

```
QCGL320                                         GENERAL LEDGER                                    PAGE   166
01                                       DOUGLAS DEVELOPMENT CORPORATION                   SYSTEM DATE: 08/27/2004
001                                      DOUGLAS DEVELOPMENT CORPORATION                   SELECT DATE: 08/27/2004
                                                       As of                                             10:47:49
Cur. Period: 12/01                               DECEMBER 31, 2001                          PROJECT SQ FT        0
Sel. Period: 01/01 Thru 12/01                                                               PROJECT UNITS        0
```

| ACCOUNT | DESCRIPTION | ENTRY# SC | DATE | BEG BALANCE | DEBIT | CREDIT | END BAL | REFERENCE | REV |
|---|---|---|---|---|---|---|---|---|---|
| | End of month totals for December | | | 1,340,640.00- | 8,323.05 | 16,646.10 | 1,348,963.05-* | | |
| 2550- | LOAN PAYABLE CBNY | | | 1,860,200.00- | | | | | |
| | RECORD 1/01 COMML BANK TRF | 1 | JE 08/31/01 | | 30,038.61 | | | | |
| | End of month totals for January | | | 1,860,200.00- | 30,038.61 | 0.00 | 1,830,161.39- | | |
| | RECORD 2/01 COMML BANK TRF | 1 | JE 08/31/01 | | 29,252.36 | | | | |
| | End of month totals for February | | | 1,830,161.39- | 29,252.36 | 0.00 | 1,800,909.03- | | |
| | RECORD 3/01 COMML BANK TRF | 1 | JE 08/31/01 | | 26,824.14 | | | | |
| | End of month totals for March | | | 1,800,909.03- | 26,824.14 | 0.00 | 1,774,084.89- | | |
| | RECORD 4/01 COMML BANK TRF | 1 | JE 08/31/01 | | 28,121.48 | | | | |
| | End of month totals for April | | | 1,774,084.89- | 28,121.48 | 0.00 | 1,745,963.41- | | |
| | RECORD 5/01 COMML BANK TRF | 1 | JE 08/31/01 | | 26,246.30 | | | | |
| | End of month totals for May | | | 1,745,963.41- | 26,246.30 | 0.00 | 1,719,717.11- | | |
| | RECORD 6/01 COMML BANK TRF | 1 | JE 08/31/01 | | 26,052.60 | | | | |
| | End of month totals for June | | | 1,719,717.11- | 26,052.60 | 0.00 | 1,693,664.51- | | |
| | RECORD 7/01 COMML BANK TRF | 1 | JE 08/31/01 | | 25,137.86 | | | | |
| | End of month totals for July | | | 1,693,664.51- | 25,137.86 | 0.00 | 1,668,526.65- | | |
| | RECORD 8/01 COMML BANK TRF | 1 | JE 09/19/01 | | 25,000.61 | | | | |
| | End of month totals for August | | | 1,668,526.65- | 25,000.61 | 0.00 | 1,643,526.04- | | |
| | RECORD 9/01 COMML BANK TRF | 1 | JE 11/12/01 | | 24,997.67 | | | | |
| | RE-ALLOCATE 1/01-9/01 INTEREST | 1 | JE 11/12/01 | | | 122,871.63 | | | |
| | End of month totals for September | | | 1,643,526.04- | 24,997.67 | 122,871.63 | 1,741,400.00- | | |
| | RECORD 10/01 COMML BANK TRF | 1 | JE 11/12/01 | | 13,200.00 | | | | |
| | End of month totals for October | | | 1,741,400.00- | 13,200.00 | 0.00 | 1,728,200.00- | | |
| | RECORD 11/01 LOAN PYMT | 1 | JE 12/14/01 | | 13,200.00 | | | | |
| | End of month totals for November | | | 1,728,200.00- | 13,200.00 | 0.00 | 1,715,000.00- | | |
| | RECORD 12/01 LOAN PAYMENT | 1 | JE 01/21/02 | | 13,200.00 | | | | |
| | End of month totals for December | | | 1,715,000.00- | 13,200.00 | 0.00 | 1,701,800.00-* | | |
| 2600- | LOANS PAYABLE - OTHER | | | 919,410.53- | | | | | |
| | RECORD 1/17 WIRE (ROWE) | 1 | JE 08/13/01 | | | 500,000.00 | | | |
| | End of month totals for January | | | 919,410.53- | 0.00 | 500,000.00 | 1,419,410.53- | | |
| | PVBANK-POTOMAC VALLEY BANK | 89990 | CD 03/07/01 | | 10,000.00 | | | LOANS PAYABLE - | |
| | End of month totals for March | | | 1,419,410.53- | 10,000.00 | 0.00 | 1,409,410.53- | | |
| | GWINKL-GEORGE WINKLER | 92403 | CD 06/13/01 | | 8,000.00 | | | LOANS PAYABLE - | |
| | GWINKL-GEORGE WINKLER | 92404 | CD 06/13/01 | | 2,000.00 | | | LOANS PAYABLE - | |
| | End of month totals for June | | | 1,409,410.53- | 10,000.00 | 0.00 | 1,399,410.53- | | |
| | PVBANK-POTOMAC VALLEY BANK | 92944 | CD 07/10/01 | | 2,500.00 | | | LOANS PAYABLE | |
| | End of month totals for July | | | 1,399,410.53- | 2,500.00 | 0.00 | 1,396,910.53- | | |
| | PVBANK-POTOMAC VALLEY BANK | 93501 | CD 08/03/01 | | 6,200.00 | | | LOANS PAYABLE - | |
| | MA&GEM-METROPOLITAN ANTIQUES & | 93998 | CD 08/29/01 | | 100,000.00 | | | LOANS PAYABLE - | |
| | End of month totals for August | | | 1,396,910.53- | 106,200.00 | 0.00 | 1,290,710.53- | | |
| | PVBANK-POTOMAC VALLEY BANK | 95225 | CD 10/18/01 | | 8,000.00 | | | LOANS PAYABLE - | |
| | DJEMAL-DOUGLAS JEMAL | 95446 | CD 10/30/01 | | 100,000.00 | | | OPEN 1ST UNION | |
| | End of month totals for October | | | 1,290,710.53- | 108,000.00 | 0.00 | 1,182,710.53- | | |
| | PVBANK-POTOMAC VALLEY BANK | 96486 | CD 12/19/01 | | 6,500.00 | | | LOANS PAYABLE - | |
| | REC CK#92621 METRO ART | 957 | JE 12/31/01 | | 100,000.00 | | | | |
| | End of month totals for December | | | 1,182,710.53- | 106,500.00 | 0.00 | 1,076,210.53-* | | |
| 2625- | LOAN | | | 250,000.00- | | | | | |
| | RECLASS FROM 83-001 TO 01-001 | 1 | JE 12/31/01 | | 25,000.00 | | | | |
| | End of month totals for December | | | 250,000.00- | 25,000.00 | 0.00 | 225,000.00-* | | |
| 2653- | GARNISHMENT | | | 8,152.33- | | | | | |

DDC 026502