EXHIBIT   J

Douglas Div
Loans Payable other
12/11/96

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| 2 | Nations Bank | | | | | | 24 |
| 3 | 78xx Sezano Trust | | 7854882 | 4000- | | 681521 | 7523361 |
| 6 | F Milestein | | | 125000- | Additional 50000 | 50000 | 24.4 100000 |
| 8 | J Brownera | | | 44200- | | 20800- | 24.5 23400- |
| 10 | Nations Comit Line | | | 170000- | 50000 | | 24.6 200000- |
| 13 | Nations Comit Line | | | | 124000- | 110866A | 24.7 1129586 |
| 15 | FFM | | | | Add'l 200000- | | 200000- |
| 17 | M Benun | | | | 17000 | 17000 | — |
| 20 | | | | | | | 7185869 TB |
| 43 | | | | | | | 24.1 |

Douglas DW
Loans Othr
12/31/97

| Jack Becwar | | | | | Inv | Pain | |
|---|---|---|---|---|---|---|---|
| | | Bal Fwd | | | | | 44700 |
| | 1/97 | | | | 41725 | 500 | |
| | 2/97 | | | | 43036 | 1200 | |
| | 3/97 | | | | 50625 | 1200 | |
| | 4/97 | | | | 39183 | 1000 | |
| | 5/97 | | | | 40290 | 1400 | |
| | 6/97 | | | | 44420 | 1900 | |
| | 7/97 | | | | 23474 | 2600 | |
| | 8/97 | | | | 40247 | 3000 | |
| | 9/97 | | | | 40855 | 1500 | |
| | 10/97 | | | | 40411 | 1300 | |
| | 11/97 | | | | 41717 | 2500 | |
| | 12/97 | | | | 45869 | 2500 | |
| | | | | | 483650 | 20800 | 23400 |
| | | | | | | | 24. |