EXHIBIT   K

FORM P-507 (GREEN) P 507 B (BUFF) (6-62)    LITHO IN U.S.A.

| | NOTES | DATE | REFERENCE |
|---|---|---|---|
| PREPARED BY | | | |
| CHECKED | | | |
| APPROVED BY | | | |

Douglas Development
N/P Other
12/31/98

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | Nations Bank | | | | | | |
| | 7804 Second Trust | 75233.61 | 9000 — | 20323.9M | 63909.20 | R4.2 | |
| | Nations Credit Line | 200000 — | ⑤ 200000 — | | R4.3 | | |
| | Nations Credit Line | 112815336 | w/o Ficti... 11000 / 1/4 4832 / 1/4 14000 | 26727.4M | 1128261 | R4.4 | |
| | F McLeistein | 100000 — | | | 100000 — | R4.5 | |
| | J Brownlee | 23400 — | | 47300 | 23900 | R4.6 | |
| | F M | 200000 — | | 200000 — | — | | |
| | M Lowe | 1/11 100000 — / 1/11 100000 — / 1/4 75000 — / 1/4 150000 | 1/4 100000 / 1/4 100000 / 1/4 75000 — | | 150000 — | R4.7 / R4.8 | |
| | | | | | 402183.532 | TB | |

① Paid off from Second Bank Loan Proceeds

⑤ Paid off from ... ... Loan Proceeds

R4.1

LITHO IN U.S.A.

| | INITIAL. | DATE | DIFF/CHECK |
|---|---|---|---|
| PREPARED BY | | | |
| CHECKED BY | | | |
| APPROVED BY | | | |

Douglas Development
Notes Payable
12/31/98

Due to U Browning
Principal pmts    1/5/98    2500 -    23400
                  2/4/98    2500 -
                  2/24/98   2300 -
                  3/20/98   2800 -
                  5/4       2500 -
                  6/1       2000 -
                  7/1       2800 -
                  7/9       10000 -
                  8/13      1500 -
                  9/27      3500 -
                  10/25     2500
                  11/30     2500
                  12/29     10000 -    < 47300 >

Due from Jace Browning              < 23900 >

                                       24.1

R4.6