EXHIBIT L

DDC
Notes Payable
12/31/99

Acct 2600

| | | Description | | | | |
|---|---|---|---|---|---|---|
| | | Notes Pay. Prov Sebastiani | 6390900 | | | 6390900 |
| | | Notes Credit Line | 11282642 | | 2622561 | 8660081 |
| | | Jack Brown | <23900> | | 2670030 | <5060030> |
| | | F Minasian | 100000 | | | 100000 |
| | | M Rowe | 150000 | | 150000 | |
| | | Misc | | 220000 | | 220000 |
| | | | | | | 4199051 |

R-3