EXHIBIT M

| DOUGLAS DEVELOPMENT | | | | Vendor # CBDESI | CHECK: 97989 |
|---|---|---|---|---|---|
| GL Account # | Invoice # | Inv.Date | Co-Pro | Description | Amount to Pay |
| 1400- - | 0202-2ND DRAW | 02/05/02 | 01-001 | LOANS RECEIVABL | 9,000.00 |
| | | | | TOTAL | 9,000.00 |

**GOVERNMENT EXHIBIT**
**No. 81**
U.S. v. Brownell

**DOUGLAS DEVELOPMENT CORP.**
702 H ST, NW  SUITE 400
WASHINGTON, DC  20001
202-638-6300

EAGLEBANK
BETHESDA, MD 20814

65-329/550

NO: 97989

POWER CHECK

DATE 03/01/02

VOID AFTER 180 DAYS
********$9,000.00

PAY  NINE THOUSAND AND NO/100 DOLLARS

TO THE ORDER OF
CONSTRUCTION BY DESIGN INC.
3820 LINDA LN
ANNANDALE, VA 22003

COPY
VOID

DDC 047426

⑃097989⑃ ⑉055003298⑉: 0200008118⑃

BR 081 0001

# Construction By Design Inc.

License #2705-038983A
3820 Linda ln
Annandale Va. 22003
• Phone 703-573-6797 •
Fax 703-573 6797
Email constructionbydesign@starpower.net

## Invoice

February 05, 2002

To :Jack Brownell

Job Description ; Draw

| | | |
|---|---|---|
| Services | Contract | $32,000.00 |
| | 1st draw paid 1/29/02 | $10,000.00 |
| | Remaining on contract | $22,000.00 |
| | Draw | $ 9,000.00 |

Total Due $9,000.00

DDC 047427

BB_081_0002