EXHIBIT   N

```
DOUGLAS DEVELOPMENT                    Vendor # TMCONS        CHECK: 100535
GL Account # Invoice #    Inv.Date  Co-Pro Description     Amount to Pay
2600-     -     720       06/05/02  01-001 6155 TUCKERMAN      8,700.00
                                                  TOTAL        8,700.00
```

GOVERNMENT EXHIBIT
No. 71
U.S. v. Brownell



DOUGLAS DEVELOPMENT CORP.          EAGLEBANK                    65-329
702 H ST, NW SUITE 400             BETHESDA, MD 20814            550
WASHINGTON, DC 20001
202-638-6300                                                 NO: 100535

                                   DATE            VOID AFTER 180 DAYS
                                 06/21/02          ********$8,700.00

PAY   EIGHT THOUSAND SEVEN HUNDRED AND NO/100 DOLLARS

                                          COPY
                                          VOID
TO THE   TEX-MEX CONSTRUCTION, INC.
ORDER OF 13416 GREENACRE DRIVE
         WOODBRIDGE, VA 22101

DDC 047189

⑈100535⑈ ⑆055003298⑆ 0200008118⑈

BR 071-0001

From: Construction By Design Inc.     PHONE No. : 703 573 6797     Jun. 18 2002  6:02PM  P01

202-347-6107

# Tex-Mex Construction, Inc
13416 Greenacre Drive, Woodbridge, Virginia 22191 (703) 403-8024

## ··· INVOICE

| | | |
|---|---|---|
| TOTAL DUE | 8,700.00 | |

| REF NO | QTY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|---|
| | | Complete the concrete as drawn by Tom Gannon | | $8,700.00 |

- FRONT WALK
- REAR PATIO
- RETAINING WALL

CC # 100595
6/21/02

| Salesperson | |
|---|---|
| Invoice number | 726 |
| Invoice date | 6/5/02 |
| Customer ID | |
| Terms | |
| Date shipped | |
| Shipped via | |
| FOB | |
| Prepaid / Collect | |
| Tax exempt | |
| Reason | |
| Exemption no | |

### SOLD TO
| Name | Brownel |
|---|---|
| Address (line 1) | 0155 Tukerman Ln |
| Address (line 2) | |
| City, State or Prov | Bethesda Md |
| Postal code, Country | |
| Phone | |
| Fax | |
| Company name | |

### SHIPPED TO
Retype the following only if the name and address are not the same as the SOLD TO name and address.

| Name | |
|---|---|
| Address (line 1) | |
| Address (line 2) | |
| City, State or Prov | |
| Postal code, Country | |
| Company name | |

Please make checks payable to:

Tex-Mex Construction Inc

| DOUGLAS DEVELOPMENT | |
|---|---|
| PROP # | C1-001 |
| G/L # | 2000 |
| INVOICE TOTAL | $8,700.00 |

| | DATE | AMT. | INIT. |
|---|---|---|---|
| P M | 6/21 | $100 | CG |
| V P | | | |

| SUBTOTAL | 8,700.00 |
|---|---|
| Sales tax % | |
| SHIPPING & HANDLING | |
| PAYMENTS | |
| PLEASE PAY THIS AMOUNT | 8,700.00 |
| TERMS: | Upon Reciept |

DDC 047190

BR_071_0002

# Check Request Form

Requested by: _Jack_

Date required: _5/15_

Payee Address: _Tex-Mex Construction_    Project: _Graw_
Account: _2000_
Coding Approval: ___

Amount $: _8,700.00_

Special Instructions: _____

Approval: _____

Controller: _____   Date: _____

DDC 047191

BR_071_0003