EXHIBIT O

**DEPOSIT TICKET**

PLEASE BE SURE THAT ALL ITEMS ARE PROPERLY ENDORSED. LIST EACH CHECK SEPARATELY. DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

A HOLD FOR UNCOLLECTED FUNDS MAY BE PLACED ON FUNDS DEPOSITED BY CHECK OR SIMILAR INSTRUMENTS. THIS MAY DELAY YOUR ABILITY TO WITHDRAW SUCH FUNDS. THE DELAY ANY WOULD NOT EXCEED THE PERIOD OF TIME PERMITTED BY LAW.

DATE 5-14-?

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS 1 | | |
| 2 | | |
| 3 | 20000 | 00 |
| 4 | | |
| ... | | |
| TOTAL | 20000 | 00 |

FARMERS AND MECHANICS NATIONAL BANK

**DOUGLAS DEVELOPMENT CORP.**
11611 OLD GEORGETOWN ROAD, SUITE 200
ROCKVILLE, MARYLAND 20852

TOTAL ITEMS: 1    TOTAL DEPOSIT: 20000.00

⑃501012005⑃ 250 498⑃7⑃

---

**JOHN E. BROWNELL**
PH. 301-530-8213
6151 TUCKERMAN LN.
ROCKVILLE, MD 20852

85-330/550
5150387150

1207

DATE 5-14-99

PAY TO THE ORDER OF __Douglas Development Corp__   $ 20,000.00

__Twenty Thousand & xx/100__ DOLLARS

**BB&T**
BRANCH BANKING AND TRUST COMPANY
7200 WISCONSIN AVENUE
BETHESDA, MD 20814

MEMO __Loan__

⑃055003308⑃ 5150387150⑃ 1207

DDC 046875

BB_070_0002