EXHIBIT   P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** <br><br> v. <br><br> **JOHN E. BROWNELL,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) Crim. No. 06-CR-0077 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF WILLIAM M. COLLINS

I, William M. Collins, being duly sworn, hereby depose and say:

1. I am over the age of 18 and believe in the obligations of an oath. This Declaration reflects my personal knowledge.

2. I am the Managing Director of Cassidy & Pinkard Colliers, the largest locally owned full-service commercial real estate brokerage company in Washington, D.C.

3. In March 2004, Cassidy & Pinkard was retained by Douglas Development Corporation to market a 26-property portfolio.

4. At that time, commercial real estate prices in the Washington, D.C. area had reached historic highs, following a nine year run of ever increasing prices.

5. Douglas Jemal described to me his desire to liquidate some of his assets to generate much-needed cash for Douglas Development Corporation, which had historically been property rich but cash poor.

6. The properties selected for sale were fully leased, and therefore did not have as much potential for appreciation as some of Douglas Development's other properties.

1

7. On June 2, 2004, Cassidy & Pinkard sent flyers and confidentiality agreements to a list of approximately 700 prospects that had been active or interested in the Washington metropolitan market.

8. From this list, we received 200 requests for the Offering Memoranda.

9. The Offering Memoranda were produced and distributed in phases known as Volumes I, II and III to accommodate the sheer size of the portfolio.

10. Volume I was released on June 17, 2004 and Volumes II and III were released on July 9, 2004.

11. We informed the recipients of the Offering Memoranda that the call for offers date was set for August 5, 2004.

12. We received 18 offers for either individual properties, select groups of properties or the total portfolio.

13. With input from Douglas Development, we negotiated with various parties over the course of August 2004 and decided to select Brascan Real Estate as the buyer in September 2004 and to only focus the following select group of properties:

77 P Street
801 North Capitol Street
450 H Street, 10250 Baltimore Avenue
JVR Tech Center
3300 75th Avenue
8601 Westwood Avenue.

14. During negotiations with Brascan in September, it was determined that 8601 Westwood would be excluded from the portfolio due to a tenant's "right of first refusal" clause.

15. During the period of October 2004 through early January 2005, Brascan conducted their due diligence.

16. All of the contracts were executed on or about mid-January 2005.

17. The properties closed in staggered phases due to existing loans that had to be paid off, assumed, or defeased.

18. The following lists the purchase price and closing date of each asset in chronological order:

| Property | Price | Closing Date |
|---|---|---|
| 3300 75th Avenue | $29,000,000 | 2/24/05 |
| 801 North Capitol | $18,300,000 | 4/13/05 |
| JVR Tech Center | $6,400,000 | 5/18/05 |
| 450 H Street | $8,000,000 | 7/27/05 |
| 12050 Baltimore Avenue | $8,300,000 | 8/12/05 |
| 77 P Street | $103,146,000 | 10/12/05 |

19. As Douglas Development Corporation had rarely sold assets in the past, this transaction represented the major liquidity event in the company's history.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2007.

_____
William M. Collins

3