UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-077 (RMU) |
| | : | |
| **JOHN E. BROWNELL** | : | |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME
TO FILE ITS RESPONSE TO DEFENDANT BROWNELL'S
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests additional time to file its response to the Defendant's Brownell's Proposed Findings of Fact and Conclusions of Law. In support of this request, the Government respectfully submits:

The Government's Response is presently due Tuesday, April 17, 2007. The defendant's pleading sets forth numerous factual assertions that require detailed factual analysis. Government counsel seeks one additional week within which to respond. The Government notes that the defendant sought and received additional time to respond to the Government's initial pleading.

Defense counsel has represented to Government counsel that the defendant does not object to this motion.

WHEREFORE, the government requests this Motion be Granted.

                        RESPECTFULLY SUBMITTED,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY

By:          /s/
                        MARK H. DUBESTER, D.C. Bar No. 339655
                        ASSISTANT UNITED STATES ATTORNEY
                        555 Fourth Street, N.W.,
                        Washington, D.C. 20530
                        Ph. (202) 514-7986