UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-077 (RMU) |
| | : | |
| JOHN E. BROWNELL | : | |

## ORDER

Upon consideration of the Government's Motion for Additional Time to File its Response to Defendant Brownell's Proposed Findings of Fact and Conclusions of Law, and for good cause shown, it is this 18th day of April, 2007, hereby

**ORDERED** that the Government may file said pleading no later than April 24, 2007.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge