UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-0077 (RMU) |
| | : | |
| JOHN E. BROWNELL, | : | |
| | : | **FILED** |
| Defendant. | : | |

APR 2 6 2007

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 26th day of April, 2007 hereby

**ORDERED** that the March 16, 2007 sentencing scheduling order is amended to extend the deadline by which the probation officer assigned must disclose the draft pre-sentence report to the parties, and it is

**FURTHER ORDERED** that the probation officer must disclose the draft pre-sentence report on or before May 9, 2007.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge