UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 06-0077 (RMU) |
| : | |
| JOHN E. BROWNELL, : | |
| : | |
| Defendant. : | |

**ORDER**

FILED
MAY 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 3rd day of May , 2007 hereby

**ORDERED** that the sentencing scheduling order is amended to extend the deadline by which the probation officer assigned must disclose the draft pre-sentence report to the parties, and it is

**FURTHER ORDERED** that the probation officer must disclose the draft pre-sentence report within 7 calendar days of the court issuing its Findings of Facts & Conclusions of Law.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge