UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-0077 (RMU) |
| | : | |
| JOHN E. BROWNELL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

It is this 9th day of May 2007,

**FILED**

MAY 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for June 11, 2007 is hereby **VACATED** and **RESCHEDULED** for Thursday, August 23, 2007 at 10:00 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge