UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-0077 (RMU) |
| | : | |
| JOHN E. BROWNELL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

It is this 21st day of May 2007,

**ORDERED** that the May 3, 2007 sentencing scheduling order is amended to extend the deadline by which the probation officer assigned to the case must disclose the draft pre-sentence report to the parties, and it is

**FURTHER ORDERED** that the probation officer must disclose the draft pre-sentence report on or Wednesday, June 6, 2007.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge