UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 06-077 (RMU)** |
| : | |
| **JOHN E. BROWNELL** : | |

**ORDER**

Upon consideration of Defendant Brownell's Motion for Reconsideration of Tax Loss Findings, the Government's Opposition thereto, and the entire record in this case, it is this ___ day of June, 2007, hereby **ORDERED**

**THAT** the Defendant's Motion is Denied.

**SO ORDERED**.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE