**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                  )
**UNITED STATES**                 )
                                  )
        **v.**                    )        **Crim. No. 06-CR-0077 (RMU)**
                                  )
**JOHN E. BROWNELL,**             )
                                  )
          **Defendant.**          )
_____ )

**DEFENDANT BROWNELL'S CONSENT**
**MOTION FOR EXTENSION OF TIME IN WHICH TO**
**SUBMIT HIS MEMORANDUM IN AID OF SENTENCING**

Pursuant to Federal Rule of Criminal Procedure 45, Defendant John E. Brownell, through counsel, respectfully requests a thirteen day extension of time in which to submit his memorandum in aid of sentencing. The government does not oppose this request. In support of this request, Mr. Brownell states as follows:

1)   The Court's Standing Order for Criminal Cases states that a party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report.

2)   Mr. Brownell's probation officer has indicated that the final pre-sentence investigation report will be issued on June 29, 2007.

3)   Thus, pursuant to the Court's Standing Order, Mr. Brownell and the government must submit Memoranda in Aid of Sentencing on or before July 12, 2007.

4)   Mr. Brownell's sentencing hearing has been scheduled for August 23, 2007.

5)   Mr. Brownell respectfully requests a thirteen day extension of time, from July 12, 2007 to July 25, 2007 in which to submit his Memorandum in Aid of Sentencing. Undersigned counsel have just come out of a two-week criminal trial in the United States District Court for the Eastern District of Virginia (Norfolk Division), United States v. Pirozzi, and could utilize the additional thirteen days to good effect in sharpening the arguments in Mr. Brownell's presentence memorandum. Moreover, the deadline proposed would still allow approximately one month between the submission of the memoranda and sentencing.

6)   If this motion were to be granted, the government would likewise have until July 25, 2007 to submit its Memorandum in Aid of Sentencing. Neither party would respond to the other's memorandum.

7)   Assistant United States Attorney Mark Dubester has authorized undersigned counsel to represent to the Court that the government consents to this request.

**WHEREFORE** the defendant, John E. Brownell, through undersigned counsel, respectfully requests a thirteen day extension of time, from July 12, 2007 until July 25, 2007, in which to submit his Memorandum in Aid of Sentencing. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

JOHN E. BROWNELL

By Counsel:

\_\_/s/ Barry Coburn_____
Barry Coburn (D.C. Bar #358020)
Jeffrey C. Coffman (D.C. Bar #493826)
TROUT CACHERIS, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036
Phone: (202)464-3300
Fax: (202) 464-3319

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 27th day of June, 2007, I served a copy of the foregoing motion, together with the proposed order, by ECF.


__/s/ Jeffrey C. Coffman__