```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**UNITED STATES**             )
                              )
    v.                        )    Crim. No. 06-CR-0077 (RMU)
                              )
**JOHN E. BROWNELL,**         )
                              )
    **Defendant.**            )
_____)

## ORDER

THIS MATTER came before the Court on the Defendant's Consent Motion for Extension of Time in which to Submit his Memorandum in Aid of Sentencing. Upon consideration of the motion, it is, this ___ day of _____, 2007, hereby

    ORDERED, that the Defendant's motion is GRANTED; and

    ORDERED, that the parties shall submit any Memoranda in Aid of Sentencing by July 25, 2007.

 

                                            _____
                                            Ricardo M. Urbina
                                            UNITED STATES DISTRICT JUDGE

Copies to:

Mark H. Dubester
Assistant United States Attorney
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Barry Coburn
Jeffrey C. Coffman
Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036