UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 06-0077 (RMU) |
| : | |
| JOHN E. BROWNELL, : | |
| : | **FILED** |
| Defendant. : | JUN 2 8 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

It is this 28th day of June, 2007,

**ORDERED** that the defendant's motion for an extension of time to submit a memorandum in aid of sentencing is **GRANTED**, and it is

**FURTHER ORDERED** that the parties shall submit any memorandum in aid of sentencing by July 25, 2007.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge