LANE H. POTKIN
7602 ELMORE LANE
BETHESDA, MARYLAND 20817

July 22, 2007

The Honorable Ricardo M. Urbina
U.S. District Court for the
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Urbina:

     As a colleague and friend of Jack Brownell, I am writing in support of his efforts to have the Court depart from the sentencing guidelines in favor of leniency at his upcoming sentencing hearing.   I should inform you that formerly I was outside transactional counsel for Douglas Development Corp., his employee, and I have now joined the corporation as its general counsel.

     I first met Jack almost twenty years ago, when he first began working for Douglas Development, performing in-house accounting and financing functions.  At that time Mr. Jemal had just begun expanding his real estate activities, and Jack was chiefly responsible for coordinating the financing for the company's purchases, while performing many other related financing, accounting and administrative activities for the company.

     Despite the company's rapid growth, Jack continued to perform many of these same functions, with minimal assistance from new or existing employees, and I always marveled at his ability to handle as much as he did, without rancor or complaint. Regardless of whether the question I (or others) had was about leasing, property management, financing or vendors, Jack would always either have the information readily available, or would locate it within hours.  His selflessness in seeing things through was appreciated by all with whom he worked and unfailingly commented upon by the many lenders and analysts I have worked with on behalf of the company during the last twenty years.   Jack has been and continues to be an invaluable asset to the company.

     My relationship with Jack, by necessity, has evolved over the years, although most of our initial dealings were confined to business, since Jack was by nature a loner who was not married, and I was immersed on the family track, with my two children and wife being my primary focus.  However, in 2003 I started training for the Marine Corps Marathon and discovered that Jack was a runner, though his focus then was primarily fitness.   Since January of 2005 we, occasionally joined by one to three other runners, have done our long runs together on most weekends, and during these runs, ranging from 8 to 18 miles, I have gotten to know Jack on a more personal level.

The Honorable Ricardo M. Urbina
Page 2
July 22, 2007

Jack, unlike many other people who have become before this Court, to my belief is neither motivated by greed, power nor notoriety. Jack is very content with a simple, unobtrusive lifestyle, with a large emphasis placed on routine and order. He is committed to running three times a week (with the highlight being his ascend of the "Exorcist" stairs in Georgetown which he completes ten times each Thursday morning and keeps meticulous records on), and working out in the gym three other days a week. In discussing his need for maintaining routine (it is difficult for me to get him to alter our weekend running route for a little change), Jack related how his father, who is a retired Army colonel, ran into his 60's, always followed the same route, and kept a detailed log of his runs, including temperature and humidity.

Jack's lifestyle is also austere by choice, and contrary to the allegations by the prosecutor in this case, I cannot fathom that Jack's motivation with respect to some of the complained conduct was money. Jack's day to day living expenses are minimal, he has no immediate family to support, and has never exhibited any interest in attempting to impress third parties with material possessions. Given the choice, I have no doubt that Jack would prefer keeping his fifteen year old non-descript and somewhat run down truck rather than trading it in for a newer vehicle, an option which would be readily available to him if he chose.

Jack also disdains attention, whether at work or with his friends and acquaintances, and will always defer credit to others rather than accept it himself. Consistent with this, Jack always has worked, and continues to work, behind the scenes with various charitable organizations associated with the company, and often times he is both the impetus and organizer of the company's (and its principals) many charitable undertakings.

In short, the Jack Brownell I know is an intelligent, honest and essentially selfless person who bears no resemblance to the calculating and greed motivated individual that the government paints him out to be. And while Jack certainly has made some errors in judgment, especially with respect to the timely filing of his tax returns (an error that in my mind was exacerbated by his adherence to routine) he continues to be a positive asset to the company and the community as a whole, and well deserving of a lenient sentence by this Court.

Sincerely,

Lane Potkin

Brian C. Sullivan
Senior Director



Cushman & Wakefield of
Washington, D. C., Inc.
1801 K Street NW
Suite 1100-L
Washington, DC 20006-1301
(202) 739 0363 Tel
(202) 728 0183 Fax
brian_sullivan@cushwake.com

May 18, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge Urbina:

The purpose of this letter is to request that the Courts give proper and appropriate consideration, based on my understanding of the situation, for the upcoming sentencing of Jack Brownell.

Having grown up in Washington, attended Gonzaga College High School in Washington, D.C, and been employed in commercial real estate for the past 20 years, I have known Jack for approximately the last twenty years.

A famous person once said, "A boy can learn a lot from a dog: obedience, loyalty, ......." I not aware of too many people that exemplify the model employee as Jack Brownell, who has faithfully showed up for work, as long as I am aware, religiously for the last 20 years.

Prior to my getting married 8 years ago and raising my two boys (soon to be three), I ran into Jack on many social occasions in and around Bethesda. The Jack that I know and that I observed is a person of very basic needs. His expectations, unlike many people I know, are underscored by these basic needs and, in many ways, remind me of my father and the simple, but strong values instilled in him growing up as a child in Pennsylvania's coal mine region.

In advance, thank you for your appropriate consideration of Jack Brownell's situation and please feel free to contact me if I may be of any further assistance.

Sincerely,

Brian C. Sullivan
Senior Director

Argentina • Australia • Austria • Belgium • Brazil • Canada • Channel Islands • Chile • China • Czech Republic • Denmark • England • Finland • France • Germany • Greece • Hong Kong • Hungary • India • Ireland • Israel • Italy • Japan • Korea • Kuwait • Latvia • Lebanon • Lithuania • Luxembourg • Malaysia • Mexico • The Netherlands • New Zealand • Northern Ireland • Norway • Poland • Portugal • Romania • Russia • Scotland • Singapore • Slovakia • South Africa • Spain • Sweden • Switzerland • Thailand • Turkey • United Arab Emirates • United States

June 26, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D. C. 20001


Dear Judge Urbina,

I am writing this letter in support of Jack Brownell who has pled guilty to charges of tax evasion. I met Jack ten years ago when I was working a second job at a local restaurant in order to make ends meet while beginning my career as an elementary school teacher.

Today, I no longer work two jobs instead focusing on my work as the head of a lower school in an independent, Catholic school. Jack has remained as steady and loyal a friend to me throughout these years.

In the early years when I was working in the evening after a long day of teaching, Jack was a regular customer at the restaurant. A man content with routine, he would come to the restaurant, generally order the same thing nightly and interact quietly with other customers and the restaurant staff. Although on the surface he is not an overly gregarious man, Jack is a person people like to talk to and a person who listens genuinely to others. He enjoys getting to know people and engaging them in conversations about themselves. I was always so impressed how he knew the many details of those with whom he would interact at the restaurant. And, in short time, I came to rely on our conversations and look forward to him walking in to the restaurant.

Our friendship has remained the same throughout this time. What I learned about Jack in those early years and still know today is that he is a compassionate, loyal, dedicated and humble man who is constantly striving to better himself and his community.

Jack is dedicated to his job in two ways. First, he is dedicated to doing the best job he can because that is what he believes is expected of him. Secondly, he enjoys what he does. His long stretch of days at work reminds me of Cal Ripken Jr. and his record of days at work. As far as I am aware, he has not missed a day of work in the ten years that I have known him, but I am confident that if he has, he could tell you the number of days and the dates.

When Jack has a good day at work it is because he has been able to use his abilities to help someone. He has been known to tell a story or two about how he worked to get a loan to come through just in the nick of time. As he tells the story, you can tell from the look on his face that he takes great pride in the relationships he has built up with lenders over time. Although his job does not put him in the ranks with the developers, it is his work and relationship with the lenders that helps to fulfill the vision of others. Jack has played a pivotal role in the re-development of the Seventh Street NW area. I think his work really is the lynchpin type of work –without his tenacity, the vision may have remained a dream and the social and economic development taken longer to materialize.

Jack enjoys a wonderful, insatiable drive to improve himself. His workout program is a terrific example of that. Jack has a rigorous, workout regime that could only be skipped if he were suffering from an extreme injury. He keeps meticulous records of his running times and his improvements, never happy until the previous record has been beaten. He studies what he has done and makes adjustments in his strategies in order to shave seconds off his time. Recently he beat his goal for running a particular set of stairs. In this case, it took him 78 times to reach his goal as to how fast he could run them. I have seen Jack use the same strategies and determination to make changes in his personal and professional life, always striving to be better than he was the day before.

Jack has pled guilty to the charge. He takes responsibility for what he has done. I hope my letter helps to illustrate a little bit the person behind the man. Jack Brownell has been a dedicated, hard-working member of society who takes the time to look out for and care for the people around him. He is always trying to be a better person and I am quite certain he has learned from his mistakes and can be counted on to move forward as a productive, responsible and contributing member of our community.

Respectfully,

Kathryn E. Bonner

# RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC
### ATTORNEYS AT LAW

ALAN M. RIFKIN
SCOTT A. LIVINGSTON (MD, DC)
LAURENCE LEVITAN
EDGAR P. SILVER†
MICHAEL V. JOHANSEN
JOEL D. ROZNER (MD, DC)
RICHARD K. REED
NORMAN D. RIVERA
M. CELESTE BRUCE (MD, DC)
JAMIE B. EISENBERG (MD, DC, NY)
CHARLES S. FAX (MD, DC, NY) ††
CAROLYN JACOBS††
PATRICK H. RODDY
ELLEN B. FLYNN (MD, DC, CT)
ERIC LEE BRYANT
MELVIN A. STEINBERG†
JOYCE E. SMITHEY (MD, DC, NH)
KEVIN O'KEEFFE
LANCE W. BILLINGSLEY†
MICHAEL S. NAGY (MD, VA)
MEGAN M. BRAMBLE
GERALDINE VALENTINO†
ELIZABETH K. MILLER†
LEWIS S. GOODMAN†
TIMOTHY K. HOGAN†
†   OF COUNSEL
††  COUNSEL

DERRICK L. GREEN
(NON-LAWYER/CONSULTANT)

6305 IVY LANE • SUITE 500
GREENBELT, MARYLAND 20770
(301) 345-7700 • FAX (301) 345-1294
E-MAIL: RLLS@RLLS.COM

600 WASHINGTON AVENUE • SUITE 305
TOWSON, MARYLAND 21204
(410) 583-9433 • FAX (410) 563-9439

225 DUKE OF GLOUCESTER STREET
ANNAPOLIS, MARYLAND 21401
(410) 269-5066 • FAX (410) 269-1235

1133 21ST STREET, NW
WASHINGTON, DC 20007
(202) 639-0349

May 10, 2007

The Honorable Ricardo M. Urbina
Unites States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

Please accept this letter of support for Jack Brownell, Chief Financial Officer of Douglas Development Corporation, who I understand is scheduled for sentencing in your court on June 11, 2007. Mr. Brownell has been a friend and colleague for almost ten (10) years and I know him to be an honest, hard working and serious minded individual. In my dealings with him, he has always exhibited excellent judgment and an ability to manage a multitude of extremely detailed reporting, regulatory and other requirements. He takes his business responsibilities and obligations seriously.

I also know Jack to be a person who is considerate of his friends and neighbors and who takes pride in the positive impact he and Douglas Development Corporation have on the greater community. He is always interested in understanding and contributing toward charitable and community organizations. He fully appreciates the positive financial and economic impact his work brings to a neighborhood whether it involves revitalizing overlooked areas in Washington, DC or Bethesda, Maryland or revitalizing areas like Cheverly or Riverdale. Jack has a role to play as a positive force and an asset to the community in which he lives and works.

The Honorable Ricardo M. Urbina
May 10, 2007
Page 2


    Your consideration of these thoughts and perspectives as you give proper and appropriate contemplation to sentencing, which I sincerely hope would not include incarceration or confinement, is greatly appreciated.

Respectfully submitted,

Richard K. Reed

Robert F. Leibner
3224 Cathedral Avenue, N.W.
Washington, D.C. 20008

July 18, 2007

The Honorable Ricardo M. Urbina
United States District Court for
    the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   John ("Jack") E. Brownell

Dear Judge Urbina:

I have known John ("Jack") Brownell since the mid-1980's, when he was one of the first employees at Douglas Development Corporation ("DDC"). My firm provided legal services to DDC, and I was in regular and constant contact with Jack from the 1980's until I retired in 2004. I understand that Jack has pled guilty to a single count of tax evasion and he will appear before this Court for sentencing very soon. I would respectfully request the Court consider these comments prior to imposing sentence.

Jack has been an integral part of DDC from its early inception and throughout DDC's geometric growth culminating in the large company it is today. Throughout his career at DDC, Jack's calm, competent and professional demeanor has been a mainstay at DDC, a calming influence in an otherwise pressured environment. No task was ever too small for Jack, nor was any task too challenging. Jack had an uncanny ability to instantly identify and locate crucial documents needed for litigation matters, and Jack was always able to recall and provide much of the history which accompanied each matter. His broad range of knowledge of the financial history of DDC is impressive and unyielding, both in historical perspective and factual detail. With little internal direction, Jack built a financial department at DDC which was consistently successful in securing needed financing for DDC's ever-growing eclectic portfolio of properties. He did so with minimal support staff, and lenders would often marvel at his ability to single-handedly harness the necessary documents and financial information required for closing such large commercial loans. Jack is without question a team player, dedicated and loyal to DDC, and throughout the years Jack was always quick to shun the spotlight, preferring instead to focus his efforts on getting the job done.

On a personal level, I find Jack to be unassuming, modest, and

The Honorable Ricardo M. Urbina
Page Two
July 18, 2007

humble. Over the years much of Jack's life was, (and remains), consumed by his work at ODC. Outside of work, Jack is an accomplished weight lifter and runner, renowned among his friends for his incredibly challenging work-out routines. Consistent with his personality, Jack rarely volunteers much about his work-out routines, preferring to remain modest. I can vividly remember the shocked looks among a group of friends when we finally got Jack to reveal the details of his "iron-man" workouts, and he casually described a regimen which easily surpassed the collective efforts of the group. He is as modest and unassuming in his personal life as he is in his professional life.

With the exception of his current predicament, Jack has always been a responsible member of the community. His father is retired military, and Jack's infrequent vacations invariably consist of nothing more exotic than a visit to his mother and father, which includes staying in their Florida home. Jack has a sister in the metropolitan area, and Jack's Christmas and Thanksgiving holidays invariably consist of a workout in the morning and a simple visit to her home for the afternoon. Again, he is as modest and unassuming in his personal life as he is in his professional life.

I sincerely believe the interests of justice are not served by Mr. Brownell's incarceration. I believe Jack's instant conduct is an aberration in an otherwise professional, lawful and responsible life and career. I sincerely urge this Court to craft a sentence which will ultimately prove to be humane, compassionate, productive and positive.

Thank you for considering these comments.

Sincerely,

Robert F. Leibner

Vincent Sewell

Ph: (301) 792-6478

Fax: (240) 463-9049

305 N. Stonestreet Ave

Rockville, MD 20850

May 13, 2007

The Honorable Ricardo M. Urbina

US District Court for the District of Columbia

333 Constitution Ave., NW

Washington, DC 20001

Your Honor:

I am writing this letter on behalf of Jack Brownell, who is scheduled for sentencing on June 11, 2007 in the US District Court for the District of Columbia. I am aware of the crime to which he pled guilty, and I would like to take this opportunity to share with the court a little about the man that I know. I am a kindergarten and physical education teacher with a private school in Montgomery County, Maryland and I have known Jack socially for nearly four years. We met at a local sports bar and we instantly struck up a friendship. I count him as one of my closest friends.

As an African American man entering a primarily white establishment in Bethesda, I could have felt uncomfortable. But, Jack immediately introduced himself, made an effort to get to know me, and made me feel a part of the Bethesda community. Our friendship grew from that first day. Since then, Jack and I have enjoyed watching and "talking" sports, as he is an avid fan of the Washington area sports scene- the Redskins, the Nationals and the Wizards. He is a dedicated runner and frequently participates in local marathons. He is also a proud Virginia Tech graduate, and we have recently spoken of the tragedy on campus and how moved he was by the events.

Jack has a wide circle of friends. He is highly regarded by the community. One of his most obvious qualities is his generosity. He is always giving of his time and thoughtfulness. For example, on my birthday this year, I had a few friends out to dinner and Jack couldn't make it. When I tried to pay our bill, I discovered that Jack had already paid it over the phone. He never seeks recognition or credit for his good deeds. He frequently comes to the restaurant on early mornings to plant flowers and help beautify the exterior.

I consider Jack a role model in my life. His support and advice have been invaluable, and his contribution to the community is great- but he would never brag about it. I appreciate this opportunity to brag about Jack. I hope the Court considers Jack's character and community standing during the sentencing phase of this trial.

Sincerely,

Vincent Sewell

Teacher

Georgetown Hill Early School



SAPPERSTEIN & ASSOCIATES, LLC

*Established 1982*

May 08, 2007

To:    The Honorable Ricardo M. Urbina
       United States District Court of the District of Columbia
       333 Constitution Avenue, NW
       Washington, DC 20001

From:  Mr. Gary L. Sapperstein, Principal and Managing Member
       Sapperstein & Associates, LLC
       6917 Arlington Road, Suite 300
       Bethesda, Maryland 20814

Dear Judge Urbina:

    Please be advised that I have known Jack Brownell for over seventeen (17) years and have found him to be a person of integrity and honesty. He has a down to earth "no nonsense" personality and is always willing to be of help. Though soft spoken, his actions speak volumes for he has done an exceptional job for Douglas Development Company in his capacity as Chief Financial Officer. Indeed, if not for Jack many of the deals which we have read about or heard about in the Washington Metropolitan area would not have come to fruition. He is a "behind the scenes" person who has a track record of accomplishments. He has been an invaluable asset to the company and community.

    I hope that you will minimize any possible punishment Jack Brownell could receive, as in my opinion, the good more than outweighs any wrong doing.

Respectfully Submitted,
**SAPPERSTEIN & ASSOCIATES, LLC**

Gary Lee Sapperstein, Principal and Managing Member



July 20, 2007


The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

   RE:    United States V. Brownell

Dear Judge Urbina:

It is highly unusual for me to write a letter such as this one, but based upon what I have observed through my limited involvement in Mr. Brownell's trial, I felt that it was important for me to share my thoughts with the Court.

While Mr. Brownell is not a social or personal friend of mine, I have known him professionally for almost seventeen years. During Mr. Brownell's sentencing hearing, as a Tax Partner in the public accounting firm that represents Douglas Development Corporation, I was privileged to be allowed to explain through testimony to the Court my opinions concerning the accounting practices of Douglas Development Corporation.

During my years as an accountant for Douglas Development Corporation, when working with Mr. Brownell, I always found him to be an honest and thoughtful business man with his bottom line answer always being to report tax items fairly and correctly. As I explained to the court in my testimony, he was responsible for the recording of an enormous amount of accounting information with a shortage of internal accounting help. This situation resulted in a lack of detail in the company's internal accounting and ultimately, in my opinion, this lack of detail in their books and records contributed to his failure to correctly report income.

Mr. Brownell has significantly participated in the important development work Douglas Development Corporation has done in the District of Columbia; revitalizing distressed communities and helping the D.C. economy grow. His involvement has been essential in the company's efforts and successes in the District and the loss of his continued participation in the Company would materially affect its ability to continue its development efforts in the District of Columbia.

Mr. Brownell is a valuable member of the community who has contributed greatly to its greater good and I respectfully request that the Court show leniency in its sentencing of Mr. Brownell and not subject him to incarceration or confinement.

Thank you for taking the time to read this letter.

Very truly yours,


Paul H. Wilner, CPA
Partner

**Mr. Loren C. Geisler**
**9763 Polished Stone**
**Columbia, MD 21046**

July 18, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
33 Constitution Ave., N.W.
Washington, DC 20001

Dear Judge Urbina:

You are scheduled to meet with Jack Brownell at a hearing for sentencing in August 2007. Before you meet with him I would like to write to you on his behalf. I am the Chief Lending Officer for Monument Bank and have known him personally and professionally for more then a decade. With regard to banking transactions he has always conducted himself in an honorable and forthright manner. What makes Jack unique from my perspective is his commitment to the city. When he and I have reviewed projects, the discussion isn't only or even largely about the economics of the transaction. It is about the building that's been preserved, the area that's being redeveloped and the jobs and city dynamic that follow. I find that point of view refreshing and uncommon among the developers that I have financed.

As an executive of Monument Bank I will work with him without reservation. On a personal level I look forward to a continued relationship. When you review his case I hope you will consider his contributions to the city as CFO of Douglas Development Corp.

Sincerely

Loren C. Geisler

1025 Connecticut Ave., N.W.
Washington, D.C. 20036
202.296.5588
202.296.5236 FAX

# WashingtonFIRSTBANK

May 7, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jack Brownell

Dear Judge Urbina,

I am writing this letter to you on behalf of Mr. Jack Brownell. I was sad to hear of Mr. Brownell's guilty plea for a failure to declare a portion of his income in 1999. I am a local banker that has been in a number of lending transactions over the last decade where Mr. Brownell, representing Douglas Development, orchestrated the loan process for all parties.

Over approximately a ten year period I have found the communication with Mr. Brownell in all the banking transactions to be honest. I would also note, to my knowledge, all the loans made were handled in a satisfactory manner, in part due to Jack's attention to the process.

Jack Brownell's dedication to his employer, Douglas Development, has allowed that company to achieve accomplishments that have helped rejuvenate and rehabilitate many of the beautiful old buildings in Washington, D.C. In a process that can often be executed with favoritism, Mr. Brownell has held no prejudice – he has worked with both small and large companies, sought out new firms and welcomed and all to the table. I know many other bankers and other real estate professionals that always speak highly of Mr. Brownell and his passion for making things happen in a way there is fairness to all.

It is my hope that you will take into consideration in your sentencing the exceptional character of Jack Brownell and his role in the many transactions that have been a blessing to the Washington, D.C. community.

Sincerely,

Bruce J. Wilmarth
Senior Vice President – Real Estate Lending

# JACKSON PRENTICE
Real Estate Services

May 8, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jack Brownell

Dear Judge Urbina:

I am a friend and business associate of Jack Brownell. I was born in Washington, D.C. in 1949 and my grandfather, Harvey V. Prentice, was the Superintendent of the Gospel Mission located at 810 5th Street, N.W., Washington, D.C. for over forty (40) years. The mission is located in the shadows of your courtroom. I graduated from August Military Academy, Ft. Defiance, VA in 1968 and received my BA from Elon College, Elon College, NC in 1973. I have been in the commercial / investment real estate business since my graduation from college. I currently own Jackson Prentice Real Estate Services and Jackson Prentice Management, Inc.

Over the last fifteen (15) plus years, I have known Jack Brownell through my brokerage services with Douglas Development Corporation (DDC). As you may be aware, Mr. Brownell acts as the Chief Financial Officer for DDC. This position carries many important duties including but not limited to, handling of literately millions of dollars in acquisition funds, preparation of Letter of Intents, transferring of escrow funds pursuant to Purchase Contracts and obtaining financing for various acquisitions.

To that end, I have known Mr. Brownell as always being vigilant, ethical and acting inside the rules and regulation outlined within the Washington D.C. Metropolitan Area Real Estate industry. Mr. Brownell is a responsible and important member of our community.

I am aware of Mr. Brownell plea of guilty to one portion of one count which alleged he failed to declare as income a single payment of ten thousands ($10,000) dollars he received in 1999. At this time, I would ask the Court to give proper and appropriate consideration to punishment which would exclude incarceration or confinement to Mr. Brownell.

Please feel free to call me with any questions you may with this matter. Thank you.

With kind regards,

Jackson Prentice

July 19, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:  John English (Jack) Brownell

Your Honor:

Our names are Eileen L. Brownell and Mary E. Sobota.  Eileen lives in Vienna, Virginia and is a partner in the McLean, Virginia law office of Pillsbury Winthrop Shaw Pittman. Mary lives in Fairfax, Virginia and is a public health nurse in the Springfield, Virginia office of the Fairfax County Health Department.

We are Jack Brownell's sisters.  He is scheduled for sentencing in your courtroom on August 23, 2007 in connection with his guilty plea to a tax evasion charge.  We are writing to provide you with some background on our brother Jack and to respectfully request that you take into account in making your sentencing decision Jack's many years as a responsible member of the DC area community, Jack's many years of caring devotion to his family members, and the current health conditions of Jack's father.

Jack's Background

Jack was born in 1961 on a U.S. military base in Heidelburg, Germany.  He is the youngest of six children of Mary and Jim Brownell.  He has no children of his own, but he is the proud uncle of two nieces and three nephews.

Our family moved to the DC area in 1963 and Jack has lived in the area ever since.  Jack attended public school in Fairfax County and attended college at Virginia Tech, graduating in 1985.  After college, Jack worked in accounting firms for several years.  In 1990, he went to work for a local real estate development company, Douglas Development Corporation, where he still works.  Douglas Development Corporation is dedicated to improving the neighborhoods of DC and has made an enormous positive impact on the DC area.  In his many years at Douglas Development Corporation, Jack has been directly involved in a number of projects that have made a tangible, valuable contribution to the DC community.  Jack is totally devoted to his job, working very long hours.  His work has been his biggest passion in life.

Jack has never married, but he has a wide circle of friends and ties to the local community.  He has many long-term friends, including some that he has stayed close with since elementary school.  We have spoken to his friends over the years and they have uniformly described Jack as a responsible, caring friend who will always "go the extra mile" to help them and their families.

July 19, 2007
Page 2

<u>Examples of Jack's Caring Actions Towards His Family Members</u>

Jack is a very caring and responsible brother to all of his siblings and a loving uncle to his nieces and nephews. The two of us have been especially blessed with Jack's love and caring, as we have lived close to Jack in the DC area for our entire lives. We want to be sure that you are aware of the wonderful help that Jack has provided to the two of us over the years.

How Jack has helped me (Eileen):

> For many years I lived alone in Rockville, Maryland, in a home located not far from Jack. Jack was always available for me. He took care of my pets and helped with yard work, snow removal, heavy lifting, whatever I needed. He also just spent time with me, being a great friend as well as a brother. I am especially grateful for Jack's help one night when I developed a very high fever from a kidney infection. Jack rushed over to my house and took me to the hospital emergency room. He was an invaluable help to me that night and throughout my stay at the hospital.

How Jack has helped me (Mary):

> I was widowed in 1988. I was left with three small children to raise on my own. Jack has been extremely helpful to me and my children over the years, always willing to lend his time and resources to us. When I was first widowed, Jack mowed my large yard for several summers, continuing until my sons were old enough to take over the mowing duties. Jack has been a part of many celebrations and holidays at our home. One special memory I have from a holiday right after my husband died is of a twentysomething Jack responding "I don't know how!" when asked to carve the turkey, but then managing to do a fine job of it.

Jack is also a loving and devoted son. Our parents are both 82 years old and live in Clearwater, Florida. Jack does not take much vacation time from his job, but the vacation time that he does take he spends in Florida visiting our parents. Over the years our parents, siblings and their families have returned to the DC area from time to time for family reunion visits. Each time that they have come, Jack has been the "base of operations" for the family and plans something wonderful for us. He hosts gatherings for the family at his home and arranges special tours and visits in DC. The last time the family visited Jack made special arrangements for the family to tour the World War II and Roosevelt memorials, something that was especially appreciated by our parents.

July 19, 2007
Page 3

## Current Health Conditions of Jack's Father

Jack's father spent his life serving this country. He graduated from West Point in 1945 and served as an officer in the U.S. Army for over 25 years. His military service included service in the occupation force in Germany from 1945 to 1948, service in Korea from 1953 to 1954, and combat duty in Vietnam from 1967 to 1968.

Jack's father currently has several severe, chronic health conditions, including heart disease, prostate cancer and thyroid irregularities. He has been hospitalized a number of times over the last several years due to his heart problems, most recently just last month when he collapsed suddenly and had to be rushed to the hospital by ambulance. The doctors are still doing tests to determine why he collapsed. It would be a great hardship on our parents if Jack were incarcerated and unable to be with them if something serious happens to our father.

On our own behalf and on behalf of our entire family, especially our parents, we respectfully request that you give consideration to eliminating any incarceration time for Jack. He is a very responsible, caring member of our family and of the DC area community. This conviction is an isolated incident for Jack. He has expressed to us that he is very sorry for his conduct. He takes the conviction very seriously. It is a blemish on his professional reputation that he can never remove, and that punishment will be a life-long one for him.

We would be glad to provide you with any additional information that might be helpful to you in making your sentencing decision.

Sincerely yours,

Eileen L. Brownell
1807 Brentridge Street
Vienna, VA 22182
Work: 703-770-7711
Home: 703-242-8515

Mary E. Sobota
10822 Colton Street
Fairfax, Virginia 22032
Work: 703-913-8938
Home: 703-273-2614

July 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina,

I'm Maurice Whitehead divorced father of two boys ages 16 and 13 years old which I have every summer. I manage to work two jobs Pitney Bowes Legal Solutions during the day which I am a customer service associate and Caddies Sports Bar at night and weekends which I hold the position as head of security.

I met Jack Brownell about 5 years ago working at Caddies. We have been friends ever since. For, as long as I have known Jack he's been a well rounded guy. Jack and I have attended Wizard basketball games, he has donated equipment to my youngest son basketball team, and he has helped me in a few financial situations where I wasn't able to pay my rent. Jack is known for his down to earth personality. He's a very nice guy who loves nature, conducts physical training daily, and is always willing to lend a helping hand whether it's a friend or beyond.

I am aware of Jack crime. In my opinion I don't think that jail time would be appropriate in this case for a guy like Jack. I hope that this letter of encouragement will help my friend at this time of need.

Sincerely,

Maurice Whitehead

July 24, 2007


Timothy Roberts
4205 Bar Harbor Place
Olney, MD  20832


The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Dear Judge Urbina:

I have worked with Jack Brownell since April 1991 and over time we also have become good friends. In 16 years I have never heard Jack say a curse word, pretty amazing in a company like ours. He's a good, kind hearted person who lives modestly. There's nothing flamboyant or deceiving about Jack. The Toyota truck he drives every day to work has over 180,000 miles on it. He says it's good transportation. I'm sure Jack could afford a new one but this is how he lives his life. With Jack what you see is what you get. He never judges people before he meets them and treats everybody with the same respect. He has friends from all different back grounds. The only vacation Jack takes every year is to see his parents for one week in Florida, otherwise he's at the office and never takes a sick day.

Jack made a mistake that he never well make again. It's a mistake that is totally out of character for him and I believe he should be given a chance to correct his wrong. Jack can be a key player in implementing the new controls within Douglas Development Corporation. He's the only one with a complete and true understanding on how Douglas Development Corporation works internally.

Without Jack, Douglas Development would not have had the success it has enjoyed over the years.



Sincerely,



Timothy Roberts



May 7, 2007

WACHOVIA

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

My name is Donna Register and I am a Senior Client Account Manager for Wachovia Bank's Real Estate Financial Services. I graduated from Radford College in 1977 and have worked in the banking industry for the past 10 years. I consider it an honor to write this letter to give my support for Mr. Jack Brownell.

In my capacity as a client account manager to Douglas Development Corporation, I handle the depository and cash management side of the relationship. As Jack is the Chief Financial Officer for Douglas Development Corporation, I have had extensive business interactions with him on almost a daily basis over the past three years of our relationship. The most important thing I can say about Jack is that he consistently conducts himself in an honest and straightforward manner. In my experience, Jack has always been completely trustworthy and responsible. He is a consummate professional and I enjoy working with him a great deal.

I understand the charge of tax evasion to which Jack has pleaded guilty is a serious offense. This situation has weighed very heavily on him and his family as well. I believe Jack to be a genuinely warm-hearted, sincere person and a credit to his community. I would ask that Your Honor take all this into consideration as you decide on a sentence to impose on Jack.

Respectfully submitted,

Donna R. Register
Senior Client Account Manager
(703) 760-6991
Fax: (703) 760-5554
E-mail: donna.register@wachovia.com

DRR/clm

June 22, 2007


The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Dear Honorable Judge Ricardo Urbina:

I am writing regarding Jack Brownell.  Jack and I have been friends since I
started working at Douglas Development in June of 1998.  I left the company in
April 2005 to start a family with my new husband. Jack is a great friend and I feel
I have a solid long lasting relationship with him. Jack was extremely supportive,
caring and an important individual during the most difficult time of my life; my
divorce from my first husband.

Jack was always there to listen to me, take me to dinner when I was feeling
down, keep me socially active and was overall a great friend to me.  On many an
occasion he would help me financially and never asked for anything back.

Although we worked in two separate areas of the business we did share
information regarding lease transactions.  He was always willing to review any
work I had questions on and would always supply me with guidance on how to
properly do my job.

In this letter I ask that you see Jack for the true person that he is; a caring, smart,
hardworking, helpful man who has a lot to offer his employer and society as a
whole.

Thank you for you time and thoughtful consideration in his case.

Sincerely,

Sabra J. Quinn



## Greta Perry
Construction Management

May 22, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: Jack Brownell

Dear Honorable Judge Urbina:

It is my pleasure to write to you regarding Jack Brownell, I have worked with Jack at Douglas Development Corp. for almost 5 years.

In my work with Douglas Development, as the construction manager for the historic restoration of the Woodies building at 1025 F Street, NW, I worked closely with Jack on both the bank loan and processing and the sale to Chevron of the Federal Historic Tax Credits for Woodies. Without Jack and his masterful understanding the intricacies of the finance world these efforts would have been nearly impossible.

It is Jacks skillful work with the banks that has been the rock of the success of the Douglas Development Corp real estate acquisitions. The organization would be at a great loss without his knowledge and untiring efforts to manage the vast portfolio of real estate loans and financing challenges.

Douglas Development continues to change the face of downtown Washington, the organization has been critical to the economic success of the city. It is through Jacks efforts to work out the challenging financing for these projects, many in the city's most underdeveloped areas, that has been vital to the success of Douglas Development and for the city of Washington.

Please accept this as my support of Jack Brownell as you review his pending sentencing before you and your court.

Sincerely,

Greta Perry
Principal



GTM

May 17, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC, 20001

Re: Jack Brownell

Dear Judge Urbina,

In my job as the Managing Principal and CFO of GTM Architects, Inc., an 18-year old
Bethesda architecture firm, I have known and worked with Mr. Jack Brownell for more
than 10 years. Jack has been my counter-part at our firm's most important client,
Douglas Development Corp., for all of that time.  Accordingly, we have had many
dealings, going thru both the good times and the tough times together.

In all of that time, Jack has always come through for us, without exception. In Jack's
position, he was always the one put in the sometimes unenviable position of ultimately
having to deliver on the financial agreements Douglas Development entered into with my
firm. And he always did. Without these efforts, and the opportunities afforded to us by his
company, it is safe to say that at least a large portion of the now 60 or so hardworking
members of our staff would not have the opportunities they have today.

I am aware of his plea in the case before you. But I must say, I find the whole matter
very hard to believe. I have always believed, and do to this day, that he is a sincere
asset to community.

Thank you for your consideration.


Sincerely,


James C. Myers
Managing Principal

**CHRISTOPHER F. NAUGHTEN**
**1015 15th Street, N.W., Suite 300**
**Washington, D.C. 20015**
Direct 202-312-5113
Fax 202-216-9238

May 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:    Jack Brownell Sentencing

Your Honor:

I am a commercial real estate executive and manger of a local office of a publicly traded company doing business in the District of Columbia. I have a law degree from a local DC law school, currently admitted to practice in Maryland. Although I am in the legal profession, I have been in the real estate and title insurance industries since 1981. I have known Jack Brownell since 1992 and have interacted with him in a business relationship since that time. I understand he has recently pled guilty to a federal crime.

When I first met Jack, he was working directly for Douglas Jemal. Over the years, I have provided legal and real estate services to Douglas Jemal and his companies and in every case I interacted directly with Jack Brownell. I know Jack has backgrounds in finance and accounting and have always known him to have the highest professional and business ethic standards. In recent years, my company has provided commercial real estate transaction services to Jack's employer, Douglas Development. Every single one of these transactions involved millions of dollars of funds that my company either held on deposit as the escrow agent for Douglas Development or as the closing agent for acquisition or loan transactions. Most of these transactions involved commercial real estate here in the metro DC area. In virtually every transaction, Jack Brownell was my principal contact at the development company. In every case Jack acted and conducted himself under the highest ethical and business standards. As a service provider, I enjoy working with Jack because I know I can trust him to do the right thing and I never had to question his decisions or his business integrity.

My opinion is that Jack is a valuable and responsible member of the DC business community. I have known him to be a businessman that conducts himself under only the highest ethical standards. He has been instrumental in helping Douglas Development to employ local residents, to re-develop under-performing commercial properties, not only in DC but all over the Mid-Atlantic region, and generally helping to bring a higher standard of living to our whole community.

Notwithstanding the serious nature of the crime to which he has pled guilty, if your Honor sees fit, please grant some consideration to Jack and sentence him to a punishment that would not require incarceration. We need him out here in the community to help continue his employer's good works. If you have any questions, please contact me directly.

Very truly yours,

Christopher F. Naughten

**Pepco Holdings, Inc**

Suite 1100, 10th Floor
701 Ninth Street, NW
Washington, DC 20068

202 331-6403
202 236-3869 Cell
202 872-3281 Fax
jastrausman@pepco.com

**Jack E. Strausman**
Associate General Counsel

July 20, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am an Associate General Counsel of Pepco Holdings, Inc. (PHI), the parent Company of Pepco, Delmarva Power and Atlantic City Electric. I have been with PHI and Pepco for almost eighteen (18) years. I am also an Adjunct Professor in University of Maryland University College's undergraduate Legal Studies Department. However, today I write to you not as an attorney or a PHI employee, but as a private citizen and a friend of Jack Brownell, Chief Financial Officer of Douglas Development Corporation, who I understand will soon be before you for sentencing.

I have known Mr. Brownell for about four (4) years. He and I share a passion for fitness. I see him almost every weekday morning at the health club to which we both belong. I have gotten to know him over the years as we have discussed weight lifting and marathon running and training, current events, District of Columbia politics, and Mr. Brownell's legal troubles. Mr. Brownell has always seemed to me to be a gentleman: a courteous, polite, upstanding, ethical and moral individual. The criminal count to which he has pled guilty certainly, to me, appears to be an aberration from the individual I know. From our discussions, I truly believe that Mr. Brownell regrets that he did not properly declare the subject payment. He appears to be quite concerned with how the plea has impacted his reputation in the community. He appears to me to be truly remorseful.

After Mr. Brownell advised me that he pled guilty to a count in the indictment and would soon be sentenced, I asked whether incarceration was a possibility. He responded that it certainly was. I was a bit taken aback because I could not imagine a man like Mr. Brownell in jail. As I have thought about it since then, I have wondered what benefit there would be to society to incarcerate him. It seems that a lesser punishment which does not include any period of confinement would be more appropriate. I would hope that Your Honor would take into consideration Mr. Brownell's reputation in the community, the humiliation and damage to his reputation which he has already suffered, his remorse, and the unlikelihood that he will offend again, when issuing his sentence.

Thank you for taking the time to read my letter.

Sincerely,

Jack Strausman

# *Wilkes Artis*

*Stuart A. Turow*
*202.457.7821*
*sturow@wilkesartis.com*

*Chartered*
*Attorneys at Law*

*Suite 400*
*1150 18th Street, NW*
*Washington, DC 20036-3841*
*Fax: 202.457.7814*

June 11, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Jack Brownell

Dear Judge Urbina:

This letter serves to present my impression of the character of Jack Brownell over the 13-year period that I have known him.

I am a partner with the law firm of Wilkes Artis, specializing in real property tax and condemnation matters. I first met Jack in 1994 while working on a tax appeal matter for Douglas Development, his employer since 1990. Over the years, Jack has been my primary contact at Douglas Development in handling all property tax appeals and related matters for all of their District of Columbia properties. I have seen Jack grow in the job from a basic controller / jack of all trades to the Chief Financial Officer of a large, well respected real estate company. In my dealings with Jack over the years, I have found him to be very professional, forthright and detail-oriented in overseeing the vast amount of properties that he has to oversee. He has always looked to do what is "right" for his company, thus not to tarnish the reputation of Douglas Development as a top real estate company in the area.

Jack has worked closely with Douglas Jemal in upgrading various parts of the City that no other development company was willing to consider. Jack has indicated to me on various occasions the satisfaction that he has received in bringing many of these projects to fruition since they have and will continue to benefit the City in may ways. While working with Douglas, Jack has learned the importance of working with members of the community to reach common goals that benefit the community in general, as well as private business.

Based upon my experiences and impression of Jack over the past 13 years, I believe that the legal issue that is now before him is an anomaly and inconsistent with the man that I have described above. I believe that Jack will learn from this matter and will continue to be a

*Wilkes Artis*

The Honorable Ricardo M. Urbina
June 11, 2007
Page 2

responsible and trusted member of the community.  He should be given that opportunity.

Respectfully submitted,

By: _____
Stuart A. Turow

SAT:lb

Patricia Anne McConkey
13916 Coachmans Circle
Germantown, MD 20874
301-916-4487

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor:

To introduce myself, I have been employed for over seven years as the Manager of Registrant Services, of the American Registry for Diagnostic Medical Sonography (ARDMS). We are an independent non-profit credentialing organization, established in June 1975. We administer examinations and award credentials in the areas of diagnostic medical/cardiac sonography, vascular technology and vascular interpretation.

I have known Jack Brownell for three years. We met through mutual friends and due to a common interest in running we quickly became friends ourselves. I am aware that Jack pled guilty to a portion of one count of the six counts he was originally charged with and that sentencing is pending. I am very aware of the significant impact this entire situation is having on Jack, his friends and family. I have never written this type of letter before, however I feel compelled to, as I know Jack is a man of outstanding character, which should be acknowledged.

Jack was extremely supportive and compassionate towards me when I was going through a difficult time. He extended himself in offering me rides to appointments and an ear to confide in. I found that he was quite respectful and confidential in my private matters. He was also there for me, a cheerleader of sorts, in my endeavors to run my first race and lose fifty pounds. Rather than judging, he supported me, and always offered encouragement and sound advice.

I have seen this level of integrity in the way he treats everyone around him as well. I have witnessed Jack extending himself to individuals, strangers and/or friends. It is not uncommon for Jack to see an individual sitting alone and, after approaching, inviting the individual to join the group and make them feel welcome. He has done little things such as arranging a birthday celebration. This may not seem like a big deal to some, but for those who are on the receiving end, it is sometimes just what they need to make them feel important and special.

Furthermore, Jack is reliable, meticulous and detail oriented. He is hard-working and takes pride in his accomplishments, whether it's at the office, training for a marathon or taking care of flowers at a neighborhood restaurant. When Jack says something will be done, I am confident and trust that it will be completed in a timely manner and in an exemplary manner.

Thank you for allowing me this opportunity to describe the Jack that I know, respect and trust.

Sincerely,

Patricia McConkey

# Kate Walsh Carr

May 18, 2007

The Honorable Ricardo M. Urbina
United States Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am a life long resident of Washington, D.C., with a thirty-four year banking career, the last eleven as President and CEO.

I have had a business relationship with Jack Brownell as Chief Financial Officer of Douglas Development for over fifteen years and know him as a man of integrity. He is straightforward, guileless, gentle and kind. Never was there ever a time to doubt his statements or actions. Jack approaches relationships and transactions with fairness and equitableness as a priority.

I can always count on Jack Brownell to support programs addressing the concerns and issues facing our neighborhoods. It is evident that a community spirit focus permeates throughout the Douglas Development organization.

I hope you will consider Jack Brownell's decades of candor and honesty and his longstanding commitment to our town.

Please do not hesitate to contact me: 202-251-5444.

Sincerely,

Kate Carr

## 2500 Massachusetts Avenue, N.W.
## Washington, D.C. 20008



Branch Banking & Trust Co.

Commercial Real Estate Lending
8200 Greensboro Dr., Suite 1475
McLean, VA 22102

May 16, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor:

I am writing you on behalf of Jack Brownell who is facing sentencing on June 11th.

I met Mr. Brownell soon after he started working for Doug Jemal in 1990 when I was a real estate lender for a local bank. Mr. Brownell is as honest and hard working as anyone I have ever known. You can imagine the effort it takes to keep up with all the loans that Doug Jemal has taken out. For example, as of year end 2005 Jemal had controlling interest in over 150 properties. The mortgage debt at that time was over $750MM. Over 35 lenders were involved. Mr. Brownell was involved with every loan from every lender. He is the point man who applies for loans, provides information to the lenders, and coordinates the closings. With his calm manner and attention to detail he does an outstanding job.

As a commercial real estate lender, I have provided millions of dollars in financing to Mr. Jemal over many years. I have dealt with Mr. Brownell for every loan. He is a professional. His character is beyond reproach. I think he is a reflection of Mr. Jemal's hard drive and positive attitude.

I believe Mr. Brownell is a very ethical person whom I have observed over many years. Doug Jemal could not be as successful as he is without a man like Mr. Brownell doing the heavy lifting. I recommend him to you and hope you will consider the above information in your sentencing. I further hope that your punishment does not include confinement.

Yours,

Howard Dymond
Senior Vice President
Branch Banking and Trust Company

June 11, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Ave, NW
Washington, DC 20001

Dear Judge Urbina:

I've had the pleasure and good fortune of knowing Jack Brownell personally and professionally for over fifteen years. During that time I have always known Jack to be honest, good-natured and civic oriented. Through his work at Douglas Development Jack has participated in a significant number of revitalization efforts which have dramatically improved many neighborhoods throughout the Washington Metropolitan area. He has always taken great pride in these projects and spoken to me on many occasions about the positive impact they have had on the lives of the people in those communities as well as the number of jobs they have created.

Jack is my primary contact at Douglas Development concerning many complex tax litigation matters which I have handled on his behalf. In all of these matters I have always found Jack to be forthright and conscientious. He has continuously demonstrated a concern for his company's reputation as a "good corporate citizen" and directed us to conduct our representation in a transparent and even-handed fashion even when a more forceful approach may have been more effective.

As an attorney who has represented virtually all of the major developers in the Washington area over the past 20 years I can say without qualification that Jack is committed to being a responsible member of the community and someone who will continue to improve the lives of our neighbors and fellow citizens. I believe the legal issues Jack faces are an aberration and I am certain that he will use this experience to motivate himself to be even more civic minded in the future.

I am pleased to offer this letter of recommendation.

Sincerely,

Eric S. Kassoff

cc:    Jack Brownell
ESK:nea
#298030

# COLOMBOBANK

May 25, 2007

TO:  The Honorable Richard M. Urbina, United States District Court for the District of Colombia
333 Constitution Avenue N.W.
Washington D.C. 20036

FROM:  Lester Johnson

Dear Judge Urbina,

I am writing this letter of support for Jack Brownell whom I have known for approximately eight years. I first established a business relationship when I was President of The Harbor Bank of Maryland. He found out that I was a graduate of Howard University and invited my wife and me to join him at Doug Jemal's table in support of Howard's annual fund raising efforts. I learned that his company had supported this function for a number of years. Later, I continued the relationship as President of Colombo Bank. I have always been impressed with the fact that Jack would literally spend hours taking me on tours of the city pointing out not only his company's developments but also those of others. He emphasized how important they were for the continued development of the city.

I consider Jack honorable, honest and a credit to our community. I hope the Court will consider my comments and agree that punishment should not include incarceration.

Sincerely,

Lester W. Johnson
President
Colombo Bank





May 7, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

For the past three years I have known and worked with Jack Brownell in his capacity as Chief Financial Officer for Douglas Development Corporation. I manage our loan approval function for our Washington, DC office. I graduated from Washington & Lee University, have an MBA from UNC Chapel Hill, and have been with Wachovia for 19 years, mostly in the real estate group. Even though I have a staff of five underwriters, I personally handle this account and due to the fact that Wachovia has a significant business relationship with Douglas Development Corporation, I have a lot of contact with Jack.

I have found Jack to be a responsive and hard working individual who has a lot of responsibilities to manage at Douglas Development. Despite his significant workload and long hours, he consistently maintains a positive attitude and is willing to deliver information or help out the Bank. I believe that this reflects positively on his character as other people in similar positions typically resist offering assistance when their workload becomes excessive. Now, not all of our requests are delivered in a timely fashion, but Jack will give you an honest answer as to why and will continue to work to meet deadlines. He does not make excuses. In my opinion, this approach is refreshing and becoming more and more uncommon in our society as a majority of people would typically try to find someone or something to blame for the failure.

Jack is not a flashy, outspoken person, nor is he boastful about his accomplishments or goals. My impression is that he is a hard working member of a local development company that wants to make a difference within the local Washington, DC community. I believe that Jack supports these corporate goals by being a caring person who espouses a strong work ethic and commitment to his company's objectives. Therefore, I ask that Your Honor take all this under consideration when sentencing Jack.

Respectfully submitted,

Robert M. Drake
Senior Vice President
REFS Site Risk Manager
RMD/clm



MACDONALD

MACDONALD

**Amy Hurite Macdonald**
direct (301) 858-5888
fax (410) 280-8667
email: amy@macmaclaw.com

June 6, 2007

The Honorable Ricardo M. Urbina
United States District Court of the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Dear Judge Urbina,

I am writing to you to offer the court my personal knowledge of Jack Brownell's background and character. I hope that these comments will be constructive in the sentencing portion of his case.

I have known Jack for over ten years. I have been "across the table" from Jack in numerous real estate loans. I represent several banks in transactions where Jack was working with the borrower. In all of these transactions, Jack has been honest, fair, forthcoming and a complete gentleman. In none of the transactions did I ever question the veracity of the information provided by Jack.

I am aware he has plead guilty to a crime. However, I believe that he is a valuable asset to the Washington-area community.

I am a real estate attorney in private practice with my own firm of Macdonald + Macdonald in Annapolis, MD. Previously, I was associated with Pillsbury Winthrop Shaw Pittman and Wilkie Farr & Gallagher. I received my JD/MBA from Georgetown University and my undergraduate degree from Duke University.

Thank you for your consideration of these comments.

Sincerely,

Amy Hurite Macdonald



*Pamela J. Sweeney*
15806 Bond Mill Road
Laurel, Maryland 20707
(301) 362-3446

May 28, 2007

The Honorable Ricardo M Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Your Honor,

I am writing on behalf of Mr. Jack Brownell.

While working at Douglas Development from December 2002 to July 2005, I was the Accounts Payable and Cash Management Manger, my job responsibilities required me to work directly with Jack for a little over two years. During my tenure at Douglas I grew to appreciate and respect the professionalism that Jack exercised in carrying out his responsibilities to the company.

I am certainly aware of Jack's current legal difficulties but I've never seen him do anything that would reflect poorly on the company in regards to financial dealings with Subcontractor's or Lending Institutions.

Further, I never saw ~~with~~ Jack loose his temper or say an unkind word to an employee, client or to anyone else.

I am sure Jack is sincere in his regrets for any transgressions that could have contributed to his current difficulties. If there was anyone deserving of consideration or a second chance Jack would be that person.

Jack has always looked out for the best interest of Douglas Development and hopefully can continue doing so for many more years.

Should you need to contact me for any reason, please do not hesitate to call me at 240-893-1385.

Sincerely,

Pamela J. Sweeney

**4434 Lowell Street, N.W.**
**Washington, D.C. 20016**


May 31, 2007


The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am writing to express support for Mr. Jack Brownell, Chief Financial Officer of Douglas
Development Corporation (DDC), and to ask for your leniency in his sentencing which is scheduled
in a few weeks.

I met Jack when Howard University, my employer, purchased a property located at 2301 Georgia
Avenue, N.W. known as WonderPlaza from DDC in 1993. The University retained DDC as property
manager and in my position of executive director of auxiliary enterprises and the first Howard
manager of the property, I had many interactions around the issues of property management and
finances with Jack, whose tenure as CFO dated back to that period.

For the period I was assigned to manage WonderPlaza, Jack handled the account with the highest
degree of financial integrity. I was very diligent about protecting every penny of the University's
assets and in doing so had a lot of questions for Jack, who was not only patient but took delight in
explaining the business to me. We met each month to go over financial records and there was never a
dispute.

Jack has abiding professional and personal attributes to recommend him. I admired Jack's demeanor
and skill in handling the challenges of his job including the workload, personnel issues and critical
deadlines that are part and parcel of any business, and especially one that grew as rapidly as DDC.
Jack always spoke warmly of his family, to whom he is very close. He has many admiring and
faithful friends, which I believe is a reflection of the kind and considerate person that he is. Relative
to his impact on the community, students, employees and the university were the ultimate
beneficiaries of Jack's generous and invaluable advice to me.

I acknowledge that the crime to which Jack has plead is a serious one. Everyone is obligated to pay
their fair share of taxes. However, I urge the Court to use compassion and understanding when
proceeding to sentence. One aberration does not define a man.

Thank you for your consideration.

Very truly yours,

Margo J. Vickers

May 23, 2007


The Honorable Ricardo M. Urbina
United States District Court for
 the District of Columbia
333 Consititution Avenue, NW
Washington, D.C.  20001

Your Honor:

I am a commercial lender with a Washington area commercial bank. I have a Bachelor of Business Administration degree from Wake Forest University.  I have known Jack Brownell for over 15 years.  In my dealings with him I have become aware of his diligence and devotion to his duties as CFO of Douglas Development Corporation.  In this regard, he has played an integral role in the corporation's goal of revitalizing many areas of Washington, D.C.

Jack Brownell has always been straight forward and forthright in his responses with detailed explanations of the properties he seeks financing for.  He surely has paid dearly for the mistake he made for which he pled guilty and has brought humiliation upon himself.  The crime he committed does not, I feel, warrant being dealt with severely as neither the Government nor any individual (except Jack himself) have incurred significant long term negative consequences.  Jack's personal shame is part of the punishment already received.

Very truly yours,

Arrel E. Godfrey

July 16, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, DC  20001

Dear Judge Urbina,

This letter is in reference to a personal friend of mine Mr. Jack Brownell.  I am aware that Jack has been convicted of a crime by the District of Columbia court of law as I followed the court proceedings very closely.  I want this letter to support Jack as the true person he is, as I have known him for the past 8 years.

I met Jack through a very close friend of mine and co-worker of his.  We immediately became friends and I can honestly say that Jack has always handled himself in a very first class manner.  I feel he is a genuinely honest and hardworking person, who cares about the job he does and the people he works with.  I have found, like myself, that people really like him as a person.  He is sincerely concerned about other people's feelings and the community in which he lives and works.

I have enjoyed getting to know Jack over the years and feel that his contribution to his Douglas Development and the community in which he works far outweigh the mistake he made.  I hope that the courts will take into account his exceptional character, as I know it.

Sincerely,

Chuck Driesen

# Jeffrey N. Cohen, Esquire
### 477 Congress Street – Suite 2C
### Portland, Me 04101

May 31, 2007

Dear Honorable Judge Ricardo Urbina,

I am a native of Washington D.C., a member of and former arbitrator for the District of Columbia Bar Association. I was the former Chairman of three national banks in Washington, D.C. Also, I am a retired Sergeant from the Metropolitan Police Department of the District of Columbia Reserve Corp. and I have been very involved since 1975, in many community/charitable organizations as well as multiple business activities in the District of Columbia. Currently, I am living in Florida, developing real estate in Maine.

I should also mention that for three years, I was the law clerk to the Honorable Milton D. Korman in the District of Columbia Superior Court. I have had, albeit some time ago, a fair amount of experience with sentencing issues.

I am writing to you in support of Jack Brownell as I understand that his sentencing is scheduled soon.

I have known Jack, professionally, for at least ten years. I have dealt with him in my capacity as a lender to Douglas Development and on many other, sometimes related issues. In my entire experience with Jack, he has been forthright, honest, sincere, and ethical in his dealings with me.

Given my relationship with Jack, I am sure that he appreciates and is remorseful for that which he has done. He may not have the same capability to be as financially generous as Douglas Jemal was (and is), but in my opinion he is a good citizen and deserves a second chance. I suspect that if the government wasn't so intent on prosecuting the Jemal's, Jack's case might not had ever reached this conclusion.

However, all of that having been said, I respectfully urge you to be lenient, as Jack will be a more valuable member of the community (without the need for incarceration) for this first and only offense. He and his family, have already "paid a big price" for his actions, given the personal trauma and expense resulting from this process.

Although times and laws have changed somewhat, I respectfully suggest that the interests of justice would be best served, in this particular case, by a sentence of probation, not incarceration.

Sincerely,

Jeffrey N. Cohen

# Eddie Aaronson
## CUSTOM FLOORING, INC.

May 27, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Jack Brownell

Dear Judge Urbina:

I have known Jack Brownell and am writing this letter in his support. Over the years, I have worked with Jack in his capacity in the finance field with Douglas Development Corporation.

Jack and I are not social friends, I know him only in a business capacity.

I wish to say that he has always been a man of his word and very honest. Some people say "yes" but really mean "maybe". Not Jack, you can take his word to the bank. I have been in business for "50" years and people with Jack's integrity are rare.

5603 WHITNEY MILL WAY    NORTH BETHESDA, MD 20852
301-230-6500 / MOBILE 301-379-7500

Re: Jack Brownell

Pg 2

# Eddie Aaronson
## CUSTOM FLOORING, INC.

People come in all sizes and shapes
and have different sides to their nature.
I am not addressing what brings Jack before
the court, but just his high integrity as
I personally know it to be.

Respectfully,
Eddie Aaronson

Eddie Aaronson
President
Eddie Aaronson Custom Flooring, Inc.
5603 Whitney Mill Way
No. Bethesda, Md. 20852
301- 379- 7500

May 8, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Your Honor:

I am writing to you on behalf of a business associate, Jack Brownell.  I am aware that
Jack has pled guilty to failure to pay taxes on $10,000 in income received in 1999.  While
I do not condone tax evasion, I believe this was not an intentional or habitual act on
Jack's part.  In my opinion, what Jack has personally gone through in this process has
already extracted a punishment in excess of the crime.  I therefore hope that sentencing
will reflect this.

By way of background, I am 53 years old, a Senior Vice President and real estate lender
at a local financial institution.  I have an undergraduate degree in Economics and an
MBA from the College of William and Mary.  I consider myself financially astute and
conservative.

I have known Jack personally for 5 years, when I became the relationship manager for
Douglas Development at my current employer.  I interact with Jack routinely on financial
transactions.  He represents my primary contact at Douglas Development.  I have always
found Jack to be reliable and honest in all dealings with me.  Despite the heavy toll
placed on him during the last few years with the ongoing criminal investigations, he has
remained professional and focused on keeping all loans current and financial information
forthcoming to myself and other lenders.  I truly believe that in Jack's absence the
financial health of Douglas Development will deteriorate.

Thank you in advance for your consideration.

Sincerely,

Carolyn M. Roberts
4119 Rosemary Street
Chevy Chase, MD  20815

**BLAKE**

Joseph J. Blake and Associates, Inc.
Real Estate Valuation and Consulting
www.blakeglobal.com

Canal Square, 1054 31st Street N.W, Suite 530, Washington, D.C., 20007 Phone: (202) 342-5577 Fax: (202) 342-0605

June 12, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Re:     *Jack Brownell*

Your Honor:

My name is Thomas J. Shields and I have been an acquaintance of Jack Brownell for approximately 10-12 years. We are a national commercial real estate appraisal company. Our company, Joseph J. Blake & Associates, Inc., has worked with Douglas Development as a third party with lenders providing appraisals for lending purposes.  I have been with the company for 22 years and have run the Washington D.C. office for 15 years. I have been made aware of the crime to which Jack has pled guilty and that is why I felt it was necessary to write this letter on his behalf.

Jack has been my point of contact for all of the appraisals we have worked on for lenders for Douglas Development's deals. We have worked on over 80 appraisals involving Douglas Development's properties over the last 12 years. I have found Jack to an extremely knowledgeable and honest professional in my many dealings with him over the years. He is well respected in the Washington D.C. real estate market, in addition to being well liked. As part of Douglas Development, he and his company have worked hard to transform blighted neighborhoods into safe and livable areas.  I many cases, profit does not appear to be their primary motive, but rather they have a sincere desire to improve the City.

I know that the charges brought against Jack have affected him deeply and ask that you consider his good character when contemplating his sentencing.

Respectfully yours,
*JOSEPH J. BLAKE & ASSOCIATES, INC.*

Thomas J. Shields, MAI
Principal/Regional Manager

Corporate Headquarters: 100 Jericho Quadrangle, Suite 327, Jericho, New York  11753 Phone: (516) 827-0222
Regional Offices: Boston, Chicago, Dallas, Los Angeles, Miami, New York City, San Francisco, Washington, D.C.
Blake & Sanyu Alliance: Tokyo, Osaka, Nagoya, Yokohama
Blake & PIX ATIS REAL Alliance: Argentina, Brazil, Chile, Colombia, Venezuela



May 9, 2007

WACHOVIA

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

My name is Douglas Cochrane. I am a Senior Vice President in Wachovia Bank's Real Estate Financial Services group, based in McLean, Virginia. I am a 1982 graduate of the College of William & Mary and have been active in the real estate finance industry for over 20 years.

I have known and worked closely with Mr. Jack Brownell for the past five years in my capacity as manager of Wachovia's business relationship with Douglas Development Corporation ("DDC"). As the primary financial officer for DDC, Jack has been Wachovia's primary day-to-day contact at the company. We have had extensive and frequent dealings with Jack, and have worked closely with him to close over $300,000,000 aggregate real estate loans. Jack has been a pleasure to work with. In my opinion, he has conducted himself in an honest, straightforward and professional manner at all times. I consider him to be a very competent representative of his employer, and a responsible member of the community. I believe he is a quality and caring person.

I am aware that Jack recently pled guilty to one count of tax evasion and is scheduled to be sentenced on June 11. I am aware it is a serious offense. However, I respectfully ask that, in considering punishment, you be aware of Jack's track record and character, as I know it. Also, as a senior officer of DDC, Jack plays an important role in the company's ongoing management. I respectfully ask that you give consideration to punishment that would allow Jack to continue his active role in implementing new operating standards and procedures for DDC.

Respectfully submitted,

Douglas L. Cochrane
Senior Vice President
Senior Relationship Manager
Wachovia Bank
(703) 760-6176
E-mail: doug.cochrane@wachovia.com

DLC/clm



The Honorable Ricardo M. Urbina
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Mr. Jack Brownell

Dear Judge Urbina:

I have worked in the Banking industry for the past twenty eight years, and am currently employed by EagleBank. I am a Senior Vice President and have been at EagleBank since its inception nine years ago.

I have known Jack Brownell since coming to EagleBank in both a professional and social capacity. Jack has proven to be responsible, trustworthy, reliable, extremely professional and a pleasure to deal with. Jack has always kept his word meeting deadlines, providing us with requested information and keeping us informed.

I have also counted on Jack and he has supported many of our community service events and is a true asset to our local community, providing donations, volunteering his time and generally working with us to improve our community.

If I can be of any additional assistance, please feel free to contact me directly

Sincerely,

Deborah L. Colliton
Sr. Vice President/EagleBank
7815 Woodmont Avenue
Bethesda, Maryland 20814
240-497-1660

May 16, 2007

The Honorable Ricardo M. Urbina
United States Court of the District of Columbia
333 Constitution Ave., NW
Washington, DC  20001

Dear Judge Urbina:

I am writing to you on behalf of Jack Brownell.  I have known Jack for more than ten years; he is a neighbor, a customer and a friend.  I have kept myself informed with respect to the plea that Jack has agreed to recently.

Please let me add my voice to what I suspect will be a chorus of individuals who will urge you, as you consider sentencing, to consider Jack's fine character and his contribution to the great work that Jemal has done in the Washington, DC area.  All I can do for Jack is to simply vouch for what I believe to be his solid character and confirm the consistency with which he has dealt with me over the years in our varied interactions. Irrespective of the outcome on this matter, in my albeit biased view, Jack's character is, has been and will continue to be above reproach.

Thank you for taking the time to consider my voice in this process and I trust you will proceed judiciously.

Antonio F. Marquez



**Provident**
BANK

May 30, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Jack Brownell

Your Honor:

As a banker and real estate lender in the Washington Metropolitan area since the early 1980's I have known and worked with numerous developers, builders, and investors who have in some part helped in the development of this region. I have maintained a professional relationship with Jack Brownell for the past eight years and have never encountered a single incident where he has misrepresented any fact or provided incorrect information for my consideration in our business dealings. During this timeframe, Jack and I have worked together in structuring several commercial real estate financings that have all been handled as agreed.

One only needs to walk the streets of Washington with Jack to be aware of his sense of pride in the part he has played in redeveloping many neighborhoods within the city. Jack's knowledge of the direction that local government leaders have mapped out for the District is focused on how his employer can be a part of this needed revitalization, which in turn enhances the community and the citizens who live and work within its borders.

I am aware of the fact that Jack has pleaded guilty to one portion of one of the six counts originally charged against him relating to tax evasion relating to his failure to declare as income a single payment of $10,000 that he received in 1999. This seems so foreign to my perception of Jack's behavior that I have great difficulty imagining that it was done purposely with intent to avoid the tax implications. Certainly the past year to eighteen months have taken a mighty toll on Jack and his family, and I would hope be considered in his favor in whatever decision the Court hands down in this matter.

Many individuals have contributed to the betterment of our community during the last two decades and I believe that Jack Brownell has played a favorable role in these efforts.

Sincerely,

Wylie J. Mitchell
Senior Vice President



CASSIDY & PINKARD

May 9, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.,
Washington, D. C. 20001

Dear Judge Urbina,

I am writing this letter to you in connection with the recent conviction of Jack Brownell. I have known Jack for over 10 years and know him as an honest and giving individual. I met Jack when he was getting started in the real estate business. Jack has always treated the people he has come in contact with respect and fairness. Jack has also looked for ways to reach out to the community and help others less fortunate then himself. At Douglas Development he with others helped shaped the cities new vitality and luster and along the way has given not only money but inspiration and support to causes that help others reach their goals. A few examples of those efforts are the rebuilding of a Synagogue on 6th Street or giving time to the Salvation Army during the holidays. The list of individuals and groups he has helped is long and broad. His foundation is set in the belief that the greatest gift of all is in giving people hope. In closing, the District is a better place because of Jack. I only hope is that he is given a chance to remain in the community to continue to make it a better place to live and work. Thank you for taking the time to listen to my thoughts.

Sincerely,

William M. Collins
2001 Pennsylvania Ave, NW
Washington, DC  20006

**To:**     Members of the Federal Judiciary

**From:**   Robert O. Carr
            Carr Realty Partners, LLC

**Date:**   June 22, 2007

**Re:**     Case of Jack Brownell

I am writing in support of a lenient sentence for Jack Brownell in his tax case before this court. I have dealt with Jack for ten years on a variety of different projects; most importantly, the Atlantic Building on F Street, NW and the 1199 F, NW project on F Street, both of which exceed $100 million dollars in total project cost. As the Douglas Development CFO, Jack was the point man on creating and implementing the funding structure, with me, on both of those major downtown projects. Throughout those dealings Jack was a friendly, hard-working, and honest colleague who always demonstrated the greatest integrity in his work. We never disagreed on any financial matter.

He has personally contributed a great deal to Douglas Development's success throughout the East End of Washington and can be very proud of the many, many different projects he helped move forward with his important financial work.

Working with him has been a pleasure. I would be pleased to work with him in the future and am, in fact, discussing a new transaction at the present time.

I consider him to be an important upstanding member of this community, and merits favorable treatment.



THE
**ADAMS**
NATIONAL BANK

*1130 Connecticut Avenue, NW Suite 200*
*Washington, D.C. 20036*
*www.adamsbank.com*
*p: 202-772-3600*
*f: 202-659-5771*

July 19, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

The Honorable Ricardo M. Urbina:

I have known Jack Brownell (CFO of Douglas Development Corporation) nearly 13 years. During that time, our business relationship has included an estimated 20 loan transactions from four different financial institutions in which I was the bank's loan officer. During these negotiations, I had direct contact with Jack. I am aware of the criminal charge to which Mr. Brownell has pleaded guilty and wish to offer supportive comments to the Court.

A significant piece of Jack Brownell's value at Douglas Development is his commitment to the local banking community. Jack directs the borrowing activities for Douglas Development, and in that capacity, has continuously funneled lending opportunities to numerous local banks (including Adams Bank). Many of these relationships stretch 20+ years. These loan opportunities provide a steady and stable source of business for these local banks. Douglas Development remains supportive of us local banks even though many of those transactions could be handled by national institutions.

In my position as the Real Estate Group Head at The Adams National Bank, I currently manage 8 real estate secured loans to Douglas Development related entities. Douglas Development related entities have nearly 20 deposit accounts at The Adams National Bank. All of these loan and deposit accounts have been and continue to be handled as agreed, in a manner that every banker would expect from their best customer. Jack Brownell is my primary contact on all of these related accounts. Despite the guilty plea, I continue to seek new loan and deposit business from Douglas Development and the criminal charge does in no way effect my desire to do business with Douglas Development, as represented by Jack Brownell. This is a relationship that I treasure, am immensely proud of and will strive to maintain throughout my banking career.

Sincerely

Mark T. Palmer
Vice President

July 9, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Honorable Ricardo M. Urbina,

I have known and worked closely with Jack Brownell since November 2000 when I met him and other executives of Douglas Development Corporation (DDC). The organization needed help and direction in the accounting department and I provide these services to companies that have such a need. Since that initial meeting I have worked approximately 8000 hours with Jack in the DDC Accounting Department helping to ensure that all transactions are recorded on the correct entity in the correct accounts. This is no small task given the growth of the number of properties DDC manages in the Metropolitan area.

During the six plus years I have been associated with Jack Brownell, I have been impressed with his commitment to the company, employees and the DC Community and I have witnessed the changes that have taken place outside the DDC offices at 7th and H Streets. Jack has played a key role at DDC which has been one of the moving forces in revitalizing this area as well as other areas of DC. In all the time I have known Jack, I have witnessed his commitment to the company, employees, friends, and the community at large. He is a hard working, giving individual whose office door is always open to other employees.

Given all of the above, I was saddened to learn of his guilty plea for failing to report $10,000 of income received in 1999. It is not the act of the Jack that I know and have worked with since November 2000.

In closing, I ask your honor to have leniency on Jack Brownell in sentencing.

Sincerely.

Jan Peterson, CPA

# J & B Music Connection

928 Summit Ave
Greensboro, NC 27405

July 12, 2007

The Honorable Ricardo M. Urbina

United States District Court for the District of Columbia

333 Constitution Ave, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am writing this letter on behalf of Mr. Jack Brownell. I was made aware of his situation here recently and wanted to let the court know how great the gentleman has been to me and all the people around him. I've known Mr. Brownell for about 18 years now out of the over twenty years that he has worked for another personal friend of mine, Douglas Jemal. It was times that I was truly troubled and came to this gentleman for advice on what to do. He would always advise me to go ahead and speak to Douglas to get help with my situations. He is not a threat at all to the community and has really done a lot for the people around him. There were not a lot of people that I could really trust or talk to about my situation but this gentleman always had time. I still call and talk to him today about business as well as personal matters.

I personally own my own music business and have worked in this industry for over twenty years. My store is located in North Carolina but I grew up in Washington, D.C. Douglas Jemal treated me like a son almost my whole life and Mr. Brownell was like an Uncle. If anyone deserves any leniency towards his punishment, it's this gentleman. If there is anything else that I can do please feel free to have anyone contact me.

Sincerely,

Jerome Robinson
Owner/Operator
J & B Music Connection

336-574-3600 wk
336-392-4858 Cell

May 8, 2007

The Honorable Ricardo M. Urbina
United State District Court for the
        District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Dear Judge Urbina:

I have known and worked closely with Jack Brownell for the past 17 years in my capacity
as a real estate banker for various financial institutions in the Washington, DC
metropolitan area. I am currently a Senior Vice President and Manager of Real Estate
Lending for a regional banking company located in the Washington area. During past 17
years I have financed tens of millions of dollars of real estate for the Douglas
Development Company and Mr. Brownell has been my principal contact for that
company.

During my business dealings with Mr. Brownell he has demonstrated an enormous
capacity for honesty, being forthright and professional in dealings of every sort and
matter. Mr. Brownell's word is rock solid and his integrity is beyond reproach. There has
never been a time when his word was not as good as gold.

On a personal level Mr. Brownell is honest and hardworking. He is dedicated to his job
and is an upstanding member of the community. His work has benefited the Washington
area and many of its areas that others would have bypassed. Those of us who have known
Jack would ask the court to weigh this man's contribution to the community in
considering the punishment for the offense to which he has plead guilty.

Thank you for you consideration in this matter.

Sincerely,

Richard L. Bernardi
4906 Bangor Drive
N. Bethesda, Maryland  20895
301-933-4906

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Ave NW
Washington DC 20001

May 24, 2007

Dear Judge Urbina:

I am aware that Jack Brownell has pleaded guilty to tax evasion. I have practiced Real Estate in Washington DC since 1989. I am consistently a top producer and I am currently among the top 5 agents at Long and Foster. I have known Jack Brownell for 6 years. He is an honest, ethical, and generous person. He is hard working and eager to help others.

As his Realtor, I have rented Mr. Brownell's property located next door to his primary residence several times. Mr. Brownell has signed rental leases with tenants whose credit ratings, employment history, and/or income were considered to be high risk. I specifically recall the current tenants of his rental property; a group of young professional boys struggling to find a home to rent with weak credentials. These boys had been declined from previous rentals due to unstable incomes. They pleaded & promised to make their monthly rental payments if Jack Brownell would rent his house to them. In spite of my reservations, Jack insisted I draw up the lease and offer them the house for rent. There have been many occasions where the boys have been late with their rent however, Jack has worked with them and they are, to this day, happy tenants. More importantly, Jack is responsible for giving these boys a chance to establish themselves professionally, an opportunity that they may not have found otherwise.

In my 18 years of experience practicing real estate it is rare but always a pleasure to come across a charitable and kind client like Jack Brownell. I am hopeful that Jack Brownell's punishment is minimized because he is truly a fine citizen.

Best Regards,

Greta Nicoletti
Long and Foster Real Estate
4733 Bethesda Ave
Bethesda, MD 20814

Gary Newman
165 Griffen Avenue
Scarsdale, NY 10583

May 7, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor:

My name is Gary Newman and I am writing to provide a personal reference for Jack
Brownell. By way of background, I currently serve as a Director at Hypo Real Estate in
New York. Previously, I worked at Barclays Capital and Lehman Brothers within each
firms' commercial real estate finance group. I attended Indiana University for my
undergraduate degree (class of 1992) and received a law degree from Brooklyn Law
School in New York (class of 1996).

I have known Jack and done business with him since 2004, while I worked at Barclays
Capital. During our business dealings, he has always been forthcoming with information
and honorable in our business dealings. In short, Jack Brownell is the type of client who I
hope to conduct business with again. In addition to our professional relationship, I have
also come to know Jack on a personal level. I have found Jack to be an honest,
trustworthy and reliable individual.

I am aware of the crime to which Jack Brownell pled guilty, but I believe that his long-
term role as an up-standing, responsible member of the commercial real estate
community should minimize the Court's actions.

Sincerely,

Gary Newman



# SCHAEFER INSURANCE SERVICES, L.C.
*All Forms of Insurance*

May 22, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I am writing regarding Jack Brownell's upcoming sentencing for tax evasion.

I first became associated with Jack in the early 1990's when my insurance agency took him on as a client. He has always been a pleasure to do business with, and he has always treated our staff with courtesy and respect.

Throughout my association with Jack, he has proven to be a very responsible, trustworthy individual. He has had several insurance policies with us, insuring his autos and several different properties he has owned. On all his policies, Jack has had an outstanding claims history. It is a reflection of his moral integrity that, in an era when insurance fraud is all too commonplace, Jack has been claims-free with us for over ten years.

In rendering your decision regarding sentencing, I respectfully request that you take into consideration the outstanding presence that Jack has held in the D.C. business community for so long, and consider leniency. His dealings with me have always been honest and straightforward.

Thank you for your attention. If you have any questions, or if I may be of any further assistance, please do not hesitate to contact me at the number shown below.

Sincerely,

Joel Schaefer LUTCF
Member, Schaefer Insurance Services

13208 EXECUTIVE PARK TERRACE • GERMANTOWN, MD 20874
BUS: (301) 428-0282 • FAX: (301) 972-9352



# ROYAL BANK
## AMERICA

May 16, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I have known Jack Brownell for over six years, both as a customer and a friend.  In my capacity as Chief Lending Officer of Royal Bank America, it is my responsibility to evaluate the character of the individual borrower.

For whatever lapse of judgment Mr. Brownell might have exhibited, all of my dealings with him have been forthright.

I am hopeful that this will be resolved so he can continue in his efforts to enhance the City of Washington in a positive way.

Very truly yours,
**ROYAL BANK AMERICA**

Murray Stempel, III
Chief Lending Officer

MS/lal




# CROSS CAPITAL ADVISORY, LLC

May 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Your Honor:

I am writing with regard to the Jack Brownell case which is now before you. I am a 1986 graduate of Mount St. Mary's College and have a small commercial mortgage banking company which assists real estate developers and investor in arranging debt financing for commercial real estate projects. In that capacity I was introduced and have worked with Jack on numerous transactions over the years.

Through my business dealings with Jack I got to know him both on a business and personal level. On a business level, Jack was always honest and straight forward in all our business dealings. His straight forward and honest approach with me was always appreciated.

Our personally relationship was not as involved for two reasons. First, because I am married with 3 kids and this does not afford a lot of time outside family life and running my own company. Second, because Jack is so depended upon at his company he worked very long hours trying to stay ahead of what might have been the fastest growing real estate company in the region over the past 10 years.

Even though we were not real close socially one thing stands out in my memory. A number of years ago, during a conversation with Jack it came up the circus was coming to the MCI Center. Knowing I had three little girls, Jack made arrangements so I could take my family and a couple of other families to a Saturday afternoon show in his company suite. This was a gesture he did not have to undertake and one he very easily could have not acted upon.

In closing, I can not make a statement regarding what Jack might have done or failed to do with regards to the case before you. However in all my experiences in dealing with Jack, I saw an honest man who had an ever increasing work load placed his shoulders. If Jack is guilty of an oversight, or a lack of action being taken, I can see how that could happen.

If you would like further information regarding this matter, please feel free to call me.

Sincerely,

Peyton H. Cross



*Construction By Design Inc.*

Va. License# 2705-068485A    D.C. License#54186-64000727

14440 MILL CREEK DRIVE
MONTPELIER, V.A. 23192
**(804) 883-6390 / (703) 573-6797**

May 17, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Honorable Ricardo M. Urbina,

    I have known Jack Brownell personally and professionally for 27 years. Jack and I grew up with the same group of people. Jack has always been an honest, straight forward and reliable person. After many years in Construction I have learned that when it comes to payment not everyone holds their end of the contract. A contract is only as good as the person signing it. Jack always fulfilled his end of the contract.

    My name is Thomas Gannon. I have completed 2 years of principles of business, business management, and business law. I have grown up in the construction business. I started working at 12 as a laborer for my brother's home building company. At 16 I led my first framing crew. When I was 21 I was hired as a superintendent for a commercial construction company. At the age of 27 I was a Project Manager and Estimator for Erin Construction and was offered a percentage of the company. In 1991 I started my own construction company and have continued to operate this through the present time. I am an expert witness and have been recognized and excepted by the insurance industry, D.C., Arlington, Alexandria, Fairfax Courts as well as the Eastern District Federal Court. I have always worked hard with high expectations of my employees and subcontractors.

    I have seen these traits in Jack. It becomes harder to find people who share these traits. I know that Jack believes that the charges he faces are serious. I know it has caused him great anguish to be placed in this situation. He was reluctant to

Page Two
Jack Brownell

discuss the charges he faced, as we have a mutual respect for each other and he believed this would be negative mark on his character. I know Jack can be trusted and would not hesitate to hire him myself.

I believe, as a member of the community, that having honest and forthright people to deal with in the general population benefits all.

Sincerely

Thomas J. Gannon
President

**Mr. H.L. Ward**
**118 Hart Road**
**Gaithersburg, MD 20878**

May 15, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Dear Judge Urbina:

   I am writing to you in behalf of Mr. Jack Brownell, an individual that I have known personally and professionally for about 15 years. In my professional capacity as a local banker (I am currently the President and CEO of Monument Bank.), I have conducted business with Douglas Development through Jack in a variety of banking matters. In this period of time, he has always represented issues in a forthright, direct and honorable fashion. Whenever problems would arise, he has been accessible and has worked diligently to address and resolve them.

   I continue to work with Jack and look forward to many more years of playing some role in assisting him in carrying out his responsibilities as the CFO of Douglas Development. As you consider the issues surrounding his case, I would sincerely hope that you would keep in mind the many similar relationships that Jack has built through the last several years.

Regards,

H.L. Ward

May 30, 2007

The Honorable Ricardo Urbina
United States District Court for the
     District Court of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor,

My name is Monica Ferrari, I am of South American decent and a proud American
Citizen.  I am currently realtor working for Re/Max 2000.  I am a good standing with
both Re/Max as well my community, for which I work very hard to keep informed and
educated in real estate.  My hearts desire is to make my clients are entering into an honest
deal.

I have known Jack E. Brwonell since 1998 through  Eaglebank, and have grown to
respect him for many reasons, but most of all for the care and honesty that he has
extended towards our community.   He was always eager to help those who were in need
and offered intelligent as well as assertive advice.  Jack has been an asset to both our
community and the public as well.  While I had my TV Program, his encouragement
played a big roll in its success.

I know that the current charges have taken a tremendous toll on Jack's life, and he has
suffered greatly because of it.   Please do consider all of this during the sentencing stage
of this matter.

Sincerely,

Monica Ferrari

Monica Ferrari



RE/MAX
2000 REALTORS®
Monica Ferrari Cokinos
REALTOR®

11466 Rockville Pike, Suite 200
Rockville, Maryland 20852
Cell: (301) 467-0500
Office: (301) 881-1750
Fax: (301) 881-1755
Toll Free: (800) 888-7053
E-mail: mfcokinos791 @aos.com

Pillsbury
Winthrop
Shaw
Pittman LLP

2300 N Street  NW          Tel 202.663.8000
Washington, DC  20037-1122  Fax 202.663.8007
                            www.pillsburylaw.com

May 14, 2007

John T. Epting
Phone: 202.663.8879
john.epting@pillsburylaw.com

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Re:     <u>United States v. Jack Brownell</u>

Dear Judge Urbina:

I have known Jack Brownell in a professional and personal capacity since the early 1990s.  I am a zoning attorney focused on land use in the District of Columbia.  In that capacity, I have worked with Jack at Douglas Development Corporation on zoning and related matters for literally hundreds of different properties.  My work has included everything from a simple email verifying a property's zoning, to zoning opinions, and administrative work through the Board of Zoning Adjustment (BZA).  Jack is also our contact for payment of our invoices.

Over these fifteen (15) years, I have always found Jack to be a tough negotiator trying to gain as much insight into these properties as we are willing to advise on, but I have always found Jack to be straightforward and honest on a personal and professional level.  He knows development and he knows DC and the region.

I do understand that Jack has admitted to one count of tax evasion and I take this action seriously.  However, given my working relationship with Jack over the last fifteen (15) years, and my interaction with his sister Eileen (who is also a partner at the firm) over the years, I firmly believe that this was just a short sighted mistake on his part, for which, through the trial process and the Washington Post, he has paid dearly and regrets sincerely.

I continue to work with Jack and still trust his judgment and professionalism.  I am also aware that his action has severely impacted Jack and he is truly sorry, and request that leniency be given in considering his punishment.

Sincerely,

John T. Epting
Partner

400568417v1



THE
MELTZER
GROUP

6560 Rock Spring Drive
Suite 500
Bethesda, MD 20817
(301) 581-7300 Main
(301) 581-7301 Fax

May 16, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Urbina,

My name is Alan Meltzer.  I grew up in Massachusetts and came to the DC
area to attend American University in 1969.  I am the Founder and Chief
Executive Officer of The Meltzer Group, a Bethesda, Maryland based
group of insurance and financial services firms that has been associated
with Massachusetts Mutual Life Insurance Company since 1978.  I have
been their top producer for 16 of those years.

I've known Jack Brownell for a number of years, first through business,
and then on a personal basis. I'm aware of the crime to which he pled
guilty.  In working with him on a business standpoint, he's been above
reproach and a man of his word, with incredible character. On a personal
basis, I've known him five to six years, found him to be a true friend,
always there when you need him.

I hope that the court takes into consideration all the many great things
he's done for the community.

Sincerely,

Alan L. Meltzer



May 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     Jack Brownell

Dear Judge Urbina:

Since 1998, Jack Brownell as Chief Financial Officer for Douglas Development Corporation has built a very satisfactory deposit and lending relationship with United Bank, Virginia. United Bank, Virginia operates 35 full service retail branches within the Washington Metropolitan area and we are a subsidiary of United Bankshares, Inc., a regional bank holding company having $6.5 billion in total assets.

As an Executive Vice President of United Bank, I have worked closely with Jack Brownell the past two years. Since 1998, United Bank's loan committee has relied upon information and financial statements provided by Jack Brownell to approve significant real estate loans to Douglas Development Corporation. The quality and accuracy of the information provided by Jack Brownell has been very satisfactory. The executive officers and loan committee members of United Bank trust Mr. Brownell's character, honesty and professionalism. United Bank also recognizes that Jack Brownell's hard work and professional dedication has been instrumental in significant development of downtown Washington, D.C., which has greatly benefited the community.

United Bank and I are aware that Jack Brownell has pleaded guilty to failing to declare a $10,000 payment. I also understand that the criminal charges and the ensuing events have seriously affected Mr. Brownell's life. We request your consideration to punishment, which would minimize incarceration or confinement. Our community needs Jack Brownell to continue his work building new office space, amenities and new homes for our residents.

Please contact me at 703-442-7157, if you have any questions. Thank you.

Sincerely,

UNITED BANK

Kurtis J. Marx
Executive Vice President

LAW OFFICES

# GREENBURG, SPENCE & TAYLOR, L.L.C.

51 MONROE PLACE, SUITE 707
ROCKVILLE, MARYLAND 20850-2406

PETER A. GREENBURG
DONALD H. SPENCE, JR.
MICHAEL A. TAYLOR
MICHAEL P. MARCHETTI
PAYAM SIADAT

*OF COUNSEL*
STEVEN M. WEISBAUM

TELEPHONE
301-610-0010

FACSIMILE
301-610-0021

May 24, 2007

The Honorable Ricardo M. Urbina
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *United States v. John Brownell*
*Criminal No. 06-077*

Dear Judge Urbina:

I write to request leniency on behalf of my friend Jack Brownell. I have known Jack for roughly twelve years. We knew each other socially and based on our friendship he referred me landlord tenant matters arising from his business.

During my dealings with Jack in business, I found him to be honest and principled. My understanding is that he has plead guilty to failure to declare as income a payment of $10,000.00 received in 1999. Jack made a mistake. Over the years I have seen Jack interact with many different people throughout the metropolitan area. He has always been a loyal and supportive friend. Jack has donated and continues to donate his time and energy to local charitable causes.

It is my sincere hope that when weighing Jack's otherwise clean record, his contributions to the community and his ability to lead a productive and positive life you will be lenient and place him on probation. Please feel free to contact me should any further information be helpful. My direct dial telephone number is 301-251-2772.

Very truly yours,

MICHAEL A. TAYLOR

MAT:ces



**WINKLER AUTOMOTIVE, Inc.**

401 East Diamond Avenue
Gaithersburg, MD 20877

(301) 258-2774

May 9, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge Urbina,

I have personally known Jack Brownell for the past 15 years both in a business and personal relationship. On background, I am the owner and president of Winkler Automotive, Inc., an automotive service center in Gaithersburg, Maryland with a 25-year history of successful business and community service. Although I am fully aware of the crime to which Jack has pled guilty, I have always known him to be a person of exemplary honesty and straightforwardness. He has always been a tremendous asset to the community by virtue of his character and his honesty.

I strongly urge you to take into account Jack's background and past record when considering his sentence. He deserves every possible positive consideration in this process.

Sincerely,

George Winkler



Pillsbury
Winthrop
Shaw
Pittman LLP

2300 N Street NW                Tel 202.663.8000
Washington, DC  20037-1122      Fax 202.663.8007
                                www.pillsburylaw.com

May 8, 2007                                      Robert N. Weinstock
                                            Phone: 202.663.8328
                                    robert.weinstock@pillsburylaw.com

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

      **Re:**   **<u>Jack Brownell</u>**

Dear Judge Urbina:

     I understand you will be sentencing Jack Brownell on June 11, 2007 as a result of his recent plea agreement. I am writing to offer my experience of Mr. Brownell as part of your overall evaluation.

     I have known Mr. Brownell for approximately five years. My involvement with him has been of a professional nature. I have been counsel to two different clients who each had a series of major real estate transactions with his employer, Douglas Development Corporation. In the course of this work, I have met with Mr. Brownell on a number of occasions and spoken on the phone with him frequently. As a result, I have had many opportunities to see how he deals with people in important business transactions.

     My experience with Mr. Brownell is that he is unfailingly courteous and polite, candid and honest. I view him to be a person of integrity and honesty. Moreover, I have never heard anyone describe him in any other terms.

     I hope these observations are helpful to you.

                             Very truly yours,

                             Robert N. Weinstock

RNW/mm

JoAnne E. Simi
5301 MacArthur Blvd., NW
Washington, DC 20016


May 23, 2007


The Honorable Ricardo M. Urbina
United States District Court for the
     District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Dear Judge Urbina:

Please consider this letter of support for Mr. Jack Brownell. I am aware of the fact that he has pled guilty to one portion of one count for which he had been charged.

I have been employed by the Federal Government for 28 years for various offices with the same agency. My employment with the Federal Government has afforded me the opportunity to work with a very high caliber of the work force, ranging from attorneys to the highest level of management within the Federal Government.

Mr. Brownell and I have been friends for over ten years and I value his friendship greatly. To my knowledge, Mr. Brownell has always been a respected member of the community. I cannot think of one instance over the past ten years that would lead me to doubt his moral standards or character. Mr. Brownell has always presented himself in a professional and upstanding manner, whatever the circumstance. In my presence, his behavior has always been beyond reproach.

In closing, please consider this letter of support for Mr. Brownell. He has always been an asset and a respectable member of the community.

Sincerely,

JoAnne E. Simi



**PNC**
REAL ESTATE FINANCE

July 22, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

As a real estate lender in the Washington, D.C. metropolitan area since 1994, I have
worked with numerous developers, including Douglas Development Corporation. Most
of my dealings with Douglas Development Corporation have involved Jack Brownell
who serves as chief financial officer for the company. I have worked with Jack Brownell
since 2002 when PNC Bank first provided an acquisition loan for the financing of the
Atlantic Building.

While I am aware of his conviction, all of my dealings with Mr. Brownell have been
handled in a professional manner and all of the loans that PNC has made to entities under
the control of Douglas Development have been handled as agreed.

If you have any questions regarding the contents of this letter, please do not hesitate to
call me at 202-835-4513.

Very truly yours,

William R. Lynch, III
Senior Vice President



May 7, 2007

WACHOVIA

The Honorable Ricardo M. Urbina
United States District Court for the
        District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

I have known and worked with Jack Brownell for the past six years in our capacity as a significant commercial real estate lender to Douglas Development and in Jack's capacity as Chief Financial Officer for Douglas Development. I have had extensive and frequent dealings with Jack over the many years of our relationship. In my experience, Jack has always been a pleasure to work with and he conducts himself in an honest, straightforward and professional manner at all times in his dealings with Wachovia Bank. I believe he has operated with integrity and trustworthiness. Jack's conviction has had a tremendous negative impact on him and his family. They have been through so much. I believe he is a quality caring person both personally and professionally and ask that Your Honor take all this under consideration when sentencing Jack.

Respectfully submitted,

Timothy L. Leon
Senior Vice President
DC/Baltimore Market Executive
(703) 760-6285
Fax: (703) 760-6290
E-mail: tim.leon@wachovia.com

TLL/clm



The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: Mr. Jack Brownell

Dear Judge Urbina:

    I am writing to you on behalf of my friend and client Mr. Jack Brownell. I have known Jack for approximately seven years. I know Jack to be a caring and honorable man. It is a credit to Jack that our business relationship developed into a friendship. This was due, in part, to his genuine kindness and honesty. Jack is and will continue to be a value asset to our community. He is a good friend and a great person. Thank you.

Sincerely,

Robert H. Plante, Jr.

# MICHAEL & CELIA HADDAD

May 7, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Jack Brownell

Dear Judge Urbina,

I have known Jack Brownell since 1992 and, in all the time that I have known him, he has always been an honest and straight individual. He also has always treated me in a friendly and civil manner.

During the last 15 years, Jack and I have spoken on an almost daily basis regarding my employer's investments in the DC area with Jack's employer as a 50/50 partner. I have been working for the same firm for the last 17 years, am college educated and a father of four children.

I understand that Jack has pleaded guilty to some of the charges, but I urge The Court to administer his punishment in a manner that would minimize or eliminate the need for his incarceration or confinement. Jack is a fine man and one that I feel would continue to be an asset to society.

Sincerely,

Michael Haddad
32 Colin Place
Brooklyn, NY 11223

**32 Colin Place Brooklyn, N.Y. 11223**
**tel: 212-726-0784 fax: 212-726-0794**

May 17, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
        District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Urbina:

The purpose of this letter is to provide a reference letter for Jack Brownell, who is scheduled for sentencing on June 11, 2007 in the United States District Court for the District of Columbia.

I have known Jack Brownell for the past four years in my capacity as a Senior Vice President at Cardinal Bank.  I have been a banker in the local community for the past 27 years, after graduating with a Bachelor of Science degree from the Wharton School, and an MBA in Finance from George Washington University.  Cardinal Bank has been involved in the financing of a number of real estate projects for Douglas Development Corporation, and Jack has represented the company in his role as Chief Financial Officer.

My experience in dealing with Jack has always been favorable.  I have found him to be an honest and hardworking professional who is very conscientious in following up on details.  Over the four years I have worked with him, I would say that I have never seen him behave in anything other than a very responsible and ethical  manner.  I wish there were more CFO's like him!  Accordingly, I would have no hesitation in describing him as a responsible asset to the local community.

I am aware of the charge to which Jack has pled guilty, and would respectfully urge the Court to give appropriate consideration to the minimum penalty possible.  If you should have any additional questions, please do not hesitate to contact me.

Sincerely,

Robert J. Lavery
c/o Cardinal Bank
8270 Greensboro Drive  Suite 500
McLean, Virginia  22102

**KeyBank**
Real Estate Capital

**Income Property Group**

1146 19th Street, N.W., 4th Floor
Washington, D.C. 20036

Tel: 202 452-4900
Fax: 202 452-4949

May 8, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:  United States v. Brownell

Dear Judge Urbina:

I am writing to you, on behalf of Mr. Jack Brownell.  I am aware of Mr. Brownell's case and the crime to which he has pled guilty.  I am a Relationship Manager with KeyBank Real Estate Capital, and it is in this capacity that I have known and worked with Jack, for approximately six years. During this time, I have had steady contact with him, as he has been our main point of contact at Douglas Development Corporation.

In all of my dealings with Mr. Brownell, I have found him to be an earnest, forthright individual, who has accommodated numerous informational requests from our office.  Our work together has allowed me to establish a personal rapport with Jack, and I have always known him to be frank and sincere.

I am confident that Jack recognizes the seriousness of his crime, and will avoid any such improprieties in the future.  The criminal charges and ensuing events have had a profound effect on Jack's life, and I believe that he is genuinely regretful of his misconduct.  I respectfully request that you give every consideration to a punishment that would minimize Mr. Brownell's incarceration. Thank you.

Sincerely,

Ralph G. Draetta
Vice President



**TREMONT**
R E A L T Y   C A P I T A L

101 Log Canoe Circle, Suite F          p: 410.604.1744
Stevensville, MD 21666                 f: 410.604.1742

May 8, 2007

The Honorable Ricardo M. Urbina
United States District Court for the district of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20036

Dear Judge Urbina,

I am writing to you today regarding my friend and business associate, Jack Brownell. I have been following Jack's legal problems via the media and through conversations with friends we share in the greater Metropolitan Area. Jack and I have known each other since 1995 and our relationship has mostly been based around business. Over the years I have provided Jack Brownell with specialized market data and capital needs while he has performed his duties at Douglas Development Corporation. Over the years I have worked on many projects with Jack that were intense and demanding. Even though I serve Jack Brownell in a professional capacity I have always been treated in a considerate and even toned manor. Throughout the many complex transactions we have worked on together I have always found Jack to be honest, responsible, capable and forthright. My observations have shown this pattern of behavior to have been consistent whether Jack is addressing a Wall Street lender, a professional contemporary or the wait staff at a local restaurant. As the son of a career Air Force officer, Jack has learned where honest, hard work can get you in this world and I have watched him apply these lessons to advance to where he is today. Jack Brownell is a decent person who deserves a second chance.

Sincerely,

John A. Chase, Jr.
Senior Director
Tremont Realty Capital

Phone  3456 2 4733
Fax  391 573 1648

12245 Plum Orchard Drive, Suite 500
Silver Spring, Maryland 20904-7403
www.americanbb.com



May 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    Mr. Jack Brownell

Dear Judge Urbina:

I am the Chief Lending Officer for American Bank, and have been employed with this company for nearly eight (8) years. I have been lending in the Washington Metropolitan area for over twenty (20) years. I have known Jack Brownell for thirteen (13) years. I have had the opportunity to work with Mr. Brownell on numerous bank financed transactions, both here at American Bank and at Crestar Bank.

I have always been impressed with his strong business acumen, and have found him to be honest and of good moral fiber. I consider him not only to be a trusted business associate, but also a humble gentleman and good friend. I have known him to be a loving son to his parents, and especially kind and respectful to his business associates and friends.

I am aware of the crime to which Mr. Brownell has pled guilty. I am also aware of how this matter has affected Mr. Brownell. I would respectfully request that the Court take into consideration Mr. Brownell's strong standing in the community and amongst his family and friends.

Should I be of further assistance in this matter, I can be contacted directly at (301) 572-3747.

Sincerely,

Dennis N. Argerson
Chief Lending Officer/Senior Vice President

DNA/vb

May 30, 2007


The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: United States vs. Brownell

Dear Judge Urbina:

I am writing to you, on behalf of Mr. Jack Brownell, whom I have known for the past five years as my main point of contact at Douglas Development Corporation.

In my prior position as a closing officer with KeyBank, I worked on multiple closings with Mr. Brownell and found him to be cooperative, forthright, responsive and a pleasure to deal with. Through a mutual friend, I also have come to know Mr. Brownell on a personal level and found him to be a considerate, understanding and friendly individual.

I believe that, at his core, Mr. Brownell is a good person who regrets any improprieties that may have occurred. I would ask that your honor not focus solely on the criminal charge, but take into consideration the type of person Mr. Brownell is, and his reputation among his friends and within his community.


Sincerely,

Anita Santoyo

Benjamin Black
605 Park Avenue, #7F
New York, NY 10021
(917) 601-1285

June 9, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina:

I have known Jack Brownell since early 2000. Over this time I have come to respect Jack as a skilled professional and value him as a personal friend. On countless occasions I have had to rely on Jack's word and he has never let me down. I consider Jack to have integrity of the highest caliber and my trust in him is unwavering. Jack has completed hundreds of acquisition and financing transactions during his career and I have never heard anyone make a disparaging remark about Jack's character.

When I heard about Jack's legal situation I was sympathetic and felt that he had been caught in a dragnet. Upon hearing of his subsequent plea, I was troubled. However, after understanding the circumstances, I have come to accept Jack's decision. I truly regret that my friend had to face such a moral dilemma (the plea) and hope that he can put this in his past most expeditiously.

Respectfully,

Benjamin Black

July 18, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Your Honor,

It is a pleasure to submit this letter of support to you on behalf of Jack Brownell. I'm aware of the guilty verdict handed down to Mr. Brownell. I have been an employee at Douglas Development Corporation for 6 and one half years. In my time at Douglas Development Corporation, as a Project Accountant, I have had a chance to interact with Mr. Brownell directly and I can honestly say that he's one of the most intelligent persons that I have had a chance to work with.

Mr. Brownell is a very professional guy who is family oriented and always willing to help others through various charitable donations. He's a very active Alumnus of Virginia Tech and his honesty and friendly personality is a major reason for his success as a person. He is a very focused and determined person who has become a vital piece to one of the more prominent Development Corporations in the Metropolitan Area. Mr. Brownell's hard work has mad it possible for Douglas Development to help reshape the landscape of the District of Columbia. He's a loyal employee who is always helping and advising his co-workers. I can say that I enjoy working with Mr. Brownell, as he is always willing to help whether it is personal or business. I am proud to say that a lot of what I've learned and am able to do as a professional today has come from the knowledge of Mr. Brownell.

In life, it is a privilege to be able to meet and learn from intelligent people. I feel that I have met one that I would be proud to call a friend, mentor and co-worker. We are all entitled to make mistakes, unfortunately, a good guy made a mistake this time. I have learned a lot from Mr. Brownell and do not feel that he should be punished for making a mistake.

Respectfully,

Samuel Lewis

Red Coats, Inc.

4401 East-West Highway • Bethesda, Maryland 20814 • 301/654-4360

May 22, 2007

The Honorable Ricardo M. Urbina
US District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor,

I am writing this letter as a friend and business colleague of Jack Brownell. I have known Jack for 10 plus years and have been very aware of his court proceedings. I am the Executive Vice President of Red Coats Inc. We are a building service contractor that employs 6,000 plus in the Washington Metropolitan Area.

As Chief Financial Officer of Douglas Development Corporation Jack is one of our larger clients. In my years of doing business with Jack I have found him to be extremely honest and forthright. If he told you something would be done by a certain date it was done by that date. He has never inferred or suggested anything in our business transactions that was not above board.

Because of this I find it hard to believe that Jack is even in this situation. In fact if you consider the case as it has progressed and the fact that the United States Attorneys office dropped five of the six counts of tax evasion I would hope that the court would consider Jack's sentencing with extreme leniency. Jack failed to declare a single payment of $10,000.00 in 1999 and plead guilty to the charge. If he was intent on defrauding the government I am sure the prosecution would have more than this one infraction of the law.

I am sure that the stress and turmoil that Jack is going through because of this has affected him in many ways both professionally and personally and again I sincerely hope the courts consider that stress and turmoil as enough punishment during the sentencing phase on June 11.

Sincerely,

W. Mack Wells
Executive Vice President



# Ventura Commercial Mortgage

Commercial Real Estate
Investment Banking
2829 Bosworth Lane
Bowie, MD 20715
Tel: 301.464.7915
Fax: 301.464.7945
Mail@VenturaMtg.com

May 8, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: Jack Brownell

Dear Judge Urbina,

My name is James Ventura, President of Ventura Commercial Mortgage. I have been involved in the commercial real estate mortgage business since 1983 and have arranged over $5,000,000,000 in commercial mortgages. In addition I have been an investor in commercial real estate since 1988 and currently own $50,000,000 in commercial property. I received my undergraduate degree from the University of Maryland and an MBA in Finance from George Washington University.

I have known Jack since 1985 and closed over $40,000,000 in commercial mortgages with Jack while he was CFO of Douglas Development. I always found Jack to be honest, very detailed oriented, and very professional and knowledgeable in commercial real estate. We closed deals with life insurance companies (John Hancock, Metropolitan Life) as well as bank loans (Nations Bank) and conduit lender (Deutsche Bank). All of the lenders were anxious to do repeat business with Jack and always commented on his accuracy and attention to detail. In addition, I was impressed enough with Jack's knowledge and honesty that after financing 4 or 5 of his real estate transactions that I invested in two retail acquisitions on Connecticut Avenue in 1989 and again in 1993. Both of these investments were very successful and I know Jack played a key part in the success. In addition, one of these transactions, 1212-1214 Retail Center, was financed in 1993 when few properties were being financed and only the most credit worthy and best real estate companies were able to close deals. I believe that Douglas Development's ability to be successful in good times and bad were partially attributed to Jack Brownell's reputation for honesty, accuracy, and most of all being a solid good person to do business with.

In response to these charges I have personally known Jack for over 20 years, dealt with him on over 20 transactions, and always found him to be a professional accountant, a great and honest person, good CFO, and a fine human being. If any mistakes were made I would assure you that Jack did not make these intentionally. Any person who has been involved in this many complex real estate ventures and has established such a great reputation for honesty and integrity would never intentionally jeopardize his career over the tax issue with which Jack is charged. Jack has always been overwhelmed with work at Douglas Development and I truly believe that the only reason for the tax issue was just a human mistake or being too busy. Please take this into consideration as I know Jack is a good man. If you have any questions I would be glad to answer any of them if it would help Jack.

Sincerely,

James Ventura
President, Ventura Commercial Mortgage



**ROYAL BANK**
——— AMERICA ———
1230 Walnut Street
Philadelphia, PA 19107
Phone 215-735-6200
Fax 215-790-1111

May 8, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:    Jack Brownell

Dear Honorable Ricardo M. Urbina:

Jack Brownell has been known to the staff and executives at Royal Bank America for over 6 years. We have always felt him to be honorable and forthright in our dealings with him through a variety of commercial loan products.

As you know, he is an employee of Douglas Development Company and involved in their projects in and around Washington, DC. These projects have been a great stimulus for change in your fine city. We think the work they do is a great benefit to the city.

We understand that Jack is awaiting sentencing from Your Honor. Even though this is a negative in his life, I believe him to be a fine citizen and a respectable individual and whatever leniency you can grant him in sentencing would certainly be well received.

I truly believe that Jack will never allow anything like this to happen again.

Thank you in advance for your attention and consideration.

Sincerely,

ROYAL BANCSHARES OF PENNSYLVANIA

Robert R. Tabas
Chairman

July 9, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

The Honorable Ricardo M. Urbina:

My name is Jake Stahler and I have known Jack Brownell for approximately two years. I have had the opportunity to get to know him through working on multiple real estate transactions with Douglas Development Corporation. Jack has acted in his role as CFO and I have been his counterparty as a lender. Besides finding Jack to be a pleasure to work with, I have always found him to be honest in his dealings with me. I can always rely on the information that Jack is providing me as being true and correct. I am aware of Jack's legal predicament and admire the way he has continued to perform at his job despite this difficult situation.

Very truly yours,

JAKE STAHLER

May 15, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.   20001

Your Honor:

I am writing to you on behalf of John E. (Jack) Brownell.  Although Jack  pled guilty to failure to list $10,000 in income received in 1999 when filing his taxes,   I do not believe it was an intentional act to avoid payment of taxes.  Rather, it was an oversight.  I do believe the tremendous amount of time and stress surrounding this issue has already punished Jack well beyond  the crime.  It is my sincere hope that sentencing will reflect this.

A career banker, and 47 year old mother of two, I am currently employed as  Senior Vice President , Real Estate Loan Officer at a local bank.  I have an undergraduate degree in Economics and International Relations from American University.

I met Jack over 10 years, when I became the loan officer for Douglas Development at my prior employer.  He was my primary contact at Douglas Development for approximately 5 years.  I found him to be forthright and reliable in our business dealings.  Although Douglas Development does business with my current employer, the relationship was established by a colleague prior to my arrival.  For the past 5 years, my contact with Jack has been less frequent.  I enjoyed working with him and respect his professional judgment.  From time to time we have consulted each other on various aspects of the DC real estate and/or finance markets.

Thank you in advance for your consideration.

Sincerely,

Joan C. Price
18171 Stags Leap Terrace
Germantown, Maryland   20874



**INDUSTRIAL BANK**
*Getting Things Done.*

2002 11th Street, N.W. Washington, D.C. 20001
Phone (202) 722-2000 Fax (202) 722-2096

May 9, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Jack Brownell

Dear Judge Urbina:

On behalf of Industrial Bank and its officers, including President B. Doyle Mitchell and S.V.P. Patricia Mitchell, I am writing in connection with the criminal charges against Jack Brownell.

The Bank has had a professional relationship with Mr. Brownell and Douglas Development for more than a decade. I have personally had many interactions with Mr. Brownell in a professional capacity for most of those years. The Bank has financed many properties over the years and has always been disappointed when the loans were paid off. As CFO for Douglas Development, we have required many financial documents over the years, yet have no knowledge of any financial improprieties. Regardless of the criminal charges, we are committed to continuing our professional relationship with Mr. Brownell.

As a commercial loan officer with over 20 years of experience as a CPA, entrepreneur, banker, and businessman, I collectively note that Jack has been a fine professional.

We are aware of the crime to which he has pled guilty and, sincerely hope you will consider leniency in this case.

Sincerely,

C. Earl Peek
Assistant Vice President
Manager of Business Development

*Ronald D. Paul*
*4416 East-West Highway*
*Suite 300*
*Bethesda, Maryland 20814*

June 6, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Urbina:

I aware of the current situation in which Jack Brownell, Chief Financial Officer of Douglas Development Corp., was charged with six counts related to tax evasion by the United States Attorney's Office for the District of Columbia. I have known Mr. Brownell for over 10 years and have the highest regard for him. My interaction has been as Chairman of one of the Bank's Douglas Development does business with, as well as knowing him within the Real Estate industry. As President of the Ronald D. Paul Companies, Inc., a local owner and manager of commercial and residential buildings, I am well aware of all that Douglas Development has done for our community, and Jack is one of the driving forces behind this company. Mr. Brownell has always lived up to the promises he has made to EagleBank both in terms of loans, business development and assisting us in referrals.

I am sure that Mr. Brownell is extremely remorseful as to the current situation he is in, and regrets the failure to have made the $10,000 payment. However, I believe any form of punishment greater then the repayment of the $10,000 (along with any late charges and interest) would result in a punishment to an individual that has already "learned his lesson", and therefore I would hope that the Court would give proper and appropriate consideration to punishment which would eliminate incarceration or confinement.

I truly believe that this experience has seriously affected Jack's life, and I ask the Court to as best as it sees fit, to take this and my above comments into consideration.

Thank you.

Respectfully yours,

Ronald D. Paul

   

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20036

Your Honor,

I have known Jack Brownell for 35 years when we were in class together in the fifth grade. We have been friends ever since and were roommates at Virginia Tech for two years. Jack has always been acknowledged by all who have known him as a great guy who has an outstanding work ethic. He has been a tremendous friend to me and many others over the years and has always been honest, upfront and forthcoming.

I am aware of the fact that he pled guilty to one portion of one count which alleged that he failed to declare as income a single payment of $10,000 that he received in 1999. As I understand it that would mean that the "tax loss" in Jack's case would be a fraction of the $10,000 payment that was not declared.

I know that if Jack had any idea this was the case he would absolutely have made sure to declare the income. He has always been honest and ethical with me and everyone I know and I am sure he would have been in this case if he knew.

I sincerely hope that there is no further punishment for Jack besides the guilty plea offer that was offered by the prosecution. I really believe that blemish on his record is more than enough considering the nature of this situation.

Please let me know if there is any more information I can provide.

Sincerely,

Joel Oxley
Senior Vice President/Market Manager
WTOP/WFED/Washington Post Radio
202 895-5012/joxley@wtopnews.com

The Honorable Ricardo M. Urbina
United States District Court
      for the District of Columbia
333 Constitution Avenue., N.W.
Washington, D.C. 20001

Dear Honorable Urbina,
                                       July 20, 2007

I am writing on behalf of Jack Brownell who has come before your court for alleged tax evasion and/or fraud. I have known Mr. Brownell professionally for over ten years. I am a commercial real estate appraiser and have had countless interactions with Mr. Brownell over these many years. During that time he has conducted himself in an unerring, professional manner.

He has a keen sense of honesty and that one quality has come across loud and clear in all the dealings I have had with him.

His passion for the real estate industry and his compassion for all his partners in the industry, whether it be realtors, appraisers, buyers, sellers, tenants, bankers, builders, or contractors, has positioned him to be a cut above the rest. The general consensus on Jack Brownell is consistent across all sectors of the industry: he is a man of honor. He is steady, hard working, responsible, driven, determined, disciplined, serious, quiet, patient, gentle, kind, but above all, he is honest.

Despite the broad-reaching, multi-faceted, real estate community of the Washington Metropolitan area, at the end of the day, we are a small family. If someone is crooked, or dishonest, or mean, that bad reputation gets around... and does so quickly. In working for Douglas Development Corporation, one fairly loses one's privacy. Due to Mr. Brownell's unrelenting exposure within the local industry as a by-product of being a part of the Douglas Development legend, Brownell's life has taken on a sort of transparency. If he was crooked or dishonest, we would all know about it by now.

Jack Brownell is not a crook. As the Director of Finance for the Douglas Development Corporation, Mr. Brownell is in charge of millions of dollars. Maybe even millions of millions. Jack Brownell holds the position he has at Douglas Development, not because of his mathematical prowess, but rather because of his honesty and integrity. I have known him to set a standard of moral character not replicated in the balance of the real estate community... a group I've been associated with for over 25 years. Brownell has earned his position in this community because of that level of honesty, integrity, and just pure moral character. And with all due respect, it is his level headedness, calmness, and down-to-earthness, that has provided ballast and gentility to the otherwise hold-on-to-your-hats, balls-to-the-wall, kamikaze business style that has notoriously characterized Jemal himself.

Clearly, if it were not for his association with Douglas Jemal and the Douglas Development Corporation, Brownell would not now be under the scrutiny of the IRS. His guilt is through association, not through any criminal intent on his part. Absent the Douglas factor, Jack Brownell is just one more person working hard and trying to do what is right, here in our great country. He

is a good man. He is a good American.

In sentencing Mr. Brownell for some alleged crime, the challenge is to look into the heart of the villain. If Jack Brownell is sent to prison as a method of punishment for a crime the court holds against him, the ramifications will be far-reaching. One can not talk about Jack Brownell without talking about Douglas Development Corporation. Jack Brownell is integral to the operations at Douglas Development Corporation. Taking him away from his work and responsibilities not only hampers those operations, it negatively impacts the local economy. Like it or not, it is Douglas Development Corporation that serves as one of *the* primary economic drivers of the Washington Metropolitan area.

No matter where you go in this area, Douglas Development Corporation has been a part of the economic infrastructure. DDC has historically and valiantly ventured into dormant enclaves and submarket areas characterized by abject blight. The DDC heart and soul and finances are poured into each of those areas, and as a consequence, a new center of vibrance and commerce emerges. In the early 1990's, the East End submarket was little more than a rat infested ghetto with decaying buildings, many inhabited only by pigeons. DDC went where no other man would go... no other developer, that is. The Corporation vested. The Corporation toiled. The Corporation persevered. Now, East End is *the* commercial hot-spot in the District of Columbia.

The U Street Corridor. In the 1990's, it was characterized with occasional seedy commercial ventures; the balance of the buildings being vacant and boarded up. Crime was the sport of choice. DDC ventured to the U Street Corridor sometime in the late 1990's and beginning with 1330 U Street, created the impetus for the explosive development trend you see there today. I personally stood on the basement level of that building and gazed upwards through three floors to see the sky... because the three floors were not there... and the roof had caved in. Now 1330 U Street stands as a stronghold of commercial vibrance for the Corridor.

New York Avenue proximate to North Capital Street and Florida Avenue . DDC actually braved the area which had been the drug-haven and haunt of the dreaded P Street Gang. DDC breathed life into 64 New York Avenue, recreating a massive office building which then served as one of the economic strongholds and catalysts for the revitalization of that area.

These are just a few examples to illustrate the extraordinary pioneering spirit of Douglas Development Corporation. A spirit that has created jobs and spurred economic development where there was none. Although Douglas Jemal is the "face" for the Corporation, Jack Brownell is the silent force behind that face. He has been integral to the success of each of these projects and more.... many more.

While significant dollars may go into the DDC coffers as a result of these successes, the sheer quantity of dollars that go back into the local community is mind boggling. For one project alone, there are architects, contractors, brokers, appraisers, Hispanic bricklayers, Irish ironworkers, Eastern Bloc electricians and plumbers, Italian granite and marble cutters. At noon time, the little Asians roll by with their sandwich carts. And at the end of the day, the German brew pub gets its cut of the DDC pie as the construction workers wind down. Multiply that little economic microcosm across

the greater Washington Metropolitan area and you begin to understand the ripple effect of the Douglas Development machine. Jack Brownell is a vital cog in that machine. Putting him in jail cripples that machine.

The drama does not stop with the local economy. The impact of the Douglas Development Corporation reaches across the greater Heartland. For each of the mega projects which DDC has under way, (consider the approximate **eight-million** square feet of space the Corporation holds in inventory) there are literally thousands of wooden 2'x4' studs ... from Georgia Pacific (Atlanta, Georgia), massive iron girders from Carolina Steel (North Carolina), tons of sheetrock (from USG of Chicago), millions of yards of concrete from I don't know where, and enough copper to rewire Iraq. Since none of these components are manufactured locally, all of it must be brought in... which then impacts the trucking industry... and the list goes on.

While collectively, this might sound overly dramatic, the truth is that, indeed, this is what Douglas Development Corporation means to the local economy, to our community, and to the greater Heartland. Jack Brownell is critically vital to that process. By taking him out of operation and sending him to jail, you set in motion a domino effect that negatively impacts many. And that's just not fair.

One could argue that each of the other development companies here in Washington DC also have far-reaching realms of influence. And that would be true. But it was Douglas Development Corporation which accepted the risks to go where no one else would go. To create vibrant hubs of commerce in areas which here-to-fore had been blighted, boarded-up, waste-lands. Jemal took the risk. Brownell stood by his side. It was not Oliver Carr or Ackerman or JBG or Gerald Hines... all who had deep (if not deeper) pockets and equal (if not greater) capability. No. It was Douglas Jemal. There is a mantra across the commercial real estate community here in Washington DC. It is a take-off from a line in the 1989 Kevin Costner film, "Field of Dreams." The movie quote is, "If you build it, they will come." The tongue-in-cheek analogy here in DC is that, if Jemal goes into an area to build, regardless of how blighted the area, the rest of the developers will follow. "If Jemal builds it, they will come."

In each of Jemal's pioneering ventures, Jack Brownell, stood (and still stands) as the silent force that keeps the legendary machine in forward motion.

Your honor, it is with greatest respect that I humbly ask you, please do not send Jack Brownell to jail. Having said that, I think that we (Americans) must each shoulder our pro-rata share of financial responsibility required to run this country. So, fine Jack Brownell if you must. But then send him back to work. We need him.

Respectfully yours,

Jodi Orr

NUSBAUM & HIMELFARB, P.A.
C/O Harvey M. Nusbaum
1700 Reisterstown Road
Suite 237, Pomona Square
Baltimore, MD 21208

410-484-0044

May 15, 2007

The Honorable Ricardo M. Urbina
United State District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Jack Brownell

Dear Judge Urbina:

Please consider this letter in your assessment of the appropriate punishment to be imposed upon Jack Brownell, who has pleaded guilty to failing to declare on his income tax return a $ 10,000.00 payment he received as income in 1999. As I will explain below, I am quite familiar with people who have been guilty of the crime committed by Jack Brownell. I am aware of his current problems and feel certain that he intended to report all the money he received that was properly includable in income.

My request for leniency is based on my extensive background in income tax issues and my familiarity with this type of case. I am a 69-year-old attorney licensed to practice in Maryland and the District of Columbia. I worked for the United States Government Internal Revenue Service as an Internal Revenue Agent from 1961 to 1968. My work consisted of more than 1,000 tax audits, almost all of which resulted in a finding of underpayment of tax liability by the taxpayer. As an Internal Revenue Agent, I also worked on tax fraud cases that resulted in prosecution similar to the case at hand. Based on my experience, failure to report a $ 10,000.00 item would never have resulted in criminal prosecution due to the "deminimus" nature and amount of the unreported income. I have been active in IRS tax audits, representing numerous clients over the past 40 years. Unfortunately, most audits do result in a deficiency payable to the IRS.

I have known Jack for more than ten years and have found him to be all of the following:

1) A conscientious hard worker,
2) Very professional,
3) Willing to be communicative,
4) One to always keep his promises,
5) Responsible for his obligations,
6) A pleasure to deal with,
7) Very forthright,
8) Extremely honest, and
9) Very trustworthy.

I believe that Jack Brownell is a valuable asset to the community, his employer and the many people with whom he is associated. Hopefully, leniency will be considered appropriate under the circumstances, thus allowing Jack Brownell to continue his normal daily life and important contribution to society without incarceration or confinement.

Thank you for your consideration.

Very truly yours,

Harvey M. Nusbaum



May 8, 2007


The Honorable Ricardo M. Urbina
United States District Court
 for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Your Honor:

I have been a Partner with Grossberg Company LLP for twenty-seven years and with the Company for over thirty-six years.

Jack was employed by Grossberg Company LLP during the 1980's until he left public accounting and was then hired by Douglas Development Corporation.

During the over twenty years that I have known Jack Brownell as a colleague, client and friend, I have always been impressed with his ability, intelligence and integrity.  During his tenor with Grossberg Company LLP, Jack assisted me on numerous clients and demonstrated his ability as a professional to grow in both accounting and tax and communicate with clients to gain their confidence in his ability as a public accountant.

While our firm has not prepared Jack Brownell's individual tax returns, I am aware of the incident to which he pled guilty.  Knowing the conditions under which his returns were prepared, I believe the failure to declare a single transaction to be an unintentional error.  Honest mistakes happen in preparation of individual tax returns, and ironically, more frequently when one is trying to produce the "perfect" return.

While the defense of "Mistakes Happen" won't stand, with Jack or any other taxpayer, the mistake does not necessarily reach the level of a criminal act.

The criminal charges against Jack and the events that have followed, have had a tremendous effect upon him.  I consider Jack to be a crucial individual in the survival of his employer and an important member of society.  Any incarceration of Jack Brownell would be an unwarranted punishment of him and a loss to us who know him and work with him.

Sincerely,

Paul A. Lepeonka, CPA
Partner

/tlw
‹:2007\23120\jack brownell 2.doc

The Honorable Ricardo M. Urbina
United States District Court of the District of Columbia
333 Constitution Avenue, N. W.
Washington D.C. 20001


May 24, 2007


Dear Judge Urbina,

**RE: Jack Brownell**

Please accept this character reference on behalf of Jack Brownell who will soon stand before the court for sentencing. I have known Jack for 17 years. I first met him in 1990, when he started visiting the establishment where I was managing at the time. Jack quickly became one of our most loyal and gracious guests and through the years has become a true friend. I now own a restaurant in Bethesda, Md. and Jack is a friendly face to our entire staff and fellow patrons, one that people feel comfortable being around. Over the years, I've had the opportunity to come to know him as a gentle, good-natured person who is loyal and always treats others well. As friends and business associates, we have frequent contact with each other, seeing each other several days out of each week. In my line of business I see a lot of people and I am a good judge of character. Jack Brownell is a straight shooter; he is sensible, accountable and acts independently of any outside influences.

One of things that really impress me about Jack is that he takes the time out of his schedule to show his generosity and kindness. Four or five times a year Jack volunteers his time and resources to spruce up the outside of our restaurant. He brings plants and flowers and cleans up our flower beds during times that we are not open. I know I am not the only one who is impressed with his giving and unassuming actions. It shows that he has a considerate and caring heart.

Jack Brownell has always been a hard worker and highly regarded in the business community. He has also always been a responsible, law abiding citizen with a high degree of integrity which is, quite frankly, why I'm at such a loss to see him in such a situation. The act of tax evasion just seems to go against the grain of all his good character traits.

For as long as I've known Jack Brownell, he's been a fine individual in every regard. I ask you to kindly take this into consideration as he stands before the court on June 11, 2007 for sentencing. Thank you for allowing me this opportunity to present the character of Jack Brownell as I know him to be.


Sincerely,

Andy Leach
Owner
Caddies on Cordell



May 7, 2007

The Honorable Ricardo M. Urbina
United States District Court
 for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Your Honor:

I have been a Tax Partner with Grossberg Company LLP, Certified Public Accountants since 1985.  I have been a member of the Maryland Bar since 1978.

Jack was an employee of Grossberg Company LLP during the 1980's until he was hired by one of our clients, Douglas Development Corporation.

During the over twenty years that I have known Jack Brownell as a colleague, client and friend, I have always been impressed with his ability, intelligence and integrity.  I have worked with Jack on countless business transactions and have never believed that he sought other than fairness for all the parties involved.

While our firm has not prepared Jack Brownell's individual tax returns, I am aware of the crime to which he pled guilty.  Knowing the conditions under which his returns were prepared, I believe the failure to declare a single transaction to be an unintentional error.  This belief is based on Jacks' character and my personal experience in preparing and reviewing thousands of individual returns.  Honest mistakes happen in the preparation of tax returns, ironically more frequently when one is trying to produce the "perfect" return.

While the defense of "Mistakes Happen" won't stand, with Jack or any other taxpayer, the mistake does not necessarily reach the level of a criminal act.

The criminal charges against Jack and the events that have followed, have had a tremendous effect upon him.  I consider Jack to be a crucial person in the survival of his employer and an important member of the community.  Any incarceration or confinement of Jack Brownell would be an unwarranted punishment of him and a loss to this of us who know him and work with him.

Sincerely,

Jeffrey P. Hotek, CPA, JD
Partner

/tlw
I:\2007\23120\jack brownell.doc

To: The Honorable Ricardo M. Urbina
   United States District Court for the
      District of Columbia
   333 Constitution Avenue, N.W.
   Washington, D.C. 20001


Dear Judge Urbina,

My name is Kai Hills and I am writing to you on a personal level, on the behalf of Mr. Jack Brownell's upcoming sentencing. I am a Business Development Officer for EagleBank, a local community bank located in Bethesda, Md. I have grown up in the Washington Metropolitan area and have worked for EagleBank for over 9 years. I have known Jack Brownell professionally and personally for the last 8 years. Professionally I have dealt with him almost on a daily basis and I can tell you that he is a very reliable person. Anything he has ever said he was going to do, he did. He is very conscientious about communicating with me and I have always known him to be honest and caring. He is extremely hard working and is a person that can be counted on when in need.

From my understanding Mr. Brownell is being charged with tax evasion for failing to pay taxes on a single payment he received for 10,000.00. I am confident that Jack is remorseful and would hope that the court would show leniency when considering punishment.

Sincerely,

Kai Hills

Holland Knight

Tel  202 955 3000
Fax  202 955 5564

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006-6801
www.hklaw.com

May 8, 2007

NORMAN M. GLASGOW, JR.
202.419.2460
norman.glasgowjr@hklaw.com

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I am taking this opportunity to write you concerning the upcoming sentencing for Jack Brownell before your court.

I have had the opportunity to work with Jack over the past 10 years on numerous development projects in his capacity at Douglas Development Corporation. I have always found Jack to be professional and straightforward in his dealings with me and others.

In your consideration of a proper sentence for Jack, and given the nature of the plea that was offered by the government, it would seem that a sentence of probation or community service would be most appropriate in this case.

I am pleased to have been a member of the District of Columbia Bar for the past 30 years and I am also proud of my association with Jack Brownell.

Very truly yours,

Norman M. Glasgow, Jr.

# 4531044_v1

REAL ESTATE INDUSTRIES GROUP

May 25, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I have been following the proceedings involving Jack Brownell for some time. I am aware that Mr. Brownell was originally charged with six counts of tax evasion. I understand he will admit having failed to declare as income a single payment of $10,000 in 1999. I believe all other charges in the indictment are to be dismissed. Sentencing is to take place on June 11, 2007. I am writing to let you know of my support for Mr. Brownell.

I have been involved in real estate finance in the northeast and mid-Atlantic for over 20 years, both as an attorney and as a banker. I attended law school at the University of Alberta and completed an MBA at Brigham Young University. I am admitted to the bar in New York and practiced with Cadwalader Wickersham & Taft and Troutman Sanders. As a lender, I have worked at Bank of Nova Scotia in New York and Bank of America and KeyBank in Washington, DC. Currently, I am the head of real estate in Washington, DC for Union Bank of California.

I have known Mr. Brownell for over seven years. In his capacity as chief financial officer at Douglas Development we worked closely together on several transactions: (i) a retail renovation project on 7th Street; (ii) a multi-family residential site on Massachusetts Avenue; (iii) construction of a condominium project on F Street; and (iv) a portfolio of office and retail properties in the metro Washington area. In aggregate, these transactions totaled over $70 million. I always found Jack to be completely reliable. I would have no hesitation whatsoever doing future business with Jack and the entire group at Douglas Development.

In my view, the investigation and prosecution of Mr. Brownell and his colleagues at Douglas Development has not been a good use of public resources. I fail to see how taxpayers are better off for the US Attorney's Office having expended hundreds of hours and incurred substantial costs to recover the "tax loss" associated with $10,000 of undeclared income. It is perplexing that Mr. Brownell and his colleagues at Douglas Development would be pursued so aggressively when they have done so much to revitalize areas of DC that were neglected for years and years. Whatever penalty the court finds appropriate, in my view it surely should not include a period of incarceration.

Judge Urbina, I appreciate your taking the time to read this. I hope you will take my comments into full consideration on June 11th.

Yours truly,

Douglas L. Davidson
Senior Vice President

June 15, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Urbina,

My name is Richard Clingan and I am a former colleague of Jack Brownell. I worked with Jack for about two years at Douglas Development. While there, Jack and I worked closely within the accounting department. Through the two year period, I got to know Jack on a professional level. We both came from the same public accounting firm, which immediately gave us something in common.

Jack is a quiet hard working person who has given a lot of himself to his career. Jack's position with Douglas Development required him to consistently work 50 to 60 hours per week. While under this work load, he always took the time to assist others with any requests. He is a kind individual who never lost his temper.

Due to the required workload Jack was under, I am certain his oversight of reporting a single $10,000 payment was made in error. Jack is not an extravagant individual. He is a simple person who seemed to lead a quiet life.

I believe that the court should consider a minimal punishment for this erroneous oversight.

Sincerely,

Richard Clingan



JOSEPH J. CAYRE

May 14, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Urbina,

I have known Jack Brownell in excess of ten years and I understand he is guilty of not declaring $10,000 in income which he received in 1999.

In all the years I have known Jack, I found him to be honest and caring at his job and I am sure he conducts himself that way in his private life and therefore would be an asset to the community that he resides in.

I am a Real Estate Developer and I testified in your courtroom previously. I'm sure you can understand that this case has seriously affected Jack's personal life and I hope that the Court will give proper and appropriate consideration to punishment which would minimize incarceration or confinement.

Thank you for taking the time to read this letter.

Sincerely,

Joe Cayre

May 29, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Ricardo M. Urbina,

I have worked with Jack Brownell for the past six years at Douglas Development Corporation and am aware of the charge brought against him and am writing this letter with hopes that the court will show leniency.

Over the past years working with Jack I can tell you that he is dedicated, diligent, hardworking and always a professional. I know for me personally he has always kept an open door to answer questions or to help me when needed. He is always pleasant and treats everyone with respect.

I know this has been a difficult time for him but he continues to show and maintain his professionalism.

Sincerely,

Darlene Brown