UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-0077 (RMU) |
| JOHN E. BROWNELL, | : | |
| Defendant. | : | |

**ORDER**

FILED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 16th day of August, 2007,

**ORDERED** that the defendant's motion to continue sentencing be **STRICKEN** for failure to comply with paragraph 5 of the court's standing order.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge