## Jeffrey Coffman

**From:** Barry Coburn
**Sent:** Wednesday, August 15, 2007 1:07 PM
**To:** mark.dubester@usdoj.gov
**Cc:** Jeffrey Coffman
**Subject:** Brownell

Mark -- I wanted to let you know that we're filing a motion today to continue the Brownell sentencing, in order to allow us to develop mental health evidence that, in our view, could be a critical aspect of the sentencing determination. Don't hesitate to give us a call if you want more information about this, as you formulate your response to the motion.

All the best
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Firm Tel: 202-464-3300
Direct Dial: 202-464-3305
Fax: 202-464-3319