## Jeffrey Coffman

**From:** Jeffrey Coffman
**Sent:** Thursday, August 16, 2007 2:01 PM
**To:** 'Dubester, Mark (USADC)'; 'timothy.lynch2@usdoj.gov'
**Cc:** Barry Coburn
**Subject:** U.S. v. Brownell

Hi Mark and Tim:

After Barry's email to Mark yesterday and my calls to both of you, we filed our motion to continue the Brownell sentencing. Today, the Court struck our motion for failure to comply with paragraph 5 of its standing order. I haven't been able to reach either of you today at your work phones, or on Mark's cell phone, but I've left you both voice mail messages. Given that the sentencing is just one week away, it's very important that we refile very quickly. Please call me as soon as you get any of these messages so that I can confirm the government's position as to our motion and so we can discuss mutually convenient dates.

Regards,

Jeff

Jeffrey C. Coffman
TROUT CACHERIS PLLC
Suite 300
1350 Connecticut Avenue, N.W.
Washington, D.C. 20036
202.464.3300 (main)
202.464.3307 (direct)
202.464.3319 (fax)

jcoffman@troutcacheris.com
www.troutcacheris.com