## Jeffrey Coffman

**From:** Barry Coburn
**Sent:** Thursday, August 16, 2007 4:33 PM
**To:** 'mary.patrice.brown@usdoj.gov'
**Cc:** Jeffrey Coffman
**Subject:** USA v. John Brownell

Dear Mary Pat –

I'm writing to you concerning one of the Douglas Jemal-related cases, United States v. Brownell. The Brownell case is set for sentencing on August 23 before Judge Urbina. We have just moved to continue the sentencing to allow us to develop mental health-related evidence. We have not yet been able to reach Mark Dubester to inform him of this; I believe he is on a well-deserved vacation until August 20. We will e-mail you a copy of our motion. Please don't hesitate to call with any questions. My office number is below; my cellphone is 202-422-4199.

Best regards,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Firm Tel: 202-464-3300
Direct Dial: 202-464-3305
Fax: 202-464-3319

8/16/2007