**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | **Crim. No. 06-CR-0077 (RMU)** |
| | ) | |
| **JOHN E. BROWNELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SUPPLEMENTAL SUBMISSION SUPPORTING**
**DEFENDANT BROWNELL'S MOTION TO CONTINUE**
**SENTENCING HEARING IN ORDER TO ALLOW**
**DEVELOPMENT OF THE RECORD AS TO MENTAL HEALTH EVIDENCE**

Defendant John E. Brownell, by counsel, respectfully proffers the following concerning his Motion to Continue Sentencing Hearing In Order To Allow Development Of The Record As To Mental Health Evidence:

The Chief of the Criminal Division of the United States Attorney's Office, Mary Pat Brown, has kindly advised that she has notified her staff of our pending motion. *See* Exhibit 1 hereto. A response from the government is expected shortly.

Respectfully submitted,

JOHN E. BROWNELL
By Counsel:

/s/ Barry Coburn_____
Barry Coburn (D.C. Bar #358020)
Jeffrey C. Coffman (D.C. Bar #493826)
TROUT CACHERIS PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036
Phone: (202) 464-3300
Fax: (202) 464-3319

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day of August, 2007, I served a copy of the foregoing supplemental submission by ECF.

/s/ Barry Coburn_____