## Barry Coburn

From:       Brown, Mary Patrice (USADC) [Mary.Patrice.Brown@usdoj.gov]
Sent:       Friday, August 17, 2007 8:42 AM
To:         Barry Coburn
Subject:    RE: Activity in Case 1:06-cr-00077-RMU USA v. BROWNELL Motion to Continue


Happy to help.

-----Original Message-----
From: Barry Coburn [mailto:bcoburn@troutcacheris.com]
Sent: Friday, August 17, 2007 8:39 AM
To: Brown, Mary Patrice (USADC)
Cc: Durham, Steven (USADC); SKlamberg, Howard (USADC); Jeffrey Coffman
Subject: RE: Activity in Case 1:06-cr-00077-RMU USA v. BROWNELL Motion to Continue

Thanks Mary Pat, very much appreciate it.  I'm sorry to have to bother you all with this
during vacation period.  (I just concluded mine this past Monday.)  Mark typically
responds immediately when he is in town.

Best,
Barry

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
Firm Tel:  202-464-3300
Direct Dial:  202-464-3305
Fax:  202-464-3319


-----Original Message-----
From: Brown, Mary Patrice (USADC) [mailto:Mary.Patrice.Brown@usdoj.gov]
Sent: Thursday, August 16, 2007 8:31 PM
To: Barry Coburn
Cc: Durham, Steven (USADC); SKlamberg, Howard (USADC)
Subject: Re: Activity in Case 1:06-cr-00077-RMU USA v. BROWNELL Motion to Continue

Thanks.  AUSA Tim Lynch is on the case as well.  I will forward it to him and to his
supervisors, Steve Durham and Howard Sklamberg.

Regards,
Mary Pat

-----Original Message-----
From: Barry Coburn <bcoburn@troutcacheris.com>
To: Brown, Mary Patrice (USADC) <MBrown5@usa.doj.gov>
CC: Jeffrey Coffman <jcoffman@troutcacheris.com>
Sent: Thu Aug 16 17:14:07 2007
Subject: FW: Activity in Case 1:06-cr-00077-RMU USA v. BROWNELL Motion to Continue

Mary Pat, per my previous e-mail, enclosed is a copy of our motion to continue the
Brownell sentencing.


Best regards,

Barry

Barry Coburn

Trout Cacheris PLLC

1350 Connecticut Avenue, NW

Suite 300

Washington, DC  20036

Firm Tel:  202-464-3300

Direct Dial:  202-464-3305

Fax:  202-464-3319


-----Original Message-----
From: DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
Sent: Thursday, August 16, 2007 4:53 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:06-cr-00077-RMU USA v. BROWNELL Motion to Continue


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND
to this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** You
may view the filed documents once without charge. To avoid later charges, download a copy
of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing


The following transaction was entered by Coburn, Barry on 8/16/2007 at 4:52 PM and filed
on 8/16/2007

Case Name:

    USA v. BROWNELL


Case Number:

    1:06-cr-77 <https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?119857>


Filer:

    Dft No. 1 - JOHN E. BROWNELL


Document Number:

    77 <https://ecf.dcd.uscourts.gov/cgi-bin/show_case_doc?77,119858,,84998763,
,,302>


Docket Text:
MOTION to Continue Sentencing by JOHN E. BROWNELL. (Attachments: # (1) Exhibit 1# (2)
Exhibit 2# (3) Exhibit 3)(Coburn, Barry)

1:06-cr-77-1 Notice has been electronically mailed to:

Barry Coburn       bcoburn@troutcacheris.com

Jeffrey Carll Coffman       jcoffman@troutcacheris.com

Mark Henry Dubester       mark.dubester@usdoj.gov,
usadc.docketing@usdoj.gov, usadc.ecffraud@usdoj.gov

Timothy G. Lynch       timothy.lynch2@usdoj.gov

Gloria B Solomon       gsolomon@troutcacheris.com

1:06-cr-77-1 Notice will be delivered by other means to::

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:F:\Filings\BROWNELL revised motion to continue sentencing (2).pdf
Electronic document Stamp: [STAMP dcecfStamp_ID=973800458 [Date=8/16/2007] [FileNumber=
1527335-0] [72fbd073d96f5492871ce294add6a30f07928d57c793740e81ed081996ab97b03505
5c2403bcdbc4086b62da3a6e1a33b2d733c7f6e30fdeaf504029372c4882]]
Document description:Exhibit 1
Original filename:F:\Filings\Exhibit 1.pdf Electronic document Stamp: [STAMP
dcecfStamp_ID=973800458 [Date=8/16/2007] [FileNumber=1527335-1]
[314191faa92097960baad7e26da8782b9b85e8ee4fbcdd0d02360f103b1b772c58fe
c935100dd3e0c13c190bcfb229676ea3a6cbb7a7105da569d58397a1541e]]
Document description:Exhibit 2
Original filename:F:\Filings\Exhibit 2.pdf Electronic document Stamp: [STAMP
dcecfStamp_ID=973800458 [Date=8/16/2007] [FileNumber=1527335-2]
[756d7c031b4fe9d111a8f1aa5b2a398ac1203f99829577310ca895328fe26edd4a98
a32fdb0fc6902bd4254810f071271d6903119f2bdd252f7405e079951229]]
Document description:Exhibit 3
Original filename:F:\Filings\Exhibit 3.pdf Electronic document Stamp: [STAMP
dcecfStamp_ID=973800458 [Date=8/16/2007] [FileNumber=1527335-3]
[3fa0c6f9cc827a4095b7044fb33738134c58d8d1bffc99bc78182f00a92330beaf7b
af4b9c356d3d6220eaf009f711ee05fabab3d001e22acaea744859fd10cd]]