UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-0077 (RMU) |
| JOHN E. BROWNELL, | : | |
| Defendant. | : | |

**FILED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 17th day of August 2007,

**ORDERED** that the defendant's motion to continue the sentencing in the above-captioned case scheduled for Thursday, August 23, 2007 is GRANTED; and it is

**FURTHER ORDERED** that a status hearing be held on Thursday, August 23, 2007 at 10:00 am.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge