UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
                    v.           :    Criminal Action No.: 06-0077 (RMU)
                                 :
JOHN E. BROWNELL,                :
                                 :
              Defendant.         :

**ORDER**

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 23 day of August 2007,

**ORDERED** that a sentencing hearing in the above-captioned case shall take place on Oct. 18, 2007 at 10 AM.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge