# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Action No. 06-077 (RMU)** |
| | : | |
| **JOHN E. BROWNELL** | : | |

## GOVERNMENT'S UNOPPOSED SCHEDULING MOTION

_____The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court provide additional time for the Government to respond to the Defendant's Supplemental Expert Disclosures, and reset the dates for the defendant's reply (if any) and sentencing accordingly.   The proposed dates are set forth in the proposed Order.  Government counsel has conferred with defense counsel, and represents that the defense has no objection to this Motion.

WHEREFORE, the government requests that this Motion be Granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:    _____

Mark H. Dubester,
D.C. Bar No. 339655
Assistant United States Attorney
555 4th Street, NW,  Rm. 5917
Washington, D.C. 20530
(202) 514-7986