UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-0077 (RMU) |
| | : | |
| **JOHN E. BROWNELL** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

_____Upon consideration of the Government's Unopposed Scheduling Motion, it is this ____ day of October, 2007 hereby

**ORDERED,** that the Government's Response to the Defendant's Supplemental Expert Disclosure shall be filed no later than November 20, 2007.  The defendant's reply, if any, shall be filed no later than December 4, 2007.  Sentencing shall be held on December 13, 2007, at _____ a.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge