UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 06-0077 (RMU) |
| JOHN E. BROWNELL, | : |
| Defendant. | : |

FILED
OCT 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 9th day of October 2007,

**ORDERED** that the Government's Response to the Defendant's Supplemental Expert Disclosure shall be filed on or before November 20, 2007. The Defendant's Reply, if any, shall be filed no later than December 4, 2007; and it is

**FURTHER ORDERED** that the sentencing scheduled for October 18, 2007 is hereby **VACATED** and rescheduled for Thursday, December 13, 2007 at 1:30 pm.[1]

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

---

[1] The parties were notified that, should they choose to submit a motion to continue the sentencing from October 18, 2007, only half of a day (3 hours) would be available for sentencing.