# ATTACHMENT 1

Case 1:06-cr-00077-RMU    Document 84-2    Filed 11/20/2007    Page 1 of 18



May 18, 1992

To: Douglas

From: Jack

Re: Short term loan

My bank account is currently teetering on the precipice of a fiscal avalanche. O.K., maybe overly dramatic - basically I'm hurtin' pretty bad this week.

I thought I may be able to make it, but upon arriving at Dewey beach, I found many women in need of alcoholic beverages and I felt it was my duty to help (it seemed to pay off).

I hate to ask you for help but my other financing sources (including overdraft protection) are fully tapped.

My proposition/request/check trade is as follows:

If you could give me a check for, say, $800, I would give you two checks for $400 - one dated this Friday and one dated next Friday.

If you could do this for me it would help me out a lot. I would gladly pay you interest in the form of contributions to the fish tank. If you can't, don't worry about it, I always figure something out.

File: DJMAY18
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\DJMAY18
Cre: 2/23/2005 1:58:22 PM
Mod: 5/19/1992 6:23:26 AM
Item #: 252094
Exported as: DJMAY18[252094]

Thanks.

P.S. - I was on a ROLL this weekend, finally!!!!!!!!!!!!!!!!!!/

**File: DJMAY18**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\DJMAY18
Cre: 2/23/2005 1:58:22 PM
Mod: 5/19/1992 6:23:26 AM
Item #: 252094
Exported as: DJMAY18[252094]

December 30, 1993

To: Douglas

From: Jack

Attached per our discussion of Sunday, December 5 is a quarterly bonus check of $2,500. Please note the following:

1) Payment in this manner is 100% non-traceable as compensation, thereby eliminating tax burdens on both sides.

2) Although I am very happy here and feel well taken care of, after almost 3.5 years I believe a base pay increase is both reasonable and merited. As you know, accounting is very expensive and I save you a fortune in fees and also a lot in taxes through aggressive or creative accounting.

3) A pay increase will allow me to purchase items myself rather than coming to you with my hand out every time I need something.

4) It is my intention to save some money to someday invest in the business.

I hope you feel, as I do, that you are getting a bargain.

Thanks,

File: DJCOMP
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\DJCOMP
Cre: 2/23/2005 1:58:20 PM
Mod: 12/30/1993 3:59:04 PM
Item #: 252024
Exported as: DJCOMP[252024]

April 10, 1996

To: Douglas

From: Jack

Here's where I am with Gary's appraisal on my house: His residential guy (who I thought was a dweeb) won't give me any more than $315,000. This is despite the fact that I had the guy who originally appraised my house in October (Victor Tavares) call him & tell him the house was worth $300 - $325,000 when I bought it, before any improvements.

I can't get Victor to do it again because he had to knock down the appraisal so the mortgage company wouldn't question the sales price and he can't re-appraise it 6 months later at a totally different number. With a $315,000 appraisal, I can pull out about $70,000. Let me know if you think I should go with what I have or if you have any other suggestions.

File: JBAPPR.SAM
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\JBAPPR.SAM
Cre: 2/23/2005 1:58:52 PM
Mod: 4/10/1996 9:56:34 AM
Item #: 253439
Exported as: JBAPPR[253439].SAM

**GOVERNMENT EXHIBIT**
**No. 41**
U.S. v. Brownell

April 21, 1996

Arrel Godfrey
Potomac Valley Bank
702 Russell Avenue
Gaithersburg, MD 20877

Dear Arrel:

During our meeting Friday, we briefly discussed the possibility of you doing a home equity loan on my house. In connection with this matter, I have enclosed the following:

1) Copy of last three years' W-2's. In addition to my salary/bonus income, I receive rental income of $1,285 per month on my house in Frederick.

2) Copy of the deed for 6151 Tuckerman Lane.

3) Copy of recent appraisal on the property. I think it should have been closer to $350,000 than the $318,000 in the report, however this value will suffice for now.

4) Copy of a TRW Credit Report that I ordered last week (you may want to order your own but this might save you some time). There is one late payment on a credit card showing, I am disputing this item and expect to have it removed within the next sixty days. The other thing you credit people may pick on is that I am showing balances on several credit cards. This is due to two factors: (1) As we don't have a petty cash fund, items ordered by Douglas Development are often charged to my card (or Douglas', or Norman's) for which we are reimbursed and the credit card bill then paid, and (2) During the recently completed renovation of my house, either I or one of my subcontractors charged much of the necessary materials on these accounts. Obviously, upon receipt of a home equity line, these balances would all be extinguished, if not already paid off.

I have a feeling you can give me a better deal than NationsBank. I would, of course, be willing to consider moving my personal account to your bank.

Please call me to discuss what type of facility you might be able to do. Thanks.

Sincerely,

Jack Brownell


**File: ARRLJB.SAM**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\ARRLJB.SAM
Mod: 4/16/1996 4:17:26 PM
Acc: 2/23/2005
Item #: 251042
Exported as: ARRLJB[251042].SAM

October 17, 1997

To:     Wayne Lewis

From:   Jack

Re:     6151 Tuckerman Lane

1)   Column in main room need to be finished (where it meets with ceiling)

2)   New closet in upstairs bedroom needs door hung & to be finished

3)   Downstairs bathroom needs to be finished (walls)

4)   Front porch - should I just sand and paint? Is it rotting through? Any suggestions?

5)   French doors in living room - do I stain them to match the floors, or what do you recommend?

6)   Back door off kitchen - very hard to open, needs adjustment.

7)   Kitchen floor - coming up at seam (Bob installed).

There some be some materials at the bottom of the basement stairs.

Key is under mat on front porch.

File: 6151.SAM
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\6151.SAM
Mod: 10/17/1997 12:14:42 PM
Item #: 250816
Exported as: 6151[250816].SAM

GOVERNMENT EXHIBIT
No. 43
U.S. v. Brownell

February 2, 1998

To:     Tom Gannon

From:   Jack

Re:     6151 Tuckerman Lane

1)   Column in main room need to be finished (where it meets with ceiling)

2)   New closet in upstairs bedroom needs door hung & to be finished

3)   Downstairs bathroom needs to be finished (walls)

4)   Front porch - should I just sand and paint? Is it rotting through? Any suggestions?

5)   French doors in living room - do I stain them to match the floors, or what do you recommend?

6)   Back door off kitchen - very hard to open, needs adjustment.

7)   Kitchen floor - coming up at seam.

There some be some materials at the bottom of the basement stairs.

**File: 6151TOM.SAM**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\6151TOM.SAM
Mod: 2/2/1998 2:57:18 PM
Acc: 2/23/2005
Item #: 250818
Exported as: 6151TOM[250818].SAM

GOVERNMENT EXHIBIT
No. 44
U.S. v. Brownell

October 30, 2000

To:   Arrel Godfrey

From:  Jack Brownell

I have enclosed the executed documents in connection with our Douglas Development Operating Account along with an opening deposit of $200,000. Please let me know what the account number is when it is assigned.

I have also enclosed the fully executed contract for 6155 Tuckerman Lane. I am having a little trouble digging up my 1998 & 1999 tax returns. As I mentioned, they will not show that much income (probably around $65,000 for 1999) as it was purposely kept low.

I have attached a copy of a recent pay stub. The year to date figures do not reflect a recent bonus check in the amount of approx. $26,500. This should result in year 2000 W-2 gross income of approximately $160,000.

I hope to have my tax returns to you by tomorrow. Please call me if you have any questions or need any further information at this time.

Thanks for your help.


**File: arrel100.lwp**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\arrel100.lwp
Mod: 10/30/2000 12:22:24 PM
Acc: 2/23/2005
Item #: 251032
Exported as: arrel100[251032].lwp

GOVERNMENT EXHIBIT

No. 45

U.S. v. Brownell

October 30, 2000

To:     Arrel Godfrey

From:   Jack Brownell

I have enclosed the executed documents in connection with our Douglas Development Operating Account along with an opening deposit of $200,000. Please let me know what the account number is when it is assigned.

I have also enclosed the fully executed contract for 6155 Tuckerman Lane. I am having a little trouble digging up my 1998 & 1999 tax returns. As I mentioned, they will not show that much income (probably around $65,000 for 1999) as it was purposely kept low.

I have attached a copy of a recent pay stub. The year to date figures do not reflect a recent bonus check in the amount of approx. $26,500. This should result in year 2000 W-2 gross income of approximately $160,000.

I hope to have my tax returns to you by tomorrow. Please call me if you have any questions or need any further information at this time.

Thanks for your help.

---

**File: arrel1002.lwp**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\arrel1002.lwp
Mod: 10/30/2000 12:41:08 PM
Acc: 2/23/2005
Item #: 251033
Exported as: arrel1002[251033].lwp

November 3, 2000

Arrel Godfrey
Potomac Valley Bank
702 Russell Avenue
Gaithersburg, MD 20877

Dear Arrel:

I am writing to clarify for you Jack Brownell's salary at Douglas Development Corp. His weekly gross income is $2,344.23. He receives and additional check each month in the gross amount of $568.00. He has been paid $26,000.00 in bonuses thus far this year. The amount of his year end bonus has not yet been determined, it is dependent on the achievement of certain performance targets.

Please feel free to contact me if you have any questions or need any additional information.

Sincerely,


Douglas Jemal

File: arrelaal.sam
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\arrelaal.sam
Mod: 11/3/2000 11:28:28 AM
Item #: 251039
Exported as: arrelaal[251039].sam

**GOVERNMENT EXHIBIT**
**No. 47**
U.S. v. Brownell

November 3, 2000

Via fax #:    301-963-7683

To:    Arrel Godfrey

From:  Jack Brownell

Below is an outline of the anticipated renovation costs for 6155 Tuckerman Lane.

| | |
|---|---|
| Painting - interior & exterior | $ 6,000 |
| Deck replacement | 8,000 |
| Convert downstairs room to bedroom | 3,000 |
| Update bathrooms | 1,500 |
| Miscellaneous | 1,500 |
| Total | $20,000 |

I would also like to request a four month interest reserve, so I have time to complete the renovations and lease the house.

Please call me if you have any questions regarding the above information.

---

**File: arrelren.lwp**
Full Path: H:\LOGICUBE_DD-FAT32\Folders\Personal\JEB\JEB\JEB\arrelren.lwp
Mod: 11/14/2000 12:37:04 PM

Acc: 2/23/2005
Item #: 251038
Exported as: arrelren[251038].lwp

# DOUGLAS DEVELOPMENT CORPORATION

January 28, 2002

Via fax #:     301-963-7683

Arrel Godfrey
Potomac Valley Bank
702 Russell Avenue
Gaithersburg, MD  20877

Re:    6155 Tuckerman Lane/6151 Tuckerman Lane

Dear Arrel:

As you know, I had hoped to use some personnel from Douglas Development for the renovations necessary at 6155 Tuckerman Lane. However, after many months of waiting, I have come to the conclusion that our construction team is just too busy to accomplish this. A friend of mine, Tom Gannon, has his own construction company and does excellent work. I have engaged Tom to complete the renovations to the house.

I have attached a copy of the proposal for the renovation work. As you can see, it is somewhat more than the $20,000 we originally budgeted under our loan facility. In addition, there are two beams that are rotted and need replacing, as well as four new sliding glass doors that are not included in the proposal.

I want to get these renovations completed as soon as possible so the property can be rented and the debt service, which I have been carrying out of pocket, covered by the rental income. In order to accomplish this, I would like to request an increase of my personal credit line, which currently has a limit of $80,000, to a new limit of $105,000. This will cover the additional cost of the renovations, and let me get the house on the rental market as soon as possible. I owe $190,000 on my first mortgage on 6151 Tuckerman Lane, and I calculate that this increase in my credit line will result in a total loan to value (based on the appraisal you had done last year) of 72%.

Thank you in advance for your consideration in this matter.

Sincerely,

Jack Brownell

DDC 047428



# Potomac Valley Bank
702 Russell Avenue, Suite 200, Gaithersburg, MD 20877

# Personal Financial Statement

**INFORMATION:** Read these directions before completing this statement

If you are applying for <u>individual credit</u> in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested, complete only Sections 1 and 3 and Schedules A thru J. Do not include assets owned jointly with other.

If you are applying for <u>joint credit</u> with another person, complete all Sections and Schedules providing information in Section 2 about the joint applicant. Identify all jointly held assets on the following pages in the appropriate area.

If you would prefer to complete a separate personal financial statement, please request an additional form.

If you are applying for individual credit, but are relying on income from alimony, child support or separate maintenance or the income or assets of another person as a basis for repayment of the credit requested, complete all Sections and Schedules providing information in Section 2 about the person whose alimony, support, or maintenance payments or income or assets you are relying on.

If this statement relates to your guarantee of the indebtedness of another person(s), firm(s) or corporation(s), complete Sections 1 (and 2 if a joint applicant or other party is also going to guarantee the indebtedness) and Section 3 and Schedules A thru J.

### Section 1 - Individual Information (Type or Print)

- **Name:** JOHN E. BROWNELL
- **Residence Address:** 6151 TUCKERMAN LANE
- **Years There:** 6.5
- **City, State & Zip:** ROCKVILLE, MD 20852
- **Soc. Sec. No.:** [redacted]
- **Date of Birth:**
- **Employer:** DOUGLAS DEVELOPMENT CORP
- **No. of Yrs.:** 11.5
- **Position and Salary:** CFO / $125,000 + BONUS
- **Business Address:** 702 H STREET NW SUITE 400
- **City, State & Zip:** WASHINGTON DC 20001
- **Home Phone:** 301 980 7350
- **Business Phone:** 202 638 6300

### Section 2 - Other Party Information (Type or Print)

(blank)

### Section 3 - Statement of Financial Conditions as of _____ 20 ___

| ASSETS (Do Not Include Assets of Doubtful Value) | In Dollars (Omit Cents) | LIABILITIES | In Dollars (Omit Cents) |
|---|---|---|---|
| Cash on deposit (excluding IRAs) - Schedule A | 6,700 | Single payment loans - Schedule E | |
| U.S. Govt. and unrestricted marketable securities - Schedule B | | Installment loans and contracts - Schedule F | |
| Securities held by brokers in margin accounts | | Revolving credit lines - Schedule G | 12,700 |
| Cash value of life insurance - Schedule C | | Charge accounts and credit cards - Schedule H | 14,000 |
| Accounts and loans receivable (describe below): | | Loans against margin accounts | |
| Wholly owned real estate - Schedule D | 859,000 | Real estate mortgage loans - Schedule I | 545,000 |
| Individual retirement account | | Unpaid income taxes | |
| Deferred compensation plans / 401K | 4,000 | Other unpaid taxes, interest, and assessments | |
| Automobile and other personal property | 80,000 | Other liabilities (itemize) | |
| Net worth of business owned (attach financial statement) | MISC | | 8,000 |
| Partial interests in real estate - Schedule D | | | |
| Investments in non-real estate partnerships | | | |
| Other Assets (itemize on separate sheet) | | Total Liabilities | |
| | | Net Worth | 370,000 |
| **Total Assets** | **949,700** | **Total Liabilities and Net Worth** | **949,700** |

**COMPLETE SCHEDULES AND SIGN ON REVERSE SIDE**

NOTE: The obtaining of ... is a Federal and State offense, punishable by fine or imprisonment, or both.

PVB FORM PFS 12/03

**GOVERNMENT EXHIBIT**
**No. 115**
U.S. v. Brownell

PAGE 1 OF 4

## SCHEDULE A - CASH ON DEPOSIT

| Type of Account | Name of Institution | In Name(s) Of | Balance | Pledged (yes or no) |
|---|---|---|---|---|
| CKG | Adams Bank | | 5000 | n |
| CKG/SAV | Eagle Bank | | 1200 | n |
| CKG | Potomac Valley Bank | | 500 | n |
| | | | | |

## SCHEDULE B - U.S. GOVERNMENT and UNRESTRICTED MARKETABLE SECURITIES

| No. of Shares or Face Value (Bonds) | Security Description | Symbol (if known) | In Name(s) Of | Market Value | Pledged (yes or no) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE C - LIFE AND / OR DISABILITY INSURANCE (Including Group Policies)

| Name of Insurance Co. | Owner of Policy | Beneficiary | Face Amount or Monthly Benefit | Cash Value | Pledged (yes or no) | Policy Loans |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SCHEDULE D - REAL ESTATE (Wholly Owned or Partial Interests)

| Address of Property | In Name(s) Of | Percent Owned | Date Acquired | Purchase Price | Market Value | Mortgage Balance |
|---|---|---|---|---|---|---|
| 6151 Tuckhoe | Same | 100 | 10/95 | 230,000 | 405,000 | 270,000 |
| 6155 ✓ | ✓ | ✓ | 12/00 | 385,000 | 450,000 | 355,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(USE ADDITIONAL SCHEDULES IF NECESSARY)

PAGE 2 OF 4

## SCHEDULE E - SINGLE PAYMENT LOANS

| Name of Lender | In Name(s) Of | Unsecured or Secured (list collateral) | Original Amount | Current Balance | Int. Rate | Maturity |
|---|---|---|---|---|---|---|
| ~~Bank United~~ | Bank United ~~Same~~ | ~~6151 Tuckerman Lane~~ | ~~215,000~~ | ~~*****~~ | ~~*****~~ | ~~*****~~ |
| ~~Potomac ~~~~Valley~~ | P.V. | ✓ | ~~6155 Tuckerman Lane~~ | ~~365,000~~ | ~~365,000~~ | ~~*****~~ | ~~*****~~ |

## SCHEDULE F - INSTALLMENT LOANS and CONTRACTS

| Name of Lender | In Name(s) Of | Unsecured or Secured (list collateral) | Original Amount | Current Balance | Int. Rate | Monthly Payment |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SCHEDULE G - REVOLVING CREDIT LINES (Also include personal lines and Home Equity lines of credit not in use, but available)

| Name of Lender | In Name(s) Of | Unsecured or Secured (list collateral) | Credit Limit | Current Balance | Int. Rate | Monthly Payment |
|---|---|---|---|---|---|---|
| Eaglebank | Same | Unsecured | 10,000 | 8,000 | 14.5% | 400 |
| Adams Bank | ✓ | ✓ | 5,000 | 3,500 | 12.5% | 250 |
| Farmers + Mech | ✓ | ✓ | 2,500 | 1,200 | 14.5% | 120 |

## SCHEDULE H - CHARGE ACCOUNTS and CREDIT CARDS (Also include accounts and cards not in use, but available)

| Name of Lender | In Name(s) Of | Account Number | Credit Limit | Current Balance | Int. Rate | Monthly Payment |
|---|---|---|---|---|---|---|
| Sears | Same | ████ | 1,000 | 100 | 18% | 50 |
| Hechts | ✓ | ? | 300 | 50 | ✓ | 25 |
| Nat. City | ✓ | ████ | 5,000 | 4,700 | ✓ | 150 |
| MBNA | ✓ | ████ | 5,000 | 4,650 | ✓ | 150 |

## SCHEDULE I - REAL ESTATE MORTGAGE LOANS

| Name of Lender | In Name(s) Of | Property Address | Original Amount | Maturity | Monthly Payment | Int. Rate | Occupancy Status* |
|---|---|---|---|---|---|---|---|
| Bank United | Same | 6151 Tuckerman Lane | 215,000 | 6/04 | 1858 | 7.5 | 100% P |
| Potomac Valley Bank | ✓ | 6155 Tuckerman Lane | 365,000 | 12/05 | 2950 | 8.75 | under renovation R |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*P - Primary Residence    R - Rental Property    S - Second/Vacation Home

(USE ADDITIONAL SCHEDULES IF NECESSARY)

PAGE 3 OF 4

## SCHEDULE J - MISCELLANEOUS

| Sources of Income for Year Ended 20 _01_ | | Personal Information |
|---|---|---|
| Salary | $ 105,000 | Do you have a will? _N_ If so, name of Executor. |
| Bonuses | $ | |
| Commissions | $ | Are you obligated to pay alimony, child support or separate maintenance payments? _N_ If so, describe. |
| Dividends and Interest | $ | |
| Real Estate Income | $ | Are any assets pledged other than as described on schedules? _N_ If so, describe. |
| (Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation) | | Have you ever had property foreclosed upon or given title or deed in lieu thereof? _N_ If so, describe. |
| Other Income | $ | |
| Source of Other Income | | |
| Total Income | $ 125,000 | Are you a party in a lawsuit? _N_ If so, describe. |

### Contingent Liabilities

| Do you have any contingent liabilities in the following categories? | | Have you any outstanding judgments? _N_ If so, describe. |
|---|---|---|
| As endorser, co-maker or guarantor? | $ 0 | Have you ever been the subject of bankruptcy proceedings? _N_ If so, describe. |
| On leases or contracts? | $ 0 | |
| Legal claims? | $ 0 | |
| Other special debt? | $ 0 | Have you ever been audited by the IRS? _N_ If so, describe. |
| Income tax liens? | $ 0 | |
| Other contingent liabilities (itemize) | | Last year for which income taxes have been filed? _'04_ |
| | $ | |
| | $ | Have you ever been charged with a felony? _N_ If so, describe. |
| | $ | |

The information contained in this statement is provided for the purpose of obtaining, or maintaining credit with you on behalf of the undersigned, or persons, firms or corporations in whose behalf the undersigned may either severally or jointly with others, execute a guaranty in your favor. Each undersigned understands that you are relying on the information provided herein (including the designation made as to ownership of property) in deciding to grant or continue credit. Each undersigned represents and warrants that the information provided is true and complete and that you may consider this statement as continuing to be true and correct until a written notice of a change is given to you by the undersigned. You are authorized to make all inquiries you deem necessary to verify the accuracy of the statements made herein, and to determine my/our creditworthiness. You are authorized to answer questions about your credit experience with me/us.

For joint credit applicants, we require that this financial statement be signed by all applicants.

☐ This request is for the purpose of a home equity line of credit and I/We hereby acknowledge receipt of the Home Equity Line of Credit Early Disclosure and the Home Equity Brochure.

Amount applied for $ _25,000.00_    Purpose of proceeds: _Aid with Renovation of rental property_

If this loan is secured by a dwelling, you have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application. In your letter, give us the following information: Loan or application number (if known), date of application, name(s) of loan applicant(s), property address, and current mailing address. Potomac Valley Bank may obtain reports from credit reporting agencies and other sources about you and your business in connection with this application. Other information that we have access to may be shared with other entities that are related to Potomac Valley Bank by common ownership or affiliated by corporate control. If you do not want this "other" information shared, you must notify us in writing by sending your request to Potomac Valley Bank, 702 Russell Avenue, Suite 200, Gaithersburg, MD 20877-2686, Attn.: Loan Servicing Department.

X _[signature]_    X _____
Signature (Individual)    Signature (Other Party)

Date Signed _2/5/02_    Date Signed _____

PAGE 4 OF 4

# ⊡ DOUGLAS DEVELOPMENT CORPORATION

November 18, 2002

Via fax #:   212-726-9732/718-338-6081

To:   Joe Cayre

From:  Jack Brownell

Re:   77 P Street refinance

I have attached two schedules which should show you how the funds flow on the 77 P Street refinance. The first basically is a summary of the settlement sheet (this will change slightly as the numbers are finalized). Note that $7 million is being held back to fund the remaining tenant improvement and leasing commissions (all of these are to outside brokers).

The second schedule shows the timing and release of the $19 million holdback. As you can see, at the end of the day, you get $17.1 million ($16.2 per the schedule plus a $936k repayment from Douglas on Square 670). These funds should all be sent to you over the next 30-60 days, as the work is completed and the tenants occupy.

Please call me if you have any questions or would like me to take you through the schedule.

DDC 001844

702 H STREET, NW, SUITE 400
WASHINGTON, DC 20001 • (202) 638-6300 • FAX (202) 638-0303
www.douglasdevelopment.com