**ATTACHMENT 2**

CURRICULUM VITAE

Raymond F. Patterson, M.D., D.F.A.P.A.
1904 R Street, N.W.
Washington, D.C. 20009
Telephone: (301) 292-3737
Fax: (301) 292-6272

## EDUCATION

| 1973 - 77 | Doctor of Medicine<br>Howard University College of Medicine<br>Washington, D.C. |
| 1970 - 73 | Undergraduate<br>Northwestern University<br>Evanston, Illinois |

## SCHOLARSHIPS

| Undergraduate | Illinois State Scholarship Committee Scholarship |
| Medical School | National Medical Fellowships Incorporated Scholarship<br>Clinical Psychiatry Award |

## AWARDS

"Key to Louisiana State Penitentiary at Angola"
Louisiana Department of Corrections
Baton Rouge, LA, February 2001

Award for Support to Commission on Mental Health Services
Department of Nursing, Commission on Mental Health Services
Washington, D.C., May 1998

"Key to Patuxent Institution"
Department of Public Safety and Correctional Services
Jessup, Maryland, February 1998
Distinguished Visiting Professor
Florida State Hospital
Orlando, Florida, March 1996

Certificate of Appreciation for Dedication to Clifton T. Perkins Hospital and the
    Mental Health Forensic System of Maryland
Department of Health and Mental Hygiene
Baltimore, Maryland, 1994

Certificate of Appreciation
Medical Records Department, Clifton T. Perkins Hospital
Jessup, Maryland, 1994

Award for Public Service,
United States Department of Justice
Washington, D.C., November 1992

Certificate of Appreciation for Risk Management/Quality Assessment Program
Mental Hygiene Administration
Baltimore, Maryland, October 1992

Outstanding Public Service Recognition Resolution
Council of the District of Columbia
Washington, D.C., October 1992

Distinguished Service Award
Department of Human Services, District of Columbia
Washington, D.C., October 1992

Meritorious Public Service Award
Office of the Mayor
Washington, D.C., October 1992

Our Hero Award
Patient's Rights Council, St. Elizabeths Hospital
Washington, D.C., October 1992

Outstanding Assistance and Support to Law Enforcement
United States Secret Service
Washington, D.C., October 1992

Superior Support for United States Public Health Service
Washington, D.C., September 1992

Certificate of Appreciation for Dedicated Service to the Psychiatry Section of the
    Medical Society of the District of Columbia
Washington, D.C., May 1992

Certificate of Appreciation for Hostage Negotiations Conference
Baltimore County Police Department
Baltimore, Maryland, February 1992

Blacks in Government Award for Outstanding Service in Forensic Psychiatry and
    Community Service
Washington, D.C., 1989

The ADAMHA Administrators Award for Achievements of the Quality Assurance
    Workgroup
St. Elizabeths Hospital
Washington, D.C., March 1987

St. Elizabeths Overholser Division of Training Alumnus of the Year
Washington, D.C., 1986

## APPOINTMENTS AND POSITIONS

| | |
|---|---|
| April 1981 - Present | Consultant and Private Practice in Forensic Psychiatry<br>1904 R Street, N.W.<br>Washington, D.C. 20009 |
| Mar 1998 - Oct 2001 | Director of Forensic Services<br>Commission on Mental Health Services<br>Washington, D.C. |

| | |
|---|---|
| May 1997 -<br>Feb 1998 | <u>Chief Psychiatrist</u><br>Department of Public Safety & Correctional Services<br>Baltimore, MD |
| Sept 1995 -<br>Feb 1998 | <u>Senior Psychiatric Consultant</u><br>Patuxent Institution<br>Department of Public Safety & Correctional Services<br>Jessup, MD |
| Nov 1996 -<br>April 1997 | <u>Chief Psychiatrist</u><br>Central Detention Facility<br>Department of Corrections for the District of Columbia<br>Washington, D.C. |
| Aug 1994 -<br>Sept 1995 | <u>Director</u><br>Division of Demonstration Programs<br>Center for Mental Health Services<br>Substance Abuse, Mental Health Services Administration<br>United States Department of Health and Human Services<br>Rockville, MD |
| Oct 1992 -<br>July 1994 | <u>Superintendent and State Forensics Director</u><br>Clifton T. Perkins Hospital Center<br>Mental Hygiene Administration<br>State of Maryland<br>Jessup, MD |
| Jan 1992 -<br>Sept 1992 | <u>Acting Commissioner</u><br>Commission on Mental Health Services<br>Washington, D.C. |
| Mar 1987 -<br>Sept 1992 | <u>Forensic Services Administrator</u><br>Commission on Mental Health Services<br>Washington, D.C. |
| July 1985 -<br>Feb 1987 | <u>Acting Associate Superintendent</u><br>General Clinical Programs<br>St. Elizabeths Hospital<br>Washington, D.C. |
| Sept 1983 -<br>Feb 1987 | <u>Medical Director</u><br>Division of Forensic Programs<br>St. Elizabeths Hospital<br>Washington, D.C. |
| July 1981 -<br>Sept 1983 | <u>Staff Psychiatrist</u><br>Division of Forensic Programs<br>St. Elizabeths Hospital<br>Washington, D.C. |
| Dec 1981 -<br>July 1982 | <u>Staff Psychiatrist</u><br>Alexandria Community Mental Health Center<br>Alexandria, VA |
| May 1980 -<br>Nov 1982 | <u>Admitting Psychiatrist</u><br>Psychiatric Institute of Washington<br>Washington, D.C. |

Feb 1979 -    Medical Officer
Mar 1980      Godding-Noyes Division
              St. Elizabeths Hospital
              Washington, D.C.

## FACULTY APPOINTMENTS

1996 -        Associate Professor of Psychiatry
Present       Howard University College of Medicine
              Washington, D.C.

1992 -        Associate Professor of Psychiatry
Sept 2001     Institute of Psychiatry and Human Behavior
              University of Maryland, School of Medicine
              Baltimore, MD

1988 -        Associate Professor of Psychiatry
Present       Georgetown University Department of Psychiatry
              Washington, D.C.

1982 -        Clinical Instructor
1996          Howard University College of Medicine
              Washington, D.C.

1982 -        Clinical Faculty
1992 &        Overholser Division of Training
1998 -        St. Elizabeths Hospital
2001          Washington, D.C.

## TRAINING EXPERIENCE

Sept 2005     22nd Biennial Congress on Law of the World
              World Jurist Association
              Beijing and Shanghai, China

Nov 2000      Psychiatry Practice Paradigm
              University of Minnesota Faculty
              Vienna, VA

Aug 1995      Psychopathy and the PCL-R:  An Advanced Workshop
              Multi-Health Systems, Inc.
              Jessup, MD

1985-86,      Annual Surveyor Training Conferences
1988-89,      Joint Commission on Accreditation of Healthcare Organizations
1991          Chicago, IL
1993-94

April 1987    Growth in Professional Judgment
              Harvard University Philosophy of Educational Research
               Center
              Washington, D.C.

July 1980 -   Chief Resident
Jan 1981      National Institute of Mental Health at St. Elizabeths
              Washington, D.C.

| | |
|---|---|
| Oct 1979 -<br>June 1981 | Residency - Psychiatry<br>National Institute of Mental Health at St. Elizabeths Hospital<br>Washington, D.C. |
| July 1978 -<br>Oct 1979 | Residency - Psychiatry<br>Howard University Hospital<br>Washington, D.C. |
| July 1977 -<br>June 1978 | Internship - Flexible Medicine<br>Howard University Hospital<br>Washington, D.C. |

## CONSULTATIONS

| | |
|---|---|
| July 2005 | <u>Consultant</u><br>Illinois Department of Mental Health<br>Joliet, Illinois<br>Re:  Sexually Violent Predator Program |
| March 2004 -<br>Present | <u>Consultant</u><br>U.S. Department of Justice<br>Washington, DC<br>Re:  Augusta State Medical Prison |
| Aug 2003 -<br>Present | <u>Consultant</u><br>U.S. Department of Justice<br>Washington, DC<br>Re:  Wyoming State Prison |
| Jan 2003 -<br>Sept 2005 | <u>Consultant</u><br>California Department of Corrections<br>Sacramento, CA<br>Re:  California Youth Authority |
| Dec 2002 | <u>Consultant/Participant</u><br>Reentry Roundtable<br>Urban Institute<br>Los Angeles, CA |
| April 2002 –<br>May 2002 | <u>Consultant</u><br>Prison Law Office<br>San Quentin, CA<br>Re:  California Youth Authority |
| May 2001 -<br>Present | <u>Consultant</u><br>Philadelphia Prison System<br>Philadelphia, PA |
| Jan 2001 -<br>2005 | <u>Expert</u><br>Department of Public Safety and Corrections<br>State of Louisiana<br>Baton Rouge, LA |
| Feb 2000 -<br>2001 | <u>Consultant</u><br>South Carolina Department of Corrections<br>Columbia, SC |

| | |
|---|---|
| Dec 1999 – Present | <u>Consultant</u><br>New York State Office of the Attorney General<br>Albany, NY |
| Sept 1999 | <u>Consultant</u><br>Cultural Issues in Correctional Mental Health<br>Massachusetts Department of Mental Health<br>  & Department of Corrections<br>Gardner, MA |
| June 1999 – Present | <u>Monitor</u><br>New Jersey Department of Corrections<br>Trenton, NJ |
| April 1999 | <u>Consultant</u><br>Taylor-Hardin Forensic Facility<br>Tuscaloosa, AL |
| Mar 1996 - Present | <u>Special Expert</u> to Federal Master<br>California Department of Corrections<br>Sacramento, CA |
| Mar 1996 - 2001 | <u>Consultant</u><br>Virginia Department of Mental Health<br>Petersburg, VA |
| Oct 1996 - Dec 1997 | <u>Consultant</u><br>Department of Mental Health<br>San Juan, Puerto Rico |
| July 1995 | <u>Consultant</u><br>Massachusetts Department of Mental Health<br>Boston, MA |
| May - June 1995 | <u>Consultant</u><br>Maryland Adjustment & Classification Center (Supermax)<br>Department of Public Safety & Correctional Services<br>Baltimore, MD |
| May 1995 | <u>Psychiatrist Member</u><br>Special Task Committee to review mental health needs for<br>Cuban and Haitian Migrants<br>Guantanamo Bay, Cuba |
| Jan 1994 - Present | <u>Consultant - Examiner in General Psychiatry</u><br>American Board of Psychiatry and Neurology<br>Chicago, IL |
| July 1993 - Jan 1994 | <u>Psychiatrist Member</u><br>Center for Mental Health Services Ad Hoc Working Group<br>  for Mental Health and Criminal Justice Systems<br>United States Department of Health and Human Services<br>Rockville, MD |
| Spring 1991 - Spring 1993 | <u>Clinical Consultant</u><br>Law Center Clinical Program<br>Georgetown University<br>Washington, D.C. |

| | |
|---|---|
| 1989 - 1991 | <u>Consultant</u><br>The National Conference of Christians and Jews, Inc.<br>Washington, D.C. |
| Oct 1989 | <u>Consultant-Examiner</u><br>American Board of Forensic Psychiatry, Inc.<br>American Academy of Psychiatry and the Law<br>Baltimore, MD |
| Jan 1989 - Jan 1990 | <u>Psychiatric Consultant</u><br>U.S. Capitol Police<br>Washington, D.C. |
| 1988 - 1991 | <u>Forensic Psychiatric Consultant</u><br>Georgia Regional Hospital<br>Atlanta, GA |
| May 1987 | <u>Consultant</u> on Professional Supervision and Clinical Privileges<br>Indiana Department of Mental Health<br>Indianapolis, IN |
| Feb 1985 - Sept 1996 | <u>Consultant Surveyor</u><br>Joint Commission on the Accreditation of Healthcare<br>  Organizations<br>Oak Brook Terrace, IL |
| 1984 - 1991 | <u>Psychiatric Consultant</u><br>United States Secret Service<br>Department of the Treasury<br>Washington, D.C. |
| 1983 - 1987 | <u>Psychiatric Consultant</u><br>United States Marshal's Service<br>Washington, D.C. |
| 1982 - 1984 | <u>Psychiatric Consultant</u><br>Metropolitan Police Department<br>Washington, D.C. |

<u>SPEAKING ENGAGEMENTS</u>

| | |
|---|---|
| Sept 2007 | <u>Guest Lecturer</u><br>"Interview techniques and how to elicit information from mentally ill or<br>  retarded defendants"<br>Baltimore City Mental Health Court<br>District Court Building<br>Baltimore, MD |
| July 2007 | <u>Speaker</u><br>"Assessment and Management of the Violent Patient"<br>Grand Rounds<br>Howard University Department of Psychiatry<br>Washington, D.C. |
| Oct 2006 | <u>Panelist</u><br>"Terrorism and the Death Penalty:  Expert Testimony and Legal Strategy<br>  in the Moussaoui Trial<br>American Academy of Psychiatry and the Law Annual Meeting<br>Chicago, IL |

April 2006            <u>Presenter</u>
                      "Working Effectively with the Adult Forensic Consumer"
                      Clinical and Cultural Competency Training for DMH Stakeholders
                      Department of Mental Health
                      Washington, D.C.

August 2005           <u>Presenter</u>
                      "Forensic Psychiatry:  Competence to Stand Trial and Legal Insanity"
                      Department of Psychiatry Grand Rounds
                      Howard University Hospital
                      Washington, D.C.

May 2005              <u>Speaker</u>
                      Sesquicentennial Celebration Program
                      "History of Forensic Psychiatry and Landmark Forensic Cases"
                      St. Elizabeths Hospital
                      Washington, D.C.

June 2003             <u>Speaker</u>
                      "Impulsive Aggression in Children and Adolescents"
                      National Capital Symposium on Mental Health
                      Howard University Hospital
                      Washington, DC

May 2002              <u>Presenter</u>
                      "Mental Health Defenses"
                      Continuing Legal Education Program
                      District of Columbia Bar
                      Washington, D.C.

Mar 2002              <u>Presenter</u>
                      "Assessment and Management of Axis I and Axis II
                         Disorders in Forensic Patients"
                      State-wide Grand Rounds
                      New York State Office of Mental Health
                      Albany, NY

Mar 2002              <u>Keynote Speaker</u>
                      "Correctional Psychiatry"
                      Louis Van Wezel Schwartz Symposium on Mental
                         Health Issues in Correctional Psychiatry
                      Washington, DC

Mar 2002              <u>Panelist</u>
                      "Impact of September 11[th]"
                      Washington Bar Association Judicial Council Seminar
                      Washington, DC

Mar 2002              <u>Speaker/Panelist</u>
                      "New Challenges and Opportunities in Mental Health"
                         (Mental Health and Criminal Justice)
                      NASW Conference on New Dimensions in Social Work
                         Practice
                      Washington, DC

Nov 2001              <u>Keynote Speaker</u>
                      "Maintaining the Integrity of the Unit"
                      Kirby Forensic Center w/ NYU School of Medicine
                      14th Annual Forensic Workshop
                      New York, NY

May 2001    <u>Guest Speaker and Workshop</u>
        "Civil vs. Forensic Cultures" (Part II)
        Kirby Forensic Psychiatric Center
        Wards Island, NY

May 2001    <u>Speaker/Participant</u>
        "Saving Our Youth: Juvenile Justice & Mental Health"
        13th Annual Conference
        Mental Health Association of the District of Columbia
        Washington, DC

June 2001    <u>Speaker</u>
        "Partnerships Behind the Walls and Beyond:  Mental Health
         Disabilities Among Offender Populations"
        Lt. Joseph P. Kennedy Institute
        Washington, D.C.

Mar 2001    <u>Keynote Speaker</u>
        "Cultural Competence in Forensic Settings"
        8th Annual Forensic Conference
        Little Rock, AR

Nov 2000    "Forensic Psychiatry in Practice"
        University of Baltimore
        Baltimore, MD

June 2000    <u>Faculty & Speaker</u>
        "Outpatient Commitment in the District of Columbia"
        Medical Services Division of Circuit Court of Baltimore
        Baltimore, MD

June 2000    <u>Panelist</u>
        "Government and Private Roles in the Provision of Forensic
         Mental Health Services"
        Innovations in Forensic Mental Health Conference
        Ehrenkranz  School of Social Work, Research Department
        New York University School of Medicine
        New York, New York

June 2000    <u>Faculty and Speaker</u>
        "Outpatient Commitment in the District of Columbia"
        Medical Services Division of the Circuit Court of Baltimore
        Baltimore, MD

April 2000    <u>Keynote Speaker</u>
        "Cultural Competence in Forensic Settings"
        17th Annual Forensic Workshop
        Missouri Department of Mental Health
        Lake Ozark, MO

March 2000    <u>Keynote Speaker and Workshop</u>
        "Cultural Competence in Forensic Settings"
        Kirby Forensic Psychiatric Center
        Wards Island, NY

| | |
|---|---|
| Dec 1999 | <u>Panelist</u><br>"Mental Health and Criminal Justice: An In-Depth, Interactive<br>   Exchange to Examine Appropriate Roles for State Mental<br>   Health Agencies"<br>National Association of State Mental Health Program Directors<br>   Winter 1999 Commissioner's Meeting<br>Washington, D.C. |
| Nov 1999 | <u>Panelist</u><br>Mental Health and the Law<br>35th Criminal & 3rd Appellate Practice Seminars<br>Criminal Practice Institute & Appellate Practice Institute<br>Washington, D.C. |
| Nov 1999 | <u>Presenter</u><br>"Understanding Forensic Expert Witness Testimony"<br>University of Maryland<br>Baltimore, MD |
| August 1999 | <u>Presenter</u><br>"The Intersection of Mental Health, Civil, & Criminal<br>   Issues"<br>1st Annual Commission on Mental Health Services Conference<br>Washington, D.C. |
| June 1999 | <u>Presenter</u><br>"Expert Witness Testimony"<br>Georgetown University Law School<br>Washington, D.C. |
| May 1999 | <u>Speaker</u><br>"Juvenile Justice – Should 14 Year Olds Be Tried As Adults?"<br>Family Advocacy and Support Association, Inc.<br>Washington, D.C. |
| Mar 1999 | <u>Presenter</u><br>"Forensic Psychiatry in Practice"<br>University of Baltimore<br>Baltimore, MD |
| Oct 1998 | <u>Keynote Address</u>  "Cultural Competency in Forensic<br>   Settings"<br>NASMHPD 1998 State Mental Health Forensic Directors<br>   Conference<br>St. Petersburg, FL |
| Oct 1998 | <u>Speaker and Panelist</u><br>"Opening the Door:  Mental Health & Criminal Justice     System"<br>Woodley House, Potomac Residence Club, Inc.<br>Washington, D.C. |
| May 1998 | <u>Presenter</u><br>"Direct and Cross-examination"<br>D.C. Office of the Corporation Counsel<br>Washington, D.C. |

| | |
|---|---|
| Nov 1997 | <u>Discussant</u><br>Thirteenth Annual Rosalyn Carter Symposium on Mental<br>  Health Policy<br>The Carter Center Mental Health Task Force<br>Atlanta, GA |
| Oct 1996 | <u>Presenter</u><br>"Regulatory Agencies and Mental Health Care Delivery<br>  Systems"<br>Tulane University Medical Center<br>New Orleans, LA |
| Nov 1995 | <u>Discussion Group Leader</u><br>"Public Psychiatry"<br>American Psychiatric Association<br>Washington, D.C. |
| Sept 1995 | <u>Presenter</u><br>"A Comparison of Treatment Models for Women in Forensic<br>  Hospitals"<br>1995 State Mental Health Forensic Directors Conference<br>National Association of State Mental Health Program Directors<br>Madison, WI |
| July 1995 | <u>Presenter</u><br>"Successes from the Streets:  Strategies Beyond Shelters<br>  and Jails"<br>15th Annual National Alliance for the Mentally Ill Convention<br>Washington, D.C. |
| July 1995 | <u>Presenter</u><br>"Implications of Treatment Breakthroughs for Persons with<br>  Mental Illness"<br>Knowledge Development and Application in Mental Health<br>  and Criminal Justice Systems for Persons with Mental<br>  Illness Living in the Community Conference<br>Albuquerque, NM |
| June 1995 | <u>Presenter</u><br>"Fostering Hope and Celebrating Strengths, Embracing<br>  Families and Communities"<br>Family Advocacy and Support Association, Inc.<br>Washington, D.C. |
| May 1995 | <u>Presenter</u><br>"Perspectives on Mental Illness in the Criminal Justice<br>  System"<br>Alliance for the Mentally Ill of Michigan<br>Southfield, MI |
| April 1995 | <u>Keynote Address</u>:  "Approaches to Violent Behavior"<br>Second Annual Forensic Conference<br>Little Rock, AR |
| April 1995 | <u>Presenter</u><br>"Clinical Diagnosis and Treatment of Mental Illness:  An<br>  Overview for the Non-Clinician"<br>Superior Court of the District of Columbia<br>Washington,D.C |

Nov 1994

<u>Presenter</u>
"Community Forensics:  Evolving Trends"
Grand Rounds Presentation
Department of Psychiatry
George Washington University Hospital
Washington, D.C.

Oct 1994

<u>Presenter</u>
"An Overview of Mental Illness and Managing Violent
  Persons in the Hearing Room"
National Association of Administrative Law Judges
Baltimore, MD

Sept 1994

<u>Keynote Address</u>:  "Community Forensics"
National Association of Social Workers Working with
  Forensic Patients and Their Families
Bethesda, MD

May 1994

<u>Panelist</u>
"The Mentally Ill in Prisons"
National Coalition for the Mentally Ill in Prisons
United States Capitol
Washington, D.C.

May 1994

<u>Presenter</u>
"Community Forensics and Aftercare:  Placement and
  Treatment Issues"
Johns Hopkins Department of Psychiatry
Baltimore, MD

May 1994

<u>Presenter</u>
"Transition Services for Mentally Ill Offenders"
The National Coalition for the Mentally Ill in the Criminal
  Justice System
Breakfast and Briefing for Members of Congress
Washington, D.C.

May 1994

<u>Presenter</u>
"Managing a Violent Crisis:  Media Relations,
  Countertransference, and Other Internal and External
  Systems Issues"
Managing the Risk of Violence
Georgia Regional Hospital
Atlanta, GA

May 1994

<u>Presenter</u>
"Remediation for the Juvenile Offender"
Patuxent Institution Staff Retreat
Marriottsville, MD

April 1994

<u>Keynote Address</u>:
"Providing a Continuum of Care for Forensic Patients"
Galt Scholar Lecturer
Virginia Department of Mental Health, Mental Retardation
  and Substance Abuse
Richmond, VA

| | |
|---|---|
| April 1994 | <u>Guest Speaker</u><br>"Forensic Inpatient Services: Trends for the 90s"<br>Fourth Annual Conference for Forensic Mental Health<br>  Treatment Providers<br>Vernon, TX |
| April 1994 | <u>Presenter</u><br>"Emergency Psychiatry"<br>Grand Rounds, Department of Emergency Medicine<br>University of Maryland Hospital<br>Baltimore, MD |
| April 1994,<br>1993,1992,<br>1991 | Lectures on Forensic Psychiatry<br>Department of Psychology<br>Georgetown University<br>Washington, D.C. |
| Mar 1994 | <u>Presenter</u><br>"Effective Clinical Documentation"<br>Catonsville Community College<br>Catonsville, MD |
| Mar 1994 | Forensic Psychiatry Lecture<br>Howard University Medical School<br>Washington, D.C. |
| Jan 1994 | <u>Presenter</u><br>"Community Forensics"<br>Grand Rounds, Department of Psychiatry<br>University of Maryland<br>Baltimore, MD |
| Jan 1994 | <u>Speaker</u><br>"Overview of the Forensic System in Maryland"<br>Educational Program Series<br>Baltimore Mental Health Systems, Inc.<br>Baltimore,MD |
| Dec 1993 | <u>Presenter</u><br>"The Insanity Defense and Serial Sex Offenders"<br>Thurgood Marshall Inn of Court<br>Superior Court of the District of Columbia and the U.S.<br>  Court of Appeals<br>Washington, D.C. |
| July 1993 | <u>Keynote Address</u>: "The Forensic Care Providers' Role in<br>  Educating the Public"<br>Third Annual Conference for Forensic Mental Health<br>  Treatment Providers<br>Vernon, TX |
| June 1993 | <u>Keynote Address</u>: "Forensic Mental Health Care in the<br>  United States"<br>The Alliance for the Mentally Ill of Maryland<br>The 11th Annual Convention, Hood College<br>Frederick, MD |

13

| | |
|---|---|
| May 1993 | <u>Presenter</u><br>"Developing an Integrated System for Correctional<br>  Institutions"<br>1993 Annual Meeting<br>American Psychiatric Association<br>San Francisco, CA |
| May 1993 | <u>Presenter</u><br>"Community Violence:  How Have We Arrived Here?  Can<br>  We Go Anywhere Else?"<br>Georgia Regional Hospital<br>Atlanta, GA |
| April  1993 | <u>Presenter</u><br>"Mock Trial:  Serial Rapists"<br>Board of Professional Responsibility<br>District of Columbia Court of Appeals<br>Annual Disciplinary Conference<br>Washington, D.C. |
| April 1993 | <u>Presenter</u><br>"History of Forensic Psychiatry and the Insanity Defense"<br>Psychiatry Grand Rounds<br>University of Maryland<br>Baltimore, MD |
| Feb 1993 | <u>Presenter</u><br>"The Insanity Defense in the Federal System and the District<br>  of Columbia"<br>Forensic Psychiatry Fellowship Program Seminar<br>University of Maryland<br>Baltimore, MD |
| Jan 1993 | <u>Keynote Address</u>:  "Violence is a Community Problem:  How<br>  Did We Get Here?"<br>Workshop on Violence and the Community<br>Sponsored by the University of Maryland<br>Linthicum, MD |
| Nov 1992 | <u>Speaker</u><br>"The Psychological Dimensions of Preventing Violence"<br>Violence in Our Community Action Agenda<br>1992 Family Life Conference<br>Henry C. Gregory III, Family Life Center<br>Washington, D.C. |
| Sept 1992 | <u>Speaker</u><br>"Cross Cultural Differences in Evaluation and Treatment"<br>Treatment or Punishment:  Mental Illness and the Criminal<br>  Justice System<br>National Alliance for the Mentally Ill<br>Washington, D.C. |
| May 1992 | <u>Speaker</u><br>"Children and Violence"<br>D.C. Mental Health Association Annual Luncheon and<br>  Workshop<br>Washington, D.C. |

Feb 1992
<u>Presenter</u>
"Hostage Negotiations"
Annual Hostage Negotiation Seminar
Baltimore County Policy Department
Baltimore, MD

Aug 1990
<u>Speaker</u>
"Schizophrenia"
PSI Associates, Inc.
Washington, D.C.

June 1990
<u>Speaker</u>
"Signs and Symptoms of Depression"
Women in Business
Prince George's Chamber of Commerce
Landover, MD

May 1990
<u>Speaker</u>
"Not Guilty by Reason of Insanity:  Implications for the
   Judicial System, the Community and Clinicians"
Region 4 Community Mental Health Center Conference
Washington, D.C.

May 1990
<u>Speaker</u>
"Violent Death and the Family:  Multiple Victims"
St. Francis Center Conference
Washington,D.C.

Dec 1989
<u>Speaker and Panelist</u>
"Mental Health is Everybody's Business"
Fifth Annual Mental Health Planning Conference
D.C. State Mental Health Planning Council
Washington, D.C.

Oct 1989
<u>Presenter</u>
"Mental Health Issues in the Courtroom"
D.C. Superior Court Judges and Commissioners
Washington, D.C.

April 1989
<u>Speaker</u>
"People Reaching People: Pathways to Black Mental Health"
D.C. Chapter of the Association of Black Psychologists
Howard University
Washington, D.C.

Nov 1987
<u>Speaker</u>
"Client and Community Rights and Responsibilities"
Fourth Annual State of the District of Columbia Mental
   Health Conference
Washington, D.C.

June 1987
<u>Speaker</u>
"Advocacy - A Shared Responsibility"
Information, Protection and Advocacy Center for
   Handicapped Individuals, Inc.
Washington, D.C.

15

Jan 1987

<u>Speaker</u>
"Depression:  Approaches to Community Management"
PSI Associates, Inc.
Washington, D.C.

Oct 1986

<u>Presenter</u>
"Re-enactment of Ezra Pound Trial"
Annual Meeting
American Academy of Psychiatry and the Law
Philadelphia, PA

Aug 1986

<u>Presenter</u>
"Forensic Psychiatry and General Psychiatric Practice"
Howard University Hospital
Washington, D.C.

June 1986

<u>Speaker</u>
"Schizophrenia:  Treatment Approaches"
PSI Associates, Inc.
Washington, D.C.

Nov 1985

<u>Presenter</u>
"Sexual Psychopathology and Anti-Androgen Therapies"
St. Elizabeths Hospital
Washington, D.C.

Oct 1985

<u>Presenter</u>
"Re-enactment of Ezra Pound Trial"
Medical Society Scientific Day Program
St. Elizabeths Hospital
Washington, D.C.

Mar 1985

<u>Presenter</u>
"Tarasoff and Its Offsprings:  Implications for Clinical
   Practice"
Eighth Annual John Marr Day Symposium
St. Elizabeths Hospital
Washington, D.C.

Sept 1984

<u>Presenter</u>
"Civil Commitment and Post NGI Proceedings"
Criminal Practice Institute
Washington, D.C.

Jan 1984

<u>Presenter</u>
"Critical Issues in Forensic Psychiatry:  Where Do We Go
   From Here?"
Seventh Annual John Marr Day Symposium
St. Elizabeths Hospital
Washington, D.C.

June 1983

<u>Speaker</u>
"Psychological Effects of Cancer"
Introductory Course in Cancer Education for D.C. Health and
   Science Teachers
Washington, D.C.

16

PAPERS PRESENTED

| | |
|---|---|
| Oct 2000 | "Correctional Psychiatry (Advanced Course)"<br>Annual Meeting<br>American Academy of Psychiatry and the Law<br>Van Couver, B.C. Canada |
| May 1999 | "Relapse in Forensic Settings"<br>Annual Meeting<br>American Psychiatric Association<br>Washington, D.C. |
| Oct 1998 | "Correctional Psychiatry (Basic Course)"<br>Annual Meeting<br>American Academy of Psychiatry and the Law<br>New Orleans, LA |
| June 1997 | "Hospitalization:  Who Needs It?"<br>Consortium on Special Delivery Settings<br>Council on Psychiatric Services<br>American Psychiatric Association<br>SanDiego,CA |
| Mar 1996 | "Presidential Assassins"<br>Tenth Annual Conference<br>Florida State Hospital<br>Orlando, FL |
| Sept 1992 | "A Community in Crisis"<br>Psychiatric Institute of Washington<br>Washington, D.C. |
| May 1992 | "Evaluation and Treatment of Blacks in Jails and Prisons"<br>Annual Meeting<br>American Psychiatric Association<br>Washington, D.C. |
| Oct 1991 | "Criminalization of the Mentally Ill"<br>Annual Meeting<br>American Academy of Psychiatry and the Law<br>Orlando, FL |
| Sept 1991 | "Victimization of Staff and Critical Incidents"<br>Twelfth Annual Conference<br>NASMHPD State Mental Health Forensic Directors<br>Birmingham, AL |
| Sept 1990 | "Maintaining the Integrity of the Unit"<br>Eleventh Annual Conference<br>NASMHPD State Mental Health Forensic Directors<br>Sante Fe, NM |
| Dec 1980 | "Use of Psychotropic Medications in Pregnancy:  A Review"<br>St. Elizabeths Hospital Medical Society<br>Washington, D.C. |

Aug 1979                    "The Psychosocial Aspects of Liaison Psychiatry to Cancer
                               Patients"
                            Annual Meeting
                            The National Medical Association
                            Detroit, MI


PUBLICATIONS

1)  Patterson, RF, and Greifinger, RB. "Insiders as Outsiders: Race, Gender and
    Cultural Considerations Affecting Health Outcome after Release to the
    Community"
    Journal of Correctional Health Care, Vol. 10, #3, Fall 2003

2.  Patterson, RF, "Review Mechanisms and Regulatory Agencies"
    Chapter in Mental Health Care Administration: A Guide for Practitioners.
    Edited by P. Rodenhauser, M.D. University of Michigan Press.  2000

3.  Dvoskin, JA, and Patterson, RF:  "Administration of Treatment Programs for
    Offenders with Mental Disorder"
    Chapter in Treatment of Offenders With Mental Disorders
    edited by R.M. Wettstein. Guilford Press, New York, 1998.

4.  Patterson, RF, and Wise, BF: The Development of Internal Forensic Review
    Boards in the Management of Hospitalized Insanity Acquittees.  J Am Acad
    Psychiatry Law 26 (4), 1998.

5.  Patterson R: Managed Care in Corrections.
    J Am Acad Psychiatry Law 26 (1), 1998.


MEDIA ACTIVITIES

Jan 1998                    "Competence and Criminal Responsibility"
                            FOX Evening News
                            Washington, D.C.

Jan 1998                    "Unibomber"
                            FOX Morning News
                            Washington, D.C.

Dec 1996                    "Holiday Blues and Depression"
                            Crosstalk - WDCU Live Public Radio Talk Show
                            Washington, D.C.

Dec 1995                    "Violence in the Community" and "The Holiday Blues"
                            Crosstalk - WDCU Live Public Radio Talk Show
                            Washington, D.C.

Oct 1993                    "Understanding Your Mental Health"
                            Focus on Health
                            WOL Radio 1450 AM
                            Washington, D.C.

Oct 1993                    "The Criminally Insane"
                            FOX TV
                            Washington, DC

| | |
|---|---|
| June 1993 | "Psychodynamics of Violence" and "Total Well Being"<br>WPFW-FM Talk Radio Show<br>Washington, D.C. |
| Mar 1992 | "State of the District: Need and Delivery of Mental Health<br>  Care Services Through DHS"<br>DC Today, Channel 16<br>Washington, D.C. |
| Jan 1992 | "A Perspective on Justice"<br>Discussion with Prince Georges County State's Attorney<br>Channel 18<br>Prince Georges County, MD |
| Sept 1991 | "Panic Disorders"<br>Urban Health Report<br>WHMM-TV, Channel 32<br>Washington, D.C. |
| July 1991 | "Serial Killers"<br>FOX News Channel 5<br>Washington, D.C. |
| Mar 1991 | "Domestic Violence"<br>Urban Health Report<br>WHMM-TV, Channel 32<br>Washington, D.C. |
| Mar 1991 | "Anxiety Disorders"<br>Urban Health Report<br>WHMM-TV, Channel 32<br>Washington, D.C. |
| Aug 1990 | "Impact of the Marion Barry Trial on the Community"<br>Evening Exchange<br>WHMM-TV, Channel 32<br>Washington, D.C. |
| Aug 1990 | "After the Trail"<br>WNTR-AM Radio<br>Washington, D.C. |
| May 1990 | "Your Mental Health"<br>Crosstalk - WDCU Live Public Affairs Talk Show<br>Washington, D.C. |
| May 1989 | "How Stress Factors Affect the Community"<br>The Morning Show with Cathy Hughes<br>WOL Radio Talk Show<br>Washington, D.C. |
| Feb 1987 | "A Washington Life"<br>Washington Post Magazine<br>Washington, D.C. |
| Jan 1987 | "The San Isidro Murder Slayings:  Psychological Aspects"<br>Newscenter 4<br>Washington, D.C. |

19

OTHER ACTIVITIES

Nov 2002

Co-Author
Task Force Report: Guidelines for Treatment of
  Schizophrenia in a Correctional Setting
NCCHC
Washington, DC

May 2000 -
May 2001

President
Washington Psychiatric Society
Washington, D.C.

August 1999

Co-Chairman
National Summit on Violence Throughout the Life Span
Colorado Violence Prevention Center
Denver, CO

May 1999 -
May 2000

President-Elect
Washington Psychiatric Society
Washington, D.C.

Oct 1998 -
Present

Peer Reviewer
Journal of the American Academy of Psychiatry and the Law
Blumfield, CT

May 1998 -
Present

Chairman
Institutional and Correctional Psychiatry Committee
American Academy of Psychiatry and the Law
Blumfield, CT

April 1998 -
Mar 1999

President
Guttmacher Forensic Educational Fund, Inc.
Baltimore, MD

Dec 1997
& Jan 1998

Trainer
Suicide Prevention Training for Correctional Officers
Central Booking Intake Facility and Baltimore City Detention
  Center
Baltimore, MD

April 1997 -
Mar 1998

Vice President
Guttmacher Forensic Educational Fund, Inc.
Baltimore, MD

May 1996 -
April 1997

Chairperson
Consortium on Special Delivery Settings
Council on Psychiatric Services
American Psychiatric Association
Washington, D.C.

May 1994 -
May 1999

Vice Chairperson
Council on Psychiatry and Law
American Psychiatric Association
Washington, D.C.

1994 -
1997

Member
Executive Council
American Academy of Psychiatry and Law
Blumfield, CT

20

| | |
|---|---|
| 1994 -<br>1997 | <u>Member</u><br>Ad Hoc Committee to Develop a Slate of Candidates for<br>  Election to the American Board of Psychiatry and<br>  Neurology<br>Deerfield, IL |
| 1993 -<br>1997 | <u>Member</u><br>Institutional and Correctional Psychiatry Committee<br>American Academy of Psychiatry and the Law<br>Bloomfield, CT |
| 1993 -<br>1994 | <u>Vice-Chair to Executive Committee</u><br>Forensic Division<br>National Association of State Mental Health Program<br>  Directors<br>Alexandria, VA |
| 1992 -<br>2001 | <u>Member</u><br>Committee on Added Qualifications in Forensic Psychiatry<br>American Board of Psychiatry and Neurology<br>Deerfield, IL |
| 1990 -<br>1994<br>& 1998 -<br>2001 | <u>Member and Washington, D.C. Representative</u><br>Forensic Division<br>National Association of State Mental Health Program<br>  Directors<br>Alexandria, VA |
| 1992 -<br>1994 | <u>Treasurer</u><br>Washington Psychiatric Society<br>Washington, D.C. |
| 1992 -<br>1994 | <u>Member</u><br>Institutional Review Board<br>Department of Health and Mental Hygiene<br>State of Maryland |
| 1990 -<br>1991 | <u>President</u><br>D.C. Chapter<br>Washington Psychiatric Society<br>Washington, D.C. |
| 1990 -<br>1991 | <u>Member</u><br>ABT Oversight Committee<br>Patuxent Institute<br>Jessup, MD |
| 1990 -<br>1991 | <u>Chairman</u><br>Council on Psychiatry<br>D.C. Medical Society<br>Washington, D.C. |
| 1989 -<br>1994 | <u>Councilmember</u><br>Council on Psychiatry<br>D.C. Medical Society<br>Washington, D.C. |

| | |
|---|---|
| 1989 -<br>1990 | Secretary<br>Council on Psychiatry<br>D.C. Medical Society<br>Washington, D.C. |
| 1987 -<br>1993 | Member<br>Advisory Merit Selection Panel<br>(Appointed by Chief Judge Fred B. Ugast of the Superior<br>  Court of the District of Columbia)<br>Washington, D.C. |
| Oct 1987 -<br>Dec 1987 | President<br>Professional Staff Organization<br>Commission on Mental Health Services<br>Washington, D.C. |
| July 1987 -<br>Sept 1987 | President<br>Medical Staff Organization of St. Elizabeths Hospital<br>Washington, D.C. |
| Jan 1986 -<br>1988 | Co-Editor<br>American College of Mental Health Administration<br>  Newsletter<br>Washington, D.C. |
| Fall 1985 -<br>Fall 1986 | Editor<br>St. Elizabeths Hospital Medical Society Newsletter<br>Washington, D.C. |

BOARD CERTIFICATIONS

2004    Recertification as Diplomate of the American Board of Psychiatry and Neurology in Forensic Psychiatry

1994    Diplomate of the American Board of Psychiatry and Neurology, Added Qualifications in Forensic Psychiatry

1988    Diplomate of the American Board of Forensic Psychiatry

1983    Diplomate of the American Board of Psychiatry and Neurology  in General Psychiatry

LICENSES

| | |
|---|---|
| State of Maryland | 1977 - Present |
| District of Columbia | 1978 - Present |
| State of Virginia | 1980 – 1998, and 2006 - Present |

MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS

American Academy of Psychiatry and the Law
American College of Mental Health Administration (Fellow)
American Medical Association
American Psychiatric Association (Distinguished Fellow)
Arlington County Medical Society
Black Psychiatrists of America
Howard University Medical Alumni Association
Medical Society of the District of Columbia
National Alliance for the Mentally Ill
National Medical Association
Prince Georges County Mental Health Association
Virginia State Medical Society
Washington Psychiatric Society