# ATTACHMENT 3



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Washington, D.C. 20534*

November 16, 2007

**VIA U.S. MAIL AND TELEFACSIMILE**

Mark H. Dubester
Assistant United States Attorney
Office of the United States Attorney
U.S. Department of Justice
555 Fourth Street, N.W.
Rm. 5917
Washington, D.C.  20530

**RE: U.S. v. Brownell**

Dear Mr. Dubester:

    Thank you for your inquiry concerning the Federal Bureau of Prisons' (BOP) ability to provide health care for federal prisoners committed to federal prisons with mental health conditions.  In particular, you have requested information regarding the BOP's ability to provide medical care for John E. Brownell.

    Mr. Brownell is a 46-year-old male who was evaluated in August 2007 by James B. Snyder, M.D., a psychiatrist with Long Island Psychiatric, PLLC.  Dr. Snyder's report indicates that Mr. Brownell has been diagnosed with Asperger Syndrome.

    Dr. Newton E. Kendig, the BOP's Assistant Director/Medical Director, Health Services Division, has reviewed Dr. Snyder's report regarding Mr. Brownell.  Given the information contained in Dr. Snyder's report, Dr. Kendig believes that the BOP can provide appropriate medical and psychiatric care for Mr. Brownell, either in a general population institution or in one of the BOP's Medical Referral Centers (MRCs), which provide in-patient care for inmates with medical or mental health conditions.  Should Mr. Brownell be sentenced to a period of incarceration, his mental health and medical needs would be fully evaluated by the BOP and appropriate treatment plans developed.

    The BOP has significant experience providing health care for patients with a wide variety of chronic medical and psychiatric

conditions. The BOP has significant experience providing health care for patients with a wide variety of chronic medical and psychiatric conditions, including severe mental health conditions. In addition to BOP psychiatrists and other physicians and health care staff, consultants are available to provide care, as necessary, for Mr. Brownell. The BOP also has contractual arrangements with hospitals in the local community.

The BOP provides mental health care and medical care in-house for inmates and monitors the inmates in regularly scheduled clinics for chronic, debilitating, and terminal diseases. Depending on the individual's health care needs, inmates may be placed at either general population institutions or MRCs. MRCs, which are also known as Federal Medical Centers, provide in-patient care for major medical and psychiatric conditions.

I have taken the liberty of enclosing a general outline of the BOP's health care resources and medical designation process, as well as an outline of our Medical Classification/Care Levels. If I can offer any further information on this matter, please do not hesitate to contact me at (202) 307-3055.

Sincerely,

Elizabeth A. Nagy
Special Assistant to the Assistant
   Director
Health Services Division

cc: National Health Services
    Administrator
    Chief, Office of Medical Designations
      and Transportation

Enclosure

ENCLOSURE

## OUTLINE OF MEDICAL DESIGNATION AND SERVICES PROCEDURES

The Federal Bureau of Prisons currently houses approximately 166,000 inmates in its institutions. The BOP routinely cares for inmates with minor to severe psychiatric illness, HIV, AIDS, chronic illness, and infectious disease patients in both our general population institutions as well as our Medical Referral Centers consistent with the community standard of care. The BOP provides medical care to more than 54,000 inmates per year with chronic medical and psychiatric conditions.

The Bureau's Health Services Division administers the Office of Medical Designations and Transportation (OMDT) which is responsible for the timely and efficient designation and movement of inmates with health care needs. OMDT reviews the designations of approximately 12,000 inmates per year who have acute, chronic, terminal, and resolved medical illnesses. The BOP provides essential medical, dental, and mental health services to inmates by professional staff consistent with acceptable community standards.

In addition to health care resources available at our non-medical institutions, to address the hospitalization needs of our inmate population, the Bureau of Prisons has in-patient Medical Referral Centers that can accommodate approximately 2000 inmates. Additionally, we have approximately 1000 beds for inmates with psychiatric illnesses that require hospitalization.

Non-medical federal prisons are staffed by physicians, dentists and other health care providers such as physician assistants/nurse practitioners, nurses, pharmacists, and laboratory and x-ray personnel. Additionally, our institutions make use of consultants in the local communities to provide medical specialty care to the inmate population. Our institutions routinely care for inmates with moderate and severe illnesses such as hypertension, diabetes mellitus, thyroid disorders, arteriosclerotic heart disease, post heart attack and stroke patients, pacemaker patients, congestive heart failure patients, seizure disorders, as well as patients with HIV infection, AIDS and psychiatric illness. Non-medical institutions additionally care for inmates requiring emergency medical and non-inpatient psychiatric care. In addition to medical and psychiatric resources available at Bureau of Prisons' institutions, the Bureau has extensive access to such resources in the community.

When OMDT is notified of a newly sentenced inmate, all documentation submitted to the office by the courts, federal

ENCLOSURE

prosecutors, and defense attorneys is reviewed and an appropriate designation to one of our non-medical institutions or to one of our Medical Referral Centers is made. OMDT designates inmates to the institution that best matches the medical and psychiatric care needs of the inmate.

ENCLOSURE

## OUTLINE OF BUREAU OF PRISONS CARE LEVELS AND EXAMPLES

There are four CARE Levels in the Bureau of Prisons (BOP) medical CARE Level classification system. After initial designation and provisional care level assignment by the Designation and Sentence Computation Center (DSCC), non-provisional CARE Levels are determined by BOP clinicians. These assignments depend on treatment modalities and inmate functionality in addition to diagnostic categories such as cancer, diabetes, HIV, hepatitis.

Q. **Who are CARE Level 1 inmates and who designates them?**
- Inmates are generally healthy, but may have limited medical needs that can be easily managed by clinician evaluations every six months; and
- Inmates are less than 70 years of age.
- CARE Level 1 designations are made by the DSCC.
- **Examples:** mild asthma, diet-controlled diabetes, stable HIV patients not requiring medications.

Q. **Who are CARE Level 2 inmates and who designates them?**
- Inmates are stable outpatients who require at least quarterly clinician evaluations.
- Can be managed in chronic care clinics, including for mental health issues.
- Enhanced medical resources may be required from time to time, but are not regularly necessary.
- CARE Level 2 designations are made by the DSCC.
- **Examples:** medication-controlled diabetes, epilepsy, or emphysema.

Q. **Who are CARE Level 3 inmates and who designates them?**
- Inmates are fragile outpatients who require frequent clinical contacts to prevent hospitalization for catastrophic events.
- May require some assistance with activities of daily living, but do not need daily nursing care.
- Inmate companions may be used to provide assistance.
- Stabilization of medical or mental health conditions may require periodic hospitalization.
- **Examples:** cancer in remission less than a year, advanced HIV disease, severe mental illness in remission on medication, severe congestive heart failure, end-stage liver disease.
- **Designation of CARE Level 3 inmates is made by the BOP's Office of Medical Designation and Transportation in Washington, D.C.**

ENCLOSURE

**Q. Who are CARE Level 4 inmates and who designates them?**
- Inmates require services available only at an MRC (which provide significantly enhanced medical services and limited in-patient care).
- May need daily nursing care.
- Functioning may be severely impaired and requires 24-hour skilled nursing care or nursing assistance.
- **Examples:** cancer on active treatment, dialysis, quadriplegia, stroke or head injury patients, major surgical patients, acute psychiatric illness requiring inpatient treatment, high-risk pregnancy.
- **Designation of CARE Level 4 inmates is made by the BOP's Office of Medical Designation and Transportation in Washington, D.C.**

**Q. When is the CARE Level classification process going to be implemented?**
A. It is currently in use.

**Q. What can I, as a federal judge, do in the sentencing process to assist in the designations process?**
- Until an inmate comes into the BOP and is evaluated by a health care provider, the Presentence Report (PSR) is the BOP's principal resource for initially assessing medical conditions.
- The Court can assist the BOP in this process by requesting that the PSR contain complete and current information regarding the medical and mental health status of the inmate (for example, new or additional information that may be available from the local jail or the defendant's personal physician). In order to facilitate appropriate Care Level designation, the Court should recommend that all current medical information be forwarded to the BOP at the time of sentencing.

**Q. Whom should the judges contact concerning designations for defendants from their courts?**
- The first point of contact within the BOP for defendants who do not have significant medical or mental health conditions should be the DSCC. (Ms. Rebecca Tamez, (972) 352-4400.)
- If you have questions or concerns about a prisoner's medical conditions, please contact Ms. Yvonne Phillips, Chief, OMDT, at (202) 514-9780.