The immediate activity of the X-linked *MECP2* gene's nuclear protein product is understood: it selectively binds CpG dinucleotides in the mammalian genome and mediates transcriptional repression through interaction with chromatin-remodeling complexes associated with histone deacetylase and the corepressor SIN3A, and it appears to have a central role in methylation-dependent regulation of gene expression. *MECP2* is expressed at high levels in the postnatal brain, indicating that methylation-dependent regulation of gene expression may have a crucial role in the mammalian CNS. How disturbances in its functioning account for the "classical" and "variant" Rett's disorder and non–Rett's disorder phenotypes, ranging from mild learning disability in females to severe mental retardation, seizures, ataxia, and sometimes neonatal encephalopathy in males, remains uncertain, although effects on gene expression and possibly on translation or transcription are involved. The discovery of the cause of the disorder, however, has begun to drive research in this area in a more concerted fashion.

*MECP2*-deficient mice have phenotypes that resemble some of the symptoms of patients with Rett's disorder (Chen et al. 2001; Guy et al. 2001). *MECP2*-null mice are normal until age 5 weeks, when they began to develop manifestations of the disease. Mutant brains showed substantial reduction in both weight and neuronal cell size but no obvious structural defects or signs of neurodegeneration. Brain-specific deletion of *MECP2* at embryonic day (E) 12, when rapid development gets under way, moreover, results in a phenotype identical to that of the null mutation, indicating that the phenotype is caused by *MECP2* deficiency in the CNS rather than in peripheral tissues. Deletion of *MECP2* in postnatal CNS neurons led to a similar neuronal phenotype, although at a later age. The later finding implies that the role of *MECP2* is not restricted to the immature brain but becomes critical in mature neurons. *MECP2* deficiency in these neurons is sufficient to cause neuronal dysfunction with symptomatic manifestation similar to Rett's disorder. Murine models promise to advance research in this area (Chen et al. 2001).

An atypical glycolipid has been described in most of these patients. Investigators evaluating the cerebrospinal fluid of patients with Rett's disorder have reported reduced concentrations of substance P (Matsuishi et al. 1997) and nerve growth factor and elevated concentrations of β-endorphin and glutamate. Abnormalities of monoamine levels have been reported. Two studies showed underpigmentation in the zona compacta. Neuropathological studies found a generalized atrophy involving both the cerebrum and the cerebellum, a generalized decrease in neuronal cell size and an increase in cell density, a reduction in the number of basal forebrain cholinergic neurons, and a reduction in the number of melanin-containing neurons in the substantia nigra (Wong et al. 1998). The impoverished patterns of branching of dendrites of pyramidal neurons in premotor frontal, motor, and limbic cortex have been reported less in Rett's disorder than in control (trisomy 21) brains (Armstrong et al. 1998).

### Diagnostic Evaluation

Data from neuroimaging studies are preliminary, but SPECT studies have suggested that bifrontal hypoperfusion correlates with severity of Rett's disorder. Diffuse atrophy (most notably in the prefrontal, posterior frontal, and anterior temporal regions) was noted in an MRI study. Abnormal EEG results are typically found after age 2 years; despite the high prevalence of seizures, the EEG findings are typically nonspecific. Taken together, the neurobiological abnormalities suggest an X-linked generalized atrophy with global dysfunction that correlates with severity of the symptoms.

### Treatment

Treatment of Rett's disorder is supportive. Generally, these multiply handicapped patients require intensive care (Lindberg 1992). The role of psychopharmacotherapy is limited, but several reports have found carbamazepine to be more effective than other anticonvulsants for seizure control in girls with Rett's disorder. Lamotrigine might also be useful.

In contrast to childhood disintegrative disorder, Rett's disorder is an excellent example of rapid progress in recent research in the pervasive developmental disorders. Older findings will need to be reconsidered in light of the revolution that molecular genetics is catalyzing in this area.

## Asperger's Disorder

Asperger's disorder is another pervasive developmental disorder that is similar to autistic disorder, except that language acquisition, cognitive development, learning skills, and even most adaptive behaviors are largely preserved (Table 20–21). The autistic features of impaired social interactions and stereotyped behaviors and interests are present but are generally more subtle (Klin et al. 2000). Rather than a relative lack of interest in other people or a general weakness in communication, conversational interactions may be merely impaired. These

**TABLE 20–21.** DSM-IV-TR diagnostic criteria for Asperger's disorder

A. Qualitative impairment in social interaction, as manifested by at least two of the following:
  (1) marked impairment in the use of multiple nonverbal behaviors such as eye-to-eye gaze, facial expression, body postures, and gestures to regulate social interaction
  (2) failure to develop peer relationships appropriate to developmental level
  (3) a lack of spontaneous seeking to share enjoyment, interests, or achievements with other people (e.g., by a lack of showing, bringing, or pointing out objects of interest to other people)
  (4) lack of social or emotional reciprocity
B. Restricted repetitive and stereotyped patterns of behavior, interests, and activities, as manifested by at least one of the following:
  (1) encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus
  (2) apparently inflexible adherence to specific, nonfunctional routines or rituals
  (3) stereotyped and repetitive motor mannerisms (e.g., hand or finger flapping or twisting, or complex whole-body movements)
  (4) persistent preoccupation with parts of objects
C. The disturbance causes clinically significant impairment in social, occupational, or other important areas of functioning.
D. There is no clinically significant general delay in language (e.g., single words used by age 2 years, communicative phrases used by age 3 years).
E. There is no clinically significant delay in cognitive development or in the development of age-appropriate self-help skills, adaptive behavior (other than in social interaction), and curiosity about the environment in childhood.
F. Criteria are not met for another specific pervasive developmental disorder or schizophrenia.

individuals may "interact" through seemingly endless monologues on a topic of extreme interest to themselves, without reading nonverbal and even verbal cues, continuing on without apparent awareness that the other person views the topic as eccentric or idiosyncratic. They may become quite knowledgeable, or at least collect large numbers of facts, about a topic. Even social communications might be learned as a set of rules and scripts. Such a child's "precocious" interest in particular topics can fascinate adults but may not engage peers or draw emotional responsiveness.

Because of its similarities to autism, the status of Asperger's disorder as a distinct form of pervasive developmental disorder is often questioned, and many specialists believe that it is a mild version of autistic disorder (i.e., high-functioning autism) rather than a separate and distinct disorder (Gillberg 1989; Rapin 1991; Szatmari 2000). Analysis of speech and communication patterns, cognitive batteries, and WISC findings (Ehlers et al. 1997) have supported the DSM-IV-TR interpretation that Asperger's and autistic disorders are distinct entities. However, the distinction is challenged by evidence suggesting that a spectrum of cognitive and social deficits (i.e., the "broad" autistic phenotype) may be inherited rather than autism per se (Bailey et al. 1995). The view of Asperger's and autistic disorders as representing "parallel but potentially overlapping developmental trajectories" (Szatmari et al. 2000) is consistent with the concept of Asperger's disorder as a part of an autistic spectrum.

With the relative sparing of intelligence, language, and cognition, Asperger's disorder differs from autism in having a low prevalence of mental retardation. Also unlike in autism, verbal functioning is stronger than nonverbal functioning. Only 12% of the children with Asperger's disorder have IQ scores below 70. It is characteristic of these patients to misread nonverbal cues, have marked difficulties with peer interactions (especially in groups), focus repetitively in conversation on topics of interest only to themselves, appear not particularly empathic, and speak without normal inflection and tone variation; they may be relatively unexpressive affectively, and they tend to have few friends (Wing 1981). Even with these limitations, persons with Asperger's disorder are often quite sociable and talkative, and they may form affectionate bonds with family members (Frith 1991). Symptoms of right hemisphere syndrome, ADHD, or developmental coordination disorder may be observed.

The course tends to be stable over time, often with some gradual gains (Szatmari et al. 1989, 2000). The verbal strengths may hide social deficits, especially from adults, who are often inclined to misinterpret behavioral abnormalities as laziness or stubbornness. Although social skills may improve with age, relative weakness in interpersonal interactions and lack of social spontaneity may become more limiting in later childhood and adolescence, leading to increasing isolation, anxiety, and depression. Nonetheless, long-term educational and occupational adjustment are markedly better than in autistic disorder, and financial and social independence are generally achieved.

Epidemiological data are limited, but the prevalence of the more severe presentations of Asperger's disorder is estimated at 5–15 in 100,000. The male predominance is 3:1–4:1.

**Disorders Usually First Diagnosed in Infancy, Childhood, or Adolescence**

The etiology of Asperger's disorder remains unknown. In some cases, it follows a familial pattern, consistent with genetic, psychosocial, or environmental transmission. A possible role of fetal exposure to alcohol has been raised (Aronson et al. 1997).

Neurobiological studies are extremely limited. About 30% of the patients with Asperger's disorder have nonspecific EEG abnormalities, and 15% show evidence of brain atrophy. In a recent SPECT study, abnormal right hemisphere metabolism was reported; although the significance of this finding is not entirely known, it lends some support to the concept of "right-hemisphere-only autistic disorder" (McKelvey et al. 1995; Szatmari et al. 1995).

Treatment includes social and motor skills training, remedial educational interventions when indicated, and vocational training (Attwood and Wing 1998). The relative sparing of language and intelligence allows individuals with Asperger's disorder to have a better outcome than do most persons with autistic disorder. Temple Grandin is a productive member of society with good verbal skills who has Asperger's disorder (formerly diagnosed as autism). Her self-report (Grandin and Scariano 1986) shows that a high-functioning individual with a pervasive developmental disorder can vividly describe personal experiences and complex cognitions. Persons with Asperger's disorder, despite their relative handicaps in social functioning, can become quite expert and effective in their chosen activities, and perhaps they are even helped in these accomplishments by the highly focused nature of their interests.

### Clinical Comment on the Pervasive Developmental Disorders

A sensible subtyping of pervasive developmental disorders has long been awaited (Table 20–22), and recent research and the clinical awareness of the diversity of pervasive developmental disorders can be expected to lead to improved understanding and eventually to improved treatments. At this time, however, treatments remain largely supportive and symptomatic.

**TABLE 20–22.** Characteristics and differential diagnosis of the pervasive developmental disorders

| Characteristics | Autistic disorder | Childhood disintegrative disorder | Rett's disorder | Asperger's disorder | PDD NOS |
|---|---|---|---|---|---|
| Feature | Standard autism | Delayed-onset but severe autism | "Mid childhood" autism | High-functioning autism | Atypical and sub-threshold |
| Intelligence | Severe MR to normal | Severe MR | Severe MR | Mild MR to normal | Mild MR to normal |
| Age at recognition (years) | 0–3 | >2 | 0.5–2.5 | Usually >2 | Variable |
| Communication skills | Usually limited | Poor | Poor | Limited to fair | Limited to fair |
| Social skills | Very limited | Very limited | Vary with age | Limited | Variable |
| Loss of skills | Usually not | Marked | Marked | Usually not | Variable |
| Restricted interests | Variable | Not applicable | Not applicable | Marked | Variable |
| Seizure disorder | Uncommon | Frequent | Uncommon | Common | Common |
| Head growth deceleration | No | No | Yes | No | No |
| Prevalence per 100,000 estimated | 20–200 | 1–4 | 4–20 | 5–15 | >15 |
| Family history of similar problems | Uncommon | No | No | Frequent | Unknown |
| Sex ratio | M>F | M>F | F | M>F | M>F |
| Course in adulthood | Stable | Declining | Declining | Stable | Usually stable |
| Outcome | Poor | Very poor | Very poor | Fair to poor | Fair to good |

*Note.* MR = mental retardation; PDD NOS = pervasive developmental disorder not otherwise specified.
*Source.* Modified with permission from Volkmar FR, Cohen DJ: "Nonautistic Pervasive Developmental Disorders," in *Psychiatry.* Edited by Michels R, Cooper AM, Guze SB, et al. Philadelphia, PA, JB Lippincott, 1991.