# DOUGLAS DEVELOPMENT CORPORATION

September 19, 2007

Honorable Ricardo M. Urbina
United States District Court
    For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina:

I would like to take this opportunity to tell you about the Jack Brownell that I know. I first met Jack 20 years ago, when he was working for my outside accounting firm, and got assigned to my account when another employee left the firm. I was running a retail business at the time, my office was in a warehouse building in Beltsville, Maryland. As I had a very small bookkeeping staff, Jack was often at my office helping to keep the books and records up to date.

It wasn't long before I began to notice that Jack and I always seemed to be the last two people left at the office at the end of the day. I have always believed in hard work, and he was obviously someone who shared that philosophy. Then one day, without me asking, he brought me a spreadsheet that showed the characteristics (the size, mortgage balance, income, etc) of all seven of the small properties that I owned at that time. No one had ever taken such an interest in my work before. That is when I began to discuss with Jack the concept of his coming to work directly for me, which he did in September 1990.

I sold my retail business to my brothers in early 1992, and Jack and I and two others moved to a small office in Rockville to build a company that I had named Douglas Development. Jack helped me grow the business from just a few small properties to the over 180 properties and 8 million square feet that compose it today.

Jack was instrumental in the growth of my company. I would tell him what I wanted to accomplish, and most often he would come back with a plan which we would then execute. On other occasions he would come back and tell me that he was having trouble coming up with a plan and we would discuss it further and come up with a solution together. That is how the company that is now so familiar to so many in this area was built - one property at a time.

There was a characteristic of Jack that we all began to notice as time went by. He ALWAYS came to work. I do not recall him taking a sick day - ever. Most people would read this and assume this is an exaggeration, meant to describe someone who rarely takes sick days. But it is not. I am not saying he is never sick, although he rarely is, but even if he does have the flu or a sore throat, he chooses to come to the office and work through it rather than staying home to try to recover more quickly.

Judge Ricardo Urbina
September 19, 2007
Page 2

Similarly, Jack's "vacation" plans are not just predictable, they are identical. It is not that he rarely took vacations, the ONLY time he would ever take off would be for a week to see his parents in Florida. He wouldn't tell me that he was going, he would ask me if I thought it would be OK given the timing of our purchases and refinances. If it was better for him to delay it for a week or a month or more, he would gladly do it.

I remember one time I believe in the late 1990's, I think it had been well over a year since he had even been to visit his parents. Perhaps they had been up here to visit so he didn't feel the need to go to Florida to see them that year. A few of us were chatting and he came to me and asked if he could take a week to go see them. I don't recall if it was me or someone else who said "what are we going to do without Lou Gehrig?" The nickname stuck.

Jack has always been one of my most trustworthy and loyal employees. He has always handled the many financing deals we have at Douglas Development professionally and honestly. He has done a great job in obtaining the various types of financing I have needed over the years in order to complete the projects that have made such a difference in so many people's lives in Washington and the surrounding area.

I know that the books and records of the Company may have been disorganized and that we made some mistakes as a result. However, at my urging, Jack always focused far more on getting our projects financed than the internal accounting. We grew so fast that it was difficult for everyone to keep up. In the last several months, Jack has been working hard with KPMG and my other employees to make sure those mistakes never happen again.

To say that I know Jack well and understand him is an understatement. Not only do I see him every day during the week (his office is next door to mine), but we speak every weekend, which I typically spend in New Jersey. Sometimes he calls me, more often I call him. We may have something related to work to discuss, but often we are "just checking in" to see how each others' weekend is going. Thus, I have literally seen or spoken to Jack virtually every day for the past 17 years.

Jack is a quiet man, and he might not put himself out there in the public as much as I do, but he is a good man and an honest man. His hard work and commitment has allowed me to do all of the things I've done to help the citizens of the District. By helping me with my goals and dreams of improving Washington, DC, Jack has contributed greatly to the well-being of many.

I also know that Jack's parents are very near the age when they will need someone to care for them and Jack is uniquely suited among his sisters and brother to be able to go to Florida often enough or long enough to help care for his parents in their old age. If Jack is incarcerated, his parents may not get the care they deserve.

Judge Ricardo Urbina
September 19, 2007
Page 3

I know you will be fair to Jack and I will respect whatever sentence you impose. However, I hope you can see fit to grant Jack leniency for his mistakes. I have watched him suffer alone without burdening anyone else with his problems, and continue to work as hard and as diligently as he ever has. We have all learned a lot from our legal situations and we are all committed to making sure nothing like this ever happens again.

I have new projects beginning in Southwest (near the baseball stadium site), Southeast (Martin Luther King Avenue), Northeast (Uline Arena, North Capitol and New York Avenue), as well as several in Northwest (Shaw, the East End). More than ever, I am committed to improving the neighborhoods of Washington, DC. And more than ever, I need Jack Brownell working with me to turn my visions into reality.

Your Honor, I appreciate the opportunity to share my thoughts with you. Jack is a good, decent person who, as many people have in their life, made some errors in judgment. These errors should not negate or overshadow a lifetime of hard work and accomplishment.

Sincerely,

*[signature]*

Douglas Jemal

**DOUGLAS DEVELOPMENT CORPORATION**



**Federal Realty**
INVESTMENT TRUST

FOUNDATIONS OF OPPORTUNITY

1626 East Jefferson Street
Rockville, MD 20852-4041
PH 301.998.8100

The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

Re: Jack Brownell

Dear Judge Urbina,

My name is Donald Wood and I am the President and Chief Executive Officer of Federal Realty Investment Trust, a Rockville, Maryland based New York Stock Exchange traded commercial real estate company founded in the district in 1962 and one of the most well respected real estate investment trusts (REIT's) in the country. I am writing to you today in the matter of the sentencing of Jack Brownell to ask that you consider my experiences with him over the past twelve months. As a public company CEO, the son of a United States Marine Corps master sergeant, a devoted father of four and Chairman of the Washington D.C. chapter of the Cystic Fibrosis Foundation (CFF), there are no qualities that I value more than integrity, responsibility, community involvement and sound judgment. As important is the recognition of mistakes that we make and the manner in which we react and learn from them. From my interactions with Jack, I believe he has a lot to offer our community. Let me explain.

I have been deeply involved in searching for a cure for a genetic disease that effects 30,000 children and young adults in this country called Cystic Fibrosis, since my daughter was diagnosed with the disease in 1996. Part of this effort includes the organization of an annual fundraiser held at the National Building Museum each November called the Breath of Life Gala. The undertaking is enormous and the event generates over $3 million annually for CF research. About a year ago, I approached Douglas Jemal, Jack's employer, and asked for his assistance in this endeavor. Douglas was extremely gracious and agreed to help. He introduced the cause to his family and team of folks at Douglas Development and told them of his involvement. While everyone in his organization was polite and attentive as I discussed the disease and the progress we were making, one member of his team was particularly touched and seemed to gravitate to the cause more readily and thoughtfully than the others. Jack Brownell's approach and level of caring and participation was unique.

www.federalrealty.com
NYSE: FRT

The CF team and myself began meeting with Jack on a regular basis and were continually impressed with his desire to be involved and improve the lives of so many. He helped organize forums where our message could be heard and he personally shared the story with dozens of people. I must say that for a man who is quiet and unassuming by nature, it was clear to me that Jack has a huge heart and conducted himself with the utmost integrity and character throughout 2007 as we prepared for the Gala. I grew to like Jack as a person a lot, and looked forward to working with him right up and through the event and certainly hope and expect to continue to work with him for many years ahead.

Your Honor, I am aware of the crimes that Jack has been convicted of and I do not pretend to know the details behind the situation. But I do know that in my position as CEO, CF Chairman, and civic leader in my community, I come across many people who have ulterior motives and other agendas when I'm dealing with them. I also meet a few folks with genuinely strong character and big, big hearts. I believe that Jack Brownell is one of them and I thank you for your consideration of the points raised in this letter as you preside over his sentencing.

Sincerely,

Donald C. Wood
President and CEO
Federal Realty Investment Trust

# LMFA
## LABOR-MANAGEMENT FUND ADVISORS
LLC

July 20, 2007

The Honorable Ricardo M. Urbina
United States District Court of the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Your Honor,

    I have known Jack Brownell for over ten years. I first met Jack in 1996 when the company I was working for provided financing for a building owned by Douglas Development. The loan was not large, but as with all real estate transactions, several issues arose during the underwriting process that needed to be resolved prior to closing. Jack worked diligently to resolve those issues and get the loan closed. During that transaction, I was impressed by Jack's hard work, honesty and integrity. He did not attempt to candy coat the facts or take short cuts. He dealt with all of the issues with complete transparency and made certain that his firm complied with all of the terms of the loan. I have worked on many other transactions with Jack throughout the years and he has never disappointed me.

Although our relationship was initially professional in nature, we have grown to be close friends. That is why I find it ironic that Jack was accused of income tax evasion since the accumulation of wealth and material goods are not driving forces in his life. He does not live an extravagant life style, he drives an old pick up truck and rarely takes vacations. I'm certain he is well paid for the work he does at Douglas Development (he has never complained to me about his compensation), but I know that he has received unsolicited job offers from other firms that would provide him substantially more income. He is totally committed to Douglas Jemal's vision of creating something special and giving back to the community. It must be said, however, that while Mr. Jemal has the vision, Jack Brownell is the person that makes the vision become reality.

While Jack is totally committed to his career, his friends and family are the major focus of his life. I was honored to be invited to his parents' 50th wedding anniversary last year. It was clear that he shares a close bond with his sisters and brother as well as his parents. At the end of the evening I felt like one of the family. In Bethesda, we call Jack the honorary mayor. He seems to know everybody and he can barely walk down the street without several people coming up to greet him. He is always the first person to volunteer to help a friend in need, whether they need help moving or just need a few dollars.

The Honorable Ricardo N. Urbina
July 20, 2007
Page 2 of 2

He never asks for anything in return. He gives generously to charity and does not brag about it. I should know, since he has donated to several charitable organizations that I work with.

Your Honor, I know that Jack realizes the gravity of the situation and regrets not declaring the income in question. I would not have written this letter if I did not truly believe that Jack Brownell is a man of the utmost honesty and integrity. I am proud to call him my friend and I believe that it would be a travesty of justice to sentence him to jail.

Sincerely,

Jameson Cahill
Vice President and Director of Capital Markets
Labor Management Fund Advisors

*Krooth & Altman LLP*
*1850 M Street, N.W., Washington, D.C. 20036-5803*

*Telephone: (202) 293-8200*  *Telecopier: (202) 872-0445*
*(202) 775-5872*

July 27, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re: Mr. Jack Brownell

Dear Judge Urbina:

    I offer this letter to you on behalf of Mr. Jack Brownell for consideration in your sentencing deliberations as regards Mr. Brownell's recent admission in your Court of one portion of one relating to tax evasion.

    I am an attorney in Washington, and have known Mr. Brownell for over ten years. During this time, I have represented different lenders that have made land acquisition loans, development loans, and construction loans to entities affiliated with Mr. Brownell's employer, Douglas Development Corporation, of which Mr. Brownell is Chief Financial Officer. I am not, and have not been, counsel to Mr. Brownell, nor to Douglas Development Corporation or any of its affiliates.

    In all of my dealings with Mr. Brownell, I have found him Brownell consistently to be candid and direct. I have experienced nothing that causes me to question Mr. Brownell's honesty, or character.

    I am an eighth generation Washingtonian. Yes, eighth. Through his work over the years, Mr. Brownell has clearly demonstrated his commitment to Metropolitan Washington and to its people to make our community vibrant, healthy, and aesthetically improved. And his commitment is evidenced by the many tangible improvements to our community and to the quality of life here.

    I believe and respectfully suggest that any period of incarceration of Mr. Brownell would not serve the interests of society, of Mr. Brownell, or of justice.

    Thank you for your consideration of my comments.

Patrick J. Clancy

July 24th 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Judge Urbina:

My name is Jolie Figueroa and I am writing this letter in reference to Jack Brownell. I have been an employee at Douglas Development for three and a half years. While working at Douglas Development I have had the honor of working with Jack Brownell.

Jack is very professional and always willing to take the extra step. I have learned a lot from Jack, he is very detail oriented willing to help you whenever needed, even if it means dropping whatever he is working on. He is a very unique person, one of a kind. Jack is the kind of person you keep as a friend for lifetime, due to his loyalty and honesty.

Jack is fully aware of the mistake he made and has learned from his mistake as most of us do. He is a big asset to Douglas Development, and plays a major role in the revitalization of Washington, DC.

I am convinced that Jack is regretful and would hope the court would show lenience when considering his penalty.

Sincerely,

Jolie Figueroa

July 30, 2007

The Honorable Ricardo M. Urbina
Unites States District court for the
    District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Your Honor:

I have known Jack Brownell for 15 years. I am very much aware of the fact that he has pleaded guilty to allegedly failing to declare $10,000 of income in 1999.

I have been in the real estate business for 20 years; the majority of which I have spent as a commercial property manager. Prior to working in this industry I attended The American University and was in the right place at the right time when I embarked on my current profession.

Throughout my entire career, Mr. Brownell has always been willing and eager to offer career advice and attempt to steer me in the right direction regarding employment choices. What I have realized over the years is that Mr. Brownell always took the time to listen to what I had to say even if he was too busy. He empathized and always seemed to have the correct and proper response.

Mr. Brownell has consistently come across to me as an upstanding, caring citizen. He has proven to be an asset to his community (he plants flowers in public places) as well as a respected real estate executive. Coincidentally, we live near each other and I am confident that Mr. Brownell will always possess the ability to be a responsible member of our community.

I respectfully ask the Court to give proper and appropriate consideration to punishment that would not include confinement nor incarceration.

Sincerely,

Michael C. Fomalont



July 30, 2007

The Honorable Ricardo M. Urbina
United States District Court
333 Constitution Avenue
Washington D.C., DC 20001

Dear Honorable Mr. Urbina,

I wanted to take a moment to reach out to you with regard to the upcoming sentencing of Jack Brownell. Thank you in advance for your time, sir.

I am a commercial real estate broker and have been doing business in the Mid Atlantic region for about 18 years. I first met Jack Brownell in 1990, while presenting a property to Douglas Jemal. Although Jack was really in charge of the financial side of Douglass Development, at that time there were only a hand full of employees in their office in Rockville. That meant that all of us discussed each investment opportunity and made decisions as a team. Over time we got to become very close and got to know the "person" in one another.

From the first time I met Jack, I knew that he was a quiet polite gentleman with a soft temperament and at the same time a very capable guy who understands numbers. To do business with him was a pleasure and I always had a sense that he was honest.

He was always there to help me with a Foundation that I set up for my father who was murdered in 1984, by a gang in San Pedro California. Every spring we would have a concert and an auction to raise money and donate the money to "Victims of Violent Crimes". He was there to offer not only his personal donations but he always showed up when we were doing the "labor" to set up the stage, arrange seating or setting up tables. He would just show up without me asking him to be there. After a few hours, I would look around and he would be gone, like a ghost. He never waited around for a thank you or praise from me or any of my family members. He would just give his labor of love and quietly leave. That is the kind of man that I know in Jack Brownell.

I am writing you this letter to pass judgment. In fact sir, I am not even 100% clear on what charges he has been convicted. I can say this with all my heart. Jack is one person who does not have a bad bone in his body.

I ask that you please consider the charitable and giving nature of Jack Brownell when determining his faith. He is a true blessing to our community.

Kindest regards,

Stephen C. Gerdon
President

115 Park Street, Suite 206, Vienna, VA 22180
Direct: 703.589.8636  Fax: 703.620.2602  sg@nationscapitalrealty.com

Dear Judge Urbina,

My name is Daniel Keener and I have known Jack Brownell for about 2.5 years. I am 37 years old and work for Northrop Grumman as an IT Tech and work out in the mornings at WSC near the Verizon Center and that is where I first met Jack. I was going for a run and he was heading out at the same time and asked me if I would like to go run the exorcist stairs near the key bridge. Not knowing how steep the stairs were I was glad to go and have been going every Thursday (except the few days I wimp out) and also Tuesdays for a 6 or 7 mile run somewhere, Jack leads. Spending an hour or so with someone on a run with nothing to do but talk has let me come to know Jack and enjoy his company. I hear about his long work hours and talk as a bachelor and he hears of my wife and four kids and not sleeping much at night. I also know what a huge toll this trial and the charges against him have had on him. I have not known Jack for a huge chunk of time but the time I have spent I have found that he is someone of character. He does not speak bad of people or demean them. I do not think I have heard him say an unkind word to anyone even when we are almost ran over by a cab or a tourist that is not paying attention to where he or she is going. I have found that he is a great person. I know of the charges against him and what he has pled to and I believe that the court should look at the rest of his life and not just a very small portion and judge him from that. I believe that Jack is a positive influence on the people around him and would just ask that you take that into consideration when you are judging this case and my friend, Jack Brownell.

Thank You for taking the time to read my letter,

*Daniel Keener*

Daniel Keener



GTMARCHITECTS

July 26, 2007

The Honorable Ricardo Urbina
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
Re: Jack Brownell

Dear Judge Urbina,

This letter is in support of Jack Brownell. I am president of GTM Architects, an architectural firm founded in 1989, and located in Bethesda, Maryland. Our firm has been providing architectural services for Douglas Development Corporation since 1990. During that time, I have had the pleasure of working directly with Jack, and getting to know him both professionally and personally. I have always found him to be straightforward, honest, and trustworthy, and I have nothing but the highest regard for him. He has always been more than fair in all our business dealings, and has consistently treated all of our employees with kindness and respect. I consider Jack a friend, and was surprised by his current legal troubles. Knowing him as I do, I believe his troubles are the result of isolated incidents of bad judgement, and not at all indicative of his character. In my opinion, he is one of the most decent people I have met in 18 years of working in the development business, and I sincerely hope the Court will be lenient in considering his sentence.

Sincerely,



George Myers
President

7735 old georgetown road, suite 700  bethesda, maryland 20814  fax 240.333.2001  phone 240.333.2000
www.gtmarchitects.com

# From the desk of Vincent B. Orange, Sr.

July 31, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    Jack Brownell

Dear Judge Urbina:

My name is Vincent Orange. I am a member of the Howard Law class of 1983 which coincided with your tenure as a Professor at Howard University School of Law. Upon graduation, I proceeded to become a Certified Public Accountant, earn a Master of Laws in taxation from Georgetown University Law Center and serve as a DC Council Member from 1999 to 2007. I am a member of the DC Bar and the Greater Washington Society of CPAs.

I have had the pleasure of knowing Jack for ten years. During this ten year association, I have known Jack to be a person of good scholarship and deed. Those of us that affectionately know Jack were very concern that he became a part of an investigation that sought his input while placing his character, reputation for good deed and profession at risk.

As judgment day approaches, Jack will be held responsible for his failure to declare a single payment of $10,000 that he received in 1999 which represents approximately a $3,000 tax liability. This liability, the original criminal charges and the events that transpired from the original investigation have severely affected and diminished Jack's life.

In my view, Jack is collateral damage in the quest for justice from a high profile of wrongdoing allegations of which he played no part. Jack must pick up the pieces now and move forward. If I may, I would suggest to the Court to give proper and appropriate consideration to the punishment, embarrassment and publicity Jack has already incurred. There is also a message in Jack's predicament "do the right thing because you never know when you may become a victim in another person's mission."

I pray that the Court can find the will to place Jack Brownell on probation and have him perform the community service of preparing tax returns for senior citizens.

Respectfully submitted,

*Vincent B. Orange, Sr.*

Vincent B. Orange Sr.

July 16, 2007

The Honorable Ricardo M. Urbina
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Your honor;

I am a lifelong resident of Northern Virginia, a graduate of American University and have spent approximately 32 years of my life in banking.  I am now, and have been for several years, a commercial lender and for the past 7 years that I have known Jack Brownell, I have worked with him on numerous projects. During this period of time, he has demonstrated outstanding personal and business integrity.  I am aware that he has been charged with failing to declare a payment of $10,000, that he received in 1999, as income.
While this situation is regrettable for Jack, I firmly believe him to be a person who is both honest and a contributing member to society.  I will continue to do business with him with no hesitation and would certainly advocate for minimal, if not zero, incarceration or confinement.


Sincerely,

Thomas E. Williams

# UNIWEST Construction, Inc.

2900 Telestar Court • Suite 100 • Falls Church, VA 22042
703-698-4040 • FAX 703-560-2769

August 2, 2007

The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina,

I am writing on behalf of Jack Brownell regarding his sentencing on the count of tax evasion in which he entered a guilty plea. I worked with Jack Brownell at Douglas Development Corp. from early 2001 until November 2003 and hope to give you a little insight as to his character to assist you in your sentencing.

I know you received numerous letters such as mine when you were deciding on the sentencing for Douglas Jemal. I imagine many of the letters discussed how much Douglas has contributed to the revitalization of the District of Columbia, specifically in the east end. Working closely with Jack over the years, I can tell you that most of what Douglas Jemal has accomplished could never happened without Jack's dedication and hard work to make the dreams of Douglas financially sound business decisions. Jack always worked long hours, rarely taking personal vacations in order to obtain financing so that Douglas could carry out his plans. Even when Jack was able to take a vacation, he would call in to the office several times each day to ensure the current financing projects he was working on were progressing.

Jack is always very humble and never one to call attention to himself, but it is my belief that most of Douglas Jemal's accomplishments have occurred because of Jack's expertise. Therefore I feel strongly that the people of the District of Columbia will be best served if Jack is able to continue assisting Douglas Jemal in his capacity as Chief Financial Officer in their efforts to renovate real estate in the City. Thank you for your time and consideration of my thoughts in this matter.

Sincerely,

David F. Medding
Chief Financial Officer