## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 06-CR-0077 (RMU)** |
| | ) | |
| **JOHN E. BROWNELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

### PRAECIPE

Enclosed are two additional letters in connection with Mr. Brownell's December 13, 2007 sentencing hearing.

Respectfully submitted,

JOHN E. BROWNELL

By Counsel:

/s/ Barry Coburn_____
Barry Coburn (D.C. Bar #358020)
Gloria B. Solomon (D.C. Bar #358880)
Jeffrey C. Coffman (D.C. Bar #493826)
TROUT CACHERIS PLLC
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C.  20036

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of December, 2007, I served a copy of the foregoing Praecipe by ECF.


/s/ Barry Coburn_____