

**FOUNDATIONS OF OPPORTUNITY**

1626 East Jefferson Street
Rockville, MD 20852-4041
PH 301.998.8100

The Honorable Ricardo M. Urbina
United States District Court for the
  District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

Re: Jack Brownell

Dear Judge Urbina,

My name is Donald Wood and I am the President and Chief Executive Officer of Federal Realty Investment Trust, a Rockville, Maryland based New York Stock Exchange traded commercial real estate company founded in the district in 1962 and one of the most well respected real estate investment trusts (REIT's) in the country. I am writing to you today in the matter of the sentencing of Jack Brownell to ask that you consider my experiences with him over the past twelve months. As a public company CEO, the son of a United States Marine Corps master sergeant, a devoted father of four and Chairman of the Washington D.C. chapter of the Cystic Fibrosis Foundation (CFF), there are no qualities that I value more than integrity, responsibility, community involvement and sound judgment. As important is the recognition of mistakes that we make and the manner in which we react and learn from them. From my interactions with Jack, I believe he has a lot to offer our community. Let me explain.

I have been deeply involved in searching for a cure for a genetic disease that effects 30,000 children and young adults in this country called Cystic Fibrosis, since my daughter was diagnosed with the disease in 1996. Part of this effort includes the organization of an annual fundraiser held at the National Building Museum each November called the Breath of Life Gala. The undertaking is enormous and the event generates over $3 million annually for CF research. About a year ago, I approached Douglas Jemal, Jack's employer, and asked for his assistance in this endeavor. Douglas was extremely gracious and agreed to help. He introduced the cause to his family and team of folks at Douglas Development and told them of his involvement. While everyone in his organization was polite and attentive as I discussed the disease and the progress we were making, one member of his team was particularly touched and seemed to gravitate to the cause more readily and thoughtfully than the others. Jack Brownell's approach and level of caring and participation was unique.

The CF team and myself began meeting with Jack on a regular basis and were continually impressed with his desire to be involved and improve the lives of so many. He helped organize forums where our message could be heard and he personally shared the story with dozens of people. I must say that for a man who is quiet and unassuming by nature, it was clear to me that Jack has a huge heart and conducted himself with the utmost integrity and character throughout 2007 as we prepared for the Gala. I grew to like Jack as a person a lot, and looked forward to working with him right up and through the event and certainly hope and expect to continue to work with him for many years ahead.

Your Honor, I am aware of the crimes that Jack has been convicted of and I do not pretend to know the details behind the situation. But I do know that in my position as CEO, CF Chairman, and civic leader in my community, I come across many people who have ulterior motives and other agendas when I'm dealing with them. I also meet a few folks with genuinely strong character and big, big hearts. I believe that Jack Brownell is one of them and I thank you for your consideration of the points raised in this letter as you preside over his sentencing.

Sincerely,

Donald C. Wood
President and CEO
Federal Realty Investment Trust

# JUSTICE ADVOCACY GROUP, P.C.

1919 Earldale Court<br>
Alexandria, Virginia 22306<br>
(703) 717-0644-direct<br>
(703) 717-0645-fax<br>
(703) 622-6227-mobile<br>
sickler1@hotmail.com

December 10, 2007

Barry Coburn
Trout Cacheris PLLC
1350 Connecticut Avenue, NW
Suite 300
Washington, DC 20036

**RE: United States v. Jack Brownell**

Dear Mr. Coburn:

I am writing to you to confirm the information that I relayed to you during our conversation with your client, Jack Brownell and co-counsel, Jeffrey Coffman, on Friday, December 7, 2007. Our conversation primarily focused the federal prison designation of Mr. Brownell should he receive a custodial sentence. During that conference, I noted that I have client who suffers with Asperger's Syndrome and who is confined in the federal Bureau of Prisons.[1] I informed you that this other client is serving time at an FCI in North Carolina and that his sentencing judge specifically recommended that he receive "treatment" for his Asperger's while in custody. I have maintained regular contact with this client, speak periodically with his prison counselor, and receive weekly updates from his family regarding his stay in the BOP. Concerning this other client, I informed you of the following:

- The BOP has been unable to provide him with any specific treatment for Asperger's. The best that could be done was to enroll him in a basic "social skills" course for inmates about to be transferred to pre-release re-entry centers. He is also given anti-depression medication.

- Directly due to his inability to measure social situations (and other Asperger's traits), this client's adjustment to prison has been extraordinarily difficult.

- Simply put, a core group of inmates has treated him with abject cruelty. It appears that his Asperger's idiosyncrasies and peculiar demeanor have made him an easy target

---

[1] I am a criminologist with 28 years experience advising defense lawyers and their clients on issues involving federal sentencing and matters concerning the Bureau of Prisons.

for those inmates who take pleasure in scorning and ridiculing those they perceive as weak or different.[2]

- This client was initially housed in a dormitory. Other inmates lit his bed on fire, put razor blades in his bed and under his pillow, and stole items from his locker. The client was later moved to a single room that has to be locked (by a corrections officer) each time the client leaves the room.

- Recently, the client was placed in Butner's Special Housing Unit (i.e., administrative segregation inmate's euphemistically call "the hole") after a verbal confrontation with another inmate led to his being assaulted.

- The administration at Butner is frustrated with the situation and in my opinion would prefer the client not be in their institution.

There have been other adjustment-related concerns and issues with regard to this client, all of which relate to his Asperger's. But they are too numerous to go into here.

I have been an observer of the BOP for nearly three decades. I am familiar with how difficult it is to deliver competent health care in a prison system. As such, I am confident in my opinion that the BOP is not well equipped to manage an inmate with this disorder. They do not have the medical resources or expertise to address the unique aspects of the condition (a condition that is only now being recognized and better understood by experts in the field). Additionally, while I have had only one client with the disorder in the system recently, the ongoing, horrendous experiences of this client, informs me that "Aspies" are more apt than not to be vulnerable in prison and subject to harsh treatment at the hands of other inmates than most other sub-inmate groups (including sex offenders).

I hope this information is helpful. I am available to discuss this with you if necessary.

Sincerely,

Joel A. Sickler

---

[2] A recent *New York Times* article described Asperger's well (in layman's terms) as "a form of autism, is characterized by unusual social interaction and communication skills. Aspies, as people with the condition like to call themselves, often have normal or above-average intelligence, but they have trouble making friends and lack the intuitive ability to gauge social situations. They fail to make eye contact and often exhibit a single-minded fixation that can be both bizarre and brilliant." See, *New York Times*, "Asperger's Syndrome Gets a Very Public Face," Tara Parker-Pope, December 4, 2007.