UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   Criminal Action No.: 06-0077 (RMU)
                                  :
JOHN E. BROWNELL,                 :
                                  :
            Defendant.            :

**ORDER**

**FILED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this _13_ day of _Dec_ 2007,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on _Friday Sept. 19 2008_ at _9:45_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge